# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, | ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) ) |
| PABLO D'AGOSTINO, an individual, SUDHAKAR KALAGA, an individual,) PD RENTALS, LLC, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, and SVSRK ENTERPRISES, LLC, | ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) ) |

No. 4:19-cv-04274

## PLAINTIFF'S STATEMENT NOTING DEATH

Plaintiff Toshiba International Corporation ("TIC") makes this Statement Noting Death pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. According to information publicly available from the Harris County Institute of Forensic Sciences, Defendant Pablo D'Agostino died in Houston, Texas on November 4, 2019. A copy of a report of death from the Harris County Institute of Forensic Sciences website is attached as Exhibit A to the Declaration of Samuel J. Sharp accompanying this Statement Noting Death.

Respectfully submitted,

Dated: November 14, 2019

**WHITE & CASE** LLP

By: */s/ Justin Synhorst*
Justin Synhorst
Texas State Bar No. 24095289
S.D. Tex. Bar No. 3099928
justin.synhorst@whitecase.com
1200 Smith Street, Suite 2300
Houston, TX 77002
tel.: (713) 496-9700
fax: (713) 496-9701

*Attorney-in-Charge for Toshiba International Corporation*

OF COUNSEL
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Samuel J. Sharp (*pro hac vice*)
samuel.sharp@whitecase.com
**WHITE & CASE** LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

Daniel Fridman (*pro hac vice*)
dfridman@ffslawfirm.com
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Boulevard, Suite 750
Coral Gables, FL 33134
tel.: (305) 569-7720
fax: (786) 627-4145

*Counsel to Toshiba International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I electronically filed the foregoing Plaintiff's Statement Noting Death with the Clerk of the Court using the CM/ECF system. I also caused the Statement Noting Death to be mailed to Defendants Sudhakar Kalaga, KIT Construction Services, Inc., KIT Professionals, Inc., SKBP Ventures, LLC, PD Rentals, LLC, and SVSRK Enterprises, LLC, in accordance with Rule 25(a)(3) of the Federal Rules of Civil Procedure.

                              Respectfully submitted,

                              **WHITE & CASE**LLP

By: */s/ Justin Synhorst*
      Justin Synhorst
      justin.synhorst@whitecase.com
      1200 Smith Street, Suite 2300
      Houston, TX 77002
      tel.: (713) 496-9700
      fax: (713) 496-9701