Declaration of Samuel J. Sharp

I, Samuel J. Sharp, hereby declare:

1. I am an attorney with the law firm of White & Case LLP, counsel for Toshiba International Corporation. I make this declaration based on my personal knowledge.

2. On November 14, 2019, I accessed the public website of the Harris County Institute of Forensic Sciences. On the "Case Status" page, I searched for cases with the last name "Dagostino" and a date of death of November 4, 2019.

3. Attached as Exhibit A to this declaration is a true and correct copy of the information resulting from the search described in Paragraph 2 of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2019 in Washington, D.C.

_____
Samuel J. Sharp

# EXHIBIT A

 HarrisCountyTX.gov  Harris County A to Z  Court Agenda  County Directory  Employment  County Holiday  En Español      Search this site



Home   About   Family Services   Professional Training   Learning Center   Organization   Newsroom   Contact Us

# Case Status



Check the status of Medical Examiner cases by selecting a query type.

**Case Number Search:** If you have a case number from the Institute, select "Case Number Search" to type in and search using the case number.

**Advanced Search:** If you do not have a case number from the Institute, select this option to search by name, date range and gender.

*The Case Status Tool provides basic information for Medical Examiner cases dating back 12 months.*

- Funeral Home Directors: Download the Authorization to Release Form (*English*/*Spanish*).
  See additional information below.
- Media: Contact the Public Information Officer for news and information.
- Family Members: For assistance and additional information contact us at **(832) 927-5006**

 

Evidence    Unidentified Persons

| Case Num | Last Name | First Name | NOK Relationship |
|---|---|---|---|
| ML19-3810 | DAGOSTINO | PABLO | MOTHER |

| Certificate of Death* | Cause of Death Pending | Certificate of Death Amendment | EDR |
|---|---|---|---|
| Ready | No | N/A | 44444596062 |

| Manner of Death | Place of Death | Report Completed | Ready for Transport |
|---|---|---|---|
| Suicide | RESIDENCE HOUSTON TX | No | Transported |

| Primary Cause of Death | Contributory Cause of Death |
|---|---|
| Perforating gunshot wound of head | |

 

Case Status    Autopsy Report

These records are updated every 30 minutes.
Last update: 11/14/2019 3:00:02 PM

* Please contact the Justice of the Peace for all OC (out-of-county) cases regarding death certificate information.

[Search Again]

**Family Members:**

For assistance and additional information contact us at: **(832) 927-5006**

**Funeral Home Directors:**

Morgue Release Hours:

Monday through Friday: 9a.m. to 5p.m.

Weekends and Harris County-observed holidays: 12p.m. to 5p.m.

Release Requirements:

When arriving to pick up a deceased, Funeral Homes are required to present the following:

- Completed and signed Harris County Institute of Forensic Sciences Authorization to Release Form (click here for the Spanish-language document) - photocopies of this form *are* accepted
- Valid, original government-issued photo identification (driver's license, military identification, concealed handgun license, passport)
- Valid, original Funeral Director or Embalmer's license (provisional licenses are accepted)

Click here to monitor the release/ transport status of a case 24-hours-a-day

For suggestions or comments regarding this site please email us at webcomments@hctx.net.

The information contained in this site was valid at the time of posting. Harris County assumes no liability for damages incurred directly or indirectly as a result of error omissions or discrepancies. Moreover, Harris County is not responsible for the content nor endorses any site which has a link from this page. For additional information pl review our Privacy Policy and our Accessibility Statement.