# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | |
| PABLO D'AGOSTINO, an individual, SUDHAKAR KALAGA, an individual,) PD RENTALS, LLC, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, and SVSRK ENTERPRISES, LLC, | ) ) ) ) ) ) ) ) ) | No. 4:19-cv-04274 |
| DEFENDANTS. | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Toshiba International Corporation makes this disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's October 31, 2019 Order for Conference and Disclosure of Interested Parties.  Toshiba International Corporation is a corporation organized under the laws of California with its headquarters in Houston, Texas.  Toshiba International Corporation is a wholly owned subsidiary of Toshiba America, Inc.  Toshiba America, Inc. is a wholly owned subsidiary of Toshiba Corporation in Japan.  Toshiba Corporation is a publicly held company traded in Japan.  The only affiliate of a publicly held corporation that owns 10% or more of Toshiba Corporation's stock is Goldman

Sachs & Co., (although some or all of that stock may be held for the beneficial ownership of others).

In addition to the above-named entities, the following persons and entities are also financially interested in the outcome of this litigation:

- Unknown heirs or beneficiaries to the estate of Pablo D'Agostino
- PD Rentals, LLC
- Sudhakar Kalaga
- KIT Construction Services, Inc.
- KIT Professionals, Inc.
- SKBP Ventures, LLC
- SVSRK Enterprises, LLC.

Dated: November 14, 2019

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Justin Synhorst*
Justin Synhorst
Texas State Bar No. 24095289
S.D. Tex. Bar No. 3099928
justin.synhorst@whitecase.com
1200 Smith Street, Suite 2300
Houston, TX 77002
tel.: (713) 496-9700
fax: (713) 496-9701

*Attorney-in-Charge for Toshiba International Corporation*

2

OF COUNSEL
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Samuel J. Sharp (*pro hac vice*)
samuel.sharp@whitecase.com
**WHITE & CASE** LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

Daniel Fridman (*pro hac vice*)
dfridman@ffslawfirm.com
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Boulevard, Suite 750
Coral Gables, FL 33134
tel.: (305) 569-7720
fax: (786) 627-4145

*Counsel to Toshiba International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing Plaintiff's Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record who are deemed to have consented to electronic service.

Respectfully submitted,

**WHITE & CASE** LLP

By: */s/ Justin Synhorst*
Justin Synhorst
justin.synhorst@whitecase.com
1200 Smith Street, Suite 2300
Houston, TX 77002
tel.: (713) 496-9700
fax: (713) 496-9701