UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, <br> Plaintiff, <br><br> VS. <br><br> PABLO D'AGOSTINO, an individual, SUDHAKAR KALAGA, an individual, PD RENTALS, LLC, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, and SVSRK ENTERPRISES, LLC, <br> Defendants. | § § § § § § § § § § § § § § | CIVIL NO. 4:19-CV-04274 |

## **ORDER**

Before the Court is Defendants Sudhakar Kalaga, KIT Construction Services, Inc., KIT Professionals, Inc., SKBP Ventures, LLC and SVSRK Enterprises, LLC's Unopposed Motion for Extension of Defendant's Responsive Pleading Deadline filed on November 20, 2019. (Docket No. 21). The Motion is GRANTED.

IT IS ORDERED that deadline for these defendants to file an answer or any other responsive pleading permitted under the Federal Rules of Civil Procedure shall be December 16, 2019.

SIGNED: November ____, 2019

_____
PRESIDING JUDGE