UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, | § § § |
| PLAINTIFF, | § § |
| v. | § § |
| PABLO D'AGOSTINO, an individual, SUDHAKAR KALAGA, an individual, PD RENTALS, LLC, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, and SVSRK ENTERPRISES, LLC, | § § § § § § § § § § |
| DEFENDANTS. | § |

No. 4:19-cv-04274

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pending before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limit. Upon consideration, the Court finds that the Motion should be GRANTED. It is therefore,

**ORDERED** that Plaintiff may file a 28-page brief supporting Plaintiff's Emergency Motion for a Temporary Restraining Order and Appointment of a Receiver to Gather and Preserve Decedent's Assets and Evidence.

**ORDERED** that Plaintiff's Emergency Motion is deemed filed on November 27, 2019.

SIGNED at Houston, Texas on this ____ day of November, 2019, at ___:____ P.M.

_____
DAVID HITTNER
United States District Judge