# Exhibit 1

Declaration of Janet Lynn Kennon

I, Janet Lynn Kennon, hereby declare:

1.  I have been employed by Toshiba International Corporation ("TIC") since 1984.  I am currently the Director of Financial Reporting and Accounting for TIC.  I make this declaration based on my personal knowledge and after reasonable inquiry.  I am submitting this declaration instead of appearing to testify live in court because I will be in Japan on December 9, 2019.

2.  TIC manufactures electronic parts and equipment at four manufacturing plants in Houston, Texas.  TIC manufactures products such as motors, adjustable speed drives, power systems, electric vehicle motors, and super charged ion batteries.

3.  Pablo D'Agostino was employed by TIC from May 21, 2007, until he was terminated on September 24, 2019.  He was terminated as a result of misconduct in performing his role as TIC's Corporate Facilities Manager.

4.  D'Agostino was hired on May 21, 2007 at a salary of $65,004 per year.  At the time of his termination, D'Agostino's salary was $116,795.63 per year.

5.  As TIC's Corporate Facilities Manager, D'Agostino was responsible for maintenance of TIC's facilities and coordinating construction work for upgrades and build-outs on TIC's facilities.  In this role, he was responsible for: (1) determining what construction and maintenance projects needed to be completed at TIC's facilities, (2) obtaining competing bids for the construction work, and (3) managing the contractors to oversee the successful completion of the work.

6.  TIC has policies and standards of conduct that apply to all of its employees, including D'Agostino.  These policies specifically state that employees must "refrain from receiving any personal benefits from suppliers with regard to corporate procurement" and must "not make unauthorized use of their position or authority within the company to benefit themselves or any third party."  TIC also has a conflicts of interest policy that forbids all employees from engaging in personal business transactions with TIC vendors.

7.  KIT Professionals was a TIC vendor from at least February 2009, and it did not do any work for TIC before D'Agostino starting working for TIC.

8.  KIT Construction Services, Inc. became a TIC vendor in 2011, which was followed by a rapid increase of payments from TIC to the KIT companies.

9.  I have personally reviewed the invoices and payments to KIT Professionals and KIT Construction. KIT Professionals was paid by TIC less than $100,000 between 2009 and 2010. It was paid over $10 million in total from 2011 to September 2019.

10. KIT Construction was paid by TIC more than $95 million in total from 2011 to September 2019.

11. TIC's ordinary practice of payment to vendors is to send checks via mail because wire transfers cost more money.  TIC issued checks for KIT Construction and KIT Professionals in payment for construction services, and I verified that the checks to KIT were sent by U.S. mail and not picked up by KIT.

12. TIC maintains policies and procedures for supplier selection and payment. According to TIC capital appropriations policies, any capital purchase order request must include at least two alternative supplier bids.

13. TIC maintained as business records copies of Purchase Requisitions, Purchase Orders, and bids submitted for construction projects.  TIC also maintains as business records archives of e-mails written and received by employees.

14. According to TIC's business records, D'Agostino and his facilities staff filled out TIC Purchase Requisitions and attached to them bids.  TIC's records contain hundreds of bids submitted by D'Agostino from companies including KIT Construction, KIT Professionals, V2V Solutions LLC ("V2V Solutions"), and Sermeg Industrial, Inc. ("Sermeg").

15. According to a review of TIC's records, the bids from V2V Solutions and Sermeg were always higher than the bids from KIT Construction.  At least several dozen bids were submitted in the name of V2V Solutions and Sermeg together with KIT bids for projects worth millions of dollars over the course of several years, but V2V and Sermeg were never selected as the winning bidders.

16. For example. TIC's business records show that at least one V2V Solutions bid was submitted to TIC by Sudhakar Kalaga, the owner of KIT Construction:

2

- On October 2, 2013, D'Agostino forwarded a message he received on his personal e-mail account to his work e-mail account. The original message was from Sudhakar Kalaga at his KIT Professionals e-mail account, with the subject "V2V" and attaching a PDF document titled "V2V Solutions_Motor Plant Roof Study for 20'x20' Roof Penetration Proposal to TOSHIBA.pdf." *See* Exhibit 19 of ECF no. 24-19.

- The PDF document was a bid from V2V Solutions, offering a proposal to provide a Turn-Key motor plant roof study and investigation of a 20'x20' roof penetration at TIC's facilities. The proposed cost was for $76,500.00. *Id*. That document became part of the Purchase Requisition bid package submitted by D'Agostino to TIC senior management for approval.

- KIT Professionals also submitted a bid to TIC for the same project with a proposed cost of $61,350.00. *See* Exhibit 20 of ECF no. 24-19. That document became part of the Purchase Requisition bid package submitted by D'Agostino to TIC senior management for approval.

- Because it was the lowest bidder, KIT Professionals was selected as the winning bid, and TIC issued Purchase Order 950279 to KIT Professionals for the project. *Id*.

17. TIC's business records also show that Sudhakar Kalaga communicated with D'Agostino through D'Agostino's personal e-mail account and D'Agostino forwarded some of those e-mails to his TIC work account:

- On July 30, 2014, Kalaga sent via his KIT Professionals e-mail account a message to D'Agostino's personal e-mail account with the subject line "KITC Proposal for the TIC Purchase Order # 950929 – Emergency Lift Station Repairs." In the e-mail, Kalaga stated "FYI….if it is OK…I will send it to your work email." D'Agostino then forwarded that message from his personal e-mail account to his work e-mail account on July 31, 2014. *See* Exhibit 21 of ECF no. 24-21.

- On June 9, 2015, Kalaga sent via his KIT Professionals e-mail account a message to D'Agostino's personal e-mail account with the subject line "Two new bids." In the e-mail, Kalaga stated "FYI .. see if you

can read and correct....if there is anything else we need to add to it. I will be out of pocket in the morning tomorrow." D'Agostino then forwarded that message from his personal e-mail account to his work e-mail account on June 10, 2015. *See* Exhibit 22 of ECF no. 24-22.

18. True and correct copies of additional examples of KIT, V2V, and Sermeg bids are attached as Exhibit 1.

19. According to a review of TIC's business records, from 2011 forward, it appears that nearly every time KIT Professionals or KIT Construction submitted a bid for a construction project to TIC, its bid was selected as the winning bid.

20. Overall, KIT companies won hundreds of bids from TIC after 2011, ranging in value from thousands of dollars to millions of dollars.

21. TIC management relied on the Purchase Requisitions and bids provided by D'Agostino, Kalaga, and KIT showing KIT as the lowest bidder to approve the Purchase Requisitions and award the work to KIT.

22. A Purchase Order number would then be assigned to the approved Purchase Requisition.

23. TIC accounts payable can only process an invoice for payment if an approved Requisition and Purchase Order have been issued, and a Purchase Order receipt entered into the system attesting that the products or services have been received. Once the Purchase Order and Purchase Order receipt have been issued, no one else needs to approve in the system.

24. According to TIC business records, D'Agostino had on his computer copies of invoice 709902, from Brown Safe Manufacturing, Inc. for personal safes totaling $14,830 billed to Sudhakar Kalaga. See Exhibit 8 of ECF no. 24-8.

25. According to TIC business records, D'Agostino had a to-do list on his computer that he was revising on the date of his termination from TIC on September 24, 2019, that included work that had to be done on some of the properties. For example, D'Agostino had to "[o]rder material for 26 whitekirck [sic] move out September 30/ reconnect power and water Sep 25, 2019" and "Visit Caplin to check Drain Wednesday 18, 2019" and "Condo HVAC closet adjust pipes" and "Go to pine Village Carol to check for the floor." *See* Exhibit 9 of ECF no. 24-9.

26. D'Agostino's to-do list also included statements such as, "Check w Ford when the new 2020 truck can be order [sic]" and "Check for the Rolex Yatch [sic] Master 43mm new 2019" and "Check for shoe trees for the new shoes Louis Vuitton." *Id.*

27. According to TIC business records, D'Agostino sent an email to Farmers Agency on March 19, 2013, attaching a list of guns and prices for insurance purposes, totaling over $40,000 in value. *See* Exhibit 11 of ECF no. 24-11.

28. According to TIC business records, D'Agostino received an email on September 5, 2010 from Cartier Las Vegas asking D'Agostino how his wife had liked the "Tank Francaise ring" that he had purchased for her while he was in Las Vegas. *See* Exhibit 14 of ECF no. 24-14.

29. According to TIC business records, D'Agostino exchanged emails with Haddad Jewelers between the dates of November 7, 2009 and January 13, 2010 in reference to a custom sapphire and rose gold ring, that D'Agostino had ordered, and for which Haddad was claiming payment, and bank statements referencing payment of $9,750 to Haddad Jewelers. *See* Exhibit 15 of ECF no. 24-15.

30. According to TIC business records, D'Agostino received an email on August 18, 2015 from Amy Parker of Salvatore Ferragamo, providing him with his purchase history of over $60,000 in shoes and accessories to replace items that were lost in his house fire. *See* Exhibit 16 of ECF no. 24-16.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2019 in Houston, Texas.

Janet Lynn Kennon

# Exhibit 1-A

# TOSHIBA INTERNATIONAL CORPORATION
## PURCHASE REQUISITION

| REQUISITION DATE | 1/9/14 | | 1/9/14 | PO# | 950532 |
|---|---|---|---|---|---|

**SELECTED SOURCE:**
KIT Construction, Inc.

**SUGGESTED/RECOMMENDED SOURCES:**
1. KIT Construction, Inc.
2.
3.

**VENDOR SELECTION BASIS:**

| | LOW BID | |
|---|---|---|
| x | ONLY AVAILABLE SOURCE | |
| x | BEST DELIVERY | |
| x | CONTRACT | |
| | OTHER (EXPLAIN) | |

**PURCHASING CODE**
84300-1378
1/9/14
Dink Huter

**SHIP TO:**
TOSHIBA INTERNATIONAL CORPORATION
13131 WEST LITTLE YORK ROAD
HOUSTON TX 77041
ATTN:   Pablo D'Agostino

| FOB: | SHIP PT. | OTHER | FRT: | COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|---|

**SHIP VIA:** Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | | Control Plant Warehouse concrete slab repairs Phase 1 | | 152,000.00 |
| 2 | | | Control Plant Warehouse concrete slab repairs Phase 2 | | 150,000.00 |
| 3 | | | Control Plant Warehouse concrete slab repairs Phase 3 | | 100,000.00 |
| 4 | | | Control Plant Warehouse concrete slab repairs Phase 4 | | 133,000.00 |
| | | | | | |
| | | | Lilly    Photos Included | | |
| | | | Your original of PO# 950532 | | |
| | | | | | |
| | | Shipping | | | |
| | | TAX | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | BUDGET AMOUNT | SUB TOTAL AMOUNT |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | **TOTAL AMOUNT** |
| 3. | 3. | 535,000.00 |

| REQUISITIONER: | PLANT MANAGER: | PURCHASING MANAGER: |
|---|---|---|
| 1/9/14 | 1/9 | |

| DEPT. MANAGER: | GENERAL MANAGER: | OTHER APPROVAL: |
|---|---|---|
| 1/9/14 | 1/9/2014 | 1/9/14 |

# TOSHIBA INTERNATIONAL CORPORATION
### INDUSTRIAL DIVISION

**Delivery Address**

TOSHIBA INTERNATIONAL CORP
ATTN: PABLO D'AGOSTINO
13131 W. LITTLE YORK RD.
Houston, TX
77041

13131 W. LITTLE YORK RD.   HOUSTON, TEXAS 77041
710/466-0277

ORDER DATE 01-09-14   PAGE 1

PURCHASE ORDER NO. 950532

**ISSUE TO**

KIT CONSTRUCTION SERVICES INC
2000 WEST SAM HOUSTON PKWY S
SUITE 1400
HOUSTON, TX
77042

(1) THIS ORDER IS PLACED SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE BACK HEREOF
(2) ACCEPTANCE OF THIS ORDER MUST BE EXECUTED BY SELLER AND MAILED TO PURCHASER WITHIN FIVE (5) DAYS FOLLOWING RECEIPT OF THIS ORDER BY SELLER.

BUYER: Lilly Mosqueda

REVISION NO.

TAX I.D. NO.
94-1652435

SUPPLIER NO.   303523

| TERMS OF DELIVERY | PAYMENT TERMS | FORWARDING AGENT |
|---|---|---|
| | Net 30 | |

PLEASE NOTIFY US IMMEDIATELY IF UNABLE TO SHIP COMPLETE ORDER BY DATE REQUIRED

| ITEM NO. | QUANTITY | UOM | PART NO. | DESCRIPTION | DEL. DATE | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS,SELLER MUST PROVIDE IMPORTER SECURITY FILING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST 72 HOURS PRIOR TO THE LOADING OF THE VESSEL. SUMMBIT INFORMATION TO: ISF@tic.toshiba.com SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED. | | | |
| | | | | Seller must provide the country of origin and commodity or harmonize code for each product listed in this Purchase Order. TIC's standard Terms and Conditions are located at http://www.toshiba.com/ind/Purchasing_TandC.pdf | | | |
| 1 | 1.00 | EA | 84300 Revision : | MISC OP EXP-MAINT-BLDG&FACILIT | 01-09-14 | 152000.0000 | 152000.00 |
| | | | | CONTROL PLANT WAREHOUSE CONCRETE SLAB REPAIR PHASE 1 | | | |
| 2 | 1.00 | EA | 84300 Revision : | MISC OP EXP-MAINT-BLDG&FACILIT | 01-09-14 | 150000.0000 | 150000.00 |
| | | | | CONTROL PLANT WAREHOUSE CONCRETE SLAB REPAIR PHASE 2 | | | |
| 3 | 1.00 | EA | 84300 Revision : | MISC OP EXP-MAINT-BLDG&FACILIT | 01-09-14 | 100000.0000 | 100000.00 |
| | | | | CONTROL PLANT WAREHOUSE CONCRETE SLAB REPAIR PHASE 3 | | | |
| 4 | 1.00 | EA | 84300 Revision : | MISC OP EXP-MAINT-BLDG&FACILIT | 01-09-14 | 133000.0000 | 133000.00 |

SUBMITTED BY:   LMosqueda
Digitally signed by LMosqueda
DN=cn=LMosqueda,
email=Lilly.Mosqueda@tic.toshiba.com
Date: 2014.01.09 19:21:28 -06'00'

TOSHIBA INTERNATIONAL CORPORATION

**Delivery Address**

TOSHIBA INTERNATIONAL CORP
ATTN: PABLO D'AGOSTINO
13131 W. LITTLE YORK RD.
Houston, TX
77041

# TOSHIBA INTERNATIONAL CORPORATION
## INDUSTRIAL DIVISION

13131 W. LITTLE YORK RD.    HOUSTON, TEXAS 77041
713/466-0277

ORDER DATE 01-09-14   PAGE 2

PURCHASE ORDER NO.   950532

BUYER: Lilly Mosqueda

**ISSUE TO**

KIT CONSTRUCTION SERVICES INC
2000 WEST SAM HOUSTON PKWY S
SUITE 1400
HOUSTON, TX
77042

(1) THIS ORDER IS PLACED SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE BACK HEREOF
(2) ACCEPTANCE OF THIS ORDER MUST BE EXECUTED BY SELLER AND MAILED TO PURCHASER WITHIN FIVE (5) DAYS FOLLOWING RECEIPT OF THIS ORDER BY SELLER.

TAX I.D. NO.
94-1652435

REVISION NO.

SUPPLIER NO.   303523

| TERMS OF DELIVERY | PAYMENT TERMS | FORWARDING AGENT |
|---|---|---|
|  | Net 30 |  |

PLEASE NOTIFY US IMMEDIATELY IF UNABLE TO SHIP COMPLETE ORDER BY DATE REQUIRED

| ITEM NO. | QUANTITY | UOM | PART NO. | DESCRIPTION | DEL. DATE | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | CONTROL PLANT WAREHOUSE CONCRETE SLAB REPAIR PHASE 4 |  |  |  |
|  |  |  |  |  |  | Total USD | 535000.00 |

Please state our order and item number on all invoices.

SUBMITTED BY: **LMosqueda**

Digitally signed by LMosqueda
DN: cn=LMosqueda,
email=Lilly.Mosqueda@tic.toshiba
.com
Date: 2014.01.09 19:23:24 -06'00'

TOSHIBA INTERNATIONAL CORPORATION



**KIT Construction Services, Inc.**
*BUILDING TRUST & CONFIDENCE*

January 8, 2014

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:    **Control Plant Warehouse Concrete Slab Repairs**
        **KIT Proposal No: K14CSI914**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation intends to perform the concrete floor slab repairs at various location within the Control Plant Warehouse.  KIT Construction Services, Inc. is pleased to submit this proposal to provide all material, labor and tools necessary to complete the above mentioned project as outlined in the following scope. **Control Plant Warehouse Concrete Slab Repairs** at Toshiba International Corporation's Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

After meeting with you, making field visits, and researching background information based on existing slab construction, we have derived at the following scope of work and the construction cost of approximately _**45 isolated locations within the manufacturing and loading dock floor**_:

**SCOPE OF WORK:**
- Perform full depth saw cutting of the existing concrete slab on grade.
- Some of the location where concrete spalling is evident, the area will be chipped off and prepared for high strength epoxy repairs.
- Removal and disposing of the existing concrete in a legal manner.
- Level out the subgrade and prepare the base.
- Install steel dowels at the existing slab edge.
- Cast-in-place high early strength 4,000 psi concrete structural slab.
- All reinforcing steel shall be per ASTM A615, Grade 60.
- Install joint sealer at the expansion joints.
- Install barrier around the work space & keeping the work area free of debris.
- All Existing Racks and Equipment to be removed by TIC prior to work commencement.

**KIT Construction Services, Inc.**

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order. Compensation for this scope will be on a lump-sum basis and will be invoiced at milestone completion and percentage complete.

We propose a lump sum price to complete the stated scope in various phases as:

| | |
|---|---|
| Phase 1 | $152,000.00** |
| Phase 2 | $150,000.00** |
| Phase 3 | $100,000.00** |
| Phase 4 | $133,000.00** |

*Critical Locations to be completed in segments over several Weekends (Start Fridays @ 7:00 PM and End Mondays @ 5:00 AM). Work for areas where alternate path can be established shall be completed during normal business hours. This Option will limit the disruption of ongoing operation.*

** *PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications.

All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.

This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.

"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.

**PROJECT SCHEDULE:**

We will strive to perform our services to achieve project goals on time.  We will provide time schedule for our services upon receiving project schedule from you.

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President

 **Sermeg Industrial Inc.**

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 01/08/2014 | SM14-01-08 | CP Concrete Slab Repaires |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject: **Proposal for Control Plant Concrete Slab Repairs – Phase I, II, III & IV
at Toshiba International Corporation, Houston, Texas**

Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Ohio, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as civil, mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Inter-personal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC control plant concrete repair needs and submit this construction price proposal for your consideration. Our understanding of the proposed project is summarized as:

**STATEMENT OF THE PROBLEM**

- Approximately 45 isolated locations within the manufacturing and loading dock areas
- Existing Concrete thickness varies in depth with minimum reinforcement
- Proposed Live Load (Motor and Forklift) may be in the range of 80,000 LBS
- Construction Sequencing is paramount to minimize disruption
- For Critical areas, Construction during Night & Weekend may be required
- Existing Storage Racks & Equipment's will be required to be removed or relocated

**Sermeg Industrial Inc.**

## SCOPE OF WORK

Our trained and insured personnel will assess and obtain the necessary information at the facility to minimize the disturbance due to the construction. Following is a general outline of the construction items:

- Approximate 45 locations within the manufacturing/loading dock areas within the heavy load fork lift travel path
- Pre-construction meetings with the TIC Control Plant personnel
- Approvals from Control Plant on the construction schedule and temporary detour paths for the fork lifts
- Project management & construction permits
- Mobilization
- Full depth saw cut of existing concrete
- Demolition and refuse material disposal
- Disposal of removed concrete
- Cast-in-place structural slab (4,000 psi)
- # 5 reinforcement steel per the structural engineer recommendations
- Installation of exterior grade beams & expansion joints
- Temporary barriers to delineate work zone
- Construction inspection and material testing
- Code compliance and engineer inspections

## CONSTRUCTION ESTIMATE:

Our estimate in the amount of **$775,000.00** for Phase I, II, III & IV is based on the information provided and may need to be revised once the final contract documents are received.

## SCHEDULE DURATION:

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 3 to 4 months after mobilization.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

*V. N. Murty*

V.N. Murty
Construction Manager

# Exhibit 1-B

# TOSHIBA INTERNATIONAL CORPORATION

## PURCHASE REQUISITION

| REQUISITION DATE | 02/18/2014 | 02/18/2014 | PO# | 950634 |
|---|---|---|---|---|

| SELECTED SOURCE: **Kit Construction** | SUGGESTED/RECOMMENDED SOURCES: 1. Kit Construction  2. V2V Solutions  3. Sermeg Industrial Inc. |
|---|---|

| VENDOR SELECTION BASIS: | | PURCHASING CODE | SHIP TO: |
|---|---|---|---|
| | LOW BID | | TOSHIBA INTERNATIONAL CORPORATION |
| x | ONLY AVAILABLE SOURCE | | 13131 WEST LITTLE YORK ROAD |
| x | BEST DELIVERY | | HOUSTON  TX  77041 |
| x | CONTRACT | | ATTN:  Pablo D'Agostino |
| | OTHER (EXPLAIN) | | |

| FOB: | SHIP PT. | OTHER | FRT: COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|

**SHIP VIA:** Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | | Concrete Pavement Replacement at existing Sanitary Sewer Trench in Shipping Area | | 275,000.00 |
| | | | | | |
| | | | ******PICTURES ATTACHED TO PO*** | | |
| | | | | | |
| | | | **NTE**$275,000.00** | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Shipping | | | |
| | | TAX | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | | BUDGET AMOUNT | | SUB TOTAL AMOUNT | |
|---|---|---|---|---|---|
| 1. | | 1. | | | |
| 2. | | 2. | | TOTAL AMOUNT | |
| 3. | | 3. | | 275,000.00 | |

| REQUISITIONER: Theresa Stovall 2/18/14 | PLANT MANAGER | |
|---|---|---|
| DEPT. MANAGER: Dave 2/18/14 | GENERAL MANAGER: Asger 2/18/14 | OTHER APPROVAL |

**FILE COPY**



**KIT Construction Services, Inc.**

*BUILDING TRUST & CONFIDENCE*

February 18, 2014

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:   **Concrete Pavement Replacement at existing Sanitary Sewer Trench in Shipping Area**
        **KIT Proposal No: K14CSI918C**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation intends to perform the concrete pavement repairs at the existing sanitary sewer trench located along the shipping area.  KIT Construction Services, Inc. is pleased to submit this proposal to provide all material, labor and tools necessary to complete the above mentioned project as outlined in the following scope. Shipping area concrete pavement replacement at existing sanitary sewer trench at Toshiba International Corporation's Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

After meeting with you, making field visits, and researching background information based on existing slab construction, we have derived at the following scope of work and the construction cost of approximately 975 lf of trench concrete pavement replacement:

**SCOPE OF WORK:**

- Due to high traffic volume and to maintain critical delivery schedule, the work shall be performed in <u>6 phases</u> over several weeks.
- The work hours shall include extensive off-peak durations for the high traffic area including overtime hours (Nights & Weekends).
- Provisions shall be made for installation of steel road plates to maintain traffic movement and access to loading docks and critical areas.
- Provisions shall be made for maintaining necessary barricades, traffic control devises and barriers to delineate construction zone.
- Removal of existing concrete (Approximate 975 LF of trench length with widths varying from 30-inch to 60-inch) and dispose of refuse material in a legal manner.
- Excavation of soils to match proposed concrete section.

- The proposed Concrete pavement section shall be at least 8-inch thick concrete with Cement Stabilized Sand base where required with the mix design to produce Rapid Setting High Early strength concrete to allow opening of pavement section within 48 hours of placement.
- Reinforcing steel shall be Grade 60.
- Drill and epoxy grout horizontal dowels into adjoining paving section to remain.
- Provide pavement joints to match existing pavement.
- Provide pavement headers at the electrical duct bank and at ends.

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order.

Compensation for this scope will be on a lump-sum basis as:        $275,00.00**
   ** PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.

All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.

This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.

"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.

**PROJECT SCHEDULE:**

We will strive to perform our services to achieve project goals on time. We will provide time schedule for our services upon receiving project schedule from you.

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services. If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President

# V2V Solutions

*Manufacturing • Process Evaluation • Cost Containment*

February 18, 2014

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

Ref:    **PROPOSAL – Concrete Pavement Replacement at existing Sanitary Sewer Trench (Phase I thru VI) at the Toshiba International Corporation's (TIC) Industrial Division Facility, Houston, Texas**

Dear Mr. Pablo D'Agostino,

In response to your request, V2V Solutions submits this proposal to provide a turn-key concrete pavement replacement at existing sanitary sewer trench (Phase I thru VI) at the TIC's Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

V2V Solutions is a manufacturing construction firm that provides comprehensive manufacturing solutions, process evaluations and cost containment. Located in Houston, Texas, we have assisted several large scale manufacturing outfits with our services and have saved millions of dollars.

Trained and educated personnel with expertise in mechanical engineering, electrical engineering, chemical engineering, and manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Our personnel are knowledgeable and vastly experienced at manufacturing outfit constructions and preparing the necessary documents required by the local governing agencies.

## SCOPE OF WORK

We perform an on-site evaluation of the Toshiba International Corporation's (TIC) Industrial Division facility. Our trained and insured personnel will assess and obtain the necessary information at the facility to minimize the disturbance due to the construction. Following is a general outline of the construction items:

- Pre-construction meetings with the TIC facilities manager & plant personnel
- Approvals from TIC on the construction schedule and temporary detours
- Project Management, Construction Permits
- Mobilization
- Demolition and Refuse Material Disposal
- Approximate 975 lf of trench concrete pavement replacement within the shipping / loading dock areas within the heavy load shipping truck and fork lift travel path
- The proposed Concrete pavement section shall be at least 8-inch thick
- Cement Stabilized Sand base where required with the mix design
- Rapid Setting High Early strength concrete to allow opening of pavement section within 48 hours of placement.
- Reinforcing steel shall be Grade 60.
- Drill and epoxy grout horizontal dowels into adjoining paving section to remain.
- Temporary barriers to delineate work zone
- Perform professional inspection and analysis for all completed upgrades and repairs.
- Construction Inspection & Material Testing
- Daily clean-up and keeping the work area free of debris

**PROJECT FEE:**

V2V Solutions will provide Turn-Key concrete pavement replacement at existing sanitary sewer trench (Phase I thru VI) in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.

**Total lump sum price for the concrete pavement replacement:     $325,000.00**

V2V Solutions appreciates the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President



# Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 02/18/2014 | SM14-02-18A | Concrete Pavement Replacement at existing Sanitary Sewer Trench |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041


Subject: **Proposal for Concrete Pavement Replacement at existing Sanitary Sewer Trench Phase I thru VI - at Toshiba International Corporation, Houston, Texas**


Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Ohio, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as civil, mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Inter-personal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC concrete pavement replacement at existing sanitary sewer trench needs and submit this construction price proposal for your consideration. Our understanding of the proposed project is summarized as:

**STATEMENT OF THE PROBLEM**

- Approximately 975 lf of Trench Concrete Pavement Replacement (6 Phases)
- Existing concrete thickness varies in depth with very minimum reinforcement
- Shipping trucks live loads has damaged the inferior and under designed trench concrete pavement significantly
- Construction Sequencing is paramount to minimize disruption
- For Critical areas, Construction during Night & Weekend may be required
- Existing Storage Racks & Equipment's will be required to be removed or relocated

**Sermeg Industrial Inc.**

## SCOPE OF WORK

Our trained and insured personnel will assess and obtain the necessary information at the facility to minimize the disturbance due to the construction. Following is a general outline of the construction items:

- Approximate 975 lf of trench concrete pavement replacement within the shipping / loading dock areas within the heavy load shipping truck and fork lift travel path
- Pre-construction meetings with the TIC plant personnel
- Approvals from shipping department on the construction schedule and temporary detour paths for the fork lifts
- Project management & construction permits
- Mobilization
- Full depth saw cut of existing concrete, demolition and disposal of removed concrete
- The proposed Concrete pavement section shall be at least 8-inch thick
- Cement Stabilized Sand base where required with the mix design
- Rapid Setting High Early strength concrete to allow opening of pavement section within 48 hours of placement.
- Reinforcing steel shall be Grade 60.
- Drill and epoxy grout horizontal dowels into adjoining paving section to remain.
- Temporary barriers to delineate work zone
- Construction inspection and material testing, code compliance and engineer inspections

## CONSTRUCTION ESTIMATE:

Our estimate in the amount of **$385,000.00** for Phase I thru VI is based on the information provided and may need to be revised once the final contract documents are received.

## SCHEDULE DURATION:

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 3 to 4 months after mobilization.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

*V N Murthy*

V.N. Murthy
Construction Manager

**Exhibit 1-C**

# TOSHIBA INTERNATIONAL CORPORATION
## PURCHASE REQUISITION

**950683**

| QUISITION DATE | 03/24/2014 | | 03/24/2014 | PO# |

SELECTED SOURCE:
Kit Construction

SUGGESTED/RECOMMENDED SOURCES:
1. Kit Construction
2.
3.

| VENDOR SELECTION BASIS: | | PURCHASING CODE | SHIP TO: |
|---|---|---|---|
| | LOW BID | Y4300-1378 | TOSHIBA INTERNATIONAL CORPORATION |
| x | ONLY AVAILABLE SOURCE | 3/25/14 | 13131 WEST LITTLE YORK ROAD |
| x | BEST DELIVERY | | HOUSTON TX 77041 |
| x | CONTRACT | | ATTN:   Pablo D'Agostino |
| | OTHER (EXPLAIN) | | |

| FOB: | SHIP PT. | OTHER | FRT:   COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|

**SHIP VIA:** Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | | | | 50,000.00 |
| | | | ***Transformer Installation** | | |
| | | | (P)   Due   to piping underground at no compliance. | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **NTE** $50,000.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Shipping | | | |
| | | TAX | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | BUDGET AMOUNT | SUB TOTAL AMOUNT |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | **TOTAL AMOUNT** |
| 3. | 3. | **50,000.00** |

| REQUISITIONER: | PLANT MANAGER: |
|---|---|
| DEPT. MANAGER: | GENERAL MANAGER: | OTHER APPROVAL: 3/25/14 |

**TOSHIBA INTERNATIONAL CORPORATION**
INDUSTRIAL DIVISION

13131 W. LITTLE YORK RD.    HOUSTON, TEXAS 77041    713-460-0277

| | |
|---|---|
| ORDER DATE | 03-25-14 |
| PAGE | 1 |

| PURCHASE ORDER NO. | 950683 |
|---|---|
| BUYER: | Lilly Mosqueda |
| NAICS | |
| SUPPLIER NO. | 303523 |
| REVISION NO. | |

**Delivery Address**

ATTN: IBA INTERNATIONAL CORP
PABLO D'AGOSTINO
13131 W. LITTLE YORK RD.
Houston, TX
77041

KTM CONSTRUCTION SERVICES INC
(S & H TO:)
2000 WEST SAM HOUSTON PKWY S
SUITE 1400
HOUSTON, TX
77042

| TAX I.D. NO. | 94-1652435 |
|---|---|

(1) THIS ORDER IS PLACED SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE BACK HEREOF
(2) ACCEPTANCE OF THIS ORDER MUST BE EXECUTED BY SELLER AND MAILED TO PURCHASER WITHIN FIVE (5) DAYS FOLLOWING RECEIPT OF THIS ORDER BY SELLER.

| TERMS OF DELIVERY | | PAYMENT TERMS | FORWARDING AGENT |
|---|---|---|---|
| | | Net 30 | |

PLEASE NOTIFY US IMMEDIATELY IF UNABLE TO SHIP COMPLETE ORDER BY DATE REQUIRED

| ITEM NO | QUANTITY | UOM | PART NO. | DESCRIPTION | DEL. DATE | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | 84300 Revision : | MISC OP EXP-MAINT-BLDG&FACILIT<br><br>TRANSFORMER INSTALLATION DUE TO PIPING UNDERGROUND AT NO COMPLIANCE.<br><br>NTE $50,000.00 | 03-25-14 | 50000.0000 | 50000.00 |

FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER SECURITY FILING (ISF) DATA ELEMENTS BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST 72 HOURS PRIOR TO THE LOADING OF THE VESSEL.
SUBMIT INFORMATION TO: ISF@tic.toshiba.com
SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED.

Seller must provide the country of origin and commodity or harmonize code for each product listed in this Purchase Order. TIC's standard Terms and Conditions are located at
http://www.toshiba.com/ind/Purchasing_TandC.pdf

| | |
|---|---|
| Total USD | 50000.00 |

Please state our order and item number on all invoices.

SUBMITTED BY: LMosqueda


**KIT Construction Services, Inc.**
*BUILDING TRUST & CONFIDENCE*

Q50683

March 25, 2014

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:   **Emergency Utility Relocation for Transformer Upgrade & Installation**
       **KIT Proposal No: K14CSI917B**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation intends to upgrade existing CPE Transformer from 3850 kVA to 5000 kVA due to future power needs. KIT Construction Services, Inc. is pleased to submit this proposal to provide all material, labor and tools necessary to complete the above mentioned project as outlined in the following scope. Emergency Utility Relocation for Transformer Upgrade & Installation at Toshiba International Corporation's Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

After meeting with you, making field visits, and researching background information, we have derived at the following scope of work and the construction cost of proposed emergency utility relocation for transformer upgrade & installation:

**SCOPE OF WORK:**

- Coordinate with CPE to develop Terms & Conditions for the proposed power service upgrade.
- Assist TIC in preparing documents requested by the CenterPoint Energy.
- Relocate the existing underground utilities which are in conflict with the proposed new concrete foundation for the 5000 kVA transformer per CPE standards.
- Relocate the existing underground utilities which are in conflict with the proposed underground 6-inch conduits duct bank (CPE primary side) encased in red concrete per CPE standards.
- Relocate the existing underground utilities which are in conflict with the proposed underground 4 Ea. 4-inch conduits duct bank encased in red concrete (secondary side) from the proposed transformer to the BENDER substation.
- Provide NEMA 4 junction box with hinged cover.
- Remove and replace existing concrete sidewalk as required for the duct bank installation.

2000 W Sam Houston Parkway S, Suite 1400, Houston, Texas 77042 ● Tel: 713-783-8700 ● Fax: 713-783-8747

**KIT Construction Services, Inc.**

- Relocate the existing underground utilities which are in conflict with the proposed 1" conduit run extending from the existing telephone connection to new transformer metering location.
- Overtime fees charged by CenterPoint Energy for weekend work.
- This proposal does not include any other charges that may be charged by CPE for easement, power pole installation or the proposed 5000 kVA transformer.

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described emergency utility relocation for transformer upgrade & installation in accordance TIC purchase order. Compensation for this scope will be on a lump-sum basis as:                    **$50,000.00\*\***

*\*\* PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.

This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.

"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.

**PROJECT SCHEDULE:**

We will strive to perform our services to achieve project goals on time.  We will provide time schedule for our services upon receiving project schedule from you.

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President

WC_CTRL_00423858



# Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 03/25/2014 | SM14-03-25 | Emergency Utility Relocation for Transformer Upgrade |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject:     **Proposal for Emergency Utility Relocation for Transformer Upgrade at Toshiba International Corporation, Houston, Texas**

Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Georgia, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as civil, mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Inter-personal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC emergency utility relocation for transformer upgrade needs and submit this construction price proposal for your consideration. Our understanding of the proposed project is summarized as:

**SCOPE OF WORK**

Our trained and insured personnel will assess and obtain the necessary information at the facility to minimize the disturbance due to the construction. Following is a general outline of the construction items:
- Pre-construction meetings with the TIC plant personnel
- Approvals from TIC on the construction schedule and temporary detour paths
- Project management & construction permits
- Coordinate with CenterPoint Energy (CPE) to develop Terms & Conditions for the proposed power service upgrade.

WC_CTRL_00423858

**Sermeg Industrial Inc**

- Remove all the existing underground utilities in conflict with the new concrete foundation, 6-inch conduits duct bank and 4 Ea. 4-inch conduits duct bank.
- Relocate existing underground utilities in conflict.
- Remove and replace existing concrete sidewalk as required for the duct bank installation.
- Removal and reinstallation of existing steel platform and stairs at the substation.
- Provide 1" conduit run extending from the existing telephone connection to new transformer metering location.
- Installation of removable and permanent safety bollards around proposed transformer pad per CPE requirements.
- Overtime fees charged by CenterPoint Energy for weekend work.
- Construction inspection and material testing, code compliance and engineer inspections

**CONSTRUCTION ESTIMATE:**

Our estimate in the amount of **$68,000.00** for emergency utility relocation for transformer upgrade is based on the information provided and may need to be revised once the final contract documents are received.

**SCHEDULE DURATION:**

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 3 to 4 weeks after mobilization.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

V.N. Murthy
Construction Manager

WC_CTRL_00423858

# Exhibit 1-D

DocuSign Envelope ID: 759C639B-CB65-4D11-AFFA-88B076D65BCC

# TOSHIBA INTERNATIONAL CORPORATION
## PURCHASE REQUISITION

PO# **951118**

| REQUISITION DATE | 12/5/2014 | | 12/5/2014 | |
|---|---|---|---|---|

**SELECTED SOURCE:**
Kit Construction

**SUGGESTED/RECOMMENDED SOURCES:**
1. Kit Construction
2. V2V Solutions, LLC
3. Sermeg Industrial Inc.

| VENDOR SELECTION BASIS: | PURCHASING CODE | SHIP TO: |
|---|---|---|
| ___ LOW BID | | TOSHIBA INTERNATIONAL CORPORATION |
| x ONLY AVAILABLE SOURCE | 17900 - 1326 | 13131 WEST LITTLE YORK ROAD |
| x BEST DELIVERY | 12/8/14 | HOUSTON, TX 77041 |
| x CONTRACT | | ATTN: Pablo D'Agostino |
| ___ OTHER (EXPLAIN) | | |

| FOB: | SHIP PT. | OTHER | FRT: | COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|---|
| | | | | | | |

SHIP VIA: Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | | | | $168,720.00 |
| | | | Control Plant Tester Circuits Replacement and a new 480V 400AMP feeder. | | |
| | | | | | |
| | | | | | |
| | | | Please see attached | | |
| | | | | | |
| | | | | | |
| | | | NTE**$168,720.00 | | |
| | | Shipping | | | |
| | | TAX | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | | BUDGET AMOUNT | SUB TOTAL AMOUNT |
|---|---|---|---|
| 1. | 1. | | |
| 2. | 2. | | TOTAL AMOUNT |
| 3. | 3. | | $168,720.00 |

| REQUISITIONER: 12-5-14 | PLANT MANAGER | |
|---|---|---|
| *Theresa Stovall* | | *Mark* |
| DEPT. MANAGER: | GENERAL MANAGER: | OTHER APPROVAL |
| *P DOVO* R.S.14 | *Ken Sheaffer* | *milanor* 12/5/14 |
| | (thru delegation) | *Ken Sheaffer* |

*pass through to TMPE
approved*

December 5, 2014   *James Ray*
CB0F65E25D69490...

# ORIGINAL

**TOSHIBA INTERNATIONAL CORPORATION**
**INDUSTRIAL DIVISION**

TOSHIBA INTERNATIONAL CORP
ATTN: PABLO D'AGOSTINO
13131 W. LITTLE YORK RD
Houston, TX
77041

13131 W. LITTLE YORK RD.     HOUSTON, TEXAS 77041
713/466-0277

| | |
|---|---|
| ORDER DATE | 12-05-14 | PAGE 1 |

PURCHASE ORDER NO. 951118

ISSUE TO
KIT CONSTRUCTION SERVICES INC
2000 WEST SAM HOUSTON PKWY S
SUITE 1400
HOUSTON, TX
77042

(1) THIS ORDER IS PLACED SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE BACK HEREOF
(2) ACCEPTANCE OF THIS ORDER MUST BE EXECUTED BY SELLER AND MAILED TO PURCHASER WITHIN FIVE (5) DAYS FOLLOWING RECEIPT OF THIS ORDER BY SELLER.

TAX I.D. NO.
94-1652435

BUYER: Lilly Mosqueda

MAICS

REVISION NO.

SUPPLIER NO. 303523

| TERMS OF DELIVERY | PAYMENT TERMS | FORWARDING AGENT |
|---|---|---|
| | Net 30 | |

PLEASE NOTIFY US IMMEDIATELY IF UNABLE TO SHIP COMPLETE ORDER BY DATE REQUIRED

| ITEM NO. | QUANTITY | UOM | PART NO. | DESCRIPTION | DEL. DATE | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER SECURITY FILING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST 72 HOURS PRIOR TO THE LOADING OF THE VESSEL. SUBMIT INFORMATION TO: ISF@tic.toshiba.com SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED. | | | |
| | | | | Seller must provide the country of origin and commodity or harmonize code for each product listed in this Purchase Order. | | | |
| | | | | TIC STANDARD TERMS AND CONDITIONS OF PURCHASE apply unless otherwise provided on the face of this document. Any additional or contrary terms and any standard or pre-printed terms and conditions in order acknowledgements or other supplier documents are rejected adn shall be null and void and of no force and effect. TIC Standard Terms and Conditions of Purchase are available at: https://www.toshiba.com/tic/datafiles/Purchasing_TandC.pdf or by calling 1-800-231-1412 | | | |
| 1 | 1.00 EA | | 17900 Revision : | PREPAID EXPENSES | 12-05-14 | 168720.0000 | 168720.00 |
| | | | | CONTROL PLANT TESTER REPLACEMENT AND A NEW 480V 400 AMP FEEDER | | | |
| | | | | NTE: $168,720.00 | | | |
| | | | | | | Total USD | 168720.00 |

Please state our order and item number on all invoices.

LMosqueda
Digitally signed by LMosqueda
DN: cn=LMosqueda,
email=Lilly.Mosqueda@tic.toshiba.com
Date: 2014.12.05 15:28:27 -06'00'

SUBMITTED BY: _____

**TOSHIBA INTERNATIONAL CORPORATION**

# TOSHIBA INTERNATIONAL CORPORATION
## INDUSTRIAL DIVISION

Delivery Address

TOSHIBA INTERNATIONAL CORP
ATTN: PABLO D'AGOSTINO
13131 W. LITTLE YORK RD
Houston, TX
77041

13131 W. LITTLE YORK RD.        HOUSTON, TEXAS 77041
713/466-0277

| | |
|---|---|
| ORDER DATE | 12-05-14 |
| PAGE | 1 |

ISSUE TO
KIT CONSTRUCTION SERVICES INC
2000 WEST SAM HOUSTON PKWY S
SUITE 1400
HOUSTON, TX
77042

(1) THIS ORDER IS PLACED SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE BACK HEREOF
(2) ACCEPTANCE OF THIS ORDER MUST BE EXECUTED BY SELLER AND MAILED TO PURCHASER WITHIN FIVE (5) DAYS FOLLOWING RECEIPT OF THIS ORDER BY SELLER.

TAX I.D. NO.
94-1652435

| | |
|---|---|
| PURCHASE ORDER NO. | 951118 |
| BUYER: | Lilly Mosqueda |
| MAICS | REVISION NO. |
| SUPPLIER NO. | 303523 |

| TERMS OF DELIVERY | PAYMENT TERMS | FORWARDING AGENT |
|---|---|---|
| | Net 30 | |

PLEASE NOTIFY US IMMEDIATELY IF UNABLE TO SHIP COMPLETE ORDER BY DATE REQUIRED

| ITEM NO. | QUANTITY | UOM | PART NO. | DESCRIPTION | DEL. DATE | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER SECURITY FILING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST 72 HOURS PRIOR TO THE LOADING OF THE VESSEL. SUBMIT INFORMATION TO: ISF@tic.toshiba.com SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED. | | | |
| | | | | Seller must provide the country of origin and commodity or harmonize code for each product listed in this Purchase Order. | | | |
| | | | | TIC STANDARD TERMS AND CONDITIONS OF PURCHASE apply unless otherwise provided on the face of this document. Any additional or contrary terms and any standard or pre-printed terms and conditions in order acknowledgements or other supplier documents are rejected adn shall be null and void and of no force and effect. TIC Standard Terms and Conditions of Purchase are available at: https://www.toshiba.com/tic/datafiles/Purchasing_TandC.pdf or by calling 1-800-231-1412 | | | |
| 1 | 1.00 EA | | 17900 Revision : | PREPAID EXPENSES | 12-05-14 | 168720.0000 | 168720.00 |
| | | | | CONTROL PLANT TESTER REPLACEMENT AND A NEW 480V 400 AMP FEEDER | | | |
| | | | | NTE: $168,720.00 | | | |
| | | | | | | Total USD | 168720.00 |

Please state our order and item number on all invoices.

Digitally signed by LMosqueda
DN: cn=LMosqueda,
email=Lilly.Mosqueda@tic.toshiba.com
Date: 2014.12.05 15:28:27 -06'00'

LMosqueda

SUBMITTED BY: _____

TOSHIBA INTERNATIONAL CORPORATION



## KIT Construction Services, Inc.
*BUILDING TRUST & CONFIDENCE*

December 2, 2014

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:    **Control Plant Tester Circuits Replacement and a new 480V 400 AMP feeder.**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation (TIC) intends to replace existing Control Plant Tester circuits and a new 480V 400 AMP feeder for proposed TMPE Area build-out within Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 W Little Your Road, Houston, Texas.

KIT Construction Services, Inc. (KCSI), is pleased to submit this proposal to assist the above mentioned project as outlined in the following scope.

Scope of Work:
- New 480V 3∅ 400 AMP primary feeders from Nehl substation (Approximate 200-ft).
- New I-Line Distribution Panel with new breakers.
- New 60 AMP circuit to existing Test Panel HVMV (Approximate 140-ft).
- New 200 AMP circuit and a new Test Panel TP2B for UPS Testing Area (Approximate 375-ft).
- Reroute and connect One (1) 60 AMP and One (1) 30 AMP existing circuits to Test Panel TP2B.
- All conduits and conductors shall be sized per NEC.
- All panels and breakers shall be Square D standard AIC rating.
- All conductors shall be insulated copper and to be terminated per TIC standards.
- EMT conduits to be installed overhead with GS supports mounted on existing roof structure.
- Grounding installation per TIC requirements.
- Work to be performed by Licensed Journeymen Electricians.
- Feeder conduits within occupied areas to be installed during weekend hours to minimize interruption to ongoing manufacturing work.
- Connection Work at Substation to be performed under the supervision of TIC facility maintenance department during off-peak hours.
- Electric powered equipment shall be used for this conditioned space.

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order.

Compensation for this scope will be on a lump-sum basis as:          **$168,720.00\*\***

**\*\*** *PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

*All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.*

*This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.*

*"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.*

**Project Schedule:**

We will strive to perform our services to achieve project goals on time.  We will provide time schedule for our services upon receiving project schedule from you.

KCSI appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President



**1** ONE LINE DIAGRAM - ELECTRICAL                    NOT TO SCALE

TOSHIBA INTERNATIONAL CORPORATION
13131 W. LITTLE YORK ROAD
HOUSTON, TEXAS 77041

TIC-TMPE BUILD-OUT

ONE LINE DIAGRAM



1 OVERALL KEY PLAN - ELECTRICAL                1" = 30'-0"

TOSHIBA INTERNATIONAL CORPORATION
13131 W. LITTLE YORK ROAD
HOUSTON, TEXAS 77041

# V2V Solutions LLC

December 02, 2014

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

**Ref:    Proposal for Control Plant Tester Circuits Replacement and a new 480V/400 AMP feeder at Toshiba Industrial Corporation**

Dear Mr. D'Agostino,

In response to your request for quotation, I am pleased to submit this proposal to provide turnkey replacement of existing Control Plant Tester circuits and a new 480V 400 AMP feeder for proposed TMPE Area build-out at the Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

V2V Solutions is a design engineering and construction firm that provides comprehensive solutions in the area of manufacturing, processing, cost containment, and regulatory compliance.

Our trained and experienced personnel with expertise in mechanical engineering, electrical engineering, chemical engineering, and Industrial engineering, ensure that our customers receive the highest degree of professionalism and service.

## SCOPE OF WORK

We will perform an on-site evaluation of the Toshiba International Corporation's (TIC) Industrial Division facility at the referenced area. Our trained and insured personnel will assess and obtain the necessary information at the facility to minimize construction oriented inconvenience to TIC and its employees.  Following is a general outline of the construction items:

- Project Management & Construction Permits.
- Pre-construction meetings with the TIC plant personnel.
- Approvals on the construction schedule and temporary detour paths.
- General Conditions, construction inspection and testing.
- New 480V 3∅ 400 AMP primary feeders from Nehl substation (Approximate 200-ft).
- New I-Line Distribution Panel with new breakers.
- New 60 AMP circuit to existing Test Panel HVMV (Approximate 140-ft).

# V2V Solutions LLC

Page 2

- New 200 AMP circuit and a new Test Panel TP2B for UPS Testing Area (Approx. 375-ft).
- Reroute and connect One 60 AMP and One 30 AMP existing circuits to Test Panel TP2B.
- EMT conduits to be installed overhead with GS supports mounted on existing roof structure in Control Plant area.
- All conduits and conductors shall be sized per NEC. Panels and breakers shall be Square D standard AIC rating and Conductors shall be insulated copper and to be terminated per TIC standards. Grounding installation per TIC requirements.
- Work to be performed by Licensed Journeymen Electricians. Connection Work at Substation to be performed under the supervision of TIC facility maintenance department during off-peak hours.
- All existing equipment to be removed by TIC prior to work commencement.
- All work to be completed in segments over several weekends
- Code Compliance and Fire Marshall Inspection.
- Daily clean-up and keeping the work area free of debris

**PROJECT FEE:**

V2V Solutions will provide turnkey replacement of existing Control Plant Tester circuits and a new 480V 400 AMP feeder for proposed TMPE Area build-out in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis and will be invoiced at milestone and percentage complete.

Lump sum amount for control plant tester circuits replacement:

- CP tester circuits replacement and new 480V/400 AMP feeder **$191,500.00**

V2V Solutions appreciates the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC



1 ONE LINE DIAGRAM - ELECTRICAL          NOT TO SCALE

TOSHIBA INTERNATIONAL CORPORATION
13131 W. LITTLE YORK ROAD
HOUSTON, TEXAS 77041

KIT Professionals, Inc.

TIC-TMPE BUILD-OUT



1 OVERALL KEY PLAN - ELECTRICAL          1" = 30'-0"

TOSHIBA INTERNATIONAL CORPORATION
13131 W. LITTLE YORK ROAD
HOUSTON, TEXAS 77041



# Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 12/01/2014 | SM14-12-01A | **Control Plant Tester Circuits Replacement and a new 480V 400 AMP feeder Proposal** |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject:  **Proposal for Control Plant Tester Circuits Replacement and a new 480V 400 AMP feeder at Toshiba International Corporation**

Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Georgia, we have assisted several manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the turnkey replacement of existing Control Plant Tester circuits and a new 480V 400 AMP feeder for proposed TMPE Area build-out needs and are pleased to submit this construction price proposal for your consideration.  Our understanding of the proposed project is summarized as:

## SCOPE OF WORK

Our personnel will assess and obtain the necessary information at the facility to minimize the disturbance due to the construction. Following is a general outline of the construction items:

- Pre-construction meetings with the TIC plant personnel
- Approvals from TIC on the construction schedule and temporary close-downs
- Project management & construction permits
- New 480V 3∅ 400 AMP primary feeders from Nehl substation
- New I-Line Distribution Panel with new breakers
- New 60 AMP circuit to existing Test Panel HVMV
- New 200 AMP circuit and a new Test Panel TP2B for UPS Testing Area
- Reroute and connect 60 AMP and 30 AMP existing circuits to Test Panel TP2B.
- All conduits and conductors shall be sized per NEC.
- All panels and breakers shall be Square D standard AIC rating.

335 Stedford Lane, Johns Creek, GA 30097



# Sermeg Industrial Inc.

- All conductors shall be insulated copper and to be terminated per TIC standards.
- EMT conduits to be installed overhead with GS supports mounted on existing roof structure.
- Grounding installation per TIC requirements.
- Power to Electric powered equipment shall be shall be by TIC.
- Core existing walls for the new conduits.
- All connections shall be performed in presence of TIC personnel and shall be tested prior to placement in service.
- All existing equipment to be removed by TIC.
- Maintain critical delivery schedule, the work shall be performed in phases. All work to be completed in segments over several weekends
- Construction inspection and material testing, code compliance and engineer inspections.
- Daily clean-up and disposal of refuse materials.

**CONSTRUCTION ESTIMATE:**

Our estimate in the amount of **$196,950.00** for the proposed turnkey replacement of existing tester circuits and a new 480V/400AMP feeder for proposed TMPE area is based on the information provided and may need to be revised once the final contract documents are received.

- Turnkey replacement of existing tester circuits for TMPE area        $196,950.00

**SCHEDULE DURATION:**

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 60 days after mobilization.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

*V N Murthy*

V.N. Murthy
Construction Manager



1 ONE LINE DIAGRAM - ELECTRICAL

NOT TO SCALE

TOSHIBA INTERNATIONAL CORPORATION
13131 W. LITTLE YORK ROAD
HOUSTON, TEXAS 77041



**1** OVERALL KEY PLAN - ELECTRICAL                    1" = 30'-0"

TOSHIBA INTERNATIONAL CORPORATION
13131 W. LITTLE YORK ROAD
HOUSTON, TEXAS 77041

KIT Professionals, Inc.

TIC-TMPE BUILD-OUT

# Exhibit 1-E

# TOSHIBA INTERNATIONAL CORPORATION

## PURCHASE REQUISITION

| REQUISITION DATE | 04/22/2015 | | 04/22/2015 | PO# | **951375** |
|---|---|---|---|---|---|

| SELECTED SOURCE:<br>KIT PROFESSIONALS, INC. | SUGGESTED/RECOMMENDED SOURCES:<br>1. KIT PROFESSIONALS, INC.<br>2. V2V SOLUTIONS, LLC<br>3. SERMEG INDUSTRIAL INC. |
|---|---|

| VENDOR SELECTION BASIS: | | PURCHASING CODE | SHIP TO: |
|---|---|---|---|
| | LOW BID | 21000 - 1378<br>6/4/15 | TOSHIBA INTERNATIONAL CORPORATION<br>13131 WEST LITTLE YORK ROAD<br>HOUSTON, TX 77041<br>ATTN: Pablo D'Agostino |
| x | ONLY AVAILABLE SOURCE | | |
| x | BEST DELIVERY | | |
| x | CONTRACT | | |
| | OTHER (EXPLAIN) | | |

LMosqueda
*Digitally signed by LMosqueda*

| FOB: | SHIP PT. | OTHER | FRT: COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|

**SHIP VIA:** Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | Update Electrical Single-Line diagram for Toshiba Industrial Division Facility | | **$250,000.00** |
| | | | | | |
| | | | Please see Attached Proposal | | |
| | | | | | |
| | | NTE**$250,000.00 | | | |
| | Shipping | | | | |
| | TAX | | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | | BUDGET AMOUNT | | SUB TOTAL AMOUNT | |
|---|---|---|---|---|---|
| 1. | | 1. | | | |
| 2. | | 2. | | **TOTAL AMOUNT** | |
| 3. | | 3. | | **$250,000.00** | |

| REQUISITIONER: | PLANT MANAGER | Ken Usuda 6/4/2015 |
|---|---|---|
| DEPT. MANAGER:<br>6/4/15 | GENERAL MANAGER: | OTHER APPROVAL<br>Pg Mela 6/4/15<br>4ten Anuffe 6/4/15<br>6/5/15 |

**PROCEDURE: CQA03.40**

Page 8 of 12

| Appendix B |

**APPROPRIATION REQUEST - Form 1 (page 1 of 3)**
**CQF3.40**

INVESTMENT: **Installation of Update One Lines (Electrical Panels and Drawings**
Product Line(s):

Reason for Investment: (Explain present status and points of improvements)
To keep in compliance with OSHA and to prevent any injuries and fatalities.

Detail of Appropriation Request – What will this money be spent on?

| Description | Total $ |
|---|---|
| Install of Update One Lines to keep in compliance with OSHA. Codes and Regulations. | $250,000.00 |
| | |
| **Total Appropriation Dollars Requested** | |
| **Total Estimated Working Capital Change** | |

Detail of Estimated Benefits – What benefits will the company receive from this investment?

| Description | Total $ |
|---|---|
| To promote system performance and efficiency as well as protect TIC and it's most valuable asset (People). | $250,000.00 |
| | |
| **Total Estimated Benefit** | |

Please attach copies of details if more space is needed (Form 2 must be completed if over 100K)

Urgency:
QUALIFIES FOR MANUFACTURING SALES TAX CREDIT? (Circle one): YES NO
CLASSIFICATION: (Circle One)
1. Strategic Investment        2. Increase Production Capacity        3. Rationalization for increasing Profit
4. Research and Development     5. Replacement of Old Equipment        6. Other: (Definition REQUIRED)

| BUDGET PLAN NUMBER: | 1378FY15-3"Update One Line" | AMOUNT: $ | |
|---|---|---|---|
| Order Date: | | Completion Date: | |

| MANAGEMENT APPROVALS | | FUNCTIONAL APPROVAL (AS APPLICABLE): | |
|---|---|---|---|
| Originator: Theresa Stovall Date: | May 11, 2015 | Plant Controller of FA Accountant: David Steenstra Date: | May 11, 2015 |
| Department of Plant Pablo V Agostino Date: | May 11, 2015 | Director of Cost and Inventory: etc swaffer Date: | May 12, 2015 |
| Plant Manager: Date: | 5-12-15 | Dir. FP&C (> $5,000): Raff Melancon Date: | May 11, 2015 |
| Business Unit Manager: Date: | | General Manager (Source $10,000): Date: | |
| R&D/QC Manager: Date: | | CFO (> $100,000): Date: | |
| Director of Supply Chain Management: Date: | May 11, 2015 | Corporate Facilities Manager: Date: PW 5/11/12 | |
| President (> $500,000): Date: Satto May/12/15 | | EH&S Manager: Date: | |
| Board of Directors ( > $1,000,000): Date: | | MIS Manager – ALL COMPUTER hardware/ software: Date: Ken Urrida 6/16/2015 | |

This document is to be considered "for reference only" when printed as a hardcopy. The revision status must be verified prior to use.

PROCEDURE: CQA03.40                                         Page 9 of 12

**APPROPRIATION REQUEST - Form 1 (page 2 of 3)**
**CQF3.40 (Rev. 13)**

## 2.0    Project Justification Report

**2.1 Proposal** – Provide a concise explanation of the project, including the projected cost and financial return (if applicable).
__ Installation of Update One Lines (Electrical Panels and Drawings)

**2.2    Background** – Provide a detailed explanation of the problem or opportunity. Describe the facts and circumstances that have led up to the problem or opportunity.
Due to a major expansion within TIC the Electrical Panels and Drawings need to be kept up*to-date to stay in compliance with OSHA Codes and Regulations.

2.3  Safety/Environmental Review – Provide where appropriate, a safety and environmental review by the Manager of Safety, Health, and Environmental.  The review should cover Toshiba employees as well as any third party vendors or sub-contractors.    N/A

**2.4    Alternatives** – Provide the project alternatives.  List all the alternatives considered in developing the appropriate approach. N/A_____

**2.5    Recommendation** – Provide a clear rationale for recommending the selected alternative. This should include the expected impact on operational and cost efficiencies. Indicate the rationale for rejecting the other alternatives

Update all Electrical Panels and Drawings  to prevent any injuries and fatalities and

**2.6    Financial Justification of Major Investment Proposals** – Provide the required financial analysis to support the financial feasibility of the proposed capital investment by adhering to the following guidelines (include attached Form 2 if > $100,000).

To prevent any injuries and fatalities and avoid costly OSHA fines and costly legal battles. And to promote system performance and efficiency.

This document is to be considered *"for reference only"* when printed as a hardcopy.  The revision status must be verified prior to use.

## APPROPRIATION REQUEST - Form 1 (page 3 of 3)
### CQF3.40 (Rev. 13)

**2.7　　Supplier Selection** – Describe the process that is to be used to select a supplier(s) for the project. List all pertinent factors to be considered when selecting the supplier(s). At least two alternative supplier quotes should be contained within this section. If this is not feasible, rationale should be provided why this is not possible.

_The supplier was selected based on availability and proposals.

**2.8　　Appendix (Supporting Documentation)**– The appendix should contain any appropriate supporting documentation. This may include blueprints, technical specifications, supplier documents, internal cost information, etc.

This document is to be considered *"for reference only"* when printed as a hardcopy. The revision status must be verified prior to use.



**KIT Professionals, Inc.**
Engineers ● Planners ● Construction Managers

*Challenging Challenges...*

April 22, 2015

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:  **Update Electrical Single-Line diagram for Toshiba Industrial Division Facility**
  **KIT Proposal # 219-1501**

Dear Mr. D'Agostino,

KIT Professionals, Inc. (KIT) is pleased to submit this proposal to provide professional engineering services for updating electrical single-line diagram at Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 West Little York Road, Houston, Texas. After meeting with you, making field visits, and researching background information, we have derived at the following Project Scope and Engineering Fee.



As addition and removal of electrical equipment occur in a manufacturing facility, single-line diagram should keep up with those changes. Otherwise, those who perform electrical maintenance or emergency service in the facility are using an outdated "map" to accomplish their mission. Accurate documentation will assist them to avoid electrical hazards, operating errors, and load loss. An up-to-date single-line diagram is vital to the safe and reliable daily operations of a large industrial facility.

Many electrical systems transform over time causing concern for safety issues. According to NFPA-70E, it is a requirement to have an accurate, single-line diagram for each facility site.

## SCOPE OF SERVICES:

We shall review existing electrical single-line diagrams and perform site reconnaissance to identify newly added electrical equipment and feeder services.  Our investigation shall be accompanied by Facility Maintenance department personnel.  We understand that TIC has a strict policy of electrical lock-out / tag-out procedures.

Single-line Diagram Development:
The single-line diagram is the blueprint for electrical system analysis. It is the first step in preparing a critical response plan, allowing electricians to become thoroughly familiar with the electrical distribution system layout and design in the facility. A typical diagram may include:

- Incoming lines showing voltage and size
- Incoming main fuses, potheads, cutouts, switches, and main / tie breakers
- Power transformers (rating, winding connection and grounding means)
- Feeder breakers and fused switches
- Relays (function, use and type)
- Current and / or potential transformers with size, type and ratio
- Control transformers
- All main cable and wire runs with their associated isolating switches and potheads (size and length of run)
- All substations, including integral relays and main panels with total load of each feeder and each substation
- Critical equipment voltage and size (UPS, battery, generator, power distribution, transfer switch, computer room air conditioning)




## NFPA-70E and the Safety Culture

In lieu of the fact that the CSA Z462 standard has not yet been released, this article will provide only the 70E specifics. Several aspects of 70E in particular make good business sense and help promote a safety culture in your facility:

**Article 205.2, 120.2(F)(1)(a) Updated and verified one-line diagram** — An updated and accurate electrical one-line diagram is an essential ingredient for electrical safety. If workers do not have an accurate map of the system, they can be exposed to potential back feeds from alternate sources, energized capacitors, undocumented switching conditions, and unknown voltages, in addition to the problem of not being able to accurately perform lock-out-tag-out procedures. This is one of the most neglected aspects of electrical safety in our industry. Very few of the facilities I have reviewed in the past 20 years maintain accurate electrical one-line diagrams. Accurate one-lines make good business sense because work will get done more quickly, efficiently, and safely.

NFPA 70E requires up-to-date single line diagrams. This information is essential for documenting, troubleshooting and communicating information about your power systems. To meet this requirement, we can conduct a comprehensive site survey that will be used to update your existing single line diagrams or complete any unfinished electrical system drawings.

### NFPA 70E (2012)

**205.2:** Revised to require single-line diagrams be kept in a legible condition and reflect current electrical system conditions.

**120.2(F)(1)(a):** Revised by indicating that the employer is responsible for providing an effective means for locating "all" sources of energy when up-to-date drawings are not available.

" *Locating Sources. Up-to-date single-line drawings shall be considered a primary reference source for such information. When up-to-date drawings are not available, the employer shall be responsible for ensuring that an equally effective means of locating all sources of energy is employed.*"



Whether the facility is new or existing, the single-line diagram becomes vital piece of information when updating or responding to an emergency. An accurate diagram ensures optimum system performance and coordination for all future testing and can highlight potential risks before a problem occurs.



## ENGINEERING FEE:

We propose to provide above described services for a lump sum fee in the following amount:

Lump-sum amount for Update Electrical Single-Line diagram: **$250,000.00**

## PROJECT SCHEDULE:

We will strive to perform our services to achieve project goals on time. We will provide time schedule for our services upon receiving project schedule from you.

KIT Professionals, Inc. appreciates the opportunity to provide you with our services. If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 972-6649.

We look forward to working with you.

Sincerely,

Sudhakar Kalaga, P.E.
President

KIT Professionals, Inc.
2000 W Sam Houston Parkway S, Suite 1400
Houston, Texas 77042
Tel: 713-783-8700 • Fax: 713-783-8747

## Update of Electrical Single-Line Diagram - Level of Effort

**Toshiba International Corporation**

Industrial Divison Facility located at 13131 W Little York Road

| | Principal | Project Manager | Project Engineer | Graduate Engineer | Design Technician | CADD Technician | Admin Assist. | Subtotal (cost $) |
|---|---|---|---|---|---|---|---|---|
| | | | LEVEL | OF | EFFORT | | | |
| **Scope of Services** | | | | | | | | |
| Data collection and field verification | | 16 | 80 | 150 | 150 | | | $56,525.00 |
| Review of Existing Plans | | 16 | 40 | 40 | | | | $16,520.00 |
| Surveying and mapping | | 16 | 40 | 60 | 60 | 80 | | $34,370.00 |
| Inventory of new equipments and feeder lines | | 16 | 80 | 80 | 40 | | | $33,740.00 |
| Scoping and coordination meetings to determine planned future on-site improvements | | 8 | 24 | 32 | | | | $10,556.00 |
| Revise ultimate capacity plans based on proposed improvements | | 12 | 40 | 40 | 40 | | | $20,370.00 |
| Technical documentation and report preparation | | 10 | 50 | 60 | | 80 | | $27,195.00 |
| Project Management, Meetings, QA/QC | 20 | 24 | 36 | | | | 40 | $22,750.00 |
| Contract Compliance, Code Enforcement & Permits | | 40 | 80 | | | | 40 | $28,000.00 |
| | | | | | | | | |
| **Subtotal Labor Estimate** | **20** | **158** | **470** | **462** | **290** | **160** | **80** | **$250,026.00** |
| **EXPENSES** | | | | | | | | |
| Travel / Per Diem / Expenses | | | | | | | | $0.00 |
| Plotting | | | | | | | | $0.00 |
| Reproduction costs | | | | | | | | $0.00 |
| Deliveries / Overnight | | | | | | | | $0.00 |
| **Subtotal Expenses Estimate** | | | | | | | | **$0.00** |
| | | | | | | | | |
| | | | | | | | **Total Estimate** | **$250,026.00** |

# V2V Solutions LLC

April 22, 2015

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

**Ref:    One Line Diagram review and update for TIC**

Dear Mr. D'Agostino

Toshiba Industrial Corporation located at 13131 West Little York Road has seen a vast amount of growth in its office and manufacturing space. New additional offices and manufacturing spaces have been built over the last few years. As part of these additions and to ensure proper compliance it is **highly recommended** that TIC review its electrical compatibility by ensure single line diagrams and their respective flow throughout the facility. The focus of this proposal is to provide an insight on the criticality of proper maintenance of electrical records and procedures. V2V Solution can help TIC review, validate, and maintain the electrical systems per the NFPA 70E.

Before we go any further, let me ask you a few questions,

- Does TIC have an up-to-date One Line Diagram for the entire facility?
- How often does TIC verify the accuracy and update the One Line Diagram?
- What is the frequency to verify if employees are following the safety procedures?
- How many electrical related accidents does TIC experience per year?

The one-line diagram is the most important drawing a plant can have for understanding its electrical system. A one-line diagram is a drawing in which a single line represents three phases of a 3-phase power system. If properly drawn, it shows a correct power distribution path from the incoming power source to each downstream load — including the ratings and sizes of each piece of electrical equipment, their circuit conductors, and their protective devices.

Some of the benefits of maintaining an up-to-date one line diagram for the entire facility are

- Most current understanding of the electrical system
- Coordination of protective devices (fuses, circuit breakers, relays, etc.) – all devices must be coordinated with regard to their time/current curves and with each other. For example, in case a fault occurs, the upstream devices closest to the fault open immediately. This isolates the fault and minimizes risks to people, process, equipment, and the rest of the plant's electrical system.
- Up-to-date One Line Diagram is critical for Arc Flash Hazard Analysis.
- Most plants have some type of lockout/tagout (LO/TO) procedure in place. These have to be compliant to 29CFR1910.147. Proper one-line diagrams with make is easier to update these LO/TO procedures on a regular basis while being in compliance with OSHA.

- Proper documentation and accountability per NFPA-70E to de-energize, lockout and tagout properly is only possible if we have accurate electrical system documentation.



OSHA requires in its *29 CFR 1910.333(a)(1)* that "live parts be deenergized unless the employer can demonstrate that the deenergizing introduces additional or increased hazards."

## SCOPE OF WORK

Trained engineers and technicians of V2V Solutions could assist TIC with regular audits and ensure compliance to codes per OSHA and NFPA as well as maintaining and updating critical documents. In addition, they will be able to recommend actions (where required) to improve the health of the plant's electrical system.

- Review of existing one line diagram for the existing electrical system
- Verify revisions on the electrical systems since the last update
- Verification of the new construction vs. the older buildings and to ensure the their electrical system compatibility
- Arc Flash Hazard Analysis (either the incident energy method or Hazard/Risk category method with be used for this analysis)
- Detailed review of the current Transformer ratings, voltage ratio, impedance, and winding connections

- Review of Feeder cable phase, neutral, and ground sizes; length of cable, conductor material, and conduit size and type
- Analysis of the Switchgear, switchboards, panel boards, MCCs, fuses, circuit breakers, automatic transfer switches, and continuous current ratings
- Protective relays with appropriate device numbers, and ensure proper delay times
- Create a comprehensive one line diagram for the entire electrical system

**Several reputed companies in the US currently operate without an updated One Line Diagram exposing its people and its equipment to severe potential safety and financial risk!!**

## PROJECT FEES & SCHEDULE:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be as follows.

**Total price for the TIC One Line Diagrams Review and Update:** **$625,000.00**
*(Prices do not include additional sales tax)*

**Fees for Auditing** will be assessed separately (*depending on the agreed upon frequency and the length of the contract*) and are not included in this proposal.

*Quote is valid for 30 days*
*Additional fees will be assessed for any alterations from the above specifications*
*V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline.

I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC

# V2V Solutions LLC

## Level of Effort
## One Line Diagram review and update for TIC

**Toshiba International Corporation**

Toshiba International Corporation (TIC), 13131 West Little York Rd, Houston, Texas 77041

| | Principal | Project Manager | Project Engineer | Graduate Engineer | Design Technician | CADD Technician | Admin Assist. | Cost ($) |
|---|---|---|---|---|---|---|---|---|
| Billing Rate per Hour | $350.00 | $275.00 | $200.00 | $150.00 | $125.00 | $100.00 | $90.00 | |
| **Scope of Services** | | | | | | | | |
| Data collection and field verification | 4 | 16 | 256 | 248 | 164 | 72 | 16 | $123,340.00 |
| Review of Existing Plans | 4 | 20 | 96 | 72 | 48 | 48 | 16 | $49,140.00 |
| Surveying and mapping | 8 | 24 | 96 | 128 | 72 | 72 | 24 | $66,160.00 |
| Inventory of new equipments and feeder lines | 8 | 72 | 128 | 96 | 48 | 64 | 24 | $77,160.00 |
| Scoping and coordination meetings to determine planned future on-site improv | 12 | 24 | 48 | 64 | 24 | 48 | 48 | $42,120.00 |
| Revise ultimate capacity plans based on proposed improvements | 16 | 36 | 96 | 36 | 48 | 48 | 24 | $53,060.00 |
| Technical documentation and report preparation | 16 | 36 | 96 | 96 | 12 | 72 | 96 | $66,440.00 |
| Project Management, Meetings, QA/QC | 36 | 56 | 48 | 48 | 12 | 24 | 32 | $51,580.00 |
| Contract Compliance, Code Enforcement & Permits | 24 | 64 | 124 | 96 | 12 | 24 | 48 | $73,420.00 |
| | | | | | | | | |
| **Subtotal Labor Estimate** | 128 | 348 | 988 | 884 | 440 | 472 | 328 | **$602,420.00** |
| **EXPENSES** | | | | | | | | |
| Travel / Per Diem / Expenses | | | | | | | | $19,800.00 |
| Plotting | | | | | | | | $580.00 |
| Reproduction costs | | | | | | | | $1,450.00 |
| Deliveries / Overnight | | | | | | | | $750.00 |
| **Subtotal Expenses Estimate** | | | | | | | | **$22,580.00** |
| | | | | | | | | |
| | | | | | | | **Total Estimate** | **$625,000.00** |



# Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 04/22/2015 | SM14-04-003 | **Update Electrical One-Line Diagrams for TIC Proposal** |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject:   **Proposal for Toshiba International Corporation Update to Electrical One-Line Diagrams**

Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Georgia, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as civil, mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Interpersonal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC Electrical One-Line Diagrams Update needs and submit this price proposal for your consideration.   Our understanding of the proposed project is summarized as:

## SCOPE OF WORK

Our trained and insured personnel will assess and obtain the necessary information at the facility to minimize the disturbance. Following is a general outline of the scope of work items for updating the existing electrical one-line diagrams:

- Regular project progress meetings with the TIC plant personnel.
- Data collection and field verification
- Surveying and mapping
- Scoping and coordination meetings to determine planned future on-site improvements
- Review of existing one line diagram for the existing electrical system
- Verify revisions on the electrical systems since the last update

**Sermeg Industrial Inc.**

- Verification of the new construction vs. the older buildings and to ensure the their electrical system compatibility
- Arc Flash Hazard Analysis (either the incident energy method or Hazard/Risk category method with be used for this analysis)
- Detailed review of the current Transformer ratings, voltage ratio, impedance, and winding connections
- Review of Feeder cable phase, neutral, and ground sizes; length of cable, conductor material, and conduit size and type
- Analysis of the Switchgear, switchboards, panel boards, MCCs, fuses, circuit breakers, automatic transfer switches, and continuous current ratings
- Protective relays with appropriate device numbers, and ensure proper delay times
- Create a comprehensive one line diagram for the entire electrical system
- Technical documentation and report preparation
- Daily clean-up and disposal of refuse materials.

**ENGINEERING FEE:**

Our estimate in the amount of **$615,000.00** is based on the information provided and may need to be revised once the final contract documents are received.

**SCHEDULE DURATION:**

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 12 months after notice to proceed.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

V N Murthy

V.N. Murthy
Project Manager

Sermeg Industrial Inc.

## Level of Effort

Toshiba International Corporation Update to Electrical One-Line Diagrams

Toshiba International Corporation

Toshiba International Corporation (TIC), 13131 West Little York Rd, Houston, Texas 77041

| | Principal | Project Manager | Project Engineer | Graduate Engineer | Design Technician | CADD Technician | Admin Assist. | Cost ($) |
|---|---|---|---|---|---|---|---|---|
| **Scope of Services** | | | | | | | | |
| | | | | | | | | |
| Data collection and field verification | 5 | 15 | 200 | 200 | 170 | 80 | 20 | $117,200.00 |
| Review of Existing Plans | 5 | 20 | 100 | 80 | 50 | 50 | 15 | $55,600.00 |
| Surveying and mapping | 10 | 20 | 100 | 100 | 60 | 80 | 20 | $65,100.00 |
| Inventory of new equipments and feeder lines | 10 | 60 | 125 | 100 | 50 | 60 | 25 | $78,025.00 |
| Scoping and coordination meetings to determine planned future on-site improv | 10 | 20 | 50 | 60 | 20 | 40 | 50 | $40,550.00 |
| Revise ultimate capacity plans based on proposed improvements | 15 | 40 | 60 | 40 | 50 | 40 | 25 | $47,600.00 |
| Technical documentation and report preparation | 15 | 40 | 60 | 80 | 10 | 80 | 100 | $59,550.00 |
| Project Management, Meetings, QA/QC | 30 | 55 | 40 | 40 | 10 | 25 | 40 | $45,950.00 |
| Contract Compliance, Code Enforcement & Permits | 20 | 60 | 120 | 80 | 10 | 25 | 50 | $70,100.00 |
| | | | | | | | | |
| | | | | | | | | |
| **Subtotal Labor Estimate** | **120** | **330** | **855** | **780** | **430** | **480** | **345** | **$579,675.00** |
| **EXPENSES** | | | | | | | | |
| Travel / Per Diem / Expenses | | | | | | | | $33,000.00 |
| Plotting | | | | | | | | $500.00 |
| Reproduction costs | | | | | | | | $1,325.00 |
| Deliveries / Overnight | | | | | | | | $500.00 |
| **Subtotal Expenses Estimate** | | | | | | | | **$35,325.00** |
| | | | | | | | | |
| | | | | | | | **Total Estimate** | **$615,000.00** |





# Exhibit 1-F

# TOSHIBA INTERNATIONAL CORPORATION
## PURCHASE REQUISITION

**951569**

TIC-HOUSTON
PURCHASING

JAN 1 5 2016

LILLY
MOSQUEDA

| REQUISITION DATE | 1/11/16 | REQUIRED DATE | PO# |
|---|---|---|---|

| SELECTED SOURCE: | SUGGESTED/RECOMMENDED SOURCES: |
|---|---|
| KIT Construction Services, Inc. | 1. KIT Construction Services, Inc. |
| | 2. Sermeg Industrial, Inc. |
| | 3. V2V Solutions, LLC |

| VENDOR SELECTION BASIS: | | PURCHASING CODE | SHIP TO: |
|---|---|---|---|
| | LOW BID | 21000-1378 | TOSHIBA INTERNATIONAL CORPORATION |
| x | ONLY AVAILABLE SOURCE | 1/11/16 | 13131 WEST LITTLE YORK ROAD |
| x | BEST DELIVERY | | HOUSTON TX 77041 |
| x | CONTRACT | | ATTN: Pablo D'Agostino |
| | OTHER (EXPLAIN) | | |

| FOB: | SHIP PT. | OTHER | FRT: | COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|---|

**SHIP VIA:** Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | | Shipping Road Repairs and Concrete Pavement Section at TIC | | 440,000.00 |
| | | | Proposal# K16CS1202 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Shipping | | | |
| | | TAX | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | | BUDGET AMOUNT | SUB TOTAL AMOUNT |
|---|---|---|---|
| 1. New Shipping Rate 21000 1378 | 1. | | |
| 2. | 2. | | **TOTAL AMOUNT** |
| 3. | 3. | | 440,000.00 |

| REQUISITIONER: | 1/11/16 | PLANT MANAGER: | PURCHASING MANAGER |
|---|---|---|---|
| DEPT. MANAGER: PHD 1/11/16 | | GENERAL MANAGER: | OTHER APPROVAL 1/11/16 |

Jimbi Sato Jan.13/16
Iden Showffle 1/14/16

| Appendix B | **APPROPRIATION REQUEST - Form 1 (page 1 of 3)** |
|---|---|
| | **CQF3.40** |

INVESTMENT: Shipping Road Repairs and New Concrete Pavement Section at TIC
Product Line(s):

Reason for Investment: (Explain present status and points of improvements)
The shipping road has an immense amount of cracks and pot holes throughout and is in dire need of repair
We need to add additional pavement to accommodate the larger trucks that are coming onsite as well

Detail of Appropriation Request – What will this money be spent on?

| Description | Total $ |
|---|---|
| Shipping Road Repairs and New Concrete Pavement Section at TIC | 440,000.00 |
| | |
| | |
| **Total Appropriation Dollars Requested** | **440,000.00** |
| **Total Estimated Working Capital Change** | **440,000.00** |

Detail of Estimated Benefits – What benefits will the company receive from this investment?

| Description | Total $ |
|---|---|
| Shipping Road Repairs and New Concrete Pavement Section at TIC | 440,000.00 |
| | |
| | |
| **Total Estimated Benefit** | **440,000.00** |

Please attach copies of details if more space is needed (Form 2 must be completed if over 50K)

Urgency:
QUALIFIES FOR MANUFACTURING SALES TAX CREDIT? (circle one): YES NO
CLASSIFICATION: (Circle One)
1. Strategic Investment  2. Increase Production Capacity  3. Rationalization for increasing Profit
4. Research and Development  5. Replacement of Old Equipment  6. Other: (Definition REQUIRED)

| BUDGET PLAN NUMBER: | AMOUNT: $ |
|---|---|
| Order Date: | Completion Date: |

| MANAGEMENT APPROVALS | FUNCTIONAL APPROVAL (AS APPLICABLE): |
|---|---|
| Originator: Date: | R&D/QC Manager: Date: |
| Department Manager: Date: | Plant Controller OR Fixed Assets Accountant: Date: |
| Controller (if >$10,000): Date: | Safety / Environmental Manager: Date: |
| General Manager (if > $10,000): Date: | Plant Manager: Date: |
| President (if > $100,000): Date: | Facilities Manager: Date: |
| Board of Directors (if > $1,000,000): Date: | Director of Cost and Inventory: Date: |
| | MIS Manager – ALL COMPUTER hardware/ software Date: |

This document is to be considered *"for reference only"* when printed as a hardcopy. The revision status must be verified prior to use.

**APPROPRIATION REQUEST - Form 1 (page 2 of 3)**
**CQF3.40 (Rev. 13)**

## 2.0 Project Justification Report

**2.1 Proposal** – Provide a concise explanation of the project including the projected cost and financial return (if applicable).

Shipping Road Repairs and New Concrete Pavement Section at TIC _____

_____

_____

**2.2 Background** – Provide a detailed explanation of the problem or opportunity. Describe the facts and circumstances that have lead up to the problem or opportunity.

The concrete is severely damaged and has severe pot holes. This can not only damage,
merchandise but if continuous neglect can cause more damage throughout the road_____

_____

**2.3 Safety/Environmental Review** – Provide where appropriate, a safety and environmental review by the Manager of Safety, Health, and Environmental. The review should cover Toshiba employees as well as any third party vendors or sub-contractors.

_____N/A_____

_____

**2.4 Alternatives** – Provide the project alternatives. List all the alternatives considered in developing the appropriate approach.

____None _____

_____

**2.5 Recommendation** – Provide a clear rationale for recommending the selected alternative. This should include the expected impact on operational and cost efficiencies. Indicate the rationale for rejecting the other alternatives.

__ Repair Shipping Road and add New Concrete Pavement Section at TIC _____

_____

_____

**2.6 Financial Justification of Major Investment Proposals** – Provide the required financial analysis to support the financial feasibility of the proposed capital investment by adhering to the following guidelines (include attached Form 2 if > $50,000).

_____

_____

_____

This document is to be considered _"for reference only"_ when printed as a hardcopy. The revision status must be verified prior to use.



**KIT Construction Services, Inc.**

*BUILDING TRUST & CONFIDENCE*

January 11, 2016

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:    **Proposal for Shipping Road Repairs and New Concrete Pavement Section at TIC
         KCSI Proposal K16CSI202**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation intends to repair the severely damaged shipping road and install a new concrete pavement section to enhance the shipping operations of Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 W Little Your Road, Houston, Texas



KIT Construction Services, Inc. (KCSI), is pleased to submit this proposal to offer our services as outlined in the following scope.

hand held two-way radio communication devices. We will employ services of off-duty police officer to direct traffic along Eldridge Parkway and/or West Little York side in order to maintain flow of public traffic and any construction truck delivery schedule.

**Existing Shipping Road Condition at TIC:**

- The existing TIC Industrial Division facility has experienced a rapid growth within the last few years with new construction of buildings, parking expansions, office spaces, and manufacturing spaces
- Aged concrete showing signs of fatigue failure. Rain water seepage at expansion joints saturating subgrade and weakening pavement section capacity.
- Newer trucks capable of carrying heavier loads and thus overstressing the capacity of older pavement structure. Significant changes in design code for axle loading consideration.
- Catastrophic failure anticipated.

**Scope of Work:**

- Due to high traffic volume and to maintain critical delivery schedule, the work shall be performed in multiple phases over several weeks.
- The work hours shall include extensive off-peak durations for the high traffic area including overtime hours (Nights & Weekends).
- Provisions shall be made for installation of steel road plates to maintain traffic movement and access to loading docks and critical areas.
- Provisions shall be made for maintaining necessary barricades, traffic control devises and barriers to delineate construction zone.
- Removal of existing concrete (Approximate 1,000 LF of length with widths varying from 30-inch to 90-inch) and dispose of refuse material in a legal manner.
- Excavation of soils to match proposed concrete section.
- The proposed Concrete pavement section shall be at least 8-inch thick concrete with Cement Stabilized Sand base where required with the mix design to produce Rapid Setting High Early strength concrete to allow opening of pavement section within 48 hours of placement.
- Some of the location where concrete spalling is evident, the area will be chipped off and prepared for high strength epoxy repairs.
- All reinforcing steel shall be per ASTM A615, Grade 60.
- Drill and epoxy grout horizontal dowels into adjoining paving section to remain.
- Provide pavement joints to match existing pavement. Provide pavement headers at the electrical duct bank and at ends.
- All work to be completed in segments over several Weekends (Start Fridays @ 3:00 PM and End Mondays @ 5:00 AM). Work for areas where alternate path can be established shall be completed during normal business hours. This Option will limit the disruption of ongoing shipping operations.

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order. Compensation for this scope will be on a lump-sum basis and will be invoiced at milestone completion and percentage complete.

We propose a lump sum price to complete the stated scope as:   **$440,000.00****

*** PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

o   All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurance.

o   This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.

o   "Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.

**PROJECT SCHEDULE:**

We will strive to perform our services to achieve project goals on time.  We will provide time schedule for our services upon receiving project schedule from you.

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President



# Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 01/11/2016 | SM16-0111-001 | **Proposal for Shipping Road Concrete Pavement Repairs** |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject: **Proposal for Shipping Road Concrete Pavement Repairs at TIC**

Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Georgia, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as civil, mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Inter-personal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC shipping road concrete pavement repairs and new pavement section needs and submit this price proposal for your consideration. Our understanding of the proposed project is summarized as:

## SCOPE OF WORK

It is our understanding that Toshiba International Corporation (TIC) intends to perform shipping road concrete pavement repairs and the new pavement section as shown on our field visit and located within TIC Industrial Division facility at 13131 W Little Your Road, Houston, Texas. The outline of the complete work and sequencing has been provided to us by the Corporate Facilities Manager. Below are the details of the scope of work items:

### CURRENT CONDITION:

The existing TIC Industrial Division facility has experienced a rapid growth within the last few years with new construction of buildings, parking expansions, office spaces, and manufacturing spaces. Aged concrete showing signs of fatigue failure. Rain water seepage at expansion joints saturating subgrade and weakening pavement section capacity. Newer trucks capable of carrying heavier loads and thus overstressing the capacity of older

# Sermeg Industrial Inc.

pavement structure. Significant changes in design code for axle loading consideration. Catastrophic failure anticipated. We will ensure that all the required rules are adhered to. Sermeg will ensure that there is minimal interruption to TIC operations during the installation. Sermeg professionals will work with TIC personnel throughout the entire process to ensure that the best options are selected. Below are the general scope items:

## PROJECT SCOPE

- Regular project progress meetings with the TIC plant personnel
- The work hours shall include extensive off-peak durations for the high traffic area including overtime hours (Nights & Weekends).
- Shall install steel plates to maintain traffic movement and access to loading docks.
- Install barriers around the work area for safety
- Removal of existing concrete and dispose of refuse material in a legal manner.
- Select fill soils to match proposed concrete section.
- The proposed Concrete pavement section shall be at least 8-inch thick concrete with Cement Stabilized Sand base where required with the mix design to produce Rapid Setting High Early strength concrete to allow opening of pavement section within 48 hours of placement.
- All reinforcing steel shall be per ASTM A615, Grade 60.
- Provide pavement joints to match existing pavement. Provide pavement headers at the electrical duct bank and at ends.
- Daily clean-up and disposal of refuse materials

## CONSTRUCTION ESTIMATE:

Our estimate is based on the information provided and may need to be revised once the final contract documents are received.

- Shipping Road Concrete Pavement Repairs and New Pavement Section          **$565,000.00**

## SCHEDULE DURATION:

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

*V. N. Murthy*

V.N. Murthy
Construction Manager

**V2V Solutions LLC**

January 11, 2016

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

**Ref:   Shipping Road Repairs and New Concrete Pavement Section**

Dear Mr. D'Agostino,

Thank you for the opportunity extended to V2V Solutions LLC.  This proposal is designed to address TIC's request per the subject above with a systematic and methodical approach.  V2V Solutions is pleased to provide the following proposal for the pavement repairs and complete replacement of the concrete pavement section of the shipping road for approximately 1,000LF, as shown in the field visit at the TIC facility located at 13131 West Little York Road, Houston, TX.

Trained and educated personnel with expertise in civil, mechanical engineering, electrical engineering, customers receive the highest degree of professionalism and service. Our personnel are knowledgeable and vastly experienced at manufacturing outfit constructions and preparing the necessary documents required by the local governing agencies.

Based on your information, approximately 1,000 linear feet of concreate pavement will be repaired and replaced.  Areas affected would be the shipping road as shown in the schematic below.



## CURRENT CONDITION:

The existing TIC Industrial Division facility has experienced a rapid growth within the last few years with new construction of buildings, parking expansions, office spaces, and manufacturing spaces. Aged concrete showing signs of fatigue failure. Rain water seepage at expansion joints saturating subgrade and weakening pavement section capacity. Newer trucks capable of carrying heavier loads and thus overstressing the capacity of older pavement structure. Significant changes in design code for axle loading consideration. Catastrophic failure anticipated.

## PROJECT SCOPE

V2V Solutions will provide turnkey support in the replacement of the concrete pavement.  This includes equipment, labor, and post work cleanup.

- The work hours shall include extensive off-peak durations for the high traffic area including overtime hours (Nights & Weekends).
- Shall install steel plates to maintain traffic movement and access to loading docks.
- Install barriers around the work area for safety
- Removal of existing concrete and dispose of refuse material in a legal manner.
- Select fill soils to match proposed concrete section.
- The proposed Concrete pavement section shall be at least 8-inch thick concrete with Cement Stabilized Sand base where required with the mix design to produce Rapid Setting High Early strength concrete to allow opening of pavement section within 48 hours of placement.
- All reinforcing steel shall be per ASTM A615, Grade 60.
- Provide pavement joints to match existing pavement. Provide pavement headers at the electrical duct bank and at ends.

## PROJECT FEES & SCHEDULE:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.

**Total cost of this project**                                            $525,000.00

*(Prices do not include additional sales tax)*
*Quote is valid for 30 days*
*Additional fees will be assessed for any alterations from the above specifications*
*V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline.   I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC

# Exhibit 1-G

# TOSHIBA INTERNATIONAL CORPORATION

## PURCHASE REQUISITION

| | | | | |
|---|---|---|---|---|
| **REQUISITION DATE** | 1/11/16 | **REQUIRED DATE** | | PO# **951568** |

| SELECTED SOURCE: | SUGGESTED/RECOMMENDED SOURCES: |
|---|---|
| KIT Construction Services, Inc. | 1. KIT Construction Services, Inc. |
| | 2. Sermeg Industrial, Inc. |
| | 3. V2V Solutions, LLC |

| **VENDOR SELECTION BASIS:** | | **PURCHASING CODE** | **SHIP TO:** |
|---|---|---|---|
| | LOW BID | 21000 -1378 | TOSHIBA INTERNATIONAL CORPORATION |
| x | ONLY AVAILABLE SOURCE | 1/11/16 | 13131 WEST LITTLE YORK ROAD |
| x | BEST DELIVERY | | HOUSTON TX 77041 |
| x | CONTRACT | | ATTN: Pablo D'Agostino |
| | OTHER (EXPLAIN) | | |

| **FOB:** | SHIP PT. | OTHER | **FRT:** COLLECT | PP/BILL | PP/ALLOW |
|---|---|---|---|---|---|

**SHIP VIA:** Best Way

| ITEM | QTY. | TIC # | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | | Installation of New Lightning Protection System at TIC | | 245,000.00 |
| | | | Proposal# K16CSI202 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Shipping | | | |
| | | TAX | | | |

| ACCOUNT NO./ JOB NO./ INTENDED USE | BUDGET AMOUNT | SUB TOTAL AMOUNT |
|---|---|---|
| 1. lighting protection 21000 -1378 | 1. | |
| 2. | 2. | **TOTAL AMOUNT** |
| 3. | 3. | 245,000.00 |

| REQUISITIONER: | PLANT MANAGER | PURCHASING MANAGER |
|---|---|---|
| | | |
| DEPT. MANAGER: DIM 1/11/16 | GENERAL MANAGER: 1/11/16 | OTHER APPROVAL 1/11/16 |

1 Similar Set Jan. 13/16
Eden Rhengflu 1/14/16

PROCEDURE: CQA03.40                                                    Page 8 of 12

| Appendix B | **APPROPRIATION REQUEST - Form 1 (page 1 of 3)**<br>**CQF3.40** |
|---|---|

INVESTMENT:     Installation of New Lightning Protection System at TIC
Product Line(s):

Reason for Investment:     (Explain present status and points of improvements)
We currently do not have any lightning protection here at TIC and have had previous lightning strikes onsite.
This puts us at a greater risk of disrupting production and can have several days of down time.  We recently
Had a chiller down for a day and half due to a lighting strike.

Detail of Appropriation Request – What will this money be spent on?

| Description | Total $ |
|---|---|
| Installation of New Lightning Protection System at TIC | 245,000.00 |
|  |  |
|  |  |
| **Total Appropriation Dollars Requested** | **245,000.00** |
| **Total Estimated Working Capital Change** | **245,000.00** |

Detail of Estimated Benefits – What benefits will the company receive from this investment?

| Description | Total $ |
|---|---|
| Installation of New Lightning Protection System at TIC | 245,000.00 |
|  |  |
|  |  |
| **Total Estimated Benefit** | **245,000.00** |

Please attach copies of details if more space is needed (Form 2 must be completed if over 50K)

Urgency:
QUALIFIES FOR MANUFACTURING SALES TAX CREDIT? (circle one):          YES          NO
CLASSIFICATION:  (Circle One)
1.  Strategic Investment          2. Increase Production Capacity          3.  Rationalization for increasing Profit
4.  Research and Development          5. Replacement of Old Equipment          6. Other: (Definition REQUIRED)

| BUDGET PLAN NUMBER: | AMOUNT: $ |
|---|---|
| Order Date: | Completion Date: |

| MANAGEMENT APPROVALS | FUNCTIONAL APPROVAL (AS APPLICABLE): |
|---|---|
| Originator:<br>Date: | R&D/QC Manager:<br>Date: |
| Department Manager:<br>Date: | Plant Controller OR Fixed Assets Accountant:<br>Date: |
| Controller (if >$10,000):<br>Date: | Safety / Environmental Manager:<br>Date: |
| General Manager (if > $10,000):<br>Date: | Plant Manager:<br>Date: |
| President (if > $100,000):<br>Date: | Facilities Manager:<br>Date: |
| Board of Directors (if > $1,000,000):<br>Date: | Director of Cost and Inventory:<br>Date: |
| SCM:  | MIS Manager – ALL COMPUTER hardware/ software<br>Date: |

This document is to be considered *"for reference only"* when printed as a hardcopy.  The revision status must be verified prior to use.

**APPROPRIATION REQUEST - Form 1 (page 2 of 3)**
**CQF3.40 (Rev. 13)**

## 2.0   Project Justification Report

**2.1   Proposal** – Provide a concise explanation of the project including the projected cost and financial return (if applicable).

Installation of New Lightning Protection System at TIC _____

_____

_____

**2.2   Background** – Provide a detailed explanation of the problem or opportunity. Describe the facts and circumstances that have lead up to the problem or opportunity.

We currently do not have any lightning protection and are more susceptible to lighting strikes which will cause down time should it hit a major machine/part of the facility.

_____

**2.3   Safety/Environmental Review** – Provide where appropriate, a safety and environmental review by the Manager of Safety, Health, and Environmental. The review should cover Toshiba employees as well as any third party vendors or sub-contractors.

_____N/A_____

_____

**2.4   Alternatives** – Provide the project alternatives.  List all the alternatives considered in developing the appropriate approach.

____None _____

_____

**2.5   Recommendation** – Provide a clear rationale for recommending the selected alternative. This should include the expected impact on operational and cost efficiencies. Indicate the rationale for rejecting the other alternatives.

__ Install  New Lightning Protection System at TIC _____

_____

_____

**2.6   Financial Justification of Major Investment Proposals** – Provide the required financial analysis to support the financial feasibility of the proposed capital investment by adhering to the following guidelines (include attached Form 2 if > $50,000).

_____

_____

_____

This document is to be considered "for reference only" when printed as a hardcopy.  The revision status must be verified prior to use.

# KIT Construction Services, Inc.

*BUILDING TRUST & CONFIDENCE*

January 11, 2016

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:   **Proposal for Installation of New Lightning Protection System at TIC
        KCSI Proposal K16CSI201**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation intends to install a new lightning protection system to protect the manufacturing operations of Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 W Little Your Road, Houston, Texas



KIT Construction Services, Inc. (KCSI), is pleased to submit this proposal to offer our services as outlined in the following scope.

KIT Construction Services, Inc. **(KCSI)** is a premier firm specializing in Construction Management and Overall solution provider for its international clients. Our staff has wide variety of experience in projects of any scale globally. We have provided our services and completed numerous building, civil works as well utility projects for Toshiba International Corporation. We have undertaken projects with diverse requirements and always provided TIC with exceptional service and strived to complete the work within agreed upon schedule and of the highest quality and workmanship. TIC is our most valued client and we pay the ultimate importance in continuing our association with TIC as a first choice service provider.

For the referenced contract, we have assembled a team of quality subcontractors, vendors and craftsmen who specialize in their particular trade. We will be assigning a team of qualified civil, structural and MEP engineers, resident construction managers, technicians, superintendents, scheduler and administrators to complete the project in time and within the budget. We will establish project site office and carry out the work diligently. Any work that requires remedy due to dimensional or quality related issues, it will be addressed immediately.

Our project approach is to partner with the Owner in establishing the key project milestones, effective communication and coordination regarding project progress and issues that need Owner consideration. We are fully aware that the TIC facility shall remain operational and maintaining pedestrian and vehicular access is critical. We will communicate in advance with TIC representative regarding weekly/bi-weekly look-ahead work activity schedule and would consider minimizing or eliminating any impact to ongoing or planned operation at TIC. We will provide schedule updates at regular intervals and keep TIC informed of planned work.

Safety of workers and construction personnel is of a paramount importance. Proper safety equipment and controls are required to prevent injuries and loss. We share similar goals with TIC regarding Safety and accident prevention. Based on previous engagements at this facility, we are aware of TIC practices, policies and procedures with regard to safety and controlled access. We will establish a plan with TIC input on construction personnel access to and from the TIC facility. In accordance with our Safety Plan and industry standards, workers will be educated on the project safety standards and procedures. Any and all subcontractors will be required to adhere to the similar standards and will be removed from the jobsite for persistent deviations and/or improper safety equipment. Documentation of Safety Plan implementation shall be kept up-to-date and all required OSHA notifications shall be posted at the jobsite.

During the course of construction we will endeavor to protect existing facilities/structures/utilities, completed work and in-progress work by means of proper supervision, appropriate methods, right tools and necessary equipment. Temporary barricades, bracing and supports shall be installed to minimize harmful occurrences. Visible signs will be located to provide notification to equipment operators which may have limited vision due to line of sight restriction. Experienced crew members shall be designated as a signal caller or have hand held two-way radio communication devices. We will employ services of off-duty police officer to direct traffic along Eldridge Parkway and/or West Little York side in order to maintain flow of public traffic and any construction truck delivery schedule.

## NFPA Standard:

- NFPA 780 provides lightning protection system installation requirements to safeguard people and property from fire risk and related hazards associated with lightning exposure
- This Standard covers traditional lightning protection system installation requirements for ordinary structures; miscellaneous structures and special occupancies; heavy-duty stacks; watercraft; wind turbines; structures housing explosive materials; and structures containing flammable vapors, flammable gases, or liquids that give off flammable vapors

## TIC Current Status:

- The existing TIC Industrial Division facility has experienced a rapid growth within the last few years with new construction of buildings, parking expansions, office spaces, and manufacturing spaces
- Current buildings of TIC are not protected for lightning per the NFPA780
- It is extremely critical to cover this protection for all buildings, especially, the office and manufacturing space
- Small fee upfront insures TIC against unpredictable natural phenomenon
- Single strike of lightning could cause immense damage that could be in Millions of dollars (lost life, damage to buildings, equipment and loss of production)

## Scope of Work:

- Install lightning protection system that complies with NFPA780
- Install surge arrestors (wiring and equipment) to divert surge power to the ground
- Inspect and ensure that the protection system is labeled per code
- Provide proper training to staff
- Final Inspection and acceptance

## Total Lump Sum Price:

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order.

Compensation for this scope will be on a lump-sum basis as:      **$245,000.00\*\***

\*\* *PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

*All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.*

*This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.*

*Exclusions for TIC Lightning Protection includes: Act of God, Hurricanes, Severe Drought and /or Heavy Rains*

*"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.*

**KIT Construction Services, Inc.**

**Project Schedule:**

We will strive to perform our services to achieve project goals on time.

KCSI appreciates the opportunity to provide you with our services. If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President

**V2V Solutions LLC**

January 11, 2016

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

**Ref:    Installation of New Lightning Protection System at TIC**

Dear Mr. D'Agostino,

Thank you for the opportunity extended to V2V Solutions LLC.  This proposal is designed to address TIC's request per the subject above with a systematic and methodical approach.  V2V Solutions is pleased to provide the following proposal for the installation of new lightning protection system at the TIC facility located at 13131 West Little York Road, Houston, TX.

Trained and educated personnel with expertise in civil, mechanical engineering, electrical engineering, customers receive the highest degree of professionalism and service. Our personnel are knowledgeable and vastly experienced at manufacturing outfit constructions and preparing the necessary documents required by the local governing agencies.

Based on your information, new lightning protection system will be installed for all the office and manufacturing areas of TIC as shown in the schematic below.



## PROJECT SCOPE

V2V Solutions will provide turnkey support for the installation of new lightning protection system at the TIC facility. This includes equipment, labor, and post work cleanup.

### NFPA Standard:

- NFPA 780 provides lightning protection system installation requirements to safeguard people and property from fire risk and related hazards associated with lightning exposure
- This Standard covers traditional lightning protection system installation requirements for ordinary structures; miscellaneous structures and special occupancies; heavy-duty stacks; watercraft; wind turbines; structures housing explosive materials; and structures containing flammable vapors, flammable gases, liquids that give off flammable vapors

### Scope of Work:

- Install lightning protection system that complies with NFPA780
- Install surge arrestors (wiring and equipment) to divert surge power to the ground
- Inspect and ensure that the protection system is labeled per code

## PROJECT FEES & SCHEDULE:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.

**Total cost of this project**                    **$375,000.00**

*(Prices do not include additional sales tax)*
*Quote is valid for 30 days*
*Additional fees will be assessed for any alterations from the above specifications*
*V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline. I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC



# Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 01/11/2016 | SM16-0111-002 | **Proposal for Lightning Protection System Installation** |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject: **Proposal for TIC Facility Lightning Protection System Installation**

Sermeg Industrial, Inc. is an construction management and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Georgia, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as civil, mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Inter-personal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC Facility Lightning Protection System Installation needs and submit this price proposal for your consideration. Our understanding of the proposed project is summarized as:

## SCOPE OF WORK

It is our understanding that Toshiba International Corporation (TIC) Industrial Division facility has experienced a rapid growth within the last few years with new construction of buildings, parking expansions, office spaces, and manufacturing spaces. Current buildings of TIC are not protected for lightning per the NFPA780. It is extremely critical to cover this protection for all buildings, especially, the office and manufacturing space. Small fee upfront insures TIC against unpredictable natural phenomenon. TIC intends to install the Lightning Protection System. The outline of the complete work and sequencing has been provided to us by the Corporate Facilities Manager. Below are the details of the scope of work items:

### PROJECT SCOPE
- Regular project progress meetings with the TIC plant personnel
- Install barriers around the work area for safety

**Sermeg Industrial Inc.**

- Install lightning protection system that complies with NFPA780
- Install surge arrestors (wiring and equipment) to divert surge power to the ground
- Inspect and ensure that the protection system is labeled per code
- Daily clean-up and disposal of refuse materials

**CONSTRUCTION ESTIMATE:**

Our estimate is based on the information provided and may need to be revised once the final contract documents are received.

- Lightning Protection System Installation                    **$295,000.00**

**SCHEDULE DURATION:**

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

V. N. Murthy

V.N. Murthy
Construction Manager

# TOSHIBA INTERNATIONAL CORPORATION
**INDUSTRIAL DIVISION**

**Delivery Address**
TOSHIBA INTERNATIONAL CORP MTR
13131 WEST LITTLE YORK RD
HOUSTON, TX
77041

13131 W. LITTLE YORK RD.    HOUSTON, TEXAS 77041
713/466-0277

(1) THIS ORDER IS PLACED SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE BACK HEREOF
(2) ACCEPTANCE OF THIS ORDER MUST BE EXECUTED BY SELLER AND MAILED TO PURCHASER WITHIN FIVE (5) DAYS FOLLOWING RECEIPT OF THIS ORDER BY SELLER.

TAX I.D. NO.
94-1652435

| | |
|---|---|
| ORDER DATE | 01-15-16 |
| PAGE | 1 |
| PURCHASE ORDER NO. | 951568 |
| BUYER | MOSQUEDA, LILLY |
| NAICS | |
| REVISION NO. | |
| SUPPLIER NO. | 303523 |

**ISSUE TO**
KIT CONSTRUCTION SERVICES INC
2000 WEST SAM HOUSTON PKWY S
SUITE 1400
HOUSTON, TX
77042

| TERMS OF DELIVERY | PAYMENT TERMS | FORWARDING AGENT |
|---|---|---|
| | Net 30 | |

PLEASE NOTIFY US IMMEDIATELY IF UNABLE TO SHIP COMPLETE ORDER BY DATE REQUIRED

| ITEM NO. | QUANTITY | UOM | PART NO. | DESCRIPTION | DEL. DATE | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER SECURITY FILING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST 72 HOURS PRIOR TO THE LOADING OF THE VESSEL. SUBMIT INFORMATION TO: ISF@tic.toshiba.com SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED. | | | |
| | | | | Seller must provide the country of origin and commodity or harmonize code for each product listed in this Purchase Order. | | | |
| | | | | TIC STANDARD TERMS AND CONDITIONS OF PURCHASE apply unless otherwise provided on the face of this document. Any additional or contrary terms and any standard or pre-printed terms and conditions in order acknowledgements or other supplier documents are rejected adn shall be null and void and of no force and effect. TIC Standard Terms and Conditions of Purchase are available at: https://www.toshiba.com/tic/datafiles/Purchasing_TandC.pdf or by calling 1-800-231-1412 | | | |
| 1 | 1.00 | EA | 21000 Revision : | CONSTRUCTION IN PROCESS | 01-15-16 | 245000.0000 | 245000.00 |
| | | | | INSTALLATION OF NEW LIGHTING PROTECTION SYSTEM AT TIC PROPOSAL # K16CSI202 | | | |
| | | | | | | Total USD | 245000.00 |

Please state our order and item number on all invoices.

**TOSHIBA INTERNATIONAL CORPORATION**

# Exhibit 1-H

# BID PACKAGE N 4 4/17/2017

PREPARED BY
Pablo H. D'Agostino
Corporate Facilities Manager
TOSHIBA INTERNATIONAL CORPORATION
DATE: 7/27/2017.

WC_CTRL_00041117

**KIT Construction Services, Inc.**
*BUILDING TRUST & CONFIDENCE*

April 17, 2017

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:    **HEV Expansion (Phase II) Project**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation (TIC) intends to construct new improvements as part of HEV Expansion Project.

KIT Construction Services, Inc. (KCSI) is pleased to submit this proposal to provide all material, labor and tools necessary to complete the above mentioned project as outlined in the following scope. **HEV Expansion (Phase II) project** at Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

KIT Construction Services, Inc. **(KCSI)** is a premier firm specializing in Construction Management and Overall solution provider for its international clients. Our staff has wide variety of experience in projects of any scale globally. We have provided our services and completed numerous building, civil works as well utility projects for Toshiba International Corporation. We have undertaken projects with diverse requirements and always provided TIC with exceptional service and strived to complete the work within agreed upon schedule and of the highest quality and workmanship. TIC is our most valued client and we pay the ultimate importance in continuing our association with TIC as a first choice service provider.

For the referenced project, we have assembled a team of quality subcontractors, vendors and craftsmen who specialize in their particular trade. We will be assigning a team of qualified architects, MEP engineers, resident construction managers, engineers, technicians, superintendents, scheduler and administrators to complete this project in time and within the budget. We will establish project site office and carry out the work diligently. Any work that requires remedy due to dimensional or quality related issues, it will be addressed immediately.

Our project approach is to partner with the Owner in establishing the key project milestones, effective communication and coordination regarding project progress and issues that need Owner consideration. We are fully aware that the TIC facility shall remain operational and maintaining pedestrian and vehicular access is critical.   We will communicate in advance with TIC representative regarding weekly/bi-weekly look-ahead work activity schedule and would consider minimizing or eliminating any impact to ongoing or planned operation at TIC. We will provide schedule updates at regular intervals and keep TIC informed of planned work.

WC_CTRL_00041117

**KIT Construction Services, Inc.**

Safety of workers and construction personnel is of a paramount importance. Proper safety equipment and controls are required to prevent injuries and loss. We share similar goals with TIC regarding Safety and accident prevention. Based on previous engagements at this facility, we are aware of TIC practices, policies and procedures with regard to safety and controlled access. We will establish a plan with TIC input on construction personnel access to and from the TIC facility. In accordance with our Safety Plan and industry standards, workers will be educated on the project safety standards and procedures. Any and all subcontractors will be required to adhere to the similar standards and will be removed from the jobsite for persistent deviations and/or improper safety equipment. Documentation of Safety Plan implementation shall be kept up-to-date and all required OSHA notifications shall be posted at the jobsite.

During the course of construction we will endeavor to protect existing facilities/structures/utilities, completed work and in-progress work by means of proper supervision, appropriate methods, right tools and necessary equipment. Temporary barricades, bracing and supports shall be installed to minimize harmful occurrences. Visible signs will be located to provide notification to equipment operators which may have limited vision due to line of sight restriction. Experienced crew members shall be designated as a signal caller or have hand held two-way radio communication devices. We will employ services of off-duty police officer to direct traffic along Eldridge Parkway during mass concrete placement in order to maintain flow of public traffic and concrete truck delivery schedule.

**SCOPE OF WORK:**

- General Requirements
- Demolition Work Items
- HEV Expansion Building Construction
- New Chiller Plant Structure Construction
- Permits & Pre-Inspections
- Commissioning all new equipment

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order. Compensation for this scope will be on a lump-sum basis and will be invoiced at milestone completion and percentage complete.

**Refer to attached bid items form (TIC Provided Bid Form) ***

\*   Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances. Our workers are fully covered by Workman's Compensation insurance.

This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.

*Page 2*

WC_CTRL_00041117

**KIT Construction Services, Inc.**

**PROJECT SCHEDULE:**

We will strive to perform our services to achieve project goals on time.  We will provide time schedule for our services upon receiving project schedule from you.

KCSI appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President

WC_CTRL_00041117

04/17/2017

TIC - HEV Expansion (Phase II)
Bidder Name: KIT Construction Services, Inc.

| Bid Item Description | Bid Amount |
|---|---|
| General Requirements including temporary facilities and maintenance | $0.00 * |

**Demolition Work items**

| | |
|---|---|
| Relocation of existing storage unit | $1,620.00 |
| Demolition of existing Canopy as Air Compressor Plant | $4,320.00 |
| Demolition of existing Metal Wall System & Safety Railings | $20,951.46 |
| Cutting & Patching for Breakroom remodel | $2,327.94 |
| Demolition of existing Stairs Unit | $3,240.00 |
| Removal of existing High Speed Doors and preparation for storage | $3,240.00 |
| Saw cutting and concrete removal for new foundations | $810.00 |
| Demolition of existing Electrical System Devices | $8,400.00 |
| Removal of existing HVAC Units | $15,000.00 |
| Asbestos lab testing | $0.00 * |
| Relocate electric panels | $8,400.00 |
| Remove obsolete piping from the ceiling | $21,500.00 |
| Rigging company / crane to relocate containers to a storage site per owner | $3,800.00 |
| Rental equipment | $14,500.00 |
| **Total Demolition Work Items** | **$108,109.40** |

**HEV Expansion Building Construction**

| | |
|---|---|
| Concrete foundations for New Columns | $17,400.00 |
| Structural steel work for Production Area, including Locker Room structure | $162,500.00 |
| Metal stud framing, sheathing and sheetrock | $151,889.30 |
| Damp proofing, flashing & joint sealants | $12,106.00 |
| Metal Panel Wall System with insulation | $110,190.50 |
| Production area floor repairs and epoxy coating | $120,200.00 |
| Ceiling System | $13,048.00 |
| Doors with hardware | $20,209.60 |
| Millwork & Countertops | $39,267.40 |
| Flooring (carpet & tiles) | $16,480.00 |
| Painting | $43,075.80 |
| Plumbing Systems | $16,343.00 |
| Miscellaneous metals, stair units & handrails | $14,930.00 |
| Locker Units | $6,700.00 |
| Roof system with sheet metal (new openings) | $54,350.00 |
| Insulation (under roof decking) | $87,684.00 |
| Overhead coiling doors (normal & high speed) | $78,896.00 |
| HVAC System | $1,646,549.00 |
| Electrical Systems | $569,500.00 |
| Compressed Air Systems | $268,476.00 |
| Fire Sprinkler System Modification (design-build) | $82,250.00 |
| Fire Alarm System (design-build) | $43,220.00 |
| Control Access & Video Surveillance System | $64,500.00 |
| Low Profile Safety Railing | $2,160.00 |
| Steel work re-enforce roof to accept new HVAC loads | $9,500.00 |
| New roof access points | $7,290.00 |
| Install new electronic systems break room area | $12,500.00 |
| All safety permanent signs including floor | $3,078.00 |
| Individual split HVAC units | $14,200.00 |
| Humidity Control System Unit | $145,324.00 |
| Special filtration Systems units | $136,811.00 |
| Re-circulation fans | $41,500.00 |
| Rigging company and helicopter to place HVAC units on roof | $96,500.00 |
| Removal of separation wall and disposal | $32,500.00 |
| Special dust EPA prevention for removal (after hours work only) | $25,000.00 |
| Slave panels for connection to main security (Kiltron) | $29,500.00 |
| Pre-Plumbing city inspection | $0.00 * |
| Pre-Electrical city inspection | $0.00 * |
| Pre-Fire System fire marshal inspection | $0.00 * |
| Pre city structural inspection | $0.00 * |
| Rental equipment | $34,500.00 |
| Special office steel reinforcement mezzanine | $36,900.00 |
| **Total HEV Expansion Building Construction Bid Items** | **$4,267,027.60** |

**New Chiller Plant Structure Construction**

| | |
|---|---|
| Concrete foundations | $30,100.00 |
| Structural Steel Work | $66,500.00 |
| Mezzanine concrete floor, including decking | $31,888.00 |
| Handrails and ladder | $15,200.00 |
| Rigging Company/Crane return containers to original location | $3,500.00 |
| Rental equipment | $23,500.00 |
| **Total New Chiller Plant Structure Construction Bid items** | **$170,688.00** |

| | |
|---|---|
| Permits & Pre-Inspections | $5,000.00 |
| Insurance | Included |
| Fire Marshal Inspection and comments | $0.00 * |
| Structural inspection and comments | $0.00 * |
| Plumbing Inspection | $0.00 * |
| Electrical Inspection and comments | $0.00 * |
| Commissioning all new equipment | $0.00 ** |
| Bond | TBD |
| **Total Bid Amount** | **$4,550,825.00** |

\* KITC discount due to long term relationship with TIC

\*\* All new equipment commissioning is included



**KIT Construction Services, Inc.**

*BUILDING TRUST & CONFIDENCE*

April 17, 2017

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:   **HEV Expansion (Phase II) Project**
**Rooftop HVAC Units Option**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation (TIC) intends to consider Rooftop HVAC Units for the proposed new improvements as part of HEV Expansion Project.

KIT Construction Services, Inc. (KCSI) is pleased to submit this proposal to provide all material, labor and tools necessary to install Rooftop HVAC Units for the **HEV Expansion (Phase II) project** at Toshiba International Corporation's (TIC) Industrial Division facility located at 13131 West Little York Road, Houston, Texas.

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order. Compensation for this scope will be on a lump-sum basis and will be invoiced at milestone completion and percentage complete.

We propose a lump sum price for Rooftop HVAC Units Option at:        **$658,000.00\***

* Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications.

    All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances. Our workers are fully covered by Workman's Compensation insurance.

    This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.

KCSI appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 783-8700. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
President

WC_CTRL_00041117

## CONTRACTOR BID PACKAGE CHECKLIST

| Contractor Name | Date Received |
|---|---|
| BiT AN.FU. *[handwritten, partly illegible]* PN | 4/17/17 |
| oPJN AT 11:35 PM. | |

**Bid Amount:** *[scribbled out]* ᴼᴺ

4,550.824. PN

Witness (4/17/2017 – 11:40 AM)

M. RC H(C

PREPARED BY
Pablo H. D'Agostino
Corporate Facilities Manager
TOSHIBA INTERNATIONAL CORPORATION
DATE: 4/17/17.

[!] CONFIDENTIAL

# BID PACKAGE N 5 4/17/2017

PREPARED BY
Pablo H. **D'Agostino**
Corporate Facilities Manager
TOSHIBA INTERNATIONAL CORPORATION

DATE: 3/27/2017.

V2V Solutions LLC

April 17, 2017

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

### Ref:    Proposal for TIC HEV Expansion Project (PHASE II)

Mr. D'Agostino,

Thank you for the opportunity extended to V2V Solutions LLC.  We have reviewed the new improvements as part of HEV Expansion Project scope of work, all the pertinent drawings, specifications, and data sheets along with the request for proposal (RFP) from TIC. This proposal is designed to address TIC's request per the subject above with a systematic and methodical approach.

Our personnel with expertise in manufacturing areas design and installations, customers receive the highest degree of professionalism and service. They are knowledgeable and vastly experienced at not only the design and installation aspects, but also assist you in preparing the necessary documents required by the local governing agencies.

### PROJECT SCOPE:

- General Requirements
- Mobilization
- Demolition Work Items
- HEV Expansion Building Construction
- New Chiller Plant Structure Construction
- Permits & Pre-Inspections
- Commissioning all new equipment
- Project Punch List and Project Close Outs

### PROJECT FEES & SCHEDULE:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.   Compensation for this scope will be on a lump-sum basis and will be invoiced on percentage complete each month.

- **Please see the attached TIC HEV Expansion (Phase II) project bid items form\***

1  *Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications*
2  *Quote is valid for 30 days*
3  *Additional fees will be assessed for any alterations from the above specifications*
4  *V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline.   I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC

04/17/2017

TIC - HEV Expansion (Phase II)
Bidder Name: _____ V2V Solutions LLC _____

| Bid Item Description | Bid Amount |
|---|---|
| General Requirements including temporary facilities and maintenance | $49,500.00 |

**Demolition Work Items**

| | |
|---|---|
| Relocation of existing storage unit | $1,725.00 |
| Demolition of existing Canopy as Air Compressor Plant | $4,475.00 |
| Demolition of existing Metal Wall System & Safety Railings | $23,425.00 |
| Cutting & Patching for Breakroom remodel | $2,450.00 |
| Demolition of existing Stairs Unit | $3,975.00 |
| Removal of existing High Speed Doors and preparation for storage | $3,975.00 |
| Saw cutting and concrete removal for new foundations | $950.00 |
| Demolition of existing Electrical System Devices | $9,250.00 |
| Removal of existing HVAC Units | $16,550.00 |
| Asbestos lab testing | $8,750.00 |
| Relocate electric panels | $9,250.00 |
| Remove obsolete piping from the ceiling | $24,250.00 |
| Rigging company / crane to relocate containers to a storage site per owner | $3,950.00 |
| Rental equipment | $14,950.00 |
| **Total Demolition Work Items** | **$127,925.00** |

**HEV Expansion Building Construction**

| | |
|---|---|
| Concrete foundations for New Columns | $18,450.00 |
| Structural steel work for Production Area, including Locker Room structure | $181,550.00 |
| Metal stud framing, sheathing and sheetrock | $161,250.00 |
| Damp proofing, flashing & joint sealants | $12,225.00 |
| Metal Panel Wall System with insulation | $112,250.00 |
| Production area floor repairs and epoxy coating | $124,500.00 |
| Ceiling System | $13,550.00 |
| Doors with hardware | $21,250.00 |
| Millwork & Countertops | $44,650.00 |
| Flooring (carpet & tiles) | $21,950.00 |
| Painting | $46,650.00 |
| Plumbing Systems | $16,950.00 |
| Miscellaneous metals, stair units & handrails | $14,950.00 |
| Locker Units | $7,125.00 |
| Roof system with sheet metal (new openings) | $61,225.00 |
| Insulation (under roof decking) | $91,875.00 |
| Overhead coiling doors (normal & high speed) | $80,850.00 |
| HVAC System | $1,745,775.00 |
| Electrical Systems | $622,950.00 |
| Compressed Air Systems | $275,500.00 |
| Fire Sprinkler System Modification (design-build) | $90,775.00 |
| Fire Alarm System (design-build) | $45,250.00 |
| Control Access & Video Surveillance System | $67,250.00 |
| Low Profile Safety Railing | $2,225.00 |
| Steel work re-enforce roof to accept new HVAC loads | $5,250.00 |
| New roof access points | $7,525.00 |
| Install new electronic systems break room area | $12,975.00 |
| All safety permanent signs including floor | $3,175.00 |
| Individual split HVAC units | $14,250.00 |
| Humidity Control System Unit | $149,250.00 |
| Special filtration Systems units | $141,750.00 |
| Re-circulation fans | $41,950.00 |
| Rigging company and helicopter to place HVAC units on roof | $97,250.00 |
| Removal of separation wall and disposal | $3,775.00 |
| Special dust EPA prevention for removal (after hours work only) | $19,500.00 |
| Slave panels for connection to main security (Kiltron) | $29,975.00 |
| Pre-Plumbing city inspection | $6,850.00 |
| Pre-Electrical city inspection | $6,850.00 |
| Pre-Fire System fire marshal inspection | $6,850.00 |
| Pre city structural inspection | $6,850.00 |
| Rental equipment | $38,750.00 |
| Special office steel reinforcement mezzanine | $41,250.00 |
| **Total HEV Expansion Building Construction Bid Items** | **$4,515,000.00** |

Page 1/2

**New Chiller Plant Structure Construction**

| | |
|---|---|
| Concrete foundations | $30,250.00 |
| Structural Steel Work | $67,225.00 |
| Mezzanine concrete floor, including decking | $32,250.00 |
| Handrails and ladder | $15,550.00 |
| Rigging Company/Crane return containers to original location | $3,625.00 |
| Rental equipment | $23,950.00 |
| **Total New Chiller Plant Structure Construction Bid items** | **$172,850.00** |

| | |
|---|---|
| Permits & Pre-Inspections | $6,000.00 |
| Insurance | $7,500.00 |
| Fire Marshal Inspection and comments | $2,575.00 |
| Structural inspection and comments | $2,575.00 |
| Plumbing Inspection | $2,575.00 |
| Electrical inspection and comments | $2,575.00 |
| Commissioning all new equipment | $9,500.00 |
| Bond | Owner Reimbursed - TBD |
| **Total Bid Amount** | **$4,898,575.00** |

Page 2/2 (2)

 V2V Solutions LLC

April 17, 2017

**Mr. Pablo D'Agostino**
Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

### Ref:    Proposal for TIC HEV Expansion Project (PHASE II) - Rooftop HVAC Units Option

Mr. D'Agostino,

Based on your email dated 04/11/2017, It is our understanding that Toshiba International Corporation (TIC) also intends to consider Rooftop HVAC Units for the proposed new improvements as part of HEV Expansion Project. V2V Solutions is pleased to provide this separate work proposal regarding Rooftop A/C Units for consideration.

### PROJECT FEES:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.   Compensation for this scope will be on a lump-sum basis and will be invoiced on percentage complete each month.

- **Lump sum price for Rooftop HVAC Units Option:**        **$729,500.00***

    1   *Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications*
    2   *Quote is valid for 30 days*
    3   *Additional fees will be assessed for any alterations from the above specifications*
    4   *V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline.  I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC

## CONTRACTOR BID PACKAGE CHECKLIST

| Contractor Name | Date Received |
|---|---|
| V2V CONTRACTOR | 4/17/12 — |
| OPD. ARRIVE AT 11:35AM | |

Bid Amount: 4,898,575. —

Witness (4/17/2019)
11:40 AM
M. RL 4/(

PREPARED BY
Pablo H. D'Agostino
Corporate Facilities Manager
TOSHIBA INTERNATIONAL CORPORATION
DATE: 4/12/12.

⚠ CONFIDENTIAL



# TOSHIBA
TOSHIBA INTERNATIONAL CORPORATION

## Standard Purchase Order
## 7018425, 1

| Type | Standard Purchase Order | |
|---|---|---|
| Order | 7018425 | Rev | 1 |
| Order Date | 18-APR-2017 | |
| Revision Date | 20-APR-2017 | |
| Buyer | Laura Nielsen Laura.Nielsen@toshiba.com | |

| NAICS code | |
|---|---|
| Tax ID No. | 94-1652435 |
| Contract No. | , |

Toshiba International Corporation
13131 West Little York Road
Houston, TX 77041
Tel # +713-466-0277
Toll Free: 1-800-231-1412
Fax # +713-466-8773

**Delivery Address**
Toshiba WLY - HEV Dock B17
13131 West Little York Road
Houston, TX 77041
United States
Attn:LauraNielsen

**Issue to Address**
KIT CONSTRUCTION SERVICES INC
2000 WEST SAM HOUSTON PKWY S
HOUSTON, TX 77042
United States

| | Requester Name |
|---|---|
| | Sendt, Norman J |

**Bill to Address:** 13131 West Little York Road, Houston, TX 77041 United States

| Confirm To | Vendor Telephone | Freight Terms / Carrier | |
|---|---|---|---|
| | - | PREPAID & ALLOW - BEST WAY | INCOTERMS |

| Supplier Number | Payment Terms | |
|---|---|---|
| T0BRK1U | N30 Net 30 Days | |
| Named Place | | |

References to INCOTERMS are to INCOTERMS 2010.

FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER SECURITY FILLING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST 72 HOURS PRIOR TO THE LOADING OF THE VESSEL. SUBMIT INFORMATION TO: TIC-ISF@TOSHIBA.COM. SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED.

SELLER MUST PROVIDE THE COUNTRY OF ORIGIN, ECCN AND COMMODITY OR HARMONIZE CODE FOR EACH PRODUCT LISTED IN THIS PURCHASE ORDER.

TOSHIBA INTERNATIONAL CORPORATION ("TIC") STANDARD TERMS AND CONDITIONS OF PURCHASE APPLY UNLESS OTHERWISE PROVIDED ON THE FACE OF THIS DOCUMENT. ANY ADDITIONAL OR CONTRARY TERMS AND ANY STANDARD OR PRE-PRINTED TERMS AND CONDITIONS IN ORDER ACKNOWLEDGEMENT OR OTHER SUPPLIER DOCUMENTS ARE REJECTED AND SHALL BE NULL AND VOID AND OF NO FORCE AND EFFECT. TIC STANDARD TERMS AND CONDITIONS OF PURCHASE ARE AVAILABLE AT: http://www.toshiba.com/ind/Purchasing_TandC.pdf or by calling 1-800-231-1412

# TOSHIBA
TOSHIBA INTERNATIONAL CORPORATION

**Standard Purchase Order**
**7018425, 1**

**Notes: All price and amounts are expressed in USD currency**

| Line | TIC Part No. | Item Description / Supplier Part No. / Job Number / Assembly / Operation | Delivery Date | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | | Demolition Work Items / Note to Supplier: | | 1.00 | Unities s | 108,109.4000 | 108,109.40 |
| | Revision : | | | | | | |
| 1-1 | | Promised : <br> Needed : | | 1 | Unities s | | |
| | | Ship To: <br> Toshiba WLY - HEV <br> Dock B17 <br> 13131 West Little York Road <br> Houston, TX 77041 <br> United States | | | | | |

Relocation of existing storage unit $ 1,620.00
Demolition of existing Canopy as Air Compressor Plant $ 4,320.00
Demolition of existing Metal Wall System & Safety Railings $ 20,951.46
Cutting & Patching for Breakroom remodel $ 2,327.94
Demolition of existing stairs unit $ 3,240.00
Removal of existing High Speed Doors and preparation for storage $ 3,240.00
Saw cutting & concrete removal for new foundations $ 810.00
Demolition of existing Electrical System Devices $ 8,400.00
Removal of existing HVAC Units $ 15,000.00
Relocate electric panels $ 8,400.00
Remove obsolete piping from the ceiling $ 21,500.00
Rigging company / crane to relocate containers to a storage site per owner $ 3,800.00
Rental equipment $ 14,500.00



# Standard Purchase Order
## 7018425, 1

| | | | | | |
|---|---|---|---|---|---|
| | Total Demolition Work Items | $ 108,109.40 | | | |
| 2 | HEV Expansion Building Construction / Note to Supplier: | 1.00 | Unities s | 2,620,478.6000 | 2,620,478.60 |
| 1-1 | Revision : | 1 | Unities s | | |
| | Promised : Needed : | | | | |
| | Ship To:<br>Toshiba WLY - HEV<br>Dock B17<br>13131 West Little York Road<br>Houston, TX  77041<br>United States | | | | |
| 3 | HVAC System / Note to Supplier: | 1.00 | Unities s | 1,646,549.0000 | 1,646,549.00 |
| 1-1 | Revision : | 1 | Unities s | | |
| | Promised : Needed : | | | | |
| | Ship To:<br>Toshiba WLY - HEV<br>Dock B17<br>13131 West Little York Road<br>Houston, TX  77041<br>United States | | | | |
| 4 | New Chiller Plant Structure Construction / Note to Supplier: | 1.00 | Unities s | 170,688.0000 | 170,688.00 |
| 1-1 | Revision : | 1 | Unities s | | |
| | Promised : Needed : | | | | |
| | Ship To:<br>Toshiba WLY - HEV | | | | |

© 2016 Toshiba International Corporation • 13131 West Little York Road • Houston, Texas 77041 USA • Tel +713-466-0277 US 1-800-231-1412 • Rev 01-APR-2016

WC_CTRL_00041118

# TOSHIBA

TOSHIBA INTERNATIONAL CORPORATION

**Standard Purchase Order**
**7018425, 1**

Dock B17
13131 West Little York
Road
Houston, TX 77041
United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Conrete foundations | | | $ 30,100.00 | | | |
| Structural Steel Work | | | $ 66,500.00 | | | |
| Mezzanine concrete floor, including decking | | | $ 31,888.00 | | | |
| Handrails and ladder | | | $ 15,200.00 | | | |
| Rigging company/Crane return containers to original location | | | $  3,500.00 | | | |
| Rental equipment | | | $ 23,500.00 | | | |
| Total New Chiller Plant Structure Construction Bid items | | | $ 170,688.00 | | | |
| **5** | Permits & Pre-Inspections / Note to Supplier: | 1.00 | Unitles s | 5,000.0000 | 5,000.00 | |
| **1-1** | Revision : | | | | | |
| | Promised : Needed : | 1 | Unitles s | | | |
| | Ship To: Toshiba WLY - HEV Dock B17 13131 West Little York Road Houston, TX 77041 United States | | | | | |

| | |
|---|---|
| **Total USD** | **4,550,825.00** |

© 2016 Toshiba International Corporation • 13131 West Little York Road • Houston, Texas 77041 USA • Tel +713-466-0277 US 1-800-231-1412 • Rev 01-APR-2016

Pag    of **5**

WC_CTRL_00041118



**Standard Purchase Order**
**7018425, 1**

*Laura Nielsen*

© 2016 Toshiba International Corporation • 13131 West Little York Road • Houston, Texas 77041 USA • Tel +713-466-0277 US 1-800-231-1412 • Rev 01-APR-2016
Page **5** of **5**

WC_CTRL_00041118

# Exhibit 1-I

**KIT Construction Services, Inc.**   **$41,550.00**   **9/17/2018**

**PO#7045529-10435 Okanella Office Remodel KIT Proposal K18CSI832-B**

| Receiver # | Invoice # | Date | Subtotal | Total | Sent to Lilly | |
|---|---|---|---|---|---|---|
| 90828 | KCSI-8C499 | 11/1/2018 | $41,550.00 | $44,977.88 | 11/2/2018 | |
| | | | $41,550.00 | $44,977.88 | | |
| | | Balance | $0.00 | ($3,427.88) | | PO Closed |

# TOSHIBA
### TOSHIBA INTERNATIONAL CORPORATION

## Standard Purchase Order
## 7045529, 0

REQ 39881

Toshiba International Corporation
13131 West Little York Road
Houston, TX 77041
Tel # +713-466-0277
Toll Free: 1-800-231-1412
Fax # +713-466-8773

| Type | Standard Purchase Order | | |
|------|------|------|------|
| Order | 7045529 | Rev | 0 |
| Order Date | 17-SEP-2018 | | |
| Revision Date | | | lilly.mos |
| Buyer | Illiana Mosqueda  Lilly.Mosqueda@toshiba.com | | queda@ toshiba. com *Digitally signed by Lilly.mosqueda@toshiba.com DN: cn=lilly.mosqueda @toshiba.com Date: 2018.09.17 14:21:52 -05'00'* |
| NAICS code | | | |
| Tax ID No. | 94-1652435 | | |
| Contract No. | , | | |

| Delivery Address |
|------|
| Toshiba WLY - CPP FG Dock B-16,18 ~ B-20  13131 West Little York Road  Houston, TX  77041  United States  Attn:IllianaMosqueda |

| Issue to Address |
|------|
| KIT CONSTRUCTION SERVICES INC  2000 WEST SAM HOUSTON PKWY S  HOUSTON, TX 77042  United States |

| **Bill to Address**: 13131 West Little York Road, Houston, TX  77041 United States |
|------|

| Confirm To | Vendor Telephone | Requester Name |
|------|------|------|
| | - | Michael, Anna L |

| Supplier Number | Payment Terms | Freight Terms / Carrier | | INCOTERMS |
|------|------|------|------|------|
| T0BRK1U | N30 Net 30 Days | | | |
| Named Place | | | | |

References to INCOTERMS are to INCOTERMS 2010.

FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER  SECURITY FILLING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST  72 HOURS PRIOR TO THE LOADING OF THE VESSEL.  SUBMIT INFORMATION TO: TIC-ISF@TOSHIBA.COM. SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED.

SELLER MUST PROVIDE THE COUNTRY OF ORIGIN, ECCN AND COMMODITY OR HARMONIZE CODE FOR EACH PRODUCT LISTED IN THIS PURCHASE ORDER.

TOSHIBA INTERNATIONAL CORPORATION ("TIC")  STANDARD TERMS AND CONDITIONS OF PURCHASE APPLY UNLESS OTHERWISE PROVIDED ON THE FACE OF THIS DOCUMENT. ANY ADDITIONAL OR CONTRARY TERMS AND ANY STANDARD OR PRE-PRINTED TERMS AND CONDITIONS IN ORDER ACKNOWLEDGEMENT OR OTHER SUPPLIER DOCUMENTS ARE REJECTED AND SHALL BE NULL AND VOID AND OF NO FORCE AND EFFECT. TIC STANDARD TERMS AND CONDITIONS OF PURCHASE ARE AVAILABLE AT: http://www.toshiba.com/ind/Purchasing_TandC.pdf or by calling 1-800-231-1412

# TOSHIBA
## TOSHIBA INTERNATIONAL CORPORATION

**Standard Purchase Order**
**7045529, 0**

Notes: All price and amounts are expressed in USD currency

| Line | TIC Part No. | Item Description / Supplier Part No. / Job Number / Assembly / Operation | Delivery Date | Quantity | UOM | Unit Price | Extended Price |
|------|--------------|---------------------------------------------------------------------------|---------------|----------|-----|------------|----------------|
| 1 | | 10435 Okanella Offices Remodel – KIT Proposal K18CSI832B / | 24-SEP-2019 | 41550.00 | Each | 1.0000 | 41,550.00 |
| | Revision : | Note to Supplier: | | | | | |
| 1-1 | Ship To: | Promised : | | 41550 | Each | | |
| | Toshiba WLY - CPP | 24-SEP-2019 | | | | | |
| | FG Dock B-16,18 ~ B-20 | Needed : | | | | | |
| | 13131 West Little York Road | 24-SEP-2019 | | | | | |
| | Houston, TX  77041 | | | | | | |
| | United States | | | | | | |

| | Total USD |
|---|-----------|
| | 41,550.00 |

**Standard Purchase Order**
**7045529, 0**

## Michael, Anna (TIC)

| | |
|---|---|
| **From:** | Workflow Mailer TICPROD <TIC-EBSS24@toshiba.com> |
| **Sent:** | Monday, September 17, 2018 10:08 AM |
| **To:** | Michael, Anna (TIC) |
| **Subject:** | FYI: Purchase Requisition 39881 has been approved |
| **Attachments:** | Notification Detail.html |

Time Zone (GMT -07:00) Pacific Time

### ⓘ Information

The current responsibility context has been switched to: Alert Manager

| | | | |
|---|---|---|---|
| From | Robinson, Donnie | Description | KIT Construction Services, Inc. – 10435 Okanella Offices Remodel – KIT Proposal K18CSI832B |
| To | Michael, Anna | | |
| Sent | 17-Sep-2018 17:06:51 | Requisition Total | 41,550.00 USD |
| ID | 1050480 | Non-Recoverable Tax | 0.00 USD |
| | | Attachments | |

### Requisition Lines

| Line | Description | Supplier | Cost Center | Unit | Quantity | Price | Price (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|
| 1 | 10435 Okanella Offices Remodel – KIT Proposal K18CSI832B | KIT CONSTRUCTION SERVICES INC | 1378000 | | | | | 41,550.00 |

### Approval Sequence



| | | | |
|---|---|---|---|
| ✓ TIC FINANCE APPROVER | ✓ TIC Director of FP & A | ✓ TIC CHAIN OF COMMAND | → Approved |

| Num | Name | Action | Action Date | Note |
|---|---|---|---|---|
| 1 | Michael, Anna L | Submitted | 17-Sep-2018 15:45:21 | |
| 2 | Munson, Kelsey Erin (TIC FINANCE APPROVER) | Approved | 17-Sep-2018 15:50:20 | |
| 3 | Melancon, Patricia Grace (TIC Director of FP & A) | Approved | 17-Sep-2018 16:22:21 | |
| 4 | St. Fleur, Paige Beauvais (TIC CHAIN OF COMMAND) | Approved | 17-Sep-2018 16:32:22 | |
| 5 | D'Agostino, Pablo H. (TIC CHAIN OF COMMAND) | Approved | 17-Sep-2018 16:36:23 | |
| 6 | Robinson, Donnie P (TIC CHAIN OF COMMAND) | Approved | 17-Sep-2018 17:06:51 | |

© 1995-2016 Toshiba International Corporation

**Req#39881**

KIT Construction Services, Inc. – 10435 Okanella Offices Remodel – KIT Proposal K18CSI832B

10435 Okanella Offices Remodel – KIT Proposal K18CSI832B

KIT C, One Point, & V2V Solutions proposals attached - Please expedite PO and email to Sudhakar Kalaga - SKALAGA@kitprofs.com

Sudhakar Kalaga - SKALAGA@kitprofs.com

713-783-8700

**$41,550.00**



**Requisitions - [New]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Operating Unit | T090626_US_TIC_H00_ | | | | | | |

Number 39881  Type Purchase Requi  Preparer Michael, Anna L

Description KIT Construction S  Status Incomplete  Total USD  41,550.00

[ ]

Lines | Source Details | Details | Currency

RFQ Required  Document

| Num | Note to Buyer | Buyer | | Supplier Item | Type | [ ] |
|---|---|---|---|---|---|---|
| 1 | KIT C, One Point, & V2V Solutio | Mosqueda, Illiana C | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Destination Type Expense  Source Supplier

Requester Michael, Anna L  Supplier KIT CONSTRUCTION SERVI

Organization TIC CTL-PEP Plant  Site T0BRK1U0000

Location Toshiba WLY - CPP FG Dock B  Contact Sudhakar Kalaga - SKALAGA

Subinventory  Phone 713-783-8700

Outside Services | Catalog... | Distributions | Approve...







**KIT Construction Services, Inc.**

*BUILDING TRUST & CONFIDENCE*

September 14, 2018

Mr. Pablo D'Agostino
Sr. Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:    **Proposal for 10435 Okanella Offices Remodel
       KIT proposal K18CSI832B**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation (TIC) intends to remodel existing office space in the Warehouse facility located at 10435 Okanella, Houston, Texas 77041.

After meeting with you, making field visits, and researching available background information on adjacent area, we have derived at the following scope of work and the construction cost.

KIT Construction Services, Inc. (KCSI), is pleased to submit this proposal to complete the project as follows.
- Identification and deenergizing power circuits of wall outlets for abandonment.
- Reestablishment of power circuits for the lights.
- Demolition of existing partition walls for the 7 offices.
- Construction of a new wall section to provide separation from the front office space.
- Patch sheetrock of sidewalls after removal of partition walls.
- Installation of a new entry door for this new open space. Door shall have panic hardware for exit.
- Replacement of selected ceiling tiles damaged during demolition.
- Painting of perimeter wall after removal and patching.
- All furniture and other belongings shall be removed by Owner prior to mobilization.
- This proposal does not include any plumbing, network data or HVAC related adjustments.
- This proposal does not include any flooring replacement and/or patching.
- Keep the work area free of debris and final clean-up.
- Maintain barrier around work space.
- Permit revision and re-inspection for occupancy certificate.
- Work to be performed during normal business hours.
- All work to be performed under supervision of Facility Maintenance Department.

**KIT Construction Services, Inc.**

## TOTAL LUMP SUM PRICE:

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order.

Lump Sum amount for 10435 Okanella Office Remodel:     **$41,550.00\*\***

**\*\*** *PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

*All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.*

*This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.*

*"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.*

## Project Schedule:

The work can be completed per schedule after receiving the TIC Purchase Order.

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 972-6649. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
Project Director

# OnePoint, Inc.
10804 Roark Road,
Houston, Texas 77099
Office: 713-777-6666
Fax: 713-777-5329
Cell: 713-292-7635
E-mail: ajoseph@onepointinc.com

---

September 15, 2018

Pablo D'Agostino
Corporate Facilities Manager
Toshiba International Corporation
13131 West Little York
Houston, Texas 77041

**Project No. 4256-18**

**RE:  Okanella (2) Office removal**

The Scope of the work, based on meetings with Pablo D'Agostino, Corporate Facilities Manager is to include the following;

- Identify and deenergize power circuits of wall outlets for abandonment
- Re establishment of power circuits for lights
- Demolishment of existing partition walls for the 7 offices
- Construction of new wall section to provided separation from front office space
- Patch sheetrock of side walls after removal of partition walls
- Installation of new Entry door for the new open space. Door shall have panic hardware for Exit
- Replacement of selected ceiling tiles damaged during demolition
- Painting of perimeter walls after removal and patching
- All furniture's and other belongings shall be removed by Owner prior to mobilization
- The proposal does not included plumbing, network data or HVAC related adjustments
- The proposal does not include any Flooring replacement and/or patching
- Keep work areas free of debris and final clean up
- Maintain barriers around work space
- Permit revisions and re-inspection for Occupancy certificate
- Work will be performed during normal business hours
- All work will be performed under supervision of Facility Maintenance Department.

**Total Price .................................................................\$45,650.00**

**Exclusions:**
- Sales Tax is not included in above price

Respectfully submitted,

*[signature]*

Abraham Joseph

**Client Acceptance**

Your signature and/or Purchase Order Number on this Proposal signifies your acceptance of the attached Terms and Conditions and is our authorization to proceed with work as set out herein. Any changes to the Scope of Work or changes to Costs relating to those changes must be approved in writing prior to any commencement of work upon such changes and shall be attached and made part of this Scope of Work. ***Please fax (713-777-5329)or mail a signed copy of this proposal to our office upon acceptance.***

| *OnePoint, Inc.* | *Toshiba International* |
|---|---|
| By:_____ | By:_____ |
| Title:_____ | Title: _____ |
| Date:_____ | Date:_____ |

Terms and Conditions

1. ERRORS: OnePoint, Inc. (the Company), reserves the right to correct clerical errors appearing on the face of this quotation.

2. DELAYS: The Company, shall not be liable for any delay in manufacture, delivery or its performance hereunder due to fires, acts of God, strikes, differences with workmen, delays in transportation, accidents at plants, inability to procure supplies, raw materials and transportation facilities, or other contingencies beyond its control.

3.  WARRANTY: The Company is not responsible for any other conditions over which the company has no control. In no case shall the Company be liable for consequential damages arising from breach of any of the forgoing warranties.

4.  BUYERS CONTRARY TERMS: No waiver, alterations or modifications of any of the provisions hereof shall be binding on the Company unless made in writing and agreed to in writing, by a duly authorized official of the company.

5.  DAMAGES: The Company is not responsible for damages to or charges associated with any underground utilities or surrounding concrete or grass.

6.  APPROVALS: It is presumed that the client has obtained approval from the Architect, owner, or other approving authority prior to the commencement of work.


# V2V Solutions LLC

September 14, 2018

**Mr. Pablo D'Agostino**
Sr. Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

**Ref:    Proposal for TIC Warehouse 10435 Okanella Offices Remodel**

Mr. D'Agostino,

Thank you for the opportunity extended to V2V Solutions LLC.  We have reviewed the requirements of TIC warehouse 10435 Okanella offices remodel and improvements project scope of work, all the pertinent drawings, specifications, and data sheets from TIC. This proposal is designed to address TIC's request per the subject above with a systematic and methodical approach.

Our personnel with expertise in manufacturing areas design and installations, customers receive the highest degree of professionalism and service. They are knowledgeable and vastly experienced at not only the design and installation aspects, but also assist you in preparing the necessary documents required by the local governing agencies.

**PROJECT SCOPE:**
- Identification and deenergizing power circuits of wall outlets for abandonment.
- Reestablishment of power circuits for the lights.
- Demolition of existing partition walls for the 7 offices.
- Construction of a new wall section to provide separation from the front office space.
- Patch sheetrock of sidewalls after removal of partition walls.
- Installation of a new entry door for this new open space. Door shall have panic hardware for exit.
- Replacement of selected ceiling tiles damaged during demolition.
- Painting of perimeter wall after removal and patching.
- All furniture and other belongings shall be removed by Owner prior to mobilization.
- This proposal does not include any plumbing, network data or HVAC related adjustments.
- This proposal does not include any flooring replacement and/or patching.
- Keep the work area free of debris and final clean-up.
- Maintain barrier around work space.
- Permit revision and re-inspection for occupancy certificate.
- Work to be performed during normal business hours.
- All work to be performed under supervision of Facility Maintenance Department.

## PROJECT FEES & SCHEDULE:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.   Compensation for this scope will be on a lump-sum basis and will be invoiced on percentage complete each month.

- **Total cost of this project**                                    **$48,750.00\***

1   *Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications*
2   *Quote is valid for 30 days*
3   *Additional fees will be assessed for any alterations from the above specifications*
4   *V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline.   I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC



**KIT Construction Services, Inc.**

Engineers ● Planners ● Construction Managers

*BUILDING TRUST & CONFIDENCE...*

November 1, 2018

**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Pablo H. D'Agostino
Sr. Corporate Facilities Manager
Date: 11/1/18
Initials: *[signature]*

Attn:     Mr. Pablo D'Agostino
          Sr. Corporate Facilities Manager

Ref:     **Invoice # 1 (KCSI-8C499)**
         **10435 Okanella TIC Warehouse Facility Offices Remodel**
         Toshiba International Corporation - Industrial Division Facility
         13131 West Little York Rd, Houston, Texas 77041
         **TOSHIBA PO # 7045529; Item #1; Supplier # 303523; KIT Job # K18CSI832B**

Dear Mr. Pablo D'Agostino,

Please find below invoice for the above referenced project.

|  | | Contract Amount | Percent Complete | Amount Complete |
|---|---|---|---|---|
| 1 | 10435 Okanella TIC Warehouse Facility Offices Remodel | $41,550.00 | 100.00% | **$41,550.00** |

| | |
|---|---|
| TOTAL AMOUNT FOR THIS PERIOD | $41,550.00 |
| PREVIOUSLY INVOICED AMOUNT | $0.00 |
| **AMOUNT FOR THIS INVOICE** | **$41,550.00** |
| **SALES TAX FOR THIS INVOICE (8.25%)** | **$3,427.88** |
| TOTAL SALES TAX INVOICED TODATE | $3,427.88 |
| TOTAL AMOUNT INVOICED TODATE INCLUDING SALES TAX | $44,977.88 |
| PREVIOUSLY INVOICED TOTAL AMOUNT INCLUDING SALES TAX | $0.00 |
| ***TOTAL AMOUNT DUE THIS INVOICE*** | ***$44,977.88*** |

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713)783-8700.

Sincerely,

*[signature]*

Sudhakar Kalaga, P.E.
President

**PLEASE MAKE CHECK PAYBLE TO:**

**KIT CONSTRUCTION SERVICES, INC.**

**EIN # 90-0717124**

**TIC Vendor / Supplier #: 303523**

2000 W Sam Houston Parkway S, Suite 1400, Houston, Texas 77042 ● Tel: 713-783-8700 ● Fax: 713-783-8747

# Exhibit 1-J

**KIT Construction Services, Inc.**      **$32,450.00**                **9/17/2018**

**PO#7045528-10510 Okanella Warehouse Storage Racks Shelf Addition-
KIT Proposal K18CSI832A**

| Receiver # | Invoice # | Date | Subtotal | Total | Sent to Lilly | |
|---|---|---|---|---|---|---|
| 90826 | KCSI-8C498 | 11/1/2018 | $32,450.00 | $35,127.13 | 11/2/2018 | |
| | | | $32,450.00 | $35,127.13 | | |
| | | Balance | $0.00 | ($2,677.13) | | PO Closed |

# TOSHIBA
### TOSHIBA INTERNATIONAL CORPORATION

## Standard Purchase Order
## 7045528, 0

REQ 39880

Toshiba International Corporation
13131 West Little York Road
Houston, TX 77041
Tel # +713-466-0277
Toll Free: 1-800-231-1412
Fax # +713-466-8773

| Type | Standard Purchase Order | | |
|---|---|---|---|
| Order | 7045528 | Rev | 0 |
| Order Date | 17-SEP-2018 | | |
| Revision Date | | | lilly.mo squeda @toshi ba.com |
| Buyer | Illiana Mosqueda Lilly.Mosqueda@toshiba.com | | Digitally signed by lilly.mosqueda @toshiba.com Date: 2018.09.17 14:22:24 -05'00' |
| NAICS code | | | |
| Tax ID No. | 94-1652435 | | |
| Contract No. | , | | |

| Delivery Address |
|---|
| Toshiba WLY - CPP FG Dock B-16,18 ~ B-20 13131 West Little York Road Houston, TX  77041 United States Attn:IllianaMosqueda |

| Issue to Address |
|---|
| KIT CONSTRUCTION SERVICES INC 2000 WEST SAM HOUSTON PKWY S HOUSTON, TX 77042 United States |

**Bill to Address**: 13131 West Little York Road, Houston, TX  77041 United States

| Confirm To | Vendor Telephone | Requester Name |
|---|---|---|
| | - | Michael, Anna L |

| Supplier Number | Payment Terms | Freight Terms / Carrier | INCOTERMS |
|---|---|---|---|
| T0BRK1U | N30 Net 30 Days | | |
| Named Place | | | |

References to INCOTERMS are to INCOTERMS 2010.

FOR ALL OCEAN SHIPMENTS DESTINED FOR US PORTS, SELLER MUST PROVIDE IMPORTER  SECURITY FILLING (ISF) DATA ELEMENTS, BILL OF LADING AT THE LOWEST LEVEL REPORTED TO THE AUTOMATED MANIFEST SYSTEM (AMS) AND COMMERCIAL INVOICE AT LEAST  72 HOURS PRIOR TO THE LOADING OF THE VESSEL.  SUBMIT INFORMATION TO: TIC-ISF@TOSHIBA.COM. SELLER IS RESPONSIBLE FOR ANY INACCURATE OR UNTIMELY INFORMATION SUBMITTED.

SELLER MUST PROVIDE THE COUNTRY OF ORIGIN, ECCN AND COMMODITY OR HARMONIZE CODE FOR EACH PRODUCT LISTED IN THIS PURCHASE ORDER.

TOSHIBA INTERNATIONAL CORPORATION ("TIC")  STANDARD TERMS AND CONDITIONS OF PURCHASE APPLY UNLESS OTHERWISE PROVIDED ON THE FACE OF THIS DOCUMENT. ANY ADDITIONAL OR CONTRARY TERMS AND ANY STANDARD OR PRE-PRINTED TERMS AND CONDITIONS IN ORDER ACKNOWLEDGEMENT OR OTHER SUPPLIER DOCUMENTS ARE REJECTED AND SHALL BE NULL AND VOID AND OF NO FORCE AND EFFECT.
TIC STANDARD TERMS AND CONDITIONS OF PURCHASE ARE AVAILABLE AT: http://www.toshiba.com/ind/Purchasing_TandC.pdf or by calling 1-800-231-1412

# TOSHIBA
## TOSHIBA INTERNATIONAL CORPORATION

## Standard Purchase Order
## 7045528, 0

**Notes: All price and amounts are expressed in USD currency**

Please formally accept this order by 20-SEP-2018

| Line | TIC Part No. | Item Description / Supplier Part No. / Job Number / Assembly / Operation | Delivery Date | Quantity | UOM | Unit Price | Extended Price |
|------|--------------|-------------------------------------------------------------------------|---------------|----------|-----|------------|----------------|
| 1 | Revision : | 10510 Okanella Warehouse Storage Racks Shelf Addition – KIT Proposal K18CSI832A / Note to Supplier: | 17-SEP-2018 | 32450.00 | Each | 1.0000 | 32,450.00 |
| 1-1 | Ship To: Toshiba WLY - CPP FG Dock B-16,18 ~ B-20 13131 West Little York Road Houston, TX  77041 United States | Promised : 17-SEP-2019 Needed : 17-SEP-2018 | | 32450 | Each | | |

| | Total USD |
|---|-----------|
| | **32,450.00** |

# TOSHIBA
**TOSHIBA INTERNATIONAL CORPORATION**

**Standard Purchase Order**
**7045528, 0**

**Michael, Anna (TIC)**

| | |
|---|---|
| **From:** | Workflow Mailer TICPROD <TIC-EBSS24@toshiba.com> |
| **Sent:** | Monday, September 17, 2018 10:08 AM |
| **To:** | Michael, Anna (TIC) |
| **Subject:** | FYI: Purchase Requisition 39880 has been approved |
| **Attachments:** | Notification Detail.html |

Time Zone (GMT -07:00) Pacific Time

ⓘ **Information**

The current responsibility context has been switched to: Alert Manager

| From | **Robinson, Donnie** | Description | **KIT Construction Services, Inc. – 10510 Okanella Warehouse Storage Racks Shelf Addition – KIT Proposal K18CSI832A** |
|---|---|---|---|
| To | **Michael, Anna** | | |
| Sent | **17-Sep-2018 17:06:57** | Requisition Total | **32,450.00 USD** |
| ID | **1050481** | Non-Recoverable Tax | **0.00 USD** |
| | | Attachments | |

**Requisition Lines**

| Line | Description | Supplier | Cost Center | Unit | Quantity | Price | Price (USD) | Amount (USD) |
|---|---|---|---|---|---|---|---|---|
| 1 | 10510 Okanella Warehouse Storage Racks Shelf Addition – KIT Proposal K18CSI832A | KIT CONSTRUCTION SERVICES INC | 1378000 | | | | | 32,450.00 |

**Approval Sequence**



| | | |
|---|---|---|
| ✓ TIC FINANCE APPROVER | ✓ TIC Director of FP & A | ✓ TIC CHAIN OF COMMAND | → Approved |

| Num | Name | Action | Action Date | Note |
|---|---|---|---|---|
| 1 | Michael, Anna L | Submitted | 17-Sep-2018 15:37:32 | |
| 2 | Munson, Kelsey Erin (TIC FINANCE APPROVER) | Approved | 17-Sep-2018 15:50:15 | |
| 3 | Melancon, Patricia Grace (TIC Director of FP & A) | Approved | 17-Sep-2018 16:22:21 | |
| 4 | St. Fleur, Paige Beauvais (TIC CHAIN OF COMMAND) | Approved | 17-Sep-2018 16:32:22 | |
| 5 | D'Agostino, Pablo H. (TIC CHAIN OF COMMAND) | Approved | 17-Sep-2018 16:36:22 | |
| 6 | Robinson, Donnie P (TIC CHAIN OF COMMAND) | Approved | 17-Sep-2018 17:06:56 | |

© 1995-2016 Toshiba International Corporation

**Req#39880**

KIT Construction Services, Inc. – 10510 Okanella Warehouse Storage Racks Shelf Addition – KIT Proposal K18CSI832A

10510 Okanella Warehouse Storage Racks Shelf Addition – KIT Proposal K18CSI832A

KIT C, V2V Solutions, & One Point proposals attached - Please expedite PO and email to Sudhakar Kalaga - SKALAGA@kitprofs.com

Sudhakar Kalaga - SKALAGA@kitprofs.com

713-783-8700

**$32,450.00**



Requisitions - [New]

Operating Unit  T090626_US_TIC_H00_

Number  39880            Type  Purchase Requi     Preparer  Michael, Anna L

Description  KIT Construction S     Status  Incomplete     Total  USD          32,450.00

                                                                    [    ]

Lines    Source Details    Details    Currency

                          RFQ Required                    Document

Num    Note to Buyer          Buyer                Supplier Item    Type    [ ]

1    KIT C, V2V Solutions, & One Po Mosqueda, Illiana C                        ▲

Destination Type  Expense                  Source  Supplier
Requester  Michael, Anna L              Supplier  KIT CONSTRUCTION SERVI
Organization  TIC CTL-PEP Plant            Site  T0BRK1U0000
Location  Toshiba WLY - CPP FG Dock B     Contact  Sudhakar Kalaga - SKALAGA
Subinventory                      Phone  713-783-8700

Outside Services    Catalog...    Distributions    Approve...







**KIT Construction Services, Inc.**

*BUILDING TRUST & CONFIDENCE*

September 14, 2018

Mr. Pablo D'Agostino
Sr. Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Ref:   **Proposal for 10510 Okanella Warehouse Storage Racks Shelf Addition**
        **KIT proposal K18CSI832A**

Dear Mr. D'Agostino,

It is our understanding that Toshiba International Corporation (TIC) intends to add shelves to the existing storage racks for the warehouse facility located at 10510 Okanella Street, Houston, Texas.

After meeting with you and based on the site visit to review existing storage racks construction, KIT Construction Services, Inc. (KCSI), is pleased to submit this proposal to complete the project as follows:



- Procure and install additional wire mesh decking material as a top shelf only.
- The new decking to match existing 48-inch deep and 42-inch racks. The decking shall have 2750 lbs. UDL capacity.
- The proposal considers 58" wide Waterfall Wire Decking for existing beams for top row.
- Repair damaged posts to facilitate new storage height adjustment.
- Scissor Lift rental for duration of the project
- Keep the work area free of debris and final clean-up.
- Maintain barrier around work space.
- Work to be performed during normal business hours.
- All work to be performed under supervision of Facility Maintenance Department.

**KIT Construction Services, Inc.**

**TOTAL LUMP SUM PRICE:**

KIT Construction Services, Inc. will provide the above described construction services in accordance TIC purchase order.

Lump Sum amount for 10510 Okanella Warehouse Storage Racks Shelf addition:   **$32,450.00****

** *PRICE EXCLUDES: Applicable taxes and alterations from the above specifications.*

*All material shall be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control. Owner to carry fire, tornado, and any other necessary insurances.*

*This proposal is further qualified by the following: Quantities are outlined in the proposal and any scope of work not listed shall be assumed as not part of this lump sum scope. Any cost not provided by subcontractor / supplier will be assumed to be a "guess" and to be verified by owner.*

*"Regulated by The Texas Department of Licensing and Registration, P.O. Box 12157 Austin, TX 78111, 1-800-803-9202." Quotation is valid for 30 days from the date on this proposal.*

**Project Schedule:**

The work can be completed within 4-6 weeks after receiving the TIC Purchase Order.

KIT Construction Services, Inc. appreciates the opportunity to provide you with our services.  If I can be of any, further service or answer any additional questions, please feel free to call me at (713) 972-6649. We look forward to working with you on this very important project.

Sincerely,

Sudhakar Kalaga, P.E.
Project Director

# V2V Solutions LLC

September 14, 2018

**Mr. Pablo D'Agostino**
Sr. Corporate Facilities Manager
Toshiba International Corporation (TIC)
13131 West Little York Rd
Houston, Texas 77041

**Ref:     Proposal for TIC Warehouse 10510 Okanella Storage Racks Additional Shelf**

Mr. D'Agostino,

Thank you for the opportunity extended to V2V Solutions LLC.  We have reviewed the requirements of TIC warehouse 10510 Okanella storage racks additional shelf and improvements project scope of work, all the pertinent drawings, specifications, and data sheets from TIC. This proposal is designed to address TIC's request per the subject above with a systematic and methodical approach.

Our personnel with expertise in manufacturing areas design and installations, customers receive the highest degree of professionalism and service. They are knowledgeable and vastly experienced at not only the design and installation aspects, but also assist you in preparing the necessary documents required by the local governing agencies.

## PROJECT SCOPE:

- Procure and install additional wire mesh decking material as a top shelf only.
- The new decking to match existing 48-inch deep and 42-inch racks. The decking shall have 2750 lbs. UDL capacity.
- The proposal considers 58" wide Waterfall Wire Decking for existing beams for top row.
- Repair damaged posts to facilitate new storage height adjustment.
- Scissor Lift rental for duration of the project
- Keep the work area free of debris and final clean-up.
- Maintain barrier around work space.
- Work to be performed during normal business hours.
- All work to be performed under supervision of Facility Maintenance Department.

## PROJECT FEES & SCHEDULE:

V2V Solutions will provide above services in accordance with the signed agreement. Compensation for this scope will be on a lump-sum basis.   Compensation for this scope will be on a lump-sum basis and will be invoiced on percentage complete each month.

- **Total cost of this project**                                                    **$39,950.00\***

1   *Price excludes: applicable sales tax, overtime labor and any alterations from the above specifications*
2   *Quote is valid for 30 days*
3   *Additional fees will be assessed for any alterations from the above specifications*
4   *V2V Solutions shall not be liable for any delays or defaults hereunder by reason of accident, fire, flood, weather conditions, acts of God, labor troubles, delays or defaults beyond its reasonable control*

Upon receipt of the purchase order and signed contract, V2V Solutions will provide a detailed project timeline.   I once again thank you for the opportunity to provide you with our services and I look forward to working with Toshiba Industrial Division Facility.

Sincerely,

Vinod Vemparala
President and Member,
V2V Solutions LLC