UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, | § § § | |
| Plaintiff, | § § | CIVIL NO.  4:19-CV-04274 |
| v. | § § | |
| SUDHAKAR KALAGA, an individual, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, and SVSRK ENTERPRISES, LLC, RUDOLPH CULP, as independent administrator of the ESTATE OF PABLO D'AGOSTINO, and PD RENTALS, LLC, | § § § § § § § § § § | |
| Defendants. | | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff, Toshiba International Corporation ("Toshiba"), Sudhakar Kalaga,

KIT Construction Services, Inc. ("KIT Construction"), KIT Professionals, Inc.

("KIT Professionals"), SKBP Ventures, LLC ("SKBP"), and SVSRK Enterprises,

LLC ("SVSRK")(collectively, the "Kalaga Defendants"), and Rudolph Culp, as the

Temporary Independent Administrator of the Estate of Pablo D'Agostino ("the

Estate")(collectively, the "Parties") respectfully request that this Court enter the

proposed Agreed Protective Order—attached hereto as **Exhibit 1**—limiting the use

an disposition of the information and documents produced in the course of discovery

in this action. The discovery that is likely to be sought includes requests for information of a highly sensitive and confidential nature, including requests for business, commercial, financial, personal, and trade secret information of the Parties. As a result, the Parties have jointly agreed to the attached Agreed Protective Order, and request that the Court enter it in this case.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

_/s/ Russell Hardin, Jr._
  Russell Hardin, Jr.
  Federal I.D. No.  19424
  Jennifer E.  Brevorka
  Federal I.D. No. 1725400
  John MacVane
  State Bar No. 24085444
  Federal I.D. No. 2209776
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  rhardin@rustyhardin.com
Email:  jbrevorka@rustyhardin.com
Email:  jmacvane@rustyhardin.com

**ATTORNEYS FOR DEFENDANTS SUDHAKAR KALAGA, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONAL, INC., SKBP VENTURES, LLC and SVSRK ENTERPRISES, LLC.**

White & Case, LLP
Justin Synhorst
S.D. Tex. Bar No. 3099928
justin.synhorst@whitecase.com
1200 Smith Street, Suite 2300
Houston, TX 77002
tel.: (713) 496-9700
fax: (713) 496-9701
  *Attorney-in-Charge for*
  *Toshiba International Corporation*

OF COUNSEL
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Samuel J. Sharp (*pro hac vice*)
samuel.sharp@whitecase.com
White & Case, LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

Daniel Fridman (*pro hac vice*)
dfridman@ffslawfirm.com
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Boulevard, Suite 750
Coral Gables, FL 33134
tel.: (305) 569-7720
fax: (786) 627-4145
  *Counsel to Toshiba International Corporation*

Rudolph Culp
rudy@hgprobate.com
Horrigan, Goehrs, Edwards & Culp, LLP
1401 Truxillo Street
Houston, Texas 77004
Tel: (713) 659-4200
  *Temporary Independent Administrator of the Estate of Pablo*
  *D'Agostino*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct of the above and foregoing filed via the CM/ECF system which caused service upon all parties on January 6, 2020.

*/s/ Jennifer Brevorka*
Jennifer Brevorka