# EXHIBIT A
# (SEPARATELY FILED UNDER SEAL)