# EXHIBIT B
# (SEPARATELY FILED UNDER SEAL)