UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL NO. 4:19-CV-04274 |
| | § § | |
| PABLO D'AGOSTINO, et al. | § | |

# ORDER

The Court has considered the unopposed motion of SUDHAKAR KALAGA, VIJAYAGOWRI KALAGA, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, and SVSRK ENTERPRISES, LLC (collectively, the "Kalaga Defendants") to extend their responsive pleading deadline to Plaintiff's Amended Complaint for Damages and Equitable Relief [Doc. 90] to March 31, 2020.

The motion is granted. The Kalaga Defendants responsive pleading, if any, to Plaintiff's Amended Complaint for Damages and Equitable Relief [Doc. 90] shall be filed on March 31, 2020.

SIGNED at Houston, Texas on this _____ day of March, 2020.

_____
DAVID HITTNER
United States District Judge