**Exhibits Supporting Plaintiff TIC's Motion for a Preliminary Injunction**

| Ex. Number | Description |
|---|---|
| 1 | Declaration of Richard A. Pollack and Exhibits A and B |
| 2 | E-mail exchange between Rusty Hardin, counsel for Sudhakar Kalaga, and Kay Peterson, Associate General Counsel at TIC |
| 3 | Spreadsheet of Bank of America wire transactions involving the Kalaga Defendants or Pablo D'Agostino |
| 4 | KIT Construction's General Casualty Contractors Supplemental Application to Colony Insurance listing 2 employees for KIT Construction |
| 5 | Bank of America KIT Construction credit card statement for account -7359, dated 11-08-19–12-07-19 |
| 6 | Bank of America KIT Construction credit card statement for account -7720, dated 11-08-19–12-07-19 |
| 7 | Bank of America KIT Construction credit card statement for account -7720, dated 10-08-19–11-07-19 |
| 8 | Bank of America KIT Construction credit card statement for account -7359, dated 09-08-19–10-07-19 |
| 9 | Bank of America KIT Construction credit card statement for account -7359, dated 10-08-19–11-07-19 |
| 10 | Bank of America KIT Construction credit card statement for account -7359, dated 12-08-19–01-07-20 |
| 11 | Bank of America KIT Construction credit card statement for account -7720, dated 09-08-19–10-07-19 |
| 12 | Chase KIT Construction credit card statement for account -1401, dated 09-23-19–10-22-19 |
| 13 | Chase KIT Construction credit card statement for account -1401, dated 10-23-19–11-22-19 |
| 14 | Chase KIT Construction credit card statement for account -1401, dated 11-23-19–12-22-19 |
| 15 | Chase KIT Construction credit card statement for account -1401, dated 12-23-19–1-22-20 |
| 16 | Bank of America KIT Construction credit card statement for account -0820, dated 12-08-19–01-07-20 |

| | |
|---|---|
| 17 | Bank of America KIT Construction credit card statement for account -0820, dated 09-08-19–10-07-19 |
| 18 | Bank of America KIT Construction credit card statement for account -0820, dated 10-08-19–11-07-2019 |
| 19 | Bank of America KIT Construction credit card statement for account -0820, dated 11-08-19–12-07-19 |
| 20 | Bank of America KIT Construction Credit Card Statement for Account -4909, dated 10-08-19–11-07-19 |
| 21 | Combined Checks paid from KIT Construction Services, Inc. to Other Recipients |
| 22 | (1) Combined Checks Paid from KIT Construction Services, Inc. to Karat 22 Jewelers aka Amrut 75, Inc.; (2) Credit card statement with payment from KIT Construction to Zadok Jewelers |
| 23 | Combined e-mail order confirmations for Sudhakar Kalaga's purchases of silver bars from APMEX, Inc. that Kalaga forwarded to Pablo D'Agostino's e-mail |
| 24 | Combined Checks paid from KIT Construction Services, Inc. to Melissa D'Agostino |
| 25 | Combined Checks paid from KIT Construction Services, Inc. to January 22, 1992, LLC |
| 26 | Tax documents for Pablo D'Agostino, Melissa D'Agostino, and January 22 1992, LLC, including IRS 1099s from KIT Professionals to Melissa D'Agostino |
| 27 | Texas Secretary of State registration information for January 22 1992, LLC |
| 28 | Deposition Transcript of Sudhakar Kalaga on January 3, 2020 |
| 29 | Parts 1–4: Letters from Joe Enis, attorney, conveying 10 properties from Sudhakar Kalaga's company, SKPB Ventures, LLC, to Pablo D'Agostino's company, PD Rentals, LLC in November 2018 |
| 30 | Combined 2019 County Property Assessments for Properties Owned by Sudhakar Kalaga, SKBP Ventures, LLC, and SVSRK Enterprises, LLC |
| 31 | (1) E-mail from Pablo D'Agostino to Sudhakar Kalaga forwarding pricing on BMW 4 Series; (2) Text messages between Sudhakar Kalaga and employees at BMW discussing purchase of the car |
| 32 | E-mail from Sudhakar Kalaga to Pablo D'Agostino with attachment for appraisal of D'Agostino's taxidermy leopard skin |
| 33 | E-mail forwarded by Sudhakar Kalaga to Vinod Vemparala regarding luxury watch for Pablo D'Agostino |

| 34 | E-mails between Sudhakar Kalaga, Pablo D'Agostino, and Matt Goldstein, employee of Brown Safe Manufacturing, regarding Kalaga's purchases of safes for D'Agostino |
|---|---|
| 35 | (1) E-mail from Pablo D'Agostino to Sudhakar Kalaga asking him to order jewelry at Karat 22 for him; (2) Forwarded e-mail from Kalaga to D'Agostino describing price quotes for jewelry from Karat 22; (3) E-mails between Kalaga and D'Agostino confirming purchase of jewelry |
| 36 | E-mail forwarded by Sudhakar Kalaga to Pablo D'Agostino regarding purchases Kalaga made at luxury menswear boutique, Ermenegildo Zegna |
| 37 | (1) E-mail receipt of approximately $14,000 of purchases at Sur La Table from Pablo D'Agostino to Sudhakar Kalaga; (2) E-mail forwarded from D'Agostino to Kalaga regarding billing issue with purchase; (3) E-mail forwarded from D'Agostino to Kalaga regarding Kalaga's need to call Sur La Table to address billing issue |
| 38 | E-mails between Sudhakar Kalaga and Pablo D'Agostino, and Sudhakar Kalaga and Jaya Kalaga regarding purchase of a luxury watch for D'Agostino |
| 39 | Declaration of David Frizell |
| 40 | Ohio Secretary of State registration information for V2V Solutions, LLC |
| 41 | E-mail from Jaya Kalaga to Sudhakar Kalaga with attachment of a Sermeg Industrial, Inc. bid for TIC project |
| 42 | KIT Construction Services, Inc.'s bid for TMPE Office and Manufacturing Areas Build Out (project #1 in chart of KIT mark-ups) |
| 43 | KIT Construction Services, Inc.'s bid for Waste Water Treatment Refurbishment (project #3 in chart of KIT mark-ups) |
| 44 | Bid Submitted to TIC for HEV Expansion (Phase II) Project via FedEx from KIT Construction Services, Inc. (project #4 in chart of KIT mark-ups) |
| 45 | KIT Construction Services, Inc.'s bid for Fire and Water Damage Remediation and Repair (project #5 in chart of KIT mark-ups) |
| 46 | Bid Submitted to TIC for HEV Expansion (Phase II) Project via FedEx from V2V Solutions, LLC |
| 47 | Bid Submitted to TIC for HEV Expansion (Phase II) Project via FedEx from OnePoint, Inc. |
| 48 | Parts 1–2: TIC Purchase Requisition 951568, including bids from Sermeg Industrial, and V2V Solutions that selected bidder KIT Construction Services, and six invoices paid by TIC to KIT Construction for completion of project |

| 49 | TIC Purchase Requisition dated 7/2/12 including the same e-mailed bid from SER Construction, and bids from KIT Construction Services, Inc., and Reytec Construction Resources, selecting KIT Construction as the winning bidder |
|---|---|
| 50 | E-mails between Sudhakar Kalaga, Abraham Joseph, Vinod Vemparala, and Pablo D'Agostino regarding Vemparala's submission of bid to D'Agostino for TIC |
| 51 | E-mail from Sudhakar Kalaga to Pablo D'Agostino attaching a PowerPoint titled: "Toshiba International Corporation: Construction Cost Index Analysis" |
| 52 | E-mails between Sudhakar Kalaga and Abraham Joseph about Joseph's inclusion on an e-mail between Kalaga and Pablo D'Agostino on KIT's bid submission |
| 53 | E-mail from Sudhakar Kalaga to Vinod Vemparala regarding "Old proposals resubmitted today with revised dates and numbers" |
| 54 | (1) E-mail between Chetan Vyas and Kalaga attaching a word document bid titled "SER_TIC_Proposal"; (2) E-mails between Kalaga, Ravi Yanamandala, and Eddie Ramos, President of SER, with attachment of SER bid for TIC |
| 55 | Bids Submitted to TIC for Lightning Protection System from KIT Construction, V2V Solutions, LLC, and Sermeg Industrial, Inc. |
| 56 | LSI's Invoice Submitted to KIT Construction for work performed on Lightning Protection System |
| 57 | Texas Secretary of State registration information for KIT Professionals, Inc. |
| 58 | Texas Secretary of State registration information for KIT Construction Services, Inc. |
| 59 | Texas Secretary of State registration information for SVSRK Enterprises, LLC |
| 60 | Receipt for $1,000 bond TIC paid to Clerk of S.D. Tex. on 12/17/2019 |