# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Civil Action No.: 4:19-cv-04274**

| | |
|---|---|
| **TOSHIBA INTERNATIONAL** | ) |
| **CORPORATION** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **SUDHAKAR KALAGA,** | ) |
| **an individual, VIJAYGOWRI** | ) |
| **"JAYA" KALAGA, an individual** | ) |
| **KIT CONSTRUCTION SERVICES** | ) |
| **INC., KIT PROFESSIONALS, INC.,** | ) |
| **SKBP VENTURES, LLC, SVSRK** | ) |
| **ENTERPRISES, LLC** | ) |
| **RUDOLPH CULP, as independent** | ) |
| **administrator of the ESTATE** | ) |
| **OF PABLO D'AGOSTINO,** | ) |
| **PD RENTALS, LLC,** | ) |
| **JANUARY 22 1992, LLC,** | ) |
| **VINOD VEMPARALA, an individual,** | ) |
| **V2V SOLUTIONS, LLC,** | ) |
| **CHETAN VYAS, an individual** | ) |
| **ABRAHAM JOSEPH, an individual,** | ) |
| **and ONEPOINT, INC.,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

_____

**<u>DECLARATION OF RICHARD A. POLLACK</u>**

1.      My name is Richard A. Pollack.

2.      I am over the age of 18 and make this declaration from personal knowledge.

3.      I am the Director-in-Charge of Forensic Accounting at Berkowitz Pollack Brant Advisors + CPAs ("BPB"). BPB was established in 1980 and today has approximately 300 firm members with offices in Miami, Fort Lauderdale, Boca Raton, West Palm Beach, Florida and New York.

4.      I am a Certified Public Accountant (CPA), Accredited in Business Valuation (ABV) and Certified in Financial Forensics (CFF), an Accredited Senior Appraiser (ASA), a Certified Business Appraiser (CBA), a Certified Fraud Examiner (CFE), a Certified Valuation Analyst (CVA), a Certified Insolvency and Restructuring Advisor (CIRA) and a Certified Anti-Money Laundering Specialist (CAMS).  A copy of my Curriculum Vitae, list of publications and testimony experience is attached hereto as Exhibit A.

5.      BPB is being compensated for services rendered at the firm's standard hourly rates, based upon the various services and level of skill and responsibility required for these types of services plus administrative and out-of-pocket expenses that may be incurred in connection with this matter.  My billing rate is $525 per hour and the billing rates of other firm members, who assisted on this engagement, are $125 to $525 per hour.

6.      Neither the professional fees paid to BPB nor my compensation is in any way contingent on the outcome of this litigation proceeding.

7.      Toshiba International Corporation ("TIC" or the "Plaintiff") filed an Amended Complaint on February 21, 2020, alleging a) violation of racketeer influenced and corrupt organizations act, b) conspiracy to commit racketeering, c) civil conspiracy, d) breach of fiduciary duty, e) aiding and abetting breach of fiduciary duty, e) civil fraud, f) unjust enrichment, and e) constructive trust, all pertaining to a purported scheme in which the Defendants are alleged to have submitted overstated bids along with fictitious other bids in order to be awarded construction projects and issued payments by TIC.

8.      Fridman Fels & Soto, PLLC and White & Case, LLP (collectively, "Counsel") retained Berkowitz Pollack Brant Advisors and Accountants, LLP ("BPB"), on March 9, 2020, to assist with its representation of TIC in this matter.

9.      Counsel has requested BPB to perform a forensic analysis of documents and data produced in this matter in order to a) quantify losses suffered by TIC as a result of the alleged scheme perpetrated by the Defendants and b) account for the dissipation of funds from bank accounts held by defendants KIT Construction Services, Inc., KIT Professionals, Inc., Sudhakar Kalaga, Vijayagowri "Jaya" Kalaga, SKBP Ventures, LLC, and SVSRK Enterprises, LLC from the discovery of the alleged scheme in September 2019 through January 2020, which included funds obtained by Defendants as a result of the alleged scheme.

10.     Although my investigation is ongoing and has not yet been completed, pursuant to the work that I and members of my team have performed to date, I have reached certain preliminary findings as detailed in this declaration.  As discovery is still ongoing in the instant matter, and there are pending requests for additional documents from the Defendants and other third parties, my analysis is subject to further refinement as additional information is received.

TIC Loss

11.     From January 2013 through December 2019, Toshiba International Corporation ("TIC") paid KIT Construction Services ("KIT C") $82,995,976 for construction work.  This is

consistent with TIC's internal accounting records in which I was able match the check number and amount to the KIT C bank statements.

12. During this same time period, KIT C received other deposits and credits totaling $1,745,452, resulting in total deposits over the 7-year period of $84,741,428. As such, TIC accounted for at least 97.9% of the total deposits received by KIT C.

13. From January 2013 through December 2019, KIT C paid subcontractors a total of $27,809,484 as follows:

| Subcontractors | Amount |
|---|---|
| LaGrone Services, Ltd. (LSI) | $21,498,437 |
| Other Subcontractors | 6,148,672 |
| TIC Credits (Billing Error) | 162,375 |
| **Total** | **$27,809,484** |

14. KIT C made other payments and transfers totaling $2,180,810. Although the exact purpose of these payments is currently unknown, for purposes of this declaration and to be conservative, I have assumed that they were related to the work performed on the TIC construction work, resulting in total disbursements of $29,990,295. This analysis will be updated as additional information becomes available.

15. With total payments of $82,995,976 and total disbursements of $29,990,295, this reflects an aggregate mark-up of 176.7%.

16. TIC has alleged that KIT C did nothing to justify any mark-up, as LSI served as the general contractor for these jobs and performed the work needed. TIC alleges that KIT C existed to execute a scheme to defraud TIC with Pablo D'Agostino, and KIT C received purchase orders reflecting exorbitant markups as a direct and intended result of this scheme.

17. Assuming this is proven, the $53,005,682 profit earned by KIT C (equal to the difference between the $82,995,976 in payments and the $29,990,295 in disbursements including subcontractors) are the direct losses suffered by TIC from 2013 to 2019, attributable to KIT C. This loss represents 63.9% of the total payments from TIC to KIT C (hereinafter referred to as "KIT C Loss Percentage").

18. Approximately 60% of the $53,005,682 in losses were used by KIT C to make payments that benefitted Kalaga, his family, Chetan M. Vyas, and others. These proceeds were also used to pay alleged kickbacks to D'Agostino. (See chart below.)

| Payees | Amount |
|---|---|
| Payments to Kalaga or his family | $19,325,347 |
| Payments to Pablo D'Agostino, Melissa D'Agostino, or January 22 1992, LLC | 5,535,207 |
| Attorney (Rusty Hardin) | 1,750,000 |
| Personal or non-business payments | 1,680,939 |
| Bank Card Payments | 1,236,059 |
| Real Property related payments | 1,024,575 |
| Cash Withdrawals | 846,410 |
| Payment to V2V Solutions, LLC | 230,000 |
| Payment to Chetan M. Vyas | 129,000 |
| **Total** | $31,757,537 |

19.  The remaining funds taken were disbursed by KIT C as follows[1]:

| | |
|---|---|
| Payments or Transfers to KIT Professionals, Inc. | $17,796,305 |
| Tax Payments (i.e. State of Texas Comptroller / IRS) | 5,056,088 |
| Payments to Individuals | 1,326,293 |
| Insurance | 402,474 |
| SG&A/Overhead/Other | 407,451 |
| **Total** | $24,988,611 |

20.  In addition to the $82,995,976 in TIC deposits that I have traced to bank statements, TIC internal accounting records reflect additional payments from TIC to KIT C totaling $14,096,027 for which I have neither obtained banking records nor documentation showing how these payments were used by KIT C.[2]  This results in total deposits made by TIC to KIT C in the amount of $97,092,003.

21.  While I have not been provided with complete bank records prior to 2013, a KIT C financial statement for the year ended December 31, 2011 reflects total revenues of $4,017,650, as compared to TIC's internal accounting records, which reflect total payments to KIT C of $4,225,960.  While additional information is required to reconcile any timing differences that may explain this variance, it appears that the revenues earned by KIT C in 2011 were generated by Toshiba related projects.

22.  Given the lack of banking and other financial records for 2011 and 2012, I have calculated the loss to be equal to $97,092,003 in total TIC deposits to KIT C multiplied by 63.9% (KIT C Loss Percentage), which results in a loss of $62,041,790 for the entire 2011 through 2019 period.

---

[1] From 2013 through 2019, total sources of cash into KIT C bank accounts include $82,995,976 in payments by TIC, $1,745,452 received from unknown sources, $2,134,004 in beginning cash as of January 1, 2013 less $138,988 of ending cash as of December 31, 2019, for a total of $86,736,443.  This is equal to the $29,990,295 in payments to subcontractors, $31,757,537 in direct payments to or on behalf of the individual defendants and their families and $24,988,611 in other payments identified above.

[2] From 2009 through 2012, TIC internal accounting records reflect payments of $13,795,200 and in May 2013 an additional payment of $300,827 payment was made to a KIT C account at Bank Republic of Chicago.

23. Furthermore, from 2011 through 2019, TIC made an additional $11,786,026[3] in payments to KIT Professionals, Inc. ("KIT P"),[4] bringing the total payments made by TIC to the KIT entities to $108,878,030.

24. Given the lack of banking and other financial records for KIT P, I have calculated the loss to be equal to total TIC deposits to KIT P of $11,786,026 multiplied by 63.9% (KIT C Loss Percentage), which results in a loss of $7,531,271 for the entire 2011 through 2019 period. Given the $62,041,790 calculated loss pertaining to KIT C and the $7,531,271 calculated loss pertaining to KIT P, the combined calculated loss for the two entities is $69,573,061.

**Asset Dissipation**

25. On or about September 24, 2019, TIC terminated the employment of D'Agostino, and Kalaga became aware that there was a federal government criminal investigation into the irregularities surrounding the procurement of construction work awarded to KIT by D'Agostino.

26. I have reviewed the bank balances in selected accounts owned or controlled by the Defendants in this instant action and have analyzed the reduction of cash balances in those accounts from September 24, 2019 until January 31, 2020.[5]

27. The chart below reflects the beginning and ending balances of those selected accounts:

| Bank | Account Number | Account Name | Beginning Balance 9/24/2019 | Ending Balance | Ending Balance Date | % Dissipation |
|---|---|---|---|---|---|---|
| Bank of America | *3327 | KIT Construction - Checking | $ 3,851,296.13 | $ 131,396.69 | 12/31/2019 | -96.6% |
| Wells Fargo | *2053 | KIT Professionals - Checking | $535,708.78 | $ 488,319.45 | 1/31/2020 | -8.8% |
| Wells Fargo | *8865 | KIT Professionals - Savings | $ 3,262,305.64 | $ 3,715,326.87 | 1/31/2020 | 13.9% |
| Wells Fargo | *4154 | Sudhakar Kalaga - Checking | $ 85,766.96 | $ 35,589.03 | 1/31/2020 | -58.5% |
| Wells Fargo | *7512 | Jaya S Kalaga - Savings | $ 156,382.10 | $ 475,279.85 | 1/31/2020 | 203.9% |
| | | Total | $ 7,891,459.61 | $ 4,845,911.89 | | -38.6% |

---

[3] These direct payments from TIC of $11,786,026 when combined with the $17,796,305 of TIC funds transferred from KIT C to KIT P (see, paragraph 19) total $29,582,331 of TIC funds received by KIT P from 2011 to 2019.

[4] TIC has requested but has not yet received records from KIT P that are needed to determine TIC's losses relating to the payments to KIT P. It is expected that such losses will be consistent with TIC's losses incurred with KIT C on a pro-rata basis.

[5] The banking records for the KIT C BOA account ending *3327 were only produced through December 31, 2019.

KIT C (BOA *3327)

28.   As of September 24, 2019, the KIT C checking account (BOA *3327) had a balance of $3,851,296, which consisted almost entirely of funds derived directly from TIC.  All but $131,397 of these funds were dissipated as of December 31, 2019 as follows:

| | | |
|---|---|---|
| Opening Balance | | $3,851,296 |
| Disbursements: | | |
| Payments to Rusty Hardin (Attorney) | $1,750,000 | |
| Transfer to KIT P (*2053) via SVRSK (BOA *7660) – Note 1 | 1,500,000 | |
| Payments to credit card | 48,177 | |
| Tax Payments (State of Texas Comptroller) | 40,666 | |
| Payments to Bob Kakarala (CPA) | 15,500 | |
| Payment to Rohit Kalaga | 11,470 | |
| Payment to Sharat Kalaga | 11,470 | |
| Payments to Charity and Other Payments for Benefit of Sudhakar Kalaga | 3,338 | |
| Payments to subcontractors or unknown payees | 351,063 | |
| **Total** | $3,731,685 | |
| Closing Balance | | $131,397 |

Note 1
I have traced the proceeds of this $1.5 million transfer to other KIT P and Kalaga accounts. A more detailed description of the flow for these funds can be found in paragraph 36.  The following disbursements are traceable to these funds:

| | |
|---|---|
| • 10/17/2018 – Transfer to Sudhakar Kalaga (Wells *4154) ultimately used for tax payments on behalf of Sudhakar Kalaga and family members (see below) | $500,000 |
| • 12/19/2019 – Payment to Deutche Bank for "All Emp Annual Bonus" via KIT P (Wells *2053) | 627,559 |
| • 12/30/2019 – Payment to John Hancock for "2019 Profit Sharing" via KIT P (Wells *2053) | 189,658 |

Sudhakar Kalaga (Wells *4154)

29. The opening balance in the Sudhakar Kalaga portfolio checking (Wells *4154) account as of September 24, 2019 was $85,767.  There were total deposits of $1,188,949 deposited into this account from September 24, 2019 to January 31, 2020, including the following:

a.   Three transfers from KIT P (Wells *2053) totaling $775,000[6].

---

[6] At least $500,000 of the $775,000 deposited into this account from KIT P (Wells *2053) is traceable to a $1,500,000 transfer from KIT C (BOA *3327) to KIT P (Wells *8865).

b.  Deposits from Sudhakar and Jaya Kalaga, which were described as salary and bonuses totaling $198,621 and, an additional $200,000 transferred from their (Wells *7152) savings account.

c.  Other deposits totaling $15,328.26 from unknown sources.

30. These funds, as well as the opening balance of $85,767 were dissipated as follows:

| | | |
|---|---|---|
| IRS Tax Payments - Sudhakar and Jaya Kalaga | | $400,000 |
| Transfer to Sudhakar and Jaya Kalaga (Wells *7512) | | 365,000 |
| IRS Tax Payments – Rohit Kalaga | | 100,000 |
| IRS Tax Payments - Srihari Kalaga | | 95,000 |
| IRS Tax Payments - Sharat Kalaga | | 50,000 |
| IRS Tax Payments - Deekshitulu Lanka | | 20,000 |
| Other Checks | | 133,305 |
| Mortgage Payment | | 34,788 |
| Credit Card Payments | | 20,678 |
| Cash Withdrawals | | 15,000 |
| Payments to Other Vendors | | 5,356 |
| | **Total** | $1,239,127 |

## Jaya S Kalaga savings (Wells *7512)

31. The opening balance in the Jaya S Kalaga savings (Wells *7512) account as of September 24, 2019 was $156,382.  There were total deposits of $518,898 deposited into this account from September 24, 2019 to January 31, 2020, including the following:

a.  $365,000 from the account of Sudhakar Kalaga (as discussed previously)
b.  $150,398 from unknown sources
c.  $3,500 interest payment earned

32. Of the $365,000 transferred into the Wells *7512 account from Sudhakar Kalaga's Wells *4154 account, $200,000 was subsequently transferred back.

## KIT P (Wells *2053 and *8865)

33. As of September 24, 2019, the combined opening balances in KIT P's two Wells Fargo accounts (Wells *2053 and *8865) were $3,798,014.

34. Subsequent to September 24, 2019, there were total deposits and other credit transactions of $8,401,442 and total disbursements and other debit transactions of $7,995,809.59 through January 31, 2020, leaving a combined remaining balance of $4,203,646.

35. As discussed previously, there were significant transfers from KIT C to KIT P, with $17,796,305 transferred between 2013 and 2019, including $1,500,000 that was transferred

from KIT C *3327 to KIT P via the SVRSK (BOA *7660) account. (See, below example of flow of funds).  There has been significant transaction activity in the Wells *2053 and *8865 accounts over the period from 2013 to 2019, including transfers that took place amongst many related accounts for the approximately four-month period from September 24, 2019 to January 31, 2020.  As such, I have not yet completed a full tracing analysis.

36. An example of the flow of funds between the various Defendant accounts subsequent to September 24, 2019 is as follows:

    a) On October 18, 2019 KIT C had $3,439,668 in its Bank of America checking account (BOA *3327)

    b) $1,500,000 of these funds were transferred on October 18, 2019 to the SVSRK Enterprises, LLC ("SVSRK") a related party account at Bank of America (BOA *7660) and then immediately transferred to two KIT P accounts at Wells Fargo (Wells *8865 and *2053)

    c) On the same day, $500,000 was then transferred in two pieces ($200,000 and $300,000) to a Wells Fargo account in the name of Sudhakar Kalaga (Wells *4154)

    d) On December 19, 2019, $680,000 was transferred from KIT P's Wells Fargo account *8865 to KIT P's Wells Fargo account *2053, purportedly for "Employee Bonuses", at which time $627,558.67 of the $680,000 was then disbursed to Deutsche Bank.

    e) On December 30, 2019, $200,000 was transferred from KIT P's Wells Fargo account *8865 to KIT P's Wells Fargo account *2053, purportedly for "2019 Profit Sharing", at which time $189,657.90 of the $200,000 was then disbursed to John Hancock.

37. A list of the materials considered in arriving at my findings herein is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 25, 2020, in Miami, Florida.

By: _____

          Richard A. Pollack

# EXHIBIT A



# CURRICULUM VITAE

# RICHARD A. POLLACK

## Business Background

Berkowitz Pollack Brant, Advisors and Accountants, LLP, October, 1991 to Present; Mr. Pollack is the Director-In-Charge of Forensic and Business Valuation Services.

Kaufman Rossin & Co., 1978 to October, 1991; Mr. Pollack was an Accounting and Auditing Principal.

Senior Accountant, Laventhol & Horwath, 1975 to 1978; Mr. Pollack was a member of the audit staff and was in charge of various manufacturing, real estate, construction, distribution, hotels and health care audits.

Areas of practice include accounting and auditing; management consulting; business and tax planning; business valuation; and litigation support/forensic services including computation of economic damages, forensic investigations, special accountings, fraud prevention and detection, matrimonial disputes, contract cost and claims analysis, business interruption insurance claims, and bankruptcy/receivership matters.  Mr. Pollack has been qualified in Dade, Broward and Palm Beach counties as an expert in the U.S. District Court, U.S. Bankruptcy Court and Circuit Courts.  Additionally, Mr. Pollack has testified in various arbitration matters.

Mr. Pollack has experience in such diversified industries as automotive dealerships, aviation, banking (including mortgage financing), construction, entertainment, health care, insurance, media, leisure and hospitality, manufacturing, not-for-profit, professional services, real estate, retail, securities (including broker dealers), technology, telecommunications, transportation and wholesale distribution.

Throughout Mr. Pollack's career he has performed forensic investigations and audits of financial institutions and other enterprises.  Such investigations have included analysis of loan files and related documentation, check-kiting, uncovering employee embezzlement and making recommendations on proper policies and procedures.

Mr. Pollack has performed Peer Reviews on other CPA firms on behalf of the American Institute of Certified Public Accountants and Florida Institute of Certified Public Accountants.  He also serves as a Technical Consultant for other CPA's on accounting, auditing, business valuation and forensic accounting.

## Educational Background

Florida International University

> Master of Science in Finance (MSF) with honors, 2002

> Winner of the MSF Director's Award *(in recognition of highest grade point average in graduating class)*

> Member of Beta Gamma Sigma (business school honor society)

University of Miami

> Bachelor of Business Administration (BBA), 1975

> Member of Beta Alpha Psi (accounting honor society)

**Credentials/Licenses**

Certified Public Accountant (CPA), 1977

Certified Business Appraiser (CBA), 1992

Certified Fraud Examiner (CFE), 1993

Accredited Senior Appraiser in Business Valuation (ASA), 1995

Accredited in Business Valuation (ABV), 1998

Personal Financial Specialist (PFS), 2006

Certified in Financial Forensics (CFF), 2008

Certified Anti-Money Laundering Specialist (CAMS), 2010

Certified Insolvency and Restructuring Advisor (CIRA), 2011
The Association of Insolvency and Restructuring Advisors

Certified Valuation Analyst (CVA), 2012

Chartered Global Management Accountant (CGMA), 2014

**Articles, Publications and Lectures**

Mr. Pollack has lectured on business valuation, various accounting and auditing topics and forensic accounting at Florida International University and the University of Miami. He has given lectures on computing economic damages, business valuations, prospective financial information and other accounting issues pertaining to generally accepted accounting principles and auditing standards to bankers, accountants, lawyers and business people.

Additionally, Mr. Pollack has written articles on forensic accounting, business valuation, bankruptcy, finance, and other accounting topics. He co-authored the American Institute of Certified Public Accountants Practice Aid "Calculating Lost Profits", which is used by Certified Public Accountants and the courts nationwide. Mr. Pollack also provided assistance to the American Institute of Certified Public Accountants in publishing Practice Aid 06-1 "Calculating Intellectual Property Infringement Damages" and 07-1 "Forensic Accounting – Fraud Investigations".

**Awards and Recognition**

2005 – 2020, Top CPA in Litigation Support, *South Florida Legal Guide*

2006, Winner, Key Partner Award for Accounting-Litigation, *South Florida Business Journal*

2005, Finalist, Excellence in Accounting Award for Litigation, *South Florida Business Journal*

2004 & 2015, Winner, Excellence in Accounting Award, *South Florida Business Journal*

2009 - 2012, Winner, Top CPA in Litigation Award, *South Florida Business Journal*

2012 – Key Partners Honorees in Accounting, *South Florida Business Journal*

**Selected Professional and Community Involvement**

American Institute of Certified Public Accountants (AICPA)

   Forensic Accounting and Litigation Services Conference Planning Committee (2007 - 2008)

   Appointed Member, Forensic and Litigation Services Committee (2003 - 2006)

   Editorial Advisory Board (2004 - 2005)

   National Fraud / Litigation Conference Steering Committee (2004)

   National Conference on Advanced Litigation Services Steering Committee (2001)

   Accredited in Business Valuation Examination Committee (1999)

   Multiple Entry Task Force for Business Valuation (1999)

   Quality Control and Practice Management Committee (1991)

American Society of Appraisers

Association of Certified Fraud Examiners

Association of Certified Anti-Money Laundering Specialist

Florida Institute of Certified Public Accountants (FICPA)

   Valuation, Forensic Accounting & Litigation Services Conference Planning Committee (2008-2020)

   Chairman, Forensic Accounting and Litigation Services Conference (2013-2014)

   Management of an Accounting Practice (MAP) Section Steering Committee (2013)

Florida International University

   School of Accounting Advisory Board (2006 – 2009)

   Council of 100 (2005 – 2008)

NACVA Standards Committee (2014 – 2015)

National Association of Certified Valuators and Analysts

   National Association of Certified Valuators and Analysts Standards Committee (2014)

Secured Lenders of South Florida

Symmetry School Foundation, Inc., Treasurer (2006 – 2012)

Take Stock in Children, Miami-Dade Leadership Council (2006 – 2008)

University of Miami

   School of Medicine Psychiatry and Behavioral Sciences Advisory Committee (2014 – 2015)

   School of Accounting Advisory Board (2010 - 2012)

   Citizens Board, Council of Presidents (2000 – 2012)

Citizens Board Select Projects Fund, Allocation Committee (2000 - 2011)

Alumni Association Volunteer Development Ad Hoc Committee (2001)

Member, Board of Trustees (2000 – 2001)

President, Citizens Board (1999 – 2000)

Citizens Board, Executive Committee (1991 - 2008)

Florida Fiduciary Forum Steering Committee (2011)

RICHARD A. POLLACK          PUBLICATIONS AND ARTICLES

"AICPA Issues Exposure Draft of New Standard for Forensic Accounting Services", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, March 25, 2019

"12 Ways to Reduce the Increased Threat of Expense Report Fraud under Tax Reform", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, August 27, 2018

"Lost Profits Damages: Principles, Methods, and Applications", *Chapter 12 "Mitigation of Damages in the Lost Profits Calculation",* Valuation Products and Services, LLC, Ventnor City, New Jersey, November 2017

"Forensic Interview Techniques Are Key to Uncovering Financial Crimes", *Daily Business Review*, June 2, 2017.

"Forensic Interview Techniques Are Key to Uncovering Financial Crimes", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, May 2017

"Financial Statement Red Flags to Detect Internal Theft Construction Contractors Can Minimize Financial Damage by Recognizing Fraud", *Construction Executives Risk Management Newsletter*, May 2017

"How to Build Business Value Before a Sale or Merger", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, August 2016

"Financial Statement Red Flags: Detecting the Threat from Within", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, July 2016

"Evaluating the Financial Health of an Entity" – Presented to the Law Firm of Holland & Knight LLP, Miami, 2016

"Attaining Reasonable Certainty in Damages Calculations" – Presented separately to the Law Firms of Holland & Knight LLP and Greenberg Traurig, LLP, Miami, 2016

"Calculating Economic Damages" – Presented separately to the Law Firms of Boies, Schiller & Flexner LLP and Holland & Knight LLP, Miami, March 17, 2016

"Understanding Basic Accounting Concepts and Financial Statements and Working with the Forensic Accountant" – Presented separately to the Law firms of Gunster Yoakley and Broad and Cassel, Miami, 2016

"Florida Bar Rejects Daubert Standard of Expert Testimony", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, December 2015

"Avoid Pricing Risks Hidden in Common Contracts", *contructionexec.com*; Construction Executive, July 23, 2015 Web.

"Recognizing Fraud in the Construction Industry", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, April 2015

"Risks Hidden in Construction Contracts", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, March 2015

"Calculating and Measuring Damages in Various Types of Cases", FICPA 2015 *Valuation, Forensic Accounting and Litigation Services Conference*, January 2015

"Florida Bar Now Requires Firms to Have Written Trust Account Plans", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, May 2014

"Choosing the Right Valuation Method Can Minimize Future Conflicts Related to Buy-Sell Agreements", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, April 2014

"Will Your Expert Testimony Stand Up in Florida Courts?", *BPB Firm Newsletter*, Miami, Fl., Berkowitz Pollack Brant Advisors and Accountants, March 2014

"Engaging a Forensic Accountant During Bankruptcy Proceedings", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, July 2013

"Calculating Lost Profits – Apple/Samsung", *BPBCPA.com*; Berkowitz Pollack Brant Advisors and Accountants, 5 June 2013. Web.

"Best Practices for Working with Forensic Accountants", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, February 2013

"Detecting Financial Statement Fraud", *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, December 2012

"Calculating Lost Profits", BDPB *Firm Newsletter*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, January 2012

"Judge's Panel: A View from the Bench", FICPA 2012 *Valuation, Forensic Accounting and Litigation Services Conference*, January 2012

"Calculating Lost Profits", *AICPA Practice Aid 06-4, Business Valuation and Forensic & Litigation Services Section*, October 2006.

"Calculation of Damages from Personal Injury, Wrongful Death and Employment Discrimination", *AICPA National Conference on Fraud and Advanced Litigation Services,* October 2001.

"Damages in Commercial Litigation in Florida – Working with an Accountant in Commercial Litigation", *Lorman Education Services,* March 2001.

"Fair Market Intangible Tax, Florida Department of Revenue Renews Strict Enforcement", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Spring 1998.

"Bankruptcy Fraud Leaves Tell-Tale Signs", *Your Business*, Sun-Sentinel Company, February 1998.

"Bankruptcy Fraud, A Quick Guide to Often-Used Schemes and How to Recognize Them", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Winter 1998.

"Family Limited Partnerships and Valuation Adjustments", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Summer 1997.

"Withstanding IRS Scrutiny of Family Limited Partnerships", *Miami Daily Business Review*, July 1997.

"Figuring Business Damages In Tort Claims", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Winter 1997.

"When Business Valuation Becomes an Issue", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Fall 1996.

"Why a Medical Practice Benefits From a Valuation", *Health Care Advisor*, Miami, Fl.: Berkowitz

Dick Pollack & Brant, LLP, Fall 1996.

"Business Valuation Issues, Court Rejects Expert's 75% Marketability Discount", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Spring 1996.

"Investigating Ever-increasing Bankruptcy Fraud", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick Pollack & Brant, LLP, Winter 1996.

"Working With an Accountant In Commercial Litigation", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick & Pollack, 1995.

"Valuing a Professional Practice", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick & Pollack, Winter 1994.

"Expert Witnesses, How Amendments to the Federal Rules of Civil Procedure Apply", *Law Firm Advisor*, Miami, Fl.: Berkowitz Dick & Pollack, Fall 1993.

"Capitalization and Discount Rates", *Law Firm Management*, Miami, Fl.: Berkowitz Dick & Pollack, Summer 1993.

"Building Value in Your Business", *Journal*, Miami, Fl.: Berkowitz Dick & Pollack, November 1992.

### Richard A. Pollack

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| Circuit Court of Miami-Dade County | Bersin Development Corporation v. Chick'n Salad, Inc. | Chick'n Salad, Inc. | 1991 |
| United States District Court | Federal Trade Commission v. First American Trading House, Inc. | Federal Trade Commission | 1992 |
| Arbitration | Selman & Co., Inc. v. GJA Corporation | Selman & Co., Inc. | 1992 |
| Circuit Court of Miami-Dade County | Dolores Goodstein v. Albert Goodstein | Dolores Goodstein | 1992 |
| United States District Court | Metropolitan Fuel Oil Company & Metropolitan Petroleum Company v. Phillips Petroleum Company | Phillips Petroleum Company | 1993 |
| United States District Court | Rosalind Stern, Acua Fondo, S.A. and Home Developers and Builders, Inc. v. The Prudential Insurance Company of America | Rosalind Stern | 1993 |
| Arbitration | H.D. Rutledge & Son, Inc. v. Tropical Pass, Inc. | Tropical Pass, Inc. | 1993 |
| United States District Court | Sun Pharmaceuticals, Ltd. v. Alan H. Gelfand and All-Bare Limited, Inc. | Sun Pharmaceuticals, Ltd. | 1993 |
| Circuit Court of Miami-Dade County | Thomas Muster v. General Motors Corporation | Thomas Muster | 1993 |
| Arbitration | Weil v. Hornsby | Ronald P. Weil | 1994 |
| United States District Court | BMC Industries, Inc., v. Barth Industries, Inc., et al | Barth Industries, Inc., et al. | 1994 |
| Circuit Court of Miami-Dade County | Joan Freeman Halberg v. David Joshua Halberg | David Joshua Halberg | 1994 |
| Circuit Court of Miami-Dade County | Bayside Center Limited Partnership v.  A&S Daring Enterprises, Inc. | Bayside Center Limited Partnership | 1994 |
| United States District Court | Dr. Robert L. Reis v. Daniel L. Stickler, Benjamin Befeler, and Cedars Medical Center, Inc. | Dr. Robert L. Reis | 1995 |
| Circuit Court of Miami-Dade County | Rosemarie Leandri Maynes v. The Edward J. Debartolo Corporation | Rosemarie Leandri Maynes | 1995 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| Circuit Court of Miami-Dade County | Haas v. John J. Spiegel, P.A., et al | John J. Spiegel, P.A. | 1995 |
| Circuit Court of Broward County | Ocean Mist Lauderdale, Ltd., Ocean Mist Lauderdale, Inc. v. Roy Speer, Richard Speer, Ocean Mist Investments, Ltd. Commercial South, Inc., Francis Santagelo & Jack Penrod | Ocean Mist Investments, Ltd. | 1995 |
| Circuit Court of Miami-Dade County | Peter S. Gelbwaks and Gelbwaks Insurance Services, Inc. v. Union Bankers Insurance Company | Union Bankers Insurance Company | 1995 |
| Circuit Court of Miami-Dade County | Leopoldo H. Pina, M.D. v. Niurka Pina | Leopoldo H. Pina, M.D. | 1995 |
| United States District Court | Bruce Ring v. Federal National Mortgage Association, et al | Bruce Ring | 1996 |
| United States District Court | Tara Kersch v. Christopher Stoten, Club Med, Inc. et al | Tara Kersch | 1996 |
| Circuit Court of Broward County | Florida Medical Center, Inc. v. Hospital Corporation of America | Hospital Corporation of America | 1996 |
| United States District Court | Walco Investments, Inc., etc, et al v. Kenneth Thenen (Premium Sales), etc, et al | Walco Investments, Inc., etc, et al | 1996 |
| Circuit Court of Miami-Dade County | Florida Specialty Network, Ltd. v. Gencare | Florida Specialty Network, Ltd. | 1996 |
| Circuit Court of Broward County | Business Cards Tomorrow v. Anuco, Inc., Robert Nugent, Sr., and Marion Nugent | Business Cards Tomorrow | 1996 |
| Circuit Court of Miami-Dade County | Tropicana Products, Inc. v. Sunshine Bottling Company | Tropicana Products, Inc. | 1997 |
| Circuit Court of Miami-Dade County | Irving Jaffe, et al v. Stanley and Vilma Priskie | Irving Jaffe | 1997 |
| Circuit Court of Miami-Dade County | Richard Ackerman and Patricia Ackerman v. Joel R. Lavender, Esquire as Trustee of the Charles W. Ackerman Revocable Trust; and Carolyn Suzanne Ackerman | Richard Ackerman and Patricia Ackerman | 1997 |
| Circuit Court of Miami-Dade County | Esther Egozi Choukroun v. Monique Rodriguez, Denis Madaule and Banque Nationale de Paris | Monique Rodriguez, Denis Madaule and Banque Nationale de Paris | 1997 |
| Circuit Court of Miami-Dade County | Everett V. Sugarbaker v. Catherine Sugarbaker | Catherine Sugarbaker | 1997 |
| Circuit Court of Miami-Dade County | John Sootin v. Ana Alvarez Sootin | Ana Alvarez Sootin | 1997 |
| United States District Court | AIIA Managed Care, Inc. as Successor to Accident and Industrial Injury Associates, Inc. v. Liberty Mutual Managed Care, Inc. and Liberty Mutual Insurance Company | Liberty Mutual Managed Care, Inc. and Liberty Mutual Insurance Company | 1998 |
| United States District Court | Michelle Lind v. United Parcel Service | United Parcel Service | 1999 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| Circuit Court of Miami-Dade County | Steven Kerr v. Mary Ann Von Glinow | Steven Kerr | 1999 |
| Circuit Court of Broward County | Joyce Hertz v. Bradley Hertz | Joyce Hertz | 1999 |
| United States District Court | Sabrina Skiperdene and Justine Vance v. Columbia Hospital Corp. of Miami Beach, Inc., d/b/a Columbia Aventura Hospital and Medical Center | Columbia Hospital Corp. of Miami Beach, Inc., d/b/a Columbia Aventura Hospital and Medical Center | 1999 |
| Circuit Court of Broward County | Ruttenberg & Associates Insurance Marketing, Inc. and Mark Ruttenberg v. Dedicated Resources, Inc. | Dedicated Resources, Inc. | 1999 |
| United States District Court | James Vamper v. United Parcel Service | United Parcel Service | 1999 |
| Circuit Court of Miami- Dade County | Robin C. Gonzalez v. Jorge J. Gonzalez | Robin C. Gonzalez | 2000 |
| United States District Court | Neil B. Mooney v. Radix Ventures, Inc., Radix Group International, Inc., Air Express International Corporation, Air Express International U.S.A., Inc., and AEI Ocean Services, Inc. | Air Express International Corporation | 2000 |
| Circuit Court of Miami-Dade County | Discovery Dawn Partnership v. Douglas Baetz, Glenn M. Gallant, Belair Financial Services, Inc. and Longworth Securities Limited | Discovery Dawn Partnership | 2000 |
| Circuit Court of Miami- Dade County | Lisset Cerda Delgado v. Sergio Delgado | Lisset Cerda Delgado | 2000 |
| Circuit Court of Broward County | Match Point, Inc. v. City of Coral Springs | Match Point, Inc. | 2000 |
| Circuit Court of Miami-Dade County | Hialeah Miami Springs Medical Fund v. Tenet Healthcare Corporation, Tenet Healthsystem Medical, Inc., Lifemark Hospitals, Inc., and Lifemark Hospitals of Florida, Inc. | Tenet Healthcare Corporation, Tenet Healthsystem Medical, Inc., Lifemark Hospitals, Inc. and Lifemark Hospitals of Florida, Inc. | 2000 |
| Circuit Court of Miami-Dade County | Joel Zook v. Just Calvin's of Dania, Inc., Calvin Zook and Stefani Meyers Zook | Just Calvin's of Dania, Inc., Calvin Zook and Stefani Meyers Zook | 2000 |
| Circuit Court of Miami-Dade County | Rissia Topp Wine v. Harvey G. Wine, M.D. | Harvey G. Wine, M.D. | 2001 |
| United States District Court | Rene Perez v. Mercury Air Group, Inc. | Rene Perez | 2001 |
| Circuit Court of Miami-Dade County | International Telecom v. Scansource | Scansource | 2001 |
| Circuit Court of Broward County | William T. Olson, III v. Gold Coast Beverage Distributors, Inc. | Gold Coast Beverage Distributors, Inc. | 2001 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| Arbitration | Fila U.S.A., Inc. v. Ryder Integrated Logistics, Inc. | Ryder Integrated Logistics, Inc. | 2001 |
| United States District Court | Marcair, Inc. v Danzas Corporation | Danzas Corporation | 2001 |
| Circuit Court of Miami Dade County | Banco BFA and Banco Interfin v Manuel Haito and Estefano Isaias | Estefano Isaias | 2002 |
| Circuit Court of Miami-Dade County | Valerie Galsky v. Alberto Galsky | Alberto Galsky | 2002 |
| Circuit Court of Miami-Dade County | Marsol Corporation v. C.D.S. Holdings, I, Inc., etc., et al. | C.D.S. Holdings, I, Inc. | 2002 |
| United States District Court | Swiss Watch International v. Movado Group | Swiss Watch International | 2002 |
| Arbitration | ILM II Senior Living, Inc. and ILM II Holding, Inc. v. Ernst & Young, LLP | ILM II Senior Living, Inc. and ILM II Holding, Inc. | 2002 |
| Circuit Court of Miami-Dade County | Linda Oxenberg v. Harvey Oxenberg | Harvey Oxenberg | 2002 |
| Circuit Court of Broward County | Julissa Estela Jimenez  v. Harvey Oxenberg | Harvey Oxenberg | 2002 |
| Circuit Court of Miami-Dade County | Furniture Mart, Inc. v. Barnett Bank of South Florida, N.A. | Barnett Bank of South Florida, N.A. | 2003 |
| Arbitration | Miller and Solomon General Contractors, Inc. and G & E Construction Company and St. Paul Mercury Insurance Company | Miller and Solomon General Contractors, Inc. | 2003 |
| United States District Court | Vox2Vox Communications, Inc. v. Cisco Systems, Inc. | Cisco Systems, Inc. | 2003 |
| United States District Court | United States of America ex rel. Sal A. Barbera, v. AMISUB (North Ridge Hospital), Inc., d/b/a North Ridge Medical Center, Tenet Healthcare Corporation, f/k/a American Medical International, Inc. | AMISUB (North Ridge Hospital), Inc., d/b/a North Ridge Medical Center, Tenet Healthcare Corporation, f/k/a American Medical International, Inc. | 2003 |
| Circuit Court of Miami Dade County | Bell Holdings, Inc. v Kirkpatrick & Lockhart, LLP and Clay Parker | Kirkpatrick & Lockhart, LLP | 2003 |
| Arbitraton | Warren W. Lovell, III, Jeffrey S. Lovell, Enrique A. Yanes and Full Bloom Farms, LLC, successor by merger to Full Bloom Farms, Inc. f/k/a Lovell Farms, Inc. v. Hines Nurseries, Inc. | Hines Nurseries, Inc. | 2004 |
| Arbitration | All America Cables and Radio, Inc. v. International Telecom, Inc. | International Telecom, Inc. | 2005 |
| Arbitration | All America Cables and Radio, Inc. v. International Telecom, Inc. | International Telecom, Inc. | 2007 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| Arbitration | Allied Motors International, Inc. v Vehiculos Todo Trabajo, S.A. | Allied Motors International, Inc. | 2008 |
| United States District Court Southern District of New York | Oracle Real Estate Holdings I, LLC v Adrian Holdings Company I, LLC, Adrian Holdings Company II, LLC, and Peter J. Adrian | Oracle Real Estate Holdings I, LLC | 2009 |
| Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | General Electric Company and General Electric Capital Corp., v Millennium Open MRI Corp., Carlos De Cespedes, Jorge L. De Cespedes, Ana C. Pascual-Fernandez, Ignacio Javier Fernandez and Derek Del Castillo | General Electric Coompany and General Electric Capital Corp. | 2009 |
| United Sates District Court Southern District of Florida Miami Division | Holston Investments, Inc B.V.I.. and Albert P. Hernandez v LanLogistics, Corp. | Holston Investments, and Albert P. Hernandez | 2009 |
| Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Michael Sookram, as Personal Representative of Estate of Sylvia Sookram, deceased v. University of Miami dba Miller School of Medicine, Public Health Trust of Miami -- Dade County dba Jackson Memorial Hospital, Jackson South Community Hospital, et al. | University of Miami dba Miller School of Medicine, Public Health Trust of Miami -- Dade County dba Jackson Memorial Hospital, Jackson South Community Hospital, et al. | 2009 |
| United States Bankruptcy Court Middle District of Florida Tampa Division | Southern Family Insurance Company, Atlantic Preferred Insurance Company, Florida Preferred Property Insurance Company v. William E. Poe, Sr., and  the William E. Poe Foundation, William Poe Jr., Charles E. Poe, Charles W. Poe, Karen P. Smith, Marilyn P. Lunskis, Janice P. Mitchell, James E. Wurdeman, Jan J. Meder, Jr., Thomas S. Krzesinski, Bobby C. Dollar, Amy D. Kacprowski, James P. Romerill, III, David E. Gough, Brock A. Guice, Rafael R. Abreu, Poe Insurance Holdings, LLC, Poe Family Investment Company, Ltd., and Poe Investments | Southern Family Insurance Company, Atlantic Preferred Insurance Company, Florida Preferred Property Insurance Company | 2010 |
| United Sates District Court Southern District of Florida Miami Division | Holston Investments, Inc B.V.I.. and Albert P. Hernandez v LanLogistics, Corp. | Holston Investments, and Albert P. Hernandez | 2010 |
| United States Bankruptcy Court Middle District of Florida Tampa Division | Southern Family Insurance Company, Atlantic Preferred Insurance Company, Florida Preferred Property Insurance Company v. William E. Poe, Sr., and  the William E. Poe Foundation, William Poe Jr., Charles E. Poe, Charles W. Poe, Karen P. Smith, Marilyn P. Lunskis, Janice P. Mitchell, James E. Wurdeman, Jan J. Meder, Jr., Thomas S. Krzesinski, Bobby C. Dollar, Amy D. Kacprowski, James P. Romerill, III, David E. Gough, Brock A. Guice, Rafael R. Abreu, Poe Insurance Holdings, LLC, Poe Family Investment Company, Ltd., and Poe Investments | Southern Family Insurance Company, Atlantic Preferred Insurance Company, Florida Preferred Property Insurance Company | 2010 |
| The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Paul Marcus and Deane Marcus v M.S.L. Property Management, Inc., Murray Liebowitz, Sheldon Liebowtiz, Dani Siegel, and Adrian Van Zon | Paul Marcus | 2010 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Paul Marcus and Deane Marcus v M.S.L. Property Management, Inc., Murray Liebowtiz, Sheldon Liebowitz, Dani Siegel and Adrian Van Zon (Deposition) | Paul Marcus and Deane Marcus | 2010 |
| The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Paul Marcus and Deane Marcus v M.S.L. Property Management, Inc., Murray Liebowtiz, Sheldon Liebowitz, Dani Siegel and Adrian Van Zon (Trial) | Paul Marcus and Deane Marcus | 2010 |
| United States District Court Southern District of Florida (Miami Division) | Carnival Corporation, Carnival PLC and Cunard Line, Ltd. v Rolls-Royce PLC, Rolls-Royce AB, Rolls-Royce North American Holdings, Inc., Rolls-Royce Commercial Marine, Inc., Converteam SAS f/k/a Alstom Power Conversion, S.A. , Converteam, Inc. f/k/a Alstom Power Conversion, Inc., Rolls-Royce AB and Converteam, SAS, jointly and severally, d/b/a The Mermaid Consortium (Deposition) | Carnival Corporation, Carnival PLC and Cunard Line, Ltd | 2010 |
| United States District Court Southern District of Florida | State Farm Mutual Automobile Insurance Company, et al. v Slavik Stein, et al. (Deposition) | State Farm Mutual Automobile Insurance Company, et al. | 2010 |
| United States District Court Southern District of Florida (Miami Division) | Carnival Corporation, Carnival PLC and Cunard Line, Ltd. v Rolls-Royce PLC, Rolls-Royce AB, Rolls-Royce North American Holdings, Inc., Rolls-Royce Commercial Marine, Inc., Converteam SAS f/k/a Alstom Power Conversion, S.A. , Converteam, Inc. f/k/a Alstom Power Conversion, Inc., Rolls-Royce AB and Converteam, SAS, jointly and severally, d/b/a The Mermaid Consortium (Trial) | Carnival Corporation, Carnival PLC and Cunard Line, Ltd | 2010 |
| United States Bankruptcy Court Southern District of Florida     Ft. Lauderdale Division | Rothstein Rosenfeldt Adler, P.A. - Bankruptcy  (Hearing - Settlement Berenfeld Spritzer Shechter & Sheer) | The Honorable Herbert Stettin as Trustee | 2010 |
| United States District Court Southern District of Florida | Leor Exploration & Production LLC, Pardus Petroleum L.P., Pardus Petroleum LLC, and William Natbony, Dafna Kaplan 2003 Eight-Year Grantor Retained Annuity Trust and Thomas Kaplan 2004 Ten-Year Grantor Retained Annuity Trust v Guma Aguiar (Deposition) | Leor Exploration & Production LLC, Pardus Petroleum L.P., Pardus Petroleum LLC, and William Natbony, Dafna Kaplan 2003 Eight-Year Grantor Retained Annuity Trust and Thomas Kaplan 2004 Ten-Year Grantor Retained Annuity Trust | 2011 |
| Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | The Real Estate Value Company, Inc. d/b/a Travel Reward Incentive Plan v Carnival Corporation, d/b/a Carnival Cruise Lines, Inc. (Deposition) | Carnival Corporation d/b/a Carnival Cruise Lines, Inc. | 2011 |
| Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | 10295 Collins Avenue Residential Condominium Association, Inc. v Elcom Hotel & Spa, LLC (Court Hearing) | Court Appointed by Judge Barbara Areces and Duane Morris, LLP and Hinshaw & Culbertson, LLP | 2011 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| Circuit Court of the 17th Judicial Circuit of Florida, in and for Broward County | Utopia Provider Systems, Inc. and Dr. Michael S. McHale v Pro-Med Clinical Systems, LLC and Thomas L. Grossjung (Deposition) | Pro-Med Clinical Systems, LLC and Thomas L. Grossjung | 2011 |
| Circuit Court of the 17th Judicial Circuit of Florida, in and for Broward County | Douglas Development Group, Inc., Plantation Key Office Park, LLLP and Zurich American Insurance Company, as subrogee of Douglas Development, Inc. and Plantation Key Office Park, LLLP v Pass International, Inc., Care Sheet Metal Florida, Inc. d/b/a Care Sheet Metal & Roofing and Brothers Fire Protection, Inc. | Douglas Development Group, Inc. and Plantation Key Office Park, LLLP | 2011 |
| Circuit Court of the 17th Judicial Circuit of Florida, in and for Broward County | Utopia Provider Systems, Inc. and Dr. Michael S. McHale v Pro-Med Clinical Systems, LLC and Thomas L. Grossjung (Trial) | Pro-Med Clinical Systems, LLC and Thomas L. Grossjung | 2012 |
| Circuit Court of the 17th Judicial Circuit of Florida, in and for Broward County, Florida Civil Division | Woodbridge Holdings, LLC v. Prescott Group Aggressive Small Cap Master Fund, G.P., CEDE & CO., William J. Maeck, Ravenswood Investments III, L.P., The Ravenswood Investment Company, L.P. (Deposition and Trial) | Prescott Group Aggressive small Cap Master Fund, G.P. | 2012 |
| Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida General Jurisdiction Division | Scoop Real Estate LP, Valhalla Investment Partners, LP, Victory IRA Fund, Inc, Ltd., Victory Fund, Ltd., Viking IRA Fund, Ltd.,  and  Viking Fund, LLC v. Holland & Knight, LLP, Scott R. MacLeod and John Doe 1-10. (Deposition) | Holland and Knight, LLP | 2012 |
| United State District Court Southern District of Florida | Leor Exploration & Production LLC, Pardus Petroleum LLC and William Natbony, as Trustee of the Dafna Kaplan 2003 Eight-Year Grantor Retained Annuity Trust and Thomas Kaplan 2004 Ten-Year Grantor Retained Annuity Trust v. Guma Aguiar (Deposition) | Leor Exploration & Production LLC, Pardus Petroleum LLC and William Natbony, as Trustee of the Dafna Kaplan 2003 Eight-Year Grantor Retained Annuity Trust and Thomas Kaplan 2004 Ten-Year Grantor Retained Annuity Trust | 2012 |
| United States District Court of the Southern District of Florida Miami Division | Maria Blanco, individually and as plenary guardian for Jose Blanco, an incapacitated person v. Capform, Inc. (Deposition) | Capform, Inc. | 2012 |
| Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida | Barbara S. Wells, individually and as Trustee, and James I. Ulmer, as Trustee v. Morris C. Brown and Greenberg Traurig, P.A. (Deposition) | Morris C. Brown and Greenberg Traurig, P.A. | 2013 |
| United States District Court District of Vermont | Christine Bauer-Ramazani and Carolyn B. Duffy, on behalf of themselves and all other similarly situated v. Teachers Insurance and Annuity Association of America-College Retirement and Equities Fund (TIAA-CREF), College Retirement and Equities Fund (CFRE), Teachers Insurance and Annuity Association of America (TIAA), TIAA-CREF Investment Management, LLC (TCIM), Teachers Advisors, Inc. (TAI), and TIAA-CREFF Individual and Institutional Services, LLC (Deposition) | Christine Bauer-Ramazani and Carolyn B. Duffy | 2013 |

**Richard A. Pollack**

**Listing Of Cases Testified In
As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| In the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida | Adrienne Andros Ferguson, individually and on behalf of The Estate of Andrew A, Andros; Emily J. Andros, individually and on behalf of The Estate of Andrew A. Andros; Julia Lynn Andros, individually and on behalf of The Estate of Andrew A. Andros; Penelope J. Andros, individually and on behalf of The Estate of Andrew A. Andros; Karin B. Richards; Abbas I. Yousef; Khalifa Sherif; and Greenground Foundation, Plaintiffs, v. Donald E. Stout ; Joletta J. Lampos; William C. White; William Wright; and Antonelli, Terry, Stout & Kraus, LLP, Defendants, and NTP, Inc.,  Defendant/Third-Party Plaintiff, v. John S. Richards, Counterclaim Defendant (Deposition) | Donald E. Stout ; Joletta J. Lampos; William C. White; William Wright; and Antonelli, Terry, Stout & Kraus, LLP and NTP, Inc. | 2013 |
| In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida Probate Division | JP Morgan Chase Bank, as Trustee under the Trust u/a Dorothy H. Rautbord, deceased, dated March 30, 1990, as amended, Plaintiff vs. Daniel G. Siegel, individually, Simon B. Siegel, individually and as Trustee of Trusts created under Articles Fifth and Sixth u/a Dorothy H. Rautbord, deceased, Beverly Siegel, individually, Randy T. Siegel, individually, Judith S. Novak, individually, Judith S. Novak and J.P. Morgan Trust Company, N.A., as Personal Representatives of the Estate of Dorothy H. Rautbord, Deceased, Defendants (Deposition and Trial) | JP Morgan Chase Bank, as Trustee under the Trust u/a Dorothy H. Rautbord, deceased, dated March 30, 1990, as amended | 2013 |
| United States District Court Southern District of Florida Miami Division | Bacardi U.S.A., Inc. v. Major Brands, Inc. (Deposition) | Bacardi U.S.A., Inc. | 2013 |
| Binding Arbitration Before the Honorable Thomas G. Schultz - MDL No. 1334 | Managed Care Advisory Group, LLC v. Cigna HealthCare (Deposition) | Cigna Healthcare | 2013 |
| Binding Arbitration Before the Honorable Thomas G. Schultz - MDL No. 1334 | Managed Care Advisory Group, LLC v. Cigna HealthCare (Trial) | Cigna Healthcare | 2014 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Nelson Echezabal, Ana Echezabal and N.E. Insurance Advisors, Inc. v. AllState Insurance Co., Preferred Insurance Consultants, Corp., Jorge Luis Ruiz and Marilin Ruiz (Deposition) | AllState Insurance Co. | 2014 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Azzan Bin Abdula Al Ghurair v. Georgi Zaczac, Sr., Georgi Zaczac, Jr., Elizabeth Zaczac, Juan Fernando Valdivieso and Bom Dia Trading, LLC (Deposition) | Azzan Bin Abdulla Al Ghurair | 2014 |
| In the Circuit Courts of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Marie Payen, as Personal Representative of the Estate of Pamela Sue Payen (deceased): et al. v. Helm AG; and VOS B.V. (Deposition) | Helm AG | 2014 |
| In the Circuit Courts of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Marie Payen, as Personal Representative of the Estate of Pamela Sue Payen (deceased): et al. v. Helm AG; and VOS B.V. (Trial) | Helm AG | 2014 |

**Richard A. Pollack**

**Listing Of Cases Testified In
As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| In The Cicuit Court of the 17th Judicial Circuit In and for Broward County, Florida | In re: Guardianship of Cristal Marie McBean, Ward, Monarchcare, Inc. v. The Northern Trust Company (Deposition) | The Northern Trust Company | 2014 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida | Florida Pritikin Center, LLC v. Trump Endeavor 12, LLC (Deposition) | Florida Pritikin Center, LLC | 2015 |
| In the Circuit Court of the 11th Judicial Cicuit, In and For Miami-Dade County, Florida | Florida Pritikin Center, LLC v. Trump Endeavor 12, LLC (Trial) | Florida Pritikin Center, LLC | 2015 |
| United States District Court Southern District of Florida Miami Division | Pedro Blanco, Blanco-Lorenz Entertaiment Branding, Inc. and Pedro Blanco, Inc. v. MiTu, Inc. (Deposition) | MiTu, Inc. | 2015 |
| In The Circuit Court of the 11th Judicial Circuit In and for Miami-Dade County, Florida | American Sales and Management Organization, LLC d/b/a Eulen America v. Luis Rodriguez Lopez; Brent Blake; Juan Carlos Alvarez and Mariano Aguilo (Deposition) | American Sales and Management Organization, LLC d/b/a Eulen America | 2015 |
| In the Circuit Oucrt of the Second Judicial Circuit In and For Leon County, Florida Civil Division | Southern Family Insurance Company, Atlantic Preferred Insurance Company, Florida Preferred Property Insurance Company, The Florida Department of Financial Services, as Receiver for Southern Family Insurance Company, Atlantic Preferred Insurance Company and Florida Preferred Property Insurance Company v. William F. Poe Sr., Charles E. Poe Trust, William F. Poe Foundation, William F. Poe Jr., Charles E. Poe, Charles W. Poe, Keren P. Smith, Marilyn P. Lunskis, Janice P. Mitchell, James E. Wurdeman, Jan J. Meder Jr., Thomas S. Krzesinski, Bobby C. Dollar, Amy B. Kacprowski, James P. Romerill III, David E. Gouch, Brock A. Guice, Rafael R. Abreu, Poe Insurance Holdings LLC, Poe Family Investment Company Ltd . and Poe Investments, Inc. (Deposition) | The Florida Department of Financial Services, as Receiver for Southern Family Insurance Company, Atlantic Preferred Insurance Company and Florida Preferred Property Insurance Company | 2015 |
| United States District Court Southern District of Florida | Megdal Associates, LLC v. LA-Z-Boy, Inc. (Trial) | LA-Z-Boy, Inc. | 2016 |
| In the United States District Court for the Southern District of Florida | TYR Tactical, LLC v. Protective Products Enterprises, LLC and Point Blank Enterprises, Inc. (Deposition) | Protective Products Enterprises, LLC and Point Blank Enterprises, Inc. | 2016 |
| American Arbitration Association | Samsung Electronics Latinoamerica Miami, Inc. v. CT Miami, LLC (Trial) | Samsung Electronics Latinoamerica Miami, Inc. | 2016 |
| In The Circuit Court Eleventh Judicial Circuit Miami-Dade County, Florida | Gylmar Developments, Inc. and Leonardo Gomez v. Holland & Knight, LLP and Linda Connor Kane, Esquire (Deposition) | Holland & Knight, LLP and Linda Connor Kane, Esquire | 2016 |

**Richard A. Pollack**

**Listing Of Cases Testified In**
**As An Expert Witness Since 1991**

| COURT | CASE NAME | REPRESENTED | YEAR |
|---|---|---|---|
| United States Bankruptcy Court Southern District of Florida (Fort Lauderdale Division) | In Re: SMF Energy Corporation, H&W Petroleum Company, Inc.; SMF Services, Inc., Streicher Realty, Inc. v. Soneet R. Kapila, Liquidating of the SMF Energy Liquidating Trust v. Grant Thornton, LLP (Deposition) | Grant Thornton, LLP | 2016 |
| In the Circuit of the Fiftheenth Judicial Circuit In and For Palm Beach County, Florida | FD Destiny, LLC; FD Destiny Management, LLC and Frederick A. DeLuca v. AVP Destiny, LLC; Anthony V. Pugliese, III; Anthony W. Pugliese, Inc. d/b/a The Pugliese Company and Joseph Reamer - CASE NO, 50-2009-CA-029903 and AVP Destiny, LLC; Anthony V. Pugliese, III; Land Company of Osceola County, LLC v. Frederick DeLuca and FD Destiny, LLC - CASE NO. 50-2009-CA-040295 (Deposition) | FD Destiny, LLC, FD Destiny Management, LLC and Frederick A. DeLuca | 2016 |
| In the Circuit of the Fiftheenth Judicial Circuit In and For Palm Beach County, Florida | FD Destiny, LLC; FD Destiny Management, LLC and Frederick A. DeLuca v. AVP Destiny, LLC; Anthony V. Pugliese, III; Anthony W. Pugliese, Inc. d/b/a The Pugliese Company and Joseph Reamer - CASE NO, 50-2009-CA-029903 and AVP Destiny, LLC; Anthony V. Pugliese, III; Land Company of Osceola County, LLC v. Frederick DeLuca and FD Destiny, LLC - CASE NO. 50-2009-CA-040295 (Trial) | FD Destiny, LLC, FD Destiny Management, LLC and Frederick A. DeLuca | 2017 |
| United States Bankruptcy Court Southern District of Florida Court Lauderdale Division | In Re: Global Energies, LLC f/k/a 714 Technologies, LLC, debtor. - Joseph G. Wortley v. Richard Tarrant, James Juranitch, Chrispus Venture Capital LLC, Chad P. Pugatch, Rice Pugatch Robinson & Schiller P.A. and Plasma Power LLC - Case No. 10-28935-RBR (Trial) | Richard Tarrant, James Juranitch, Chrispus Venture Capital LLC, Chad P. Pugatch, Rice Pugatch Robinson & Schiller P.A. and Plasma Power LLC | 2017 |
| Before Thomas G. Schultz, Esquire MDL No. 1334 Binding Arbiration | Managed Care Advisory Group LLC, Claimant v. CIGNA Healthcare, Respondent - MDL No. 1334 (Deposition) | CIGNA Healthcare | 2017 |
| Before Thomas G. Schultz, Esquire MDL No. 1334 Binding Arbiration | Managed Care Advisory Group LLC, Claimant v. CIGNA Healthcare, Respondent - MDL No. 1334 (Trial) | CIGNA Healthcare | 2018 |
| In the Circuit Court of the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida | Gary O. Marino; Patriot Equity, LLC; Pacific Rail Holdings,LLC and Pacific Rail, LLC v. Greenberg Traurig, P.A. - Case No. 502016CA007297XXXXMB (Deposition) | Greenberg Traurig, P.A. | 2018 |

## <u>EXHIBIT B</u>

## Documents Considered

1. Financial Records
   a. Kit Construction 2011 Financial Statement
   b. KIT Professionals October 2018 Financial Statements
   c. KIT Professionals 2011 Financial Statements
   d. Toshiba Internal Accounting Records for KIT Construction and KIT Professional (2010 – 2019)

2. Tax Returns
   a. Pablo D'Agostino 1040  (2009 – 2018)
   b. KIT Professionals 1120S (2010 - 2011)
   c. KIT Construction 1120S (2011)

3. Banking Records (for the below listed accounts)

   a. Bank Statements
   b. Cancelled Checks
   c. Wire Transfers
   d. Deposit Detail

| Account Holder | Bank | Account Number | Beg Date | End Date |
|---|---|---|---|---|
| Jaya S Kalaga | Wells Fargo | 6045837512 | 02/01/13 | 01/31/20 |
| KIT Construction Services | Wells Fargo | 1406203438 | 01/01/13 | 01/31/20 |
| KIT Construction Services | BoA | 488046569169 | 01/01/14 | 04/30/16 |
| KIT Construction Services | BoA | 586025143327 | 01/01/13 | 12/31/19 |
| KIT Professionals Inc. | Wells Fargo | 2531438865 | 06/06/19 | 01/31/20 |
| KIT Professionals Inc. | Wells Fargo | 7038032053 | 02/01/13 | 01/31/20 |
| KIT Professionals Inc. | BoA | 488038487851 | 05/01/16 | 12/31/19 |
| KIT Professionals Inc. | BoA | 488038487903 | 05/01/16 | 12/31/16 |
| Sudhakar Kalaga | Wells Fargo | 909654154 | 02/01/13 | 01/31/20 |
| SVSRK Enterprises LLC | BoA | 488038487660 | 05/01/16 | 12/31/19 |

4. Credit Cards
   a. Chase
   b. Wells

5. Pleadings
   a. Amended Complaint
   b. Subpoena to Bob Kakarala (CPA)
   c. Motion for Preliminary Injunction

6. Deposition of Sudhakar Kalaga, January 3, 2020 and Exhibits

7. Declaration of Janet Lynn Kennon, November 26, 2019 and Exhibits

## **EXHIBIT B**

## **Documents Considered**

8.  Declaration of Janet Lynn Kennon, December 6, 2019 and Exhibits

9.  Declaration of Jason Snell, December 9, 2019 and Exhibits

10. Other Documents
    a. LSI Documents
        i.   Purchase Orders
        ii.  Invoices
        iii. Bid Documents

    b. Documents Supporting the Amended Complaint

    c. Toshiba Bidding Documents

    d. E-Mail Communications
        i.  E-Mail from Rusty Hardin to TIC Counsel dated, September 27, 2019