# Exhibit 4
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)



# GENERAL CASUALTY
## CONTRACTORS SUPPLEMENTAL APPLICATION

Applicant Name: KIT Construction Services, Inc.

Website? www.kitprofs.com

Mailing Address: 2000 W. Sam Houston Park S., Suite 1400
Houston, Texas 77042

Location Address: 2000 W. Sam Houston Park S., Suite 1400
Houston, Texas 77042

## GENERAL INFORMATION

1. Applicant is a (% of each):
   - [X] General Contractor _____ %
   - [ ] Developer _____ %
   - [ ] Owner/Builder _____ %
   - [ ] Subcontractor ___ %
   - [ ] Const. Manager ___ %
   - [ ] Consultant ___ %

2. Describe all operations in detail: _____
   General Contractor working with Industrial Clients.....mostly TOSHIBA
   _____
   _____
   _____

3. Years in business under this name: 6 Years

4. Years of experience in this field: 25 Years
   Mandatory- Attach Resumes When Available

5. States/area of operations: Texas

6. Contractor License Number: N/A     Year license issued: N/A

7. Have you operated under any other name or names?     [X] No [ ] Yes
   If "Yes," provide prior name and describe type of operations: _____
   _____

8. Total number of employees (including leased) 2

9. % of construction operations (Total = 100% for each question 1 & 2):
   New construction _50_ %     Remodeling _____ %     Other _50_ %
   Commercial _____ %     Residential _____ %

10. Have you been involved as a General Contractor in the building of Residential Homes,     [X] No [ ] Yes
    Condominiums, Apartments,or Townhouses in the past 10 years?
    If "Yes," specify year(s), number(s) and location(s) : _____

GC-CN                                Page 1 of 4                                12-04

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042806
KIT_CIVIL_00039699

**CLASSIFICATION OF OPERATIONS (PAYROLL/SUB-COSTS)**

11.   Indicate payrolls/costs for each type of construction work performed:

| Class | Employee Payroll | Sub-Contractor Costs | Class | Employee Payroll | Sub-Contractor Costs |
|---|---|---|---|---|---|
| Alarm Systems | $ | $ 400,000 | Painting | $ | $ 150,000 |
| Asbestos Removal | $ | $ | Paving – Driveways/Parking | $ | $ 250,000 |
| Blasting | $ | $ | Paperhanging | $ | $ |
| Bridges/Elevated Roads | $ | $ | Plastering/Stucco | $ | $ |
| Carpentry | $ | $ | Plumbing | $ | $ 300,000 |
| Communication Lines | $ | $ | Power Lines | $ | $ |
| Concrete | $ | $ 1,000,000 | Process Piping | $ | $ |
| Debris Removal | $ | $ | Roofing | $ | $ 125,000 |
| Demolition | $ | $ 100,000 | Seismic Retrofitting | $ | $ |
| Drywall | $ | $ 250,000 | Septic Tanks | $ | $ |
| Earthquake Repair | $ | $ | Sewer | $ | $ 500,000 |
| Electrical | $ | $ 1,000,000 | Sheet Metal Work | $ | $ |
| Excavation | $ | $ 100,000 | Siding | $ | $ |
| Fire Proofing | $ | $ | Sprinklers | $ | $ 250,000 |
| Fire/Damage Restoration | $ | $ | Steel/Ornamental | $ | $ |
| Gas/Water Mains | $ | $ 150,000 | Steel/Structural | $ | $ 425,000 |
| Grading | $ | $ 200,000 | Street/Road Construction | $ | $ 150,000 |
| HVAC | $ | $ 1,500,000 | Street/Road Paving | $ | $ 200,000 |
| Insulation | $ | $ 100,000 | Supervisory | $ | $ |
| Landscaping | $ | $ | Swimming Pools | $ | $ |
| Lead Remediation | $ | $ | Tile/Stone/Marble | $ | $ |
| Masonry | $ | $ | Waterproofing | $ | $ |
| Mold/Spore Remediation | $ | $ | Water Damage Restoration | $ | $ |
| Oil or Gas Fields | $ | $ | Other: | $ | $ 350,000 |

12. Indicate any work or operations involving the following, even if subbed out:

- [ ] Airport Facilities
- [ ] Boring
- [ ] Boiler Inspection
- [ ] Bldg – Raising or Moving
- [ ] Cantilevered Construction
- [ ] Cofferdam or Caisson Work
- [ ] Dams/Reservoirs
- [ ] Drilling
- [ ] EIFS or related work
- [ ] Equipment Rental to Others
- [ ] Landfills
- [ ] Nuclear
- [ ] Pile Driving
- [ ] Pipeline
- [ ] Pollution Abatement
- [ ] Power Generating Facilities
- [ ] Railway
- [ ] Shoring/Underpinning
- [ ] Stadium Construction
- [ ] Stevedoring
- [ ] Sub Aqueous
- [ ] Subways
- [ ] Tank Construction
- [ ] Tower Construction
- [ ] Tunnels
- [ ] Waste & Reclaimation
- [ ] Wrap-Ups – Participation In

If checked, please describe work in detail:

_____

_____

_____

_____

**PROJECTS/OPERATIONS INFORMATION**

13. List all major projects completed within the past five years, including work in progress and planned projects (list
project name, date, description, location, and cost)   **OR**   [ ] Attach a project list

Master Service Agreement with TOSHIBA and multiple project specific purchase orders.
_____

What is the average dollar value of a completed project?   $5,000,000.00

CONFIDENTIAL
CONFIDENTIAL                                                    KALAGA_GJ_00042807
                                                               KIT_CIVIL_00039700

14. Please describe any types of projects that you have discontinued (i.e. no longer build, etc): _____ None _____

15. Are you building/have you built on hillsides, hilltops, landfills, in subsidence areas, or in flood zones? If "Yes," please explain:     ☒ No ☐ Yes

16. Any work performed in the past using Exterior Insulation and Finish Systems (EIFS) If "Yes," please explain: _____    ☒ No ☐ Yes

17. Has your work involved or will it involve systems that provide medical life support or medical gas lines?  If "Yes," please explain: _____    ☒ No ☐ Yes

18. Any exterior work performed above two stories in height from grade?    ☒ No ☐ Yes
Maximum number of stories:_____ Percentage of Total Work:_____

19. Any work performed below grade?    ☐ No ☒ Yes
Maximum depth: __ ABOUT 6' TO 8' __ Percentage of Total Work: __ 3% __

20. Is scaffolding owned, rented, or erected?    ☒ No ☐ Yes
Are other contractors at job site allowed to use it?    ☒ No ☐ Yes

21. Have you worked or will you or your employees work under USL&H or Jones Act?    ☒ No ☐ Yes

22. Do you have a formal safety program in operation?    ☐ No ☒ Yes
Please explain and/or provide a copy:_____

23. Indicate the type of security used on a project:    (Fencing)   (Lighting)   (Watchman)

## SUBCONTRACTOR INFORMATION/RISK TRANSFER

24. Do you utilize A.I.A. standard contracts for all of your subcontractors?    ☐ No ☒ Yes

25. Are all subcontractors required to sign a hold harmless and indemnification agreement in your favor? If "No," please explain: _____    ☐ No ☒ Yes

26. Are Certificates of Insurance obtained from subcontractors?    General Liability:    ☐ No ☒ Yes
     Minimum Limits Required:    Same as Client's
     Workers Compensation:    ☐ No ☒ Yes

27. Are you named as an additional insured on all subcontractors' policies?    ☐ No ☒ Yes
28. Do you ever use uninsured subcontractors?    ☐ No ☒ Yes
29. Do you normally use the same subcontractors?    ☐ No ☒ Yes

## OTHER OPERATIONS

30. Do you draw any plans or blueprints used in your construction work?    ☒ No ☐ Yes
If "Yes," has Professional Liability Coverage been obtained?    ☐ No ☐ Yes
Limit of Liability: $_____

31. Do you own any vacant land (raw land with no developmental or improvement activity, held only for investment of possible development more than 12 months in the future.  No buildings on the property)?    ☒ No ☐ Yes

32. Do you own any real estate development property (land with improvements – streets, roads, or utilities, etc completed under construction)?    ☒ No ☐ Yes

33. If "Yes," to either questions 31 or 32, is property zoned: ☐ Residential ☐ Commercial/Retail/Industrial/Other
# of acres vacant land: _____ # of acres Real Estate Dev Prop: _____

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042808
KIT_CIVIL_00039701

34. Any other operations other than 'contracting'?  ☒ No  ☐ Yes
    If "Yes," please describe: _____

    _____

35. Where Insured? _____

**LOSS EXPERIENCE**   ☒ Check here if not applicable
36. Loss Summary (Please Attach Hard Copy Loss Runs)

| Year | Carrier | Premium | #Claims | Incurred | Comments |
|------|---------|---------|---------|----------|----------|
|      |         |         |         |          |          |
|      |         |         |         |          |          |
|      |         |         |         |          |          |
|      |         |         |         |          |          |
|      |         |         |         |          |          |

37. During the past three years has any company ever cancelled, non-renewed, declined or refused  ☒ No  ☐ Yes
    to issue similar insurance to you? If "Yes," please explain: _____

    _____

38. Have you ever been involved in or are you aware of any pending litigation concerning  ☒ No  ☐ Yes
    construction defect? If "Yes," please explain: _____

    _____

    \* Any person who knowingly and with intent to defraud any insurance company or other person files an
    application for insurance or statement of claim containing any materially false information, or conceals for the
    purpose of misleading, information concerning any fact material thereto, may be committing a fraudulent
    insurance act, and may be subject to a civil penalty or fine.
    \* not applicable in all states

Applicant Signature _____   Date  05/24/2017

Producer  SUDHAKAR KALAGA                            Date _____

CONFIDENTIAL
CONFIDENTIAL                                          KALAGA_GJ_00042809
                                                     KIT_CIVIL_00039702

KFK00NSLP

# COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY)
05/09/2017

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| USI Southwest | Marketing Application Only | 9999 |
| 9811 Katy Freeway, Suite 500 | COMPANY POLICY OR PROGRAM NAME | PROGRAM CODE |

| | POLICY NUMBER |
|---|---|
| | APP103GL000474135 |

Houston TX 77024

CONTACT Windy Smithson

PHONE (A/C, No, Ext): (713) 490-4740

FAX (A/C, No): (610) 537-9248

E-MAIL ADDRESS: windy.smithson@usi.com

CODE: _____ SUBCODE: _____

AGENCY CUSTOMER ID: 761200

| | UNDERWRITER | UNDERWRITER OFFICE |
|---|---|---|

STATUS OF TRANSACTION: [X] QUOTE   [ ] BOUND (Give Date And/Or Attach)   [ ] ISSUE POLICY   [ ] RENEW

BIND | DATE | TIME | [ ] AM / PM

## SECTIONS ATTACHED

| INDICATE SECTIONS ATTACHED | PREMIUM | | PREMIUM | | PREMIUM |
|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE/VALUABLE PAPERS | $ | ELECTRONIC DATA PROC. | $ | TRANSPORTATION/MOTOR TRUCK CARGO | $ |
| BOILER & MACHINERY | $ | EQUIPMENT FLOATER | $ | TRUCKERS/MOTOR CARRIER | $ |
| BUSINESS AUTO | $ | GARAGE AND DEALERS | $ | UMBRELLA | $ |
| BUSINESS OWNERS | $ | GLASS AND SIGN | $ | YACHT | $ |
| X | COMMERCIAL GENERAL LIABILITY | $ | INSTALLATION / BUILDERS RISK | $ | | $ |
| CRIME/FIDELITY AND CRIME COMP | $ | OPEN CARGO | $ | | $ |
| DEALERS | $ | PROPERTY | $ | | $ |

## ATTACHMENTS

| | | |
|---|---|---|
| ADDITIONAL INTEREST | PREMIUM PAYMENT SUPPLEMENT | |
| ADDITIONAL PREMISES | PROFESSIONAL LIABILITY SUPPLEMENT | |
| APARTMENT BUILDING SUPPLEMENT | RESTAURANT / TAVERN SUPPLEMENT | |
| CONDO ASSOCIATION BYLAWS for DBO Coverage only | STATEMENT OF VALUES / SCHEDULE OF VALUES | |
| CONTRACTORS SUPPLEMENT | STATE SUPPLEMENT (if applicable) | |
| COVERAGES SCHEDULE | VACANT BUILDING SUPPLEMENT | |
| DRIVER INFORMATION SCHEDULE | VEHICLE SCHEDULE | |
| INTERNATIONAL LIABILITY EXPOSURE SUPPLEMENT | | |
| INTERNATIONAL PROPERTY EXPOSURE SUPPLEMENT | | |
| LOSS SUMMARY | | |

## POLICY INFORMATION

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | METHOD OF PAYMENT | AUDIT | DEPOSIT | MINIMUM PREMIUM | POLICY PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 06/27/2017 | 06/27/2018 | [ ] DIRECT [X] AGENCY | | | | $ | $ | $ |

## APPLICANT INFORMATION

| NAME (First Named Insured) AND MAILING ADDRESS (including ZIP+4) | GL CODE | SIC | NAICS | FEIN OR SOC SEC # |
|---|---|---|---|---|
| RIT Construction Services, Inc. | | | | 904717124 |
| 12000 W. Sam Houston Parkway S | BUSINESS PHONE #: (713) 783-8700 | | | |
| 77042 | WEBSITE ADDRESS | | | |
| Houston, TX 77042 | www.kitprofe.com | | | |

[X] CORPORATION   [ ] JOINT VENTURE   [ ] NOT FOR PROFIT ORG   [ ] SUBCHAPTER "S" CORPORATION   [X] LLC [ ] LLP
[ ] INDIVIDUAL   [ ] LLC   [ ] NO. OF MEMBERS AND MANAGERS:   [ ] NO. LEASED   [ ] TRUST

| NAME (Other Named Insured) AND MAILING ADDRESS (including ZIP+4) | GL CODE | SIC | NAICS | FEIN OR SOC SEC # |
|---|---|---|---|---|
| | | | | |
| | BUSINESS PHONE #: | | | |
| | WEBSITE ADDRESS | | | |

[ ] CORPORATION   [ ] JOINT VENTURE   [ ] NOT FOR PROFIT ORG   [ ] SUBCHAPTER "S" CORPORATION   [ ] LLC [ ] LLP
[ ] INDIVIDUAL   [ ] LLC   [ ] NO. OF MEMBERS AND MANAGERS:   [ ] PARTNERSHIP   [ ] TRUST

| NAME (Other Named Insured) AND MAILING ADDRESS (including ZIP+4) | SIC CODE | SIC | NAICS | FEIN OR SOC SEC # |
|---|---|---|---|---|
| | | | | |
| | BUSINESS PHONE #: | | | |
| | WEBSITE ADDRESS | | | |

[ ] INDIVIDUAL   [ ] JOINT VENTURE   [ ] NOT FOR PROFIT ORG   [ ] SUBCHAPTER "S" CORPORATION   [ ] LLC [ ] LLP
[ ] PARTNERSHIP   [ ] LLC   [ ] NO. OF MEMBERS AND MANAGERS:   [ ] PARTNERSHIP   [ ] TRUST

ACORD 125 (2011/09)
INS125 (201109)

CV8HA   Page 1 of 5
The ACORD name and logo are registered marks of ACORD

© 1993-2011 ACORD CORPORATION. All rights reserved.

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042810
KIT_CIVIL_00039703

## CONTACT INFORMATION

| CONTACT TYPE: Inspection | CONTACT TYPE: Accounting Records |
|---|---|
| CONTACT NAME: Sudhakar Kalaga | CONTACT NAME: Same |

PRIMARY PHONE #: (713) 783-8700 x222

PRIMARY E-MAIL ADDRESS:

SECONDARY E-MAIL ADDRESS:

## PREMISES INFORMATION (May A: ACORD 823 for Additional Premises)

LOC #: 1  BLD #: 1
STREET: 2000 N. Sam Houston Parkway E Ste 1400.
CITY: Houston  STATE: TX  COUNTY: Harris
CITY LIMITS: Inside
INTEREST: Owner / Tenant
# FULL TIME EMPL: 2
# PART TIME EMPL: 2

ANNUAL REVENUES: $
OCCUPIED AREA: SQ FT
OPEN TO PUBLIC AREA: SQ FT
TOTAL BUILDING AREA: SQ FT
ANY AREA LEASED TO OTHERS? Y/N

## NATURE OF BUSINESS

NATURE OF BUSINESS: Condominium / Institutional / Other

DESCRIPTION OF PRIMARY OPERATIONS:

Construction activities related to various plants & warehouse improvements and repairs including parking lots, recreation ponds, waste water treatment plants, potable & fire water storage tanks, pump house, fire sprinkler & alarm systems, structural support repairs to tilt wall buildings, new metal building HEV plant and miscellaneous emergency repairs.

## ADDITIONAL INTEREST

ACORD 125 (2011/09)
ING125 (3111/09)

Page 2 of 5   CVSHA

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042811
KIT_CIVIL_00039704

GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | Y/N |
|---|---|

**1a. IS THE APPLICANT A SUBSIDIARY OF ANY OTHER ENTITY?**

| PARENT COMPANY NAME | | RELATIONSHIP DESCRIPTION | % OWNED |
|---|---|---|---|

**1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES?**

| SUBSIDIARY COMPANY NAME | | RELATIONSHIP DESCRIPTION | % OWNED |
|---|---|---|---|

**2. IS A FORMAL SAFETY PROGRAM IN OPERATION?**

- SAFETY MANUAL
- MONTHLY MEETINGS
- SAFETY POSITION
- OSHA

**3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS?**

**4. ANY OTHER INSURANCE WITH THIS COMPANY? (List policy numbers)**

| SPECIFIC INSURANCE | POLICY NUMBER | LINE OF BUSINESS | % OF BUSINESS |
|---|---|---|---|

**5. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR THREE (3) YEARS FOR ANY PREMISES OR OPERATIONS? (Missouri Applicants - Do not answer this question)**

- NON-PAYMENT
- AGENT NO LONGER REPRESENTS CARRIER
- NON-RENEWAL
- UNDERWRITING
- CONDITION CORRECTED (Describe)

**6. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING?**

**7. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY?** (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment).

**8. ANY UNCORRECTED FIRE AND/OR SAFETY CODE VIOLATIONS?**

| OCCURRENCE DATE | EXPLANATION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|

**9. HAS APPLICANT HAD A FORECLOSURE, REPOSSESSION, BANKRUPTCY OR FILED FOR BANKRUPTCY DURING THE LAST FIVE (5) YEARS?**

| OCCURRENCE DATE | EXPLANATION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|

**10. HAS APPLICANT HAD A JUDGMENT OR LIEN DURING THE LAST FIVE (5) YEARS?**

| OCCURRENCE DATE | EXPLANATION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|

**11. HAS BUSINESS BEEN PLACED IN A TRUST?**

| NAME OF TRUST |
|---|

**12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES?** (If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure)

**13. DOES APPLICANT HAVE OTHER BUSINESS VENTURES FOR WHICH COVERAGE IS NOT REQUESTED?**

**REMARKS / PROCESSING INSTRUCTIONS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

ACORD 125 (2011/09)
INS125 (201109)

Page 3 of 5

CYSIIA

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042812
KIT_CIVIL_00039705

## PRIOR CARRIER INFORMATION

| YEAR | CATEGORY | GENERAL LIABILITY | AUTOMOBILE | PROPERTY | OTHER: |
|------|----------|-------------------|------------|----------|--------|
| | CARRIER | Colony Insurance | | | |
| | POLICY NUMBER | 103GL000374L | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | 5/27/2016 | | | |
| | EXPIRATION DATE | 5/27/2017 | | | |
| | CARRIER | Colony Insurance | | | |
| | POLICY NUMBER | 103GL0004741 | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | 5/27/2015 | | | |
| | EXPIRATION DATE | 5/27/2016 | | | |
| | CARRIER | Colony Insurance | | | |
| | POLICY NUMBER | 103GL0004741 | | | |
| | PREMIUM | $ | $ | $ | $ |
| | EFFECTIVE DATE | 5/27/2014 | | | |
| | EXPIRATION DATE | 5/27/2015 | | | |

### LOSS HISTORY      Check if none   (Attach Loss Summary for Additional Loss Information)

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE LAST _____ YEARS

TOTAL LOSSES: $

| DATE OF OCCURRENCE | LINE | TYPE / DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | SUBRO- GATION Y , N | CLAIM OPEN Y I N |
|--------------------|------|-------------------------------------------|---------------|-------------|-----------------|---------------------|-------------------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SIGNATURE

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states: consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES - PERSONAL INFORMATION ABOUT YOU MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [IN: SUBSTANTIAL] CIVIL PENALTIES. (No applicable in CO, CC, FL, HI, KS, MA, MN, NE, OH, OK, OR, VT or WA. In LA, ME, TN and VA, insurance benefits may also be denied.)

IN THE DISTRICT OF COLUMBIA, WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES. IN ADDITION, AN INSURER MAY DENY INSURANCE BENEFITS, IF FALSE INFORMATION MATERIALLY RELATED TO A CLAIM WAS PROVIDED BY THE APPLICANT.

IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

IN KANSAS, ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO DEFRAUD, PRESENTS, CAUSES TO BE PRESENTED OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, PURPORTED INSURER, BROKER OR ANY AGENT THEREOF, ANY WRITTEN STATEMENT AS PART OF, OR IN SUPPORT OF, AN APPLICATION FOR THE ISSUANCE OF, OR THE RATING OF AN INSURANCE POLICY FOR PERSONAL OR COMMERCIAL INSURANCE, OR A CLAIM FOR PAYMENT OR OTHER BENEFIT PURSUANT TO AN INSURANCE POLICY FOR COMMERCIAL OR PERSONAL INSURANCE WHICH SUCH PERSON KNOWS TO CONTAIN MATERIALLY FALSE INFORMATION CONCERNING ANY FACT MATERIAL THERETO; OR CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT.

IN MASSACHUSETTS, NEBRASKA, OREGON AND VERMONT, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, MAY BE COMMITTING A FRAUDULENT INSURANCE ACT, WHICH MAY BE A CRIME AND MAY SUBJECT THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

IN WASHINGTON, IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE | PRODUCER'S NAME (Please Print) | | STATE PRODUCER LICENSE NO (Required in Florida) |
|----------------------|-------------------------------|------|-------------------------------------------------|
| | Bethany Loving | | |
| APPLICANT'S SIGNATURE | | DATE 05/29/17 | NATIONAL PRODUCER NUMBER |

ACORD 125 (2011/09)                    Page 4 of 5          CVSHA

INS125 (201109)

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042813
KIT_CIVIL_00039706

# COMMENTS/REMARKS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*General Information Remarks Continued\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* Business Information \*\*\*

Controlling State: TX
SIC Code: 150000

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Prior Carrier Information Continued \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Line of Business: CGL
Carrier: Colony Insurance Company
Policy: GL900742
Effective Date: 6/27/2013   Expiration Date: 6/27/2014

Line of Business: CGL
Carrier: Colony Insurance Company
Policy: GL900742
Effective Date: 6/27/2012   Expiration Date: 6/27/2013



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042814
KIT_CIVIL_00039707

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042815
KIT_CIVIL_00039708

**ACORD®**

KIT CONSTR
05/09/2017

# COMMERCIAL GENERAL LIABILITY SECTION

| AGENCY | PHONE (A/C, No, Ext): (713) 490-4600 | APPLICANT KIT Construction Services, Inc. |
| | FAX (A/C, No): (713) 490-4705 | |

USI Southwest
9811 Katy Freeway, Suite 500

Houston          TX   77024

| | | EFFECTIVE DATE | EXPIRATION DATE | | PAYMENT PLAN | AUDIT |
| | | 06/27/2017 | 06/27/2018 | DIR BILL  X AGENCY BILL | | |

| CODE | SUB CODE: | FOR COMPANY USE ONLY |
| AGENCY CUSTOMER ID: 761238 | |

## COVERAGES

| | LIMITS | |
|---|---|---|
| X  COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $2,000,000 |
| CLAIMS MADE   X  OCCURRENCE | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $2,000,000 |
| OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $1,000,000 |
| | EACH OCCURRENCE | $1,000,000 |
| DEDUCTIBLES | DAMAGE TO RENTED PREMISES (each occurrence) | $100,000 |
| PROP DAMAGE   $ | MEDICAL EXPENSE (Any one person) | $5,000 |
| BODILY INJURY   $ | EMPLOYEE BENEFITS | $ |

PREMIUMS
PREMISES/OPERATIONS   0.00
PRODUCTS   0.00
OTHER   0.00
TOTAL   0.00

Coverage: Blanket Additional Insured incl. coverage for completed operations as required by written contract

Coverage: Aggregate Limit Per Project
 * (Please see remarks page)

## SCHEDULE OF HAZARDS

| LOC # | HAZ # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Construction—Remodeling—Superintendent | 91585 | g Sales | | | | | | |
| 1 | 2 | Contractors—Subcontracted Work | 91585 | C See Rate, if any | | | | | | |

## RATING AND PREMIUM BASIS

## CLAIMS MADE (Explain all "Yes" responses)

EXPLAIN ALL "YES" RESPONSES

1. PROPOSED RETROACTIVE DATE

2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COVERAGE

3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF INSURED FROM ANY PREVIOUS COVERAGE?

4. WAS ANY COVERAGE PENDING NOT IN FORCE UNDER ANY PREVIOUS POLICY?

## EMPLOYEE BENEFITS LIABILITY

| 1. DEDUCTIBLE PER CLAIM   $ | 3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS: |
| 2. NUMBER OF EMPLOYEES: | 4. RETROACTIVE DATE: |

ACORD 126 (2007/05)
INS126 (200705)

CVSHA          Page 1 of 5          © ACORD CORPORATION 1993-2007. All rights reserved.
The ACORD name and logo are registered marks of ACORD

| EXPLAIN ALL "YES" RESPONSES (for past or present operations) | Y/N |
|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | |
| 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | |
| 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | |
| 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | |

| DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation)   PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC. | Y/N |
|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? (IF "YES", attach ACORD 815) | |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | |
| 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | |
| 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | |
| 8. PRODUCTS UNDER LABEL OF OTHERS? | |
| 9. VENDORS COVERAGE REQUIRED? | |
| 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | |

ACORD 126 (2007/05)
INS126 (200705)

ATTACH TO ACORD 125

CVSHA  Page 2 of 5

CONFIDENTIAL
CONFIDENTIAL

ADDITIONAL INTEREST/CERTIFICATE RECIPIENT  ACORD 45 should be used for additional names

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED? | INTEREST ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | LOCATION | BUILDING |
| LOSS PAYEE | | | | VEHICLE | BOAT |
| MORTGAGEE | | | | SCHEDULED ITEM NUMBER: | |
| LIEN HOLDER | | | | OTHER: | |
| EMPLOYEE AS LESSOR | | | | | |
| | | ITEM DESCRIPTION: | | | |

**GENERAL INFORMATION**

EXPLAIN ALL "YES" RESPONSES (true all yes in indicated pages/operations)

| | Y/N |
|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | |
| 3. DO HAVE PAST PRESENT OR DISCONTINUED OPERATIONS INVOLVED DISPOSING, TREATING DISCHARGING, APPLYING, DISPOSING OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST FIVE (5) YEARS? | |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | |
| 8. IS A FEE CHARGED FOR PARKING? | |
| 9. RECREATION FACILITIES PROVIDED? | |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | |
| 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | |
| 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | |
| 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | |
| 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | |
| 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | |

ACORD 126 (2007/05)
INS126 (200705)

CVSHA   Page 3 of 5

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042817
KIT_CIVIL_00039710

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES (For all past or present operations)                                                                    Y | N

17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED?

18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE (3) YEARS?

19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT?

20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES?

## REMARKS

************************************** ADDITIONAL HAZARD INFORMATION ****************************************

Hazard # 2
Premium Basis: Cost Of Work Done Or Contracts

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. Not applicable in CO, FL, IL, MA, NE, OH, OK, OR or VT. In DC, LA, ME, , N, VA and WA insurance benefits may also be denied.
IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

**ACORD 126 (2007/05)**                                        ·CVSHA            Page 4 of 5
INS126 (200705)



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042818
KIT_CIVIL_0003971

# COMMENTS/REMARKS

*************************************Additional Coverages*************************************

Coverage: Blanket Waiver of Subrogation as required by written contract

Coverage: Additional Insured Primary & Non-contributory as required by written contract.

Coverage: 30-day NOC: Toshiba International Corporation; 13131 W Little York Rd. Houston TX 77041

Coverage: 30-day NOC: Blanket where required by written contract.

Coverage: Designated Operations Exclusion-work performed by KIT Professionals, Inc.

Coverage: Commercial General Liability



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042819
KIT_CIVIL_00039712

ACORD® TEXAS COMMERCIAL AUTO COVERAGES/LIMITS SECTION

05/09/2017

AGENCY  DST Southwest

APPLICANT (First Named Insured) KIT Construction Services, Inc.

## BUSINESS AUTO SECTION

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|
| LIABILITY | 1 X | COMB. EACH ACCIDENT $ 1,000,000 |
| | 2 | BODILY INJURY $ |
| | 3 X | PROPERTY DAMAGE $ |
| | | EACH PERSON $ |
| PERSONAL INJURY PROTECTION | | AUTO DEATH INDEMNITY $ |
| MEDICAL PAYMENTS | 2  4 | EACH PERSON $ |
| UNINSURED/UNDERINSURED MOTORISTS | 2  6 | EACH PERSON $ |
| | | EACH ACCIDENT $ |
| | | AGGREGATE LIMIT $ 750 |

### PHYSICAL DAMAGE

| COVERAGE | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|
| COVERED LABOR | | $ |
| COMPREHENSIVE | | |
| SPECIFIED CAUSES OF LOSS | | |
| COLLISION | | |

| | YES | STATUS | COST OF HIRE | X IF ANY BASIS | | STATUS | | OUT | COVERAGES |
|---|---|---|---|---|---|---|---|---|---|
| HIRED/BORROWED LIABILITY | X | | | | | | TX | | COMP $ |
| | NO | | | | | | | | SPEC CAUSES $ |
| NON-OWNED LIABILITY | X | YES | GROUP TYPE | NUMBER OF | | | | | COLL $ |
| | | NO | X EMPLOYEES | | | | | | |
| | | | VOLUNTEERS | | | | | | |
| | | | PARTNERS | | | | | | |

| COVERED AUTO SYMBOLS | 1 = ANY AUTO  2 = ALL OWNED AUTOS  3 = OWNED PRIVATE PASSENGER AUTOS | 4 = OWNED AUTOS OTHER THAN PRIVATE PASSENGER  5 = OWNED AUTOS SUBJECT TO NO-FAULT  6 = OWNED AUTOS SUBJECT TO COMPULSORY U.M. LAW | 7 = HIRED AUTOS  8 = NON-OWNED AUTOS |

## TRUCKERS SECTION

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS |
|---|---|---|
| LIABILITY | | COMB. EACH ACCIDENT $ |
| | | AUTO ACCIDENT $ |
| | | PROPERTY DAMAGE $ |
| PERSONAL INJURY PROTECTION | | EACH PERSON $ |
| | | AUTO DEATH INDEMNITY $ |
| MEDICAL PAYMENTS | | EACH PERSON $ |
| UNINSURED/UNDERINSURED MOTORISTS | | EACH PERSON $ |
| | | EACH ACCIDENT $ |
| | | PROPERTY DAMAGE $ DED |

### PHYSICAL DAMAGE

| COVERAGE | COVERED AUTO SYMBOLS | LIMITS | DEDUCTIBLE |
|---|---|---|---|
| COMPREHENSIVE | | | |
| SPECIFIED CAUSES OF LOSS | | | |
| COLLISION | | | |
| COVERED LABOR | | | |

### TRAILER INTERCHANGE

| COVERAGES | SYMBOLS | TRAILERS STATE | ZONES | RADIUS | DEDUCTIBLE |
|---|---|---|---|---|---|
| COMPREHENSIVE | 15 | | | | |
| SPECIFIED CAUSES OF LOSS | | | | | |
| COLLISION | 15 | | | | |

| | YES | STATUS | COST OF HIRE | IF ANY BASIS |
|---|---|---|---|---|
| HIRED/BORROWED LIABILITY | | NO | | |
| NON-OWNED LIABILITY | | YES | STATUS | COST OF HIRE | IF ANY BASIS |
| | | NO | | |
| NON-OWNED AUTO LIABILITY | | YES | STATUS | GROUP TYPE | NUMBER OF |
| | | NO | | EMPLOYEES |
| | | | VOLUNTEERS |
| | | | PARTNERS |

| COVERED AUTO SYMBOLS | 41 = ANY AUTO  42 = OWNED AUTOS ONLY  44 = OWNED COMMERCIAL AUTOS ONLY | 43 = OWNED PRIVATE PASSENGER AUTOS  45 = COMPULSORY UNINSURED MOTORISTS LAW | 48 = TRAILERS IN YOUR POSSESSION UNDER WRITTEN TRAILER INTERCHANGE AGREEMENT |

ACORD 137 TX (2005/02)  PLEASE COMPLETE PAGE 2  © ACORD CORPORATION 1995
INS137 TX (200102a  CVSHA  Page 1 of 3

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042820
KIT_CIVIL_00039713

MOTOR CARRIER SECTION

| COVERAGES | COVERED AUTO SYMBOLS | LIMITS | PHYSICAL DAMAGE | | | |
|---|---|---|---|---|---|---|
| | | | COVERAGES | COVERED AUTO SYMBOLS | LIMITS | DEDUCTIBLE |
| LIABILITY | 61 / 67 | CSL / B. EA PER $ | COMPREHENSIVE | 62 / 67 | | |
| | 62 / 63 | BI EACH ACCIDENT $ | | 63 / 68 | | $ |
| | 66 / 7 | PROPERTY DAMAGE $ | | 64 | | |
| | 8 | | SPECIFIED CAUSES OF LOSS | 62 / 67 | SCL / FT / LSP | |
| PERSONAL INJURY PROTECTION | 65 | EACH PERSON $ AUTO DEATH TOTAL INDEMNITY $ DISABILITY | | 63 / 68 | F / TTW | $ |
| | 67 | | | 64 | | |
| | | | COLLISION | 62 / 67 | | |
| | | | | 63 / 68 | | $ |
| | | | | 64 | | |
| MEDICAL PAYMENTS | 62 / 64 | EACH PERSON $ | TOWING & LABOR | 63 | $ | |
| | 63 / 67 | | | 67 | | |
| UNINSURED UNDERINSURED MOTORIST | 62 / 66 | CSL / B. EA PER $ | TRAILER INTERCHANGE | | | |
| | 63 / 67 | BI EACH ACCIDENT $ | COVERAGES | SYMBOL # TRAILERS STATE # DAYS RADIUS | | DEDUCTIBLE |
| | 64 | PROPERTY DAMAGE $ DED | COMPREHENSIVE | 69 / 70 | | |
| | | | SPECIFIED CAUSES OF LOSS | 69 / 70 | | |
| NON-TRUCKERS HIRED/BORROWED | YES / NO STATES | COST OF HIRE IF ANY BASIS $ | COLLISION | 69 / 70 | | $ |
| HIRED/BORROWED LIABILITY | YES / NO STATES | COST OF HIRE IF ANY BASIS $ | HIRED PHYSICAL DAMAGE | STATES # DAYS # VEH | | |
| NON-OWNED AUTO LIABILITY | YES / NO STATES | GROUP TYPE NUMBER OF EMPLOYEES VOLUNTEERS | | | | |
| | | PARTNERS | | COVERAGE IS: | PRIMARY | SECONDARY |
| OTHER | | | OTHER | | | |

COVERED AUTO SYMBOLS
(61) ANY AUTO
(62) OWNED AUTOS ONLY
(63) OWNED PRIVATE PASS AUTOS ONLY

(64) OWNED COMMERCIAL AUTOS ONLY
(65) OWNED AUTOS SUBJECT TO NO FAULT
(66) OWNED AUTOS SUBJECT TO A COMPULSORY UNINSURED MOTORIST LAW

(67) SPECIFICALLY DESCRIBED AUTOS
(68) HIRED AUTOS ONLY
(69) TRAILERS IN YOUR POSSESSION UNDER A TRAILER INTERCHANGE AGREEMENT

(70) YOUR TRAILERS IN THE POSSESSION OF ANOTHER TRUCKER UNDER A TRAILER INTERCHANGE AGREEMENT
(71) NON OWNED AUTOS ONLY

ENDORSEMENTS

NOTICE OF INSURANCE INFORMATION PRACTICES
PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE, AND SUBSEQUENT RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

I UNDERSTAND AND ACKNOWLEDGE THAT UNINSURED/UNDERINSURED MOTORISTS (UM/UIM), BODILY INJURY (BI) AND PROPERTY DAMAGE (PD) COVERAGES HAVE BEEN EXPLAINED TO ME. I HAVE BEEN OFFERED THE OPTIONS OF SELECTING UM/UIM LIMITS EQUAL TO MY LIABILITY LIMITS. UM/UIM LIMITS LOWER THAN MY LIABILITY LIMITS OR TO REJECT UM/UIM BI AND/OR UM/UIM PD COVERAGES ENTIRELY.

1. I SELECT UNINSURED/UNDERINSURED MOTORISTS BODILY INJURY LIMIT(S) INDICATED IN THIS APPLICATION. _____ (INITIALS)

2. I REJECT UNINSURED/UNDERINSURED MOTORISTS BODILY INJURY AND PROPERTY DAMAGE COVERAGE IN ITS ENTIRETY. _____ (INITIALS)

3. I REJECT ONLY UNINSURED/UNDERINSURED MOTORISTS PROPERTY DAMAGE COVERAGE IN ITS ENTIRETY. _____ (INITIALS)

I UNDERSTAND AND ACKNOWLEDGE THAT PERSONAL INJURY PROTECTION COVERAGE HAS BEEN EXPLAINED TO ME AND I HAVE BEEN OFFERED THIS COVERAGE. IF I HAVE REJECTED THIS COVERAGE, MY INITIALS ARE INCLUDED HERE. _____ (INITIALS)

I UNDERSTAND THAT THE COVERAGE SELECTION AND LIMIT CHOICES INDICATED HERE OR IN ANY STATE SUPPLEMENT WILL APPLY TO ALL FUTURE POLICY RENEWALS, CONTINUATIONS AND CHANGES UNLESS I NOTIFY YOU OTHERWISE IN WRITING.

| APPLICANT'S SIGNATURE | | DATE 07/24/12 | PRODUCER'S SIGNATURE | |

ACORD 137 TX (2002/02)
INS137TX (0203.03)

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042821
KIT_CIVIL_00039714

# COMMENTS/REMARKS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Additional Coverages\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* POLICY LEVEL COVERAGES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Combined Single Limit

Additional Insured: Blanket - When required by written contract

Waiver of Subrogation: Blanket - When required by written contract

Primary and Non-Contributory: Blanket - When required by written contract

30-day NOC: Blanket   When required by written contract

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Hired/Borrowed Coverages\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

State: TX    Class Code: 99999
Cost of Hire: If Any
Hired/Borrowed Minimum:  Y

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Non Owned Coverages\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

State: TX    Class Code: 99999

COPYRIGHT 2000, AMS SERVICES INC.

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042822
KIT_CIVIL_00039715

ACORD

# WORKERS COMPENSATION APPLICATION

KIT CONSTR
05/09/2017

| AGENCY NAME AND ADDRESS | COMPANY Marketing Application Only |
|---|---|
| USI Southwest | UNDERWRITER: |
| 9811 Katy Freeway, Suite 500 | APPLICANT NAME: KIT Construction Services, Inc. |
| | OFFICE PHONE: MOBILE PHONE: |
| Houston TX 77024 | MAILING ADDRESS (Including ZIP + 4 or Canadian Postal Code) |
| PRODUCER NAME: House Account - Houston | 2100 W. Sam Houston Parkway S SIC 150000 |
| CSR REPRESENTATIVE Cindy Smithson | 77042 NAICS: 5999 |
| OFFICE PHONE (713) 490-4740 | Houston TX 77042 WEBSITE ADDRESS: www.kitprofs.com |
| MOBILE PHONE: | EMAIL ADDRESS ekalaga@kitprofs.com |
| FAX (816) 537-9218 | ☐ SOLE PROPRIETOR ☐ CORPORATION ☐ LLC ☐ LLP |
| E-MAIL cindy.smithson@usi.com | ☐ PARTNERSHIP ☐ SUBCHAPTER "S" CORP ☐ NOT FOR PROFIT ☒ OTHER UneRegwere |
| | USER ID: |
| CODE: SUB CODE: | FEDERAL EMPLOYER ID NUMBER NCCI RISK ID NUMBER ID NUMBER: OTHER RATING BUREAU ID OR STATE FMP OVER REGISTRATION NUMBER |
| AGENCY CUSTOMER ID. 751238 | 900717124 |

## STATUS OF SUBMISSION / BILLING/AUDIT INFORMATION

| STATUS OF SUBMISSION | BILLING/AUDIT INFORMATION | | |
|---|---|---|---|
| ☐ QUOTE ☐ ISSUE POLICY | BILLING PLAN | PAYMENT PLAN | AUDIT |
| ☐ BOUND (Give date and/or attach copy) | ☐ AGENCY BILL | ☐ ANNUAL | ☐ AT EXPIRATION ☐ MONTHLY |
| ☐ ASSIGNED RISK (Attach ACORD 133) | ☐ DIRECT BILL | ☐ SEMI-ANNUAL | ☐ SEMI-ANNUAL |
| | | ☐ QUARTERLY ☐ 10 PAY | ☐ QUARTERLY |

## LOCATIONS

| LOC # | STREET, CITY COUNTY, STATE, ZIP CODE | | | |
|---|---|---|---|---|
| 1 | 2000 W. Sam Houston Parkway S Ste 1400 | | | |
| | Houston Harris | | TX | 77042 |

## POLICY INFORMATION

| PROPOSED EFF DATE | PROPOSED EXP DATE | NORMAL ANNIVERSARY RATING DATE | PARTICIPATING | RETRO PLAN |
|---|---|---|---|---|
| 06/27/2017 | 06/27/2018 | | ☐ NON-PARTICIPATING | |

| PART 1 - WORKERS COMPENSATION (States) | PART 2 - EMPLOYERS LIABILITY | PART 3 - OTHER STATES INS | DEDUCTIBLES | AMOUNT(S) | OTHER COVERAGES |
|---|---|---|---|---|---|
| TX | $ 1,000,000 EACH ACCIDENT | | ☐ MEDICAL | | ☐ USL & H ☐ MANAGED CARE |
| | $ 1,000,000 DISEASE-POLICY LIMIT | | ☐ INDEMNITY | | ☐ VOLUNTARY COMP |
| | $ 1,000,000 DISEASE - EACH EMPLOYEE | | | | ☐ FOREIGN COVERAGE |

DIVIDEND PLAN/SAFETY GROUP    ADDITIONAL COMPANY INFORMATION

SPECIFY ADDITIONAL COVERAGES / ENDORSEMENTS
See Remarks

## TOTAL ESTIMATED ANNUAL PREMIUM - ALL STATES

| TOTAL ESTIMATED ANNUAL PREMIUM ALL STATES | TOTAL MINIMUM PREMIUM ALL STATES | TOTAL DEPOSIT PREMIUM ALL STATES |
|---|---|---|
| $ | $ | $ |

## CONTACT INFORMATION

| TYPE | NAME | OFFICE PHONE | MOBILE PHONE | E-MAIL |
|---|---|---|---|---|
| INSPECTION | Sudhakar Kalaga | (713) 783-8500 x229 | (713) 245-5431 | ekalaga@kitprofs.com |
| ACCTING RECORD | Same | | | |
| CLAIMS INFO | | | | |

## INDIVIDUALS INCLUDED/EXCLUDED

| TYPE | LOC # | NAME | DATE OF BIRTH | ROLE/RELATIONSHIP | OWNERSHIP % | DUTIES | INC/EXC | CLASS CODE | REMUNERATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

ACORD 130 (2007/11)
INS130 (200711) 06

CVSHA    Page 1 of 6    © 1986-2007 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042823
KIT_CIVIL_00039716

## STATE RATING WORKSHEET

**FOR MULTIPLE STATES, ATTACH AN ADDITIONAL PAGE 2 OF THIS FORM**

RATING INFORMATION - STATE: TX

| LOC# | CLASS CODE | OTHER CODE | CATEGORIES, RATES, CLASSIFICATIONS | # EMPLOYEES LH / PPT FT | *912 | MAICS | ESTIMATED ANNUAL REMUNERATION / PAYROLL | RATE | ESTIMATED ANNUAL AGGREGATE PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0042 | | Landscape Gardening | | | | If Any | | |
| 1 | 6219 | | Clearing of Utility Line Right of Way | | | | 7800 | | |
| 1 | 5200 | | Parking Areas and Driveways Construction | | | | If Any | | |
| 1 | 9014 | | Cleaner - Debris Removal | | | | If Any | | |
| 1 | 8809 | | Executive Officers Not Otherwise Classified Or Outside Telemarketers Duties Only | | | | 7800 | | |

## PREMIUM

| STATE: TX | FACTOR | FACTORED PREMIUM | | FACTOR | FACTORED PREMIUM |
|---|---|---|---|---|---|
| TOTAL | | | | | |
| INCREASED LMTS | | | SCHEDULE RATING | | |
| 14 PKG INL | | | CLL SI | | |
| EXPERIENCE OR MERIT MODIFICATION | | | STANDARD PREMIUM | | |
| | | | PREMIUM DISCOUNT | | |
| | | | EXPENSE CONSTANT | NA | |
| DEFICIENCY DEVIATION CREDIT | | | LOSS CONSTANT | NA | |
| ARA | | | | | |
| TOTAL ESTIMATED ANNUAL PREMIUM | MINIMUM PREMIUM | | | DEPOSIT PREMIUM | |
| $ | $ | | | $ | |

## REMARKS

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042824
KIT_CIVIL_00039717

PRIOR CARRIER INFORMATION/LOSS HISTORY

PROVIDE INFORMATION FOR THE PAST 5 YEARS AND USE THE REMARKS SECTION FOR LOSS DETAILS

| YEAR | CARRIER & POLICY NUMBER | ANNUAL PREMIUM | W3B | # CLAIMS | AMOUNT PAID | RESERVE |
|------|------------------------|----------------|-----|----------|-------------|---------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

GIVE COMMENTS AND DESCRIPTIONS OF BUSINESS OPERATIONS AND PRODUCTS: MANUFACTURING - RAW MATERIALS, PROCESSES, PRODUCT, EQUIPMENT; CONTRACTOR - TYPE OF WORK, SUB-CONTRACTS; MERCANTILE - MERCHANDISE, CUSTOMERS, DELIVERIES; SERVICE - TYPE, LOCATION; FARM - ACREAGE, ANIMALS, MACHINERY, SUB-CONTRACTS.

Construction of parking lots, metal warehouse building and concrete control plant building

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES

| | YES | NO |
|---|---|---|
| 1. DOES APPLICANT OWN, OPERATE OR LEASE AIRCRAFT/WATERCRAFT? | | |
| 2. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVED STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfill, wastes, fuel tanks, etc) | | |
| 3. ANY WORK PERFORMED UNDERGROUND OR ABOVE 15 FEET? | | |
| 4. ANY WORK PERFORMED ON BARGES, VESSELS, DOCKS, BRIDGE OR COFFERDAM? | | |
| 5. IS APPLICANT ENGAGED IN ANY OTHER TYPE OF BUSINESS? | | |
| 6. ARE SUB-CONTRACTORS USED? (if yes, give % of cost & work) | | |
| 7. ANY WORK SUBLET WITHOUT CERTIFICATES OF INSURANCE? (if "YES", payroll for this work must be included in the State Rating Worksheet on Page 2) | | |
| 8. IS ANY LEASED EQUIPMENT/PERSONNEL OWNED/RENTED? | | |
| 9. ANY GROUP TRANSPORTATION PROVIDED? | | |
| 10. ANY FULL OR PART-TIME OR SEASONAL EMPLOYEES OR HELP? | | |
| 11. ANY ADDITIONAL FAR OWNED? | | |
| 12. IS THERE ANY VOLUNTEER OR DONATED LABOR? (if "YES", please describe) | | |

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042825
KIT_CIVIL_00039718

GENERAL INFORMATION (continued)

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 13.  ANY EMPLOYEES WITH PHYSICAL HANDICAPS? | ☐ | ☐ |
| 14.  DO EMPLOYEES TRAVEL OUT OF STATE? (if "YES", indicate state(s) of travel and frequency) | ☐ | ☐ |
| 15.  ARE ATHLETIC TEAMS SPONSORED? | ☐ | ☐ |
| 16.  ARE PHYSICALS REQUIRED AFTER OFFERS OF EMPLOYMENT ARE MADE? | ☐ | ☐ |
| 17.  ANY OTHER INSURANCE WITH THIS INSURER? | ☐ | ☐ |
| 18.  ANY PRIOR COVERAGE DECLINED/ CANCELLED/NON-RENEWED IN THE LAST THREE (3) YEARS? (Not applicable in MO) | ☐ | ☐ |
| 19.  ARE EMPLOYEES HEALTH PLANS PROVIDED? | ☐ | ☐ |
| 20.  DO ANY EMPLOYEES PERFORM WORK FOR OTHER BUSINESSES OR SUBSIDIARIES? | ☐ | ☐ |
| 21.  DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | ☐ | ☐ |
| 22.  DO ANY EMPLOYEES PREDOMINANTLY WORK AT HOME? If "YES", # of Employees ____ | ☐ | ☐ |
| 23.  ANY TAX LIENS OR BANKRUPTCY WITHIN THE LAST FIVE (5) YEARS? )If "YES", please specify) | ☐ | ☐ |
| 24.  ANY UNDISPUTED AND UNPAID WORKERS COMPENSATION PREMIUM DUE FROM YOU OR ANY COMMONLY MANAGED OR OWNED ENTERPRISES? IF YES, EXPLAIN INCLUDING ENTITY NAME(S) AND POLICY NUMBER(S). | ☐ | ☐ |

**REMARKS (Attach additional sheets if more space is required)**

APPLICABLE IN TENNESSEE AND VERMONT:  T IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO ANY PARTY TO A WORKERS COMPENSATION TRANSACTION FOR THE PURPOSE OF COMMITTING FRAUD. PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, FL, HI, MA, NE, OH, OK, OR, TN or VT; in DC, LA, ME, VA and WA, insurance benefits may also be denied)

| APPLICANT'S SIGNATURE (Must be Officer/Owner or Partner) | DATE 0/24/1 | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|

ACORD 130 (2007/11)
INS130 (2011/08)

Page 4 of 5     CVSHA

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042826
KIT_CIVIL_00039719

# COMMENTS/REMARKS

*****************************************ADDITIONAL INFORMATION*********************************

*****************************************ADDITIONAL COVERAGES**********************************

\*\*\* Policy Level \*\*\*

Coverage: WCEL    Description: Workers Comp & Employer's Liab
Workers' Compensation Statutory Limits Apply

Coverage: STATU    Description: Statutory Limits
Workers' Compensation Statutory Limits Apply

Coverage: BWAIV    Description: Blanket Waiver of Subrogation
Workers' Compensation Statutory Limits Apply

*****************************************SUPPLEMENTAL NAMES**********************************

Supplementary Name: KIT Construction Services, Inc.
Legal Entity: C Corporation



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042827
KIT_CIVIL_00039720

# ACORD UMBRELLA / EXCESS SECTION

DATE (MM/DD/YYYY)
05/09/2017

IMPORTANT - If CLAIMS MADE is checked in the POLICY INFORMATION section below, this is an application for a claims-made policy.

| AGENCY USI Southwest | CARRIER | NAIC CODE |
|---|---|---|
| | Marketing Application | |

| POLICY NUMBER APPXS170810 | EFFECTIVE DATE 06/27/2017 | NAMED INSURED KIT Construction Services, Inc. |

## POLICY INFORMATION

| TRANSACTION TYPE | | LIMIT OF LIABILITY | | RETAINED LIMIT |
|---|---|---|---|---|
| NEW [X] RENEWAL [ ] REWRITE [X] [X] OCCURRENCE RETROACTIVE DATE | | 5,000,000 PD CUMB 5 | | 10,000 |
| [X] RENEWAL [ ] EXCESS [ ] CLAIMS MADE R&/OR [ ] DEDUCT | | 5,000,000 Aggregate | | |
| EXPIRING POLICY APPXS170810 | | | FIRST DOLLAR DEFENSE Y/N [X] |

## EMPLOYEE BENEFITS LIABILITY

| LIMIT OF INSURANCE (Es Employe) | AGGREGATE LIMIT FOR EBL | RETAINED LIMIT FOR EBL | RETROACTIVE DATE FOR EBL |
|---|---|---|---|
| $ | $ | | |

NAME OF BENEFIT PROGRAM

## PRIMARY LOCATION & SUBSIDIARIES (ACORD 125)

| # | NAME AND LOCATION OF PRIMARY AND ALL SUBSIDIARY COMPANIES (Describe Operations) | ANNUAL PAYROLL | AND GROSS SALES | FOREIGN GROSS SALES | # EMPL |
|---|---|---|---|---|---|
| | NAME: | | | | |
| | LOCATION: | | | | |
| | DESCRIPTION: | | | | |
| | NAME: | | | | |
| | LOCATION: | | | | |
| | DESCRIPTION: | | | | |
| | NAME: | | | | |
| | LOCATION: | | | | |
| | DESCRIPTION: | | | | |
| | NAME: | | | | |
| | LOCATION: | | | | |
| | DESCRIPTION: | | | | |
| | NAME: | | | | |
| | LOCATION: | | | | |
| | DESCRIPTION: | | | | |
| | NAME: | | | | |
| | LOCATION: | | | | |
| | DESCRIPTION: | | | | |

## UNDERLYING INSURANCE

LIST ALL UMBRELLA/EXCESS POLICIES AND/OR SCHEDULES IN FORCE TO APPLY AS UNDERLYING INSURANCE

| TYPE | CARRIER, POLICY NUMBER | POLICY EFF DATE | POLICY EXP DATE | LIMITS | | ANNUAL RENEWAL PREMIUM | RATING MOD |
|---|---|---|---|---|---|---|---|
| AUTOMOBILE LIABILITY | TBA Hired/Non-Owned | 06/27/2017 | 06/27/2018 | CSL LIABILITY | $ 1,000,000 | $ | |
| | | | | BI EACH | $ | | |
| | | | | BI OCCUR | $ | | |
| | | | | PD EACH ACC | $ | | |
| GENERAL LIABILITY POLICY TYPE [X] OCCUR [ ] CLAIMS MADE | TBA | 06/27/2017 | 06/27/2018 | EACH OCCURRENCE | $ 1,000,000 | PREMIUMS | |
| | | | | GENERAL AGGR | $ 2,000,000 | | |
| | | | | PRODUCTS/COMP OP AGG | $ 2,000,000 | PACKAGE | |
| | | | | PERSONAL & ADV INJURY | $ 1,000,000 | | |
| | | | | FIRE DAMAGE | $ 300,000 | OTHER | |
| | | | | MEDICAL EXPENSE | $ 5,000 | | |
| EMPLOYERS LIABILITY | TBA | 06/27/2015 | 06/27/2016 | EACH ACCIDENT | $ 1,000,000 | | |
| | | | | DISEASE-EA EMPLOYEE | $ 1,000,000 | | |
| | | | | DISEASE-POLICY LIMIT | $ 1,000,000 | | |

ACORD 131 (2009/10)
INS131 (2009)

CVSHA    1 of 5 #917252    © 1991-2009 ACORD CORPORATION. All rights reserved.

Attach to ACORD 125 and ACORD 126
The ACORD name and logo are registered marks of ACORD

CONFIDENTIAL
CONFIDENTIAL

## UNDERLYING INSURANCE (continued)

UNDERLYING GENERAL LIABILITY INFORMATION (Explain all "YES" responses)

1. ARE DEFENSE COSTS: [ ] WITHIN AGGREGATE LIMITS? [ ] A SEPARATE LIMIT? [ ] UNLIMITED?
2. INDICATE THE EDITION DATE OF THE ISO FORM OR SIMILAR FILING FOR THE UNDERLYING COVERAGE:
3. HAS ANY PRODUCT, WORK, ACCIDENT OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? (Y/N)

4. FOR CLAIMS MADE, INDICATE RETROACTIVE DATE OF CURRENT UNDERLYING POLICY:
5. FOR CLAIMS MADE, INDICATE ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COVERAGE:
6. FOR CLAIMS MADE, WAS TAIL COVERAGE PURCHASED FOR ANY PREVIOUS PRIMARY OR EXCESS POLICY? (Y/N) DATE:

| CHECK IF APPROPRIATE | COVERAGE | EXPOSURE | COVERAGE | EXPOSURE |
|---|---|---|---|---|
| OCCURRENCE | CARE, CUSTODY CONTROL | | PROFESSIONAL LIABILITY (E&O) | |
| CLAIMS MADE | EMPLOYEE BENEFIT LIABILITY | | VENDORS LIABILITY | |
| RETRO DATE | LIQUOR LEGAL LIABILITY | | WATERCRAFT LIABILITY | |
| COVERAGE / EXPOSURE | GARAGEKEEPERS LIABILITY | | | |
| MEDICAL LIABILITY | INCIDENTAL MEDICAL MALPRACTICE | | | |
| AIRCRAFT PASSENGER LIABILITY | UDLD LIABILITY | | | |
| AIR & GROUND HANGARS | POLLUTION LIABILITY | | | |

UNCOMMON EXTENSIONS OF COVERAGE, VOID OR LIMITING RESTRICTIONS

## CARE, CUSTODY, CONTROL

| LOC | PROPERTY TYPE | VALUE | A' | B' | C' | B" | SQ FT OF BLDG OCC |
|---|---|---|---|---|---|---|---|
| | REAL | | | | | | |
| | PERSONAL | | | | | | |

APPLICANT: (A) IS HELD HARMLESS IN THE LEASE (B) HAS A WAIVER OF SUBROGATION (C) IS A NAMED INSURED IN THE FIRE POLICY (D) OTHER (specify)

## VEHICLES

| TYPE | # OWNED | # NON-OWNED | # LEASED | PROPERTY HAULED | LOCAL | RADIUS (MILES) INTER-MEDIATE | LONG DISTANCE |
|---|---|---|---|---|---|---|---|
| PRIVATE PASSENGER | | | | | | | |
| LIGHT | | | | | | | |
| MEDIUM | | | | | | | |
| HEAVY | | | | | | | |
| EX HEAVY | | | | | | | |
| HEAVY | | | | | | | |
| EX HEAVY | | | | | | | |

ACORD 131 (2009/10)  CVSHIA  2 of 5 J817262
INS131 (200510)

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042629
KIT_CIVIL_00039722

ADDITIONAL EXPOSURES

EXPLAIN ALL "YES" RESPONSES, PROVIDE OTHER INFORMATION REQUIRED                                        Y/N

ADVERTISERS LIABILITY

1.   MEDIA USED:
     ANNUAL COST: $
2.   ARE SERVICES OF AN ADVERTISING AGENCY USED?

3.   ANY COVERAGE PROVIDED UNDER AGENCY'S POLICY?

AIRCRAFT LIABILITY

4.   DOES APPLICANT OWN / LEASE / OPERATE AIRCRAFT?

AUTO LIABILITY

5.   ARE EXPLOSIVES, CAUSTICS, FLAMMABLES OR OTHER DANGEROUS CARGO HAULED?

6.   ARE PASSENGERS CARRIED FOR A FEE?

7.   ANY UNITS NOT INSURED BY UNDERLYING POLICIES?

8.   ARE ANY VEHICLES LEASED OR RENTED TO OTHERS?

9.   A  E HIRED AND NON OWNED COVERAGES PROVIDED?

CONTRACTORS LIABILITY

10.  IS BRIDGE, DAM, OR MARINE WORK PERFORMED?

11.  DESCRIBE TYPICAL JOBS PERFORMED  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

12.  DESCRIBE AGREEMENT  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

13.  DOES APPLICANT OWN, RENT, OR OTHERWISE USE CRANES?

14.  DO SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN APPLICANT?

EMPLOYERS LIABILITY

15.  IS APPLICANT SELF INSURED IN ANY STATE?

16.  SUBJECT TO:   JONES ACT     FELA     USL&H-DBA     OTHER

INCIDENTAL MALPRACTICE LIABILITY

17.  IS A HOSPITAL OR FIRST AID FACILITY MAINTAINED?

18.  ARE COVERAGES PROVIDED FOR DOCTORS / NURSES?

19.  INDICATE # OF DOCTORS          NURSES:          ULUS:

ACORD 131 (2009/10)                                    CVSHA      3 of 6  A017252
INS131 (200910)

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042830
KIT_CIVIL_00039723

ADDITIONAL EXPOSURES (Continued)

EXPLAIN ALL "YES" RESPONSES. PROVIDE OTHER INFORMATION REQUIRED | Y/N

POLLUTION LIABILITY

20. DO CURRENT OR PAST PRODUCTS, OR THEIR COMPONENTS CONTAIN HAZARDOUS MATERIALS THAT MAY REQUIRE SPECIAL DISPOSAL METHODS?

21. INDICATE THE COVERAGES CARRIED:

- [ ] GL WITH STANDARD SC POLLUTION EXCLUSION
- [ ] GL WITH STANDARD SUDDEN & ACCIDENTAL ONLY
- [ ] GL WITH POLLUTION COVERAGE ENDORSEMENT
- [ ] SEPARATE POLLUTION COVERAGE

PRODUCT LIABILITY

22. ARE MISSILES, ENGINES, GUIDANCE SYSTEMS, FRAMES OR ANY OTHER PRODUCT USED/ INSTALLED IN AIRCRAFT?

23. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN THE USA OR US PRODUCTS SOLD / DISTRIBUTED IN FOREIGN COUNTRIES? (IF YES, Attach ACORD 815)

24. PRODUCT LIABILITY LOSS IN PAST THREE (3) YEAR(S)? POLICY;

25. GROSS SALES FOR EACH OF LAST THREE (3) YEARS: $             $             $

PRODUCTIVE LIABILITY

26. DESCRIBE MODIFICATION FACTORS (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

WATERCRAFT LIABILITY

27. DOES APPLICANT OWN OR LEASE WATERCRAFT?

| LOCA | # OWNED | LENGTH | NO. OF OWNED | DATE | # OWNED | LENGTH | HORSEPOWER |
|------|---------|--------|--------------|------|---------|--------|------------|
|      |         |        |              |      |         |        |            |

APARTMENTS / CONDOMINIUMS / HOTELS / MOTELS

| 28. LOCA | # UNITS | # UNITS | # SWIMMING POOLS | # DIVING BOARDS | LOCA | # STORIES | # UNITS | # SWIMMING POOLS | # DIVING BOARDS |
|----------|---------|---------|------------------|-----------------|------|-----------|---------|------------------|-----------------|
|          |         |         |                  |                 |      |           |         |                  |                 |

REMARKS (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

ACORD 131 (2009/10)
INS131 (200910)

CVSHA          1 of 5  #817252

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042831
KIT_CIVIL_00039724

REMARKS (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## SIGNATURE

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, DC, FL, HI,MA, NE, OH, OK, OR, VT or WA; In LA, ME, TN and VA, insurance benefits may also be denied.)

IN THE DISTRICT OF COLUMBIA, WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES.

IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

IN MASSACHUSETTS, NEBRASKA, OREGON AND VERMONT, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, MAY BE COMMITTING A FRAUDULENT INSURANCE ACT, WHICH MAY BE A CRIME AND MAY SUBJECT THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

IN WASHINGTON, IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.

IF THE COMPANY TO WHICH I AM APPLYING OFFERS UNINSURED MOTORISTS (UM) AND/OR UNDERINSURED MOTORISTS (UIM) COVERAGE IN MY STATE:

UNINSURED MOTORISTS (UM) COVERAGE: $ _____ *          UNDERINSURED MOTORISTS (UIM) COVERAGE: $ _____

* IF APPLICABLE IN YOUR STATE

### APPLICABLE ONLY IN LOUISIANA, NEW HAMPSHIRE, VERMONT AND WISCONSIN

APPLICABLE ONLY IN LOUISIANA:

I ACKNOWLEDGE THAT UM COVERAGE HAS BEEN EXPLAINED TO ME, AND I HAVE BEEN OFFERED THE OPTION OF SELECTING UM LIMITS EQUAL TO MY LIABILITY LIMITS, UM LIMITS LOWER THAN MY LIABILITY LIMITS, OR TO REJECT UM COVERAGE ENTIRELY.

1. I SELECT UM LIMITS INDICATED IN THIS APPLICATION. [_____] (INITIALS)          OR          2. I REJECT UM COVERAGE IN ITS ENTIRETY. [_____] (INITIALS)

APPLICABLE ONLY IN NEW HAMPSHIRE:

I ACKNOWLEDGE THAT UM COVERAGE HAS BEEN EXPLAINED TO ME, AND I HAVE BEEN OFFERED THE OPTION OF SELECTING UM LIMITS EQUAL TO MY LIABILITY LIMITS OR TO REJECT UM COVERAGE ENTIRELY.

1. I SELECT UM LIMITS INDICATED IN THIS APPLICATION. [_____] (INITIALS)          OR          2. I REJECT UM COVERAGE IN ITS ENTIRETY. [_____] (INITIALS)

APPLICABLE ONLY IN VERMONT:

I ACKNOWLEDGE THAT I HAVE BEEN OFFERED UM COVERAGE EQUAL TO MY LIABILITY LIMITS. I HAVE SELECTED THE LIMITS INDICATED IN THIS APPLICATION.

APPLICABLE ONLY IN WISCONSIN:

I ACKNOWLEDGE THAT I HAVE BEEN OFFERED UNINSURED MOTORIST (UM) COVERAGE AND UNDERINSURED MOTORIST (UIM) COVERAGE

1. I SELECT UM LIMITS INDICATED IN THIS APPLICATION. [_____] (INITIALS)          OR          2. I REJECT UM COVERAGE IN ITS ENTIRETY. [_____] (INITIALS)

3. I SELECT UIM LIMITS INDICATED IN THIS APPLICATION. [_____] (INITIALS)          OR          4. I REJECT UIM COVERAGE IN ITS ENTIRETY. [_____] (INITIALS)

IMPORTANT - THE STATEMENTS (ANSWERS) GIVEN ABOVE ARE TRUE AND ACCURATE. THE APPLICANT HAS NOT WILLFULLY CONCEALED OR MISREPRESENTED ANY MATERIAL FACT OR CIRCUMSTANCE CONCERNING THIS APPLICATION. THIS APPLICATION DOES NOT CONSTITUTE A BINDER.

| PRODUCER'S SIGNATURE | PRODUCER'S NAME (Please Print) | | STATE PRODUCER LICENSE NO (Required in Florida) |
| --- | --- | --- | --- |
| APPLICANT'S SIGNATURE | | DATE 03/24/12 | NATIONAL PRODUCER NUMBER |

ACORD 131 (2009/10)          CVSHA          5 of 5   6817252
INS131 (200910)

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00042832
KIT_CIVIL_00039725