# Exhibit 23
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| From: | Sudhakar Kalaga |
| Sent: | Friday, February 22, 2013 3:39 PM |
| To: | pablodagostino@mac.com |
| Subject: | Fwd: FedEx Shipment 343450850179098 Delivered |

Got it already!!!

Sudhakar Kalaga
(Sent from iPhone)

Begin forwarded message:

> **From:** <trackingupdates@fedex.com>
> **Date:** February 22, 2013, 2:51:58 PM CST
> **To:** <skalaga@kitprofs.com>
> **Subject: FedEx Shipment 343450850179098 Delivered**
> **Reply-To:** <trackingmail@fedex.com>

This tracking update has been requested by:

| | |
|---|---|
| Name: | 'not provided by requestor' |
| E-mail: | 'not provided by requestor' |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Invoice number: | 8 |
| Purchase order number: | 924545 |
| Reference: | 6220544 |
| Ship (P/U) date: | Feb 21, 2013 |
| Delivery date: | Feb 22, 2013 2:50 PM |
| Sign for by: | AKALAGA |
| Delivery location: | Sugar Land, TX |
| Service type: | FedEx Ground |
| Packaging type: | Package |
| Number of pieces: | 1 |
| Weight: | 70.20 lb. |
| Special handling/Services: | Adult Signature Required |
| Tracking number: | 343450850179098 |

| Shipper Information | Recipient Information |
|---|---|
| Shipping | Sudhakar Kalaga |

| | |
|---|---|
| APX | 1111 Whisper Trace Ln |
| 226 Dean A McGee Ave | Sugar Land |
| Oklahoma CIty | TX |
| OK | US |
| US | 774795926 |
| 73102 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:51 PM CST on 02/22/2013.

To learn more about FedEx Ground, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Wednesday, October 9, 2013 2:17 PM |
| **To:** | 'pablodagostino@mac.com' |
| **Subject:** | FW: APMEX - Payment Received for Order #7150919 |

FYI.....

**From:** APMEX.com Sales [mailto:sales@apmex.com]
**Sent:** Wednesday, October 09, 2013 2:13 PM
**To:** Sudhakar Kalaga
**Subject:** APMEX - Payment Received for Order #7150919

  (800) 375-9006

**Order#:** 7150919
**Order Date:** Oct 8 2013 2:39PM

Dear Sudhakar,

We are pleased to inform you that your Bank Wire payment of $23,260.00 for order# 7150919 has been processed. In accordance with the APMEX Quick Ship program, your order is eligible to ship within one (1) business day. You will receive an email notification once we ship your order.

Remember to visit APMEX.com often to see our special offers, new product and much more.

Thank you for shopping with APMEX. We appreciate your business.

Shop Gold | Shop Silver | Top 40 Best Sellers | Your Account

Privacy Policy |FAQs |Contact Us |Give Us Your Feedback
? 2013 APMEX, Inc. All rights reserved.
226 Dean A. McGee Ave, Oklahoma City, OK - 73102



CONFIDENTIAL

KIT_CIVIL_00073231

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Tuesday, January 7, 2014 2:07 PM |
| **To:** | pablo dagostino |
| **Subject:** | FW: APMEX - Order #7607099 Has Been Shipped |

FYI

Thanks,

**Sudhakar Kalaga,** PE

**KIT Professionals, Inc.**
2000 W Sam Houston Parkway S, Suite 1400
Houston, TX 77042
Main:  (713) 783-8700 | Fax: (713) 783-8747
Direct: (713) 792-6649 | Cell: (713) 443-6431
Email:  skalaga@kitprofs.com

**WE MOVED!  PLEASE MAKE NOTE OF OUR NEW ADDRESS.**

**From:** APMEX.com Sales [mailto:sales@apmex.com]
**Sent:** Tuesday, January 07, 2014 2:06 PM
**To:** Sudhakar Kalaga
**Subject:** APMEX - Order #7607099 Has Been Shipped



**(800) 375-9006**

**Order#:** 7607099
**Order Date:** 2014-01-07

Dear Sudhakar,

This email confirms that we have shipped your order. Here are the shipping details:

**Shipping Method**
Your package is being shipped by: Fedex
Tracking number: 591712614200

You may use this tracking number to track the status of your package online. Depending on the carrier, it may take 24-48 hours for your tracking number to return any information. Please note, your order may be shipped in multiple packages.

To view the details of your order, please visit your account on **APMEX.com**. If you have questions about your order, please contact Customer Service at (800) 375-9006, Monday through Friday from 8 a.m. to 6 p.m. ET.

**Shipping To**
**Company:** KIT Professionals, Inc.
**Name:** Sudhakar Kalaga
**Address:** 2000 W. Sam Houston Parkway S.
**Address2:** Suite 1400
**County:**
**City:** Houston
**State:** TX
**Zip:** 77042
**Country:** USA

We appreciate your business. Remember to visit APMEX.com often to see our special offers, new products and much more.

Shop Gold | Shop Silver | Top 40 Best Sellers | Your Account

Privacy Policy | FAQs | Contact Us | Give Us Your Feedback
© 2014 APMEX, Inc. All rights reserved.
226 Dean A. McGee Ave, Oklahoma City, OK - 73102



| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Wednesday, September 24, 2014 9:38 AM |
| **To:** | 'pablo dagostino' |
| **Subject:** | FW: APMEX - Order #8740622 Has Been Shipped |
| **Importance:** | High |

**From:** APMEX.com Sales [mailto:sales@apmex.com]
**Sent:** Wednesday, September 24, 2014 9:26 AM
**To:** Sudhakar Kalaga
**Subject:** APMEX - Order #8740622 Has Been Shipped



**(800) 375-9006**

**Order#:** 8740622
**Order Date:** 2014-09-23

Dear Sudhakar,

This email confirms that we have shipped your order. Here are the shipping details:

**Shipping Method**
Your package(s) is/are being shipped by: UPS (United Parcel Service)
Tracking numbers: 1Z89F353A854189263, 1Z89F353A854737705

You may use these tracking numbers to track the status of your packages online. Depending on the carriers, it may take 24-48 hours for your tracking numbers to return any information. Please note, your order is shipped in multiple packages.

To view the details of your order, please visit your account on APMEX.com. If you have questions about your order, please contact Customer Service at (800) 375-9006, Monday through Friday from 8 a.m. to 6 p.m. ET.

**Shipping To**
**Company:**
**Name:**      Sudhakar Kalaga
**Address:**   2207 Bancroft
**Address2:**  Unit #1201
**County:**
**City:**      Houston
**State:**     TX
**Zip:**       77027
**Country:**   USA

We appreciate your business. Remember to visit APMEX.com often to see our special offers, new products and much more.



| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Friday, March 13, 2015 11:10 AM |
| **To:** | pablodagostino@mac.com |
| **Subject:** | FW: APMEX - Order Confirmation #9534950 |

**From:** APMEX.com Sales [mailto:sales@apmex.com]
**Sent:** Friday, March 13, 2015 11:11 AM
**To:** Sudhakar Kalaga
**Subject:** APMEX - Order Confirmation #9534950

     **(800) 375-9006**

**Order#:** 9534950
**Order Date:** Mar 13 2015 11:10AM

Dear Sudhakar ,

**Thank you for shopping with APMEX.**

This email confirms we have received your order. Once we have confirmed your payment for this order, we will begin gathering the items you selected and will process your order immediately. You will receive another email when your order has shipped.



You can view your order details anytime online as well as track your order status by logging into your account at APMEX.com and selecting the order tracking tab. If you have questions about your order, please contact Customer Service at (800) 375-9006, Monday through Friday from 8 a.m. to 6 p.m. ET.

Respectfully,

Damon Stell (Ext.230)

Damon.Stell@APMEX.com

**ORDER SUMMARY:**

**Shipping Information**
**Company:**
**Name:** Sudhakar Kalaga
**Address:** 10 ELLICOTT WAY
**Address2:**
**City:** SUGAR LAND
**State:** TX

**Zip:** 77479-2870
**Country:** USA

**Special Instructions:** VIP account

**Order Items:**

| ID | Description | Qty | Price | Total |
|---|---|---|---|---|
| 35629 | 100 oz Silver Bar - Johnson Matthey | 12 | $1,650.00 | $19,800.00 |
| | | | Subtotal: | $19,800.00 |
| | | | S, H, & I: | $0.00 |
| | | | Taxes: | $0.00 |
| | | | Discount: | $0.00 |
| | | | Total: | $19,800.00 |

**Payment Method:** Bank Wire (No ACH Accepted)

**Payment Information:**

**Send your Bank Wire Payment to:**

Beneficiary:
APMEX - Clearing Account
226 Dean A. McGee Avenue
Oklahoma City, OK 73102
Ref:

Account # 805 484 041
Bank of Oklahoma, N.A.
Tulsa, OK
ABA Routing # 103 900 036
Sudhakar Kalaga / 9534950

**Please note:** In accordance with our Market Loss Policy, this transaction is locked in and may not be cancelled by you. If you do not send in your payment, you will be subject to our Market Loss Policy you agreed to when you established your account. You may be liable for cancellation fees as well as market loss fees, if applicable. It is your responsibility to make sure your payment is received within the time allowed.

APMEX reserves the right to cancel orders that do not meet the applicable deadlines. We recommend sending your payment immediately to ensure your payment is received on time.

Shop Gold | Shop Silver | Top 40 Best Sellers | Your Account

Privacy Policy | FAQs | Contact Us | Give Us Your Feedback
© 2015 APMEX, Inc. All rights reserved.
226 Dean A. McGee Ave, Oklahoma City, OK - 73102

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Wednesday, August 26, 2015 6:39 PM |
| **To:** | Pablo Dagostino |
| **Subject:** | FW: APMEX - Order Confirmation #10370972 |

Fyi….

**From:** APMEX.com Sales [mailto:sales@apmex.com]
**Sent:** Wednesday, August 26, 2015 4:49 PM
**To:** Sudhakar Kalaga
**Subject:** APMEX - Order Confirmation #10370972



(800) 375-9006

Sudhakar,

Thank you for shopping with APMEX. We have received your recent order **#10370972\***. Once we have confirmed your payment for this order, we will begin gathering the items you selected and will process your order immediately.

Please send your same day bank wire (no ACH accepted) payment to:
Beneficiary
APMEX – Clearing Account
226 Dean A. McGee Avenue
Oklahoma City, OK 73102

Account # 805 484 041
Bank of Oklahoma, N.A.
ABA Routing # 103 900 036

Reference Order **#10370972**

You will be sent an email confirmation once your payment has been received.

### Order Details

| ID | Description | Qty | Price | Total |
|---|---|---|---|---|
| 35629 | 100 oz Silver Bar - Johnson Matthey | 12 | $1,549.00 | $18,588.00 |
| | | | Subtotal: | $18,588.00 |
| | | | S, H, & I: | $0.00 |

|  |  |
|--|--|
| **Taxes:** | $0.00 |
| **Discount:** | $0.00 |
| **Total:** | $18,588.00 |

**Shipping To**
**Company:**
**Name:** Sudhakar Kalaga
**Address:** 2207 BANCROFT ST
**Address 2:** APT 1201
**City:** HOUSTON
**State:** TX
**Zip:** 77027-3729
**Country:** USA

**Special Instructions:** VIP account

To track your order status, log into your account here and view your order history.

If you have questions about your order, you can chat with us online or call our helpful Customer Service department at (800) 375-9006, Monday through Friday, from 8 a.m. to 6 p.m. (ET).

Thank you for choosing APMEX.

Respectfully,

Damon Stell (Ext.230)

Damon.Stell@APMEX.com

*In accordance with our Market Loss Policy, this transaction is locked in and may not be cancelled by you. If you do not send in your payment, you will be subject to our Market Loss Policy you agreed to when you established your account. You may be liable for cancellation fees as well as market loss fees, if applicable. It is your responsibility to make sure your payment is received within the time allowed.

APMEX reserves the right to cancel orders that do not meet the applicable deadlines. We recommend mailing your payment immediately to ensure your payment is received on time.

© 2015 APMEX, Inc.
226 Dean A McGee Ave, Oklahoma City, OK, 73102-3413