# Exhibit 29
# to TIC's Motion for a Preliminary Injunction
# Part 1 of 4
# (FILED UNDER SEAL)

# JOE ENIS
## ATTORNEY AT LAW
## 1524 TEASDALE
## CONROE, TEXAS 77301
## 936-827-3959

joeenis@msn.com                                          Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 255 Bloomhill Place, Magnolia

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from SKBP Ventures, L.L.C. to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign (as Managing Member) both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **Both documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

Joe Enis
Joe Enis

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009385
SKBP_CIVIL_00000001

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED

**Date:** _____, 2018

**Grantor:**   SKBP VENTURES, L.L.C., a Texas Limited Liability Company

**Grantor's Mailing Address:**

> SKBP VENTURES, L.L.C.
> 2000 W. SAM HOUSTON PKWY, SUITE 1400
> HOUSTON, TEXAS   77042

**Grantee:**   PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

> PD RENTALS LLC
> P. O. BOX 79324
> HOUSTON, TEXAS   77279

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

Lot Twenty One (21), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Eighty-Eight (88), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet Z, Sheet 1094, of the Plat Records of Montgomery County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations; and taxes for 2018, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the

Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property,

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009386
SKBP_CIVIL_00000002

together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title or tax search has been made.

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

SUDHAKAR KALAGA, Managing Member

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the $\boxed{12}$ day of December , 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: $09 - 12 - 2022$

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
The Woodlands Village of Sterling Ridge
SKBP Ventures, L.L.C. to PD Rentals LLC
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009387
SKBP_CIVIL_00000003

NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Harris-Montgomery Counties Municipal Utility District No. 386 (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds, As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $0.465 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $293,500,000, and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $157,070.000.

The District is located in whole or in part in the extraterritorial jurisdiction of the City of Houston (the "City"). By law, a district located in the extraterritorial jurisdiction of a municipality may be annexed without the consent of the district if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended. When a district is annexed under these procedures, the district is dissolved.

In addition, the District is located in whole or in part in the boundaries of The Woodlands Township, a political subdivision of the State of Texas (the "Township"). The Township and the City entered into a Regional Participation Agreement that addresses, among other things, the procedures under which the area of the Township may be excluded from the extraterritorial jurisdiction of the City and thereafter be incorporated as a municipality. In the event of incorporation, the municipality may dissolve the District without its consent if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended.

The purpose of this District is to provide water, sewer, drainage, flood control and recreational facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Twenty-One (21), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Eighty-Eight (88), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet Z, Sheet 1094, in the Plat Records of Montgomery County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

SUDHAKAR KALAGA, Managing Member

Date:   12/12/2018

Notice to Purchaser
Lot 21, Block 1, Village of Sterling Ridge, Section 88
Page-1-

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 12 day of December 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



Notary Public, State of Texas
My commission expires: 09-12-2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

PABLO H DAGOSTINO, Managing Member

ate: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 21, Block 1, Village of Sterling Ridge, Section 88
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009389
SKBP_CIVIL_00000005

# JOE ENIS
## ATTORNEY AT LAW
## 1524 TEASDALE
## CONROE, TEXAS 77301
## 936-827-3959

joeenis@msn.com                                                    Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 303 Bloomhill Place, The Woodlands

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from SKBP Ventures, L.L.C. to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign (as Managing Member) both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **Both documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

Joe Enis
Joe Enis

KALAGA_GJ_00009390
SKBP_CIVIL_00000006

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED

**Date:** _____, 2018

**Grantor:**   SKBP VENTURES, L.L.C., a Texas Limited Liability Company

**Grantor's Mailing Address:**

> SKBP VENTURES, L.L.C.
> 2000 W. SAM HOUSTON PKWY, SUITE 1400
> HOUSTON, TEXAS   77042

**Grantee:**   PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

> PD RENTALS LLC
> P. O. BOX 79324
> HOUSTON, TEXAS   77279

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

Lot Two (2), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Eighty-Eight (88), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet Z, Sheet 1094, in the Plat Records of Montgomery County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations; and taxes for 2018, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the

Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property,

---

General Warranty Deed
The Woodlands Village of Sterling Ridge
SKBP Ventures, L.L.C. to PD Rentals LLC
Page-1-

CONFIDENTIAL
CONFIDENTIAL

together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title or tax search has been made.

> SKBP VENTURES, L.L.C., a Texas Limited Liability Company,
>
> *[signature]*
>
> SUDHAKAR KALAGA, Managing Member

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the **12** day of **December**, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.


VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: **09-12-2022**

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
The Woodlands Village of Sterling Ridge
SKBP Ventures, L.L.C. to PD Rentals LLC
Page-2-

KALAGA_GJ_00009392
SKBP_CIVIL_00000008

## NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Harris-Montgomery Counties Municipal Utility District No. 386 (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds. As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $0.465 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $293,500,000, and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $157,070.000.

The District is located in whole or in part in the extraterritorial jurisdiction of the City of Houston (the "City"). By law, a district located in the extraterritorial jurisdiction of a municipality may be annexed without the consent of the district if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended. When a district is annexed under these procedures, the district is dissolved.

In addition, the District is located in whole or in part in the boundaries of The Woodlands Township, a political subdivision of the State of Texas (the "Township"). The Township and the City entered into a Regional Participation Agreement that addresses, among other things, the procedures under which the area of the Township may be excluded from the extraterritorial jurisdiction of the City and thereafter be incorporated as a municipality. In the event of incorporation, the municipality may dissolve the District without its consent if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended.

The purpose of this District is to provide water, sewer, drainage, flood control and recreational facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Two (2), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Eighty-Eight (88), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet Z, Sheet 1094, of the Plat Records of Montgomery County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

---

Notice to Purchaser
Lot 2, Block 1, Village of Sterling Ridge, Section 88
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009393
SKBP_CIVIL_00000009

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the ⟨12⟩ day of ⟨December⟩ 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



Notary Public, State of Texas
My commission expires: ⟨09-12-2022⟩

    PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT. PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

    The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____

PABLO H DAGOSTINO, Managing Member

ate: _____

STATE OF TEXAS

COUNTY OF HARRIS

    This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____

Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 2, Block 1, Village of Sterling Ridge, Section 88
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009394
SKBP_CIVIL_00000010

# JOE ENIS
## ATTORNEY AT LAW
### 1524 TEASDALE
### CONROE, TEXAS 77301
### 936-827-3959

joeenis@msn.com                                          Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 331 Bloomhill Place, The Woodlands

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from SKBP Ventures, L.L.C. to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign (as Managing Member) both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **Both documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

Joe Enis

Joe Enis

KALAGA_GJ_00009395
SKBP_CIVIL_00000011

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

<u>**GENERAL WARRANTY DEED**</u>

**Date:** _____, 2018

**Grantor:**     SKBP VENTURES, L.L.C., a Texas Limited Liability Company

**Grantor's Mailing Address:**

> SKBP VENTURES, L.L.C.
> 2000 W. SAM HOUSTON PKWY, SUITE 1400
> HOUSTON, TEXAS   77042

**Grantee:**     PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

> PD RENTALS LLC
> P. O. BOX 79324
> HOUSTON, TEXAS   77279

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

Lot Nine (9), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Eighty-Eight (88), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet Z, Sheet 1094, of the Map Records of Montgomery County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations, and taxes for 2018, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the

Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property,

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009396
SKBP_CIVIL_00000012

together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title or tax search has been made.

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,



SUDHAKAR KALAGA, Managing Member

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the $\underline{12}$ day of December_____, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: $09-12-2022$

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
The Woodlands Village of Sterling Ridge
SKBP Ventures, L.L.C. to PD Rentals LLC
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009397
SKBP_CIVIL_00000013

NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Harris-Montgomery Counties Municipal Utility District No. 386 (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds, As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $0.465 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $293,500,000, and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $157,070,000.

The District is located in whole or in part in the extraterritorial jurisdiction of the City of Houston (the "City"). By law, a district located in the extraterritorial jurisdiction of a municipality may be annexed without the consent of the district if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended. When a district is annexed under these procedures, the district is dissolved.

In addition, the District is located in whole or in part in the boundaries of The Woodlands Township, a political subdivision of the State of Texas (the "Township"). The Township and the City entered into a Regional Participation Agreement that addresses, among other things, the procedures under which the area of the Township may be excluded from the extraterritorial jurisdiction of the City and thereafter be incorporated as a municipality. In the event of incorporation, the municipality may dissolve the District without its consent if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended.

The purpose of this District is to provide water, sewer, drainage, flood control and recreational facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Nine (9), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Eighty-Eight (88), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet Z, Sheet 1094, of the Map Records of Montgomery County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

Notice to Purchaser
Lot 9, Block 1, Village of Sterling Ridge, Section 88
Page-1-

CONFIDENTIAL
CONFIDENTIAL
KALAGA_GJ_00009398
SKBP_CIVIL_00000014

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 12 day of December 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



Notary Public, State of Texas
My commission expires: 09 - 12 - 2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member

ate: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 9, Block 1, Village of Sterling Ridge, Section 88
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009399
SKBP_CIVIL_00000015

# JOE ENIS
## ATTORNEY AT LAW
### 1524 TEASDALE
### CONROE, TEXAS 77301
### 936-827-3959

joeenis@msn.com                                          Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 54 Blue Creek Place, Spring

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from SKBP Ventures, L.L.C. to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign (as Managing Member) both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **Both documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

*Joe Enis*
Joe Enis

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009400
SKBP_CIVIL_00000016

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON,
YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING
INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN
REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:
YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## GENERAL WARRANTY DEED

**Date:** _____, 2018

**Grantor:**     SKBP VENTURES, L.L.C., a Texas Limited Liability Company

**Grantor's Mailing Address:**

> SKBP VENTURES, L.L.C.
> 2000 W. SAM HOUSTON PKWY, SUITE 1400
> HOUSTON, TEXAS   77042

**Grantee:**     PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

> PD RENTALS LLC
> P. O. BOX 79324
> HOUSTON, TEXAS   77279

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are
hereby acknowledged.

**Property (including any improvements):**

Lot Thirteen (13), Block One (1), of the Woodlands, Village of Sterling Ridge, Section Fourteen
(14), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded
in Cabinet R, Sheet 57, in the Plat Records of Montgomery County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or
not; all presently recorded and validly existing restrictions, reservations, covenants, conditions,
oil and gas leases, mineral interests, and water interests outstanding in persons other than
Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the
Property; validly existing rights of adjoining owners in any walls and fences situated on a
common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any
encroachments or overlapping of improvements; all rights, obligations, and taxes for 2018,
which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years
due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the

Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property,

General Warranty Deed
The Woodlands Village of Sterling Ridge
SKBP Ventures, L.L.C. to PD Rentals LLC
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009401
SKBP_CIVIL_00000017

together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title or tax search has been made.

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

SUDHAKAR KALAGA, Managing Member

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the ___12___ day of __December__, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: __09-12-22__

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
The Woodlands Village of Sterling Ridge
SKBP Ventures, L.L.C. to PD Rentals LLC
Page-2-

CONFIDENTIAL
CONFIDENTIAL

## NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Harris-Montgomery Counties Municipal Utility District No. 386 (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds. As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $0.465 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $293,500,000, and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $157,070.000.

The District is located in whole or in part in the extraterritorial jurisdiction of the City of Houston (the "City"). By law, a district located in the extraterritorial jurisdiction of a municipality may be annexed without the consent of the district if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended. When a district is annexed under these procedures, the district is dissolved.

In addition, the District is located in whole or in part in the boundaries of The Woodlands Township, a political subdivision of the State of Texas (the "Township"). The Township and the City entered into a Regional Participation Agreement that addresses, among other things, the procedures under which the area of the Township may be excluded from the extraterritorial jurisdiction of the City and thereafter be incorporated as a municipality. In the event of incorporation, the municipality may dissolve the District without its consent if the municipality complies with the procedures and requirements of Chapter 43, Texas Local Government Code, as amended.

The purpose of this District is to provide water, sewer, drainage, flood control and recreational facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Thirteen (13), Block One (1), of the Woodlands Village of Sterling Ridge, Section Fourteen (14), a subdivision in Montgomery County, Texas, according to the Map or Plat thereof recorded in Cabinet R, Sheet 57, in the Plat Records of Montgomery County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

Notice to Purchaser
Lot 13, Block 1, Village of Sterling Ridge, Section 14
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009403
SKBP_CIVIL_00000019

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 12 day of December 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



Notary Public, State of Texas
My commission expires: 09-12-2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member

ate: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 13, Block 1, Village of Sterling Ridge, Section 14
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009404
SKBP_CIVIL_00000020

# JOE ENIS
## ATTORNEY AT LAW
## 1524 TEASDALE
## CONROE, TEXAS 77301
## 936-827-3959

joeenis@msn.com                                    Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 21219 Fire Wind Court, Spring

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from Sudhakar Kalaga to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **All documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Please note that the Deed is from Mr. Kalaga personally as we did not find a deed from Mr. Kalaga to the LLC. If there is an unrecorded deed that should be recorded and then transferred from the LLC please let me know. I believe we discussed this earlier and you did not know of any deed.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

Joe Enis
Joe Enis

KALAGA_GJ_00009405
SKBP_CIVIL_00000021

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED

**Date:** _____, 2018

**Grantor:**    SUDHAKAR KALAGA

**Grantor's Mailing Address:**

> SUDHAKAR KALAGA
> 2000 W. SAM HOUSTON PKWY, SUITE 1400
> HOUSTON, TEXAS   77042

**Grantee:**    PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

> PD RENTALS LLC
> P. O. BOX 79324
> HOUSTON, TEXAS   77279

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

Lot Thirty-Seven (37), in Block Four (4), SPRINGBROOK, Section Five (5), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Clerk's Film Code No. 5902591, of the Map and/or Plat Records of Harris County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations, and taxes for 2018, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance

---

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009406
SKBP_CIVIL_00000022

and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title search has been made.

SUDHAKAR KALAGA

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on December 12, 2018, by SUDHAKAR KALAGA.

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: 09-12-2022

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
Sudhakar Kalaga to PD Rentals LLC
Lot 37 Blk 4, Springbrook, Sec. 5
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009407
SKBP_CIVIL_00000023

## NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Bridgestone Municipal Utility District No. 2. (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds, As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $.870 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $128,097,000.00 and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $102,303,332.00.

The District has the authority to adopt and impose a standby fee on property in the district and has water, sanitary sewer, or drainage facilities and services available but not connected and which does not have a house, building, or other improvement located thereon and does not substantially utilize the utility capacity available to the property. The district may exercise the authority without holding an election on the matter. As of this date, the most recent amount of the standby fee is $-0-.

**\*An unpaid standby fee is a personal obligation of the person who owned the property at the time of imposition and is secured by a lien on the property. Any person may request a certificate from the district stating the amount, if any, of unpaid standby fees on a tract of property in the district.**

The purpose of this District is to provide water, sewer, drainage, or flood control facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Thirty-Seven (37) Block Four (4) SPRINGBROOK, Section Five (5), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Film Code No. 5902591 of the Map Records of Harris County, Texas.

SELLER:

SUDHAKAR KALAGA
Date: 12 | 12 | 2018

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 12 day of December, 2018, by SUDHAKAR KALAGA

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: 09-12-2022

Notice to Purchaser
Lot 37, Block 4, Springbrook, Section 5
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009408
SKBP_CIVIL_00000024

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member

Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas

My commission expires: _____

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009409
SKBP_CIVIL_00000025