# Exhibit 29
# to TIC's Motion for a Preliminary Injunction
# Part 3 of 4
# (FILED UNDER SEAL)

# JOE ENIS
## ATTORNEY AT LAW
1524 TEASDALE
CONROE, TEXAS 77301
936-827-3959

joeenis@msn.com                                         Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 23106 Oxbow Trail, Spring

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from SKBP Ventures, L.L.C. to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice
3. Notice to Purchaser Regarding RD UD District
4. Notice of Restrictions

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign (as Managing Member) both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **All documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

*Joe Enis*

Joe Enis

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## GENERAL WARRANTY DEED

**Date:** _____, 2018

**Grantor:** SKBP VENTURES, L.L.C., a Texas Limited Liability Company

**Grantor's Mailing Address:**

    SKBP VENTURES, L.L.C.
    2000 W. SAM HOUSTON PKWY, SUITE 1400
    HOUSTON, TEXAS   77042

**Grantee:** PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

    PD RENTALS LLC
    P. O. BOX 79324
    HOUSTON, TEXAS   77279

**Consideration:**

    Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

Lot Eleven (11) in Block Two (2) of VILLAGES OF NORTHGATE CROSSING, SECTION FIVE (5), an addition in Harris County, Texas, according to the Map or Plat thereof recorded in Clerk's Film Code No. 421095, Map Records of Harris County, Texas.

**Reservations from Conveyance:**

    None

**Exceptions to Conveyance and Warranty:**

    Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations, and taxes for 2018, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

    Grantor, for the Consideration and subject to the Reservations from Conveyance

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009439
SKBP_CIVIL_00000055

and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title search has been made.

SKBP VENTURES, L.L.C., a Texas Limited Liability Company

_/s/ Sudhakar Kalaga_
SUDHAKAR KALAGA, Managing Member

STATE OF TEXAS )

COUNTY OF HARRIS )

This instrument was acknowledged before me on December 12, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: 09-12-2022

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
SKBP Ventures, L.L.C. to PD Rentals LLC
Villages of Northgate
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009440
SKBP_CIVIL_00000056

## NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Northgate Crossing Municipal Utility District No. 2. (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds. As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $.870 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $18,890,000.00 and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $18,450,000.00.

The District has the authority to adopt and impose a standby fee on property in the district and has water, sanitary sewer, or drainage facilities and services available but not connected and which does not have a house, building, or other improvement located thereon and does not substantially utilize the utility capacity available to the property. The district may exercise the authority without holding an election on the matter. As of this date, the most recent amount of the standby fee is $-0-.

**\*An unpaid standby fee is a personal obligation of the person who owned the property at the time of imposition and is secured by a lien on the property. Any person may request a certificate from the district stating the amount, if any, of unpaid standby fees on a tract of property in the district.**

The purpose of this District is to provide water, sewer, drainage, or flood control facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Eleven (11), Block Two (2) of VILLAGES OF NORTHGATE CROSSING, Section Five (5), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Film Code No. 421095 of the Map Records of Harris County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

_(signature)_

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

Notice to Purchaser
Lot 11, Block 2, Villages of Northgate Crossing, Section 5
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009441
SKBP_CIVIL_00000057

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 12 day of December, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



Notary Public, State of Texas
My commission expires: 9-12-2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member
Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 11, Block 2, Villages of Northgate Crossing, Section 5
Page -2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009442
SKBP_CIVIL_00000058

NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Northgate RD UD. (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds. As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $.125 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $15,675.000.00 and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $3,525.00.

The District has the authority to adopt and impose a standby fee on property in the district and has water, sanitary sewer, or drainage facilities and services available but not connected and which does not have a house, building, or other improvement located thereon and does not substantially utilize the utility capacity available to the property. The district may exercise the authority without holding an election on the matter. As of this date, the most recent amount of the standby fee is $-0-.

**\*An unpaid standby fee is a personal obligation of the person who owned the property at the time of imposition and is secured by a lien on the property. Any person may request a certificate from the district stating the amount, if any, of unpaid standby fees on a tract of property in the district.**

The purpose of this District is to provide water, sewer, drainage, or flood control facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot Eleven (11), Block Two (2) of VILLAGES AT NORTHGATE CROSSING, Section Five (5), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Film Code No. 421095 of the Map Records of Harris County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

_[signature]_

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

---

Notice to Purchaser
Lot 11, Block 2, Villages at Northgate Crossing, Section 5
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009443
SKBP_CIVIL_00000059

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on December 12, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said corporation.



Notary Public, State of Texas

My commission expires: 09-12-2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member
Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 11, Block 2, Villages at Northgate Crossing, Section 5
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009444
SKBP_CIVIL_00000060

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## NOTICE TO PURCHASER

STATE OF TEXAS

COUNTY OF HARRIS

The real property described below, which you are purchasing, is subject to deed restrictions recorded at Film Code No. 591267 of the Map Records of Harris County, Texas, and by instrument(s) filed for record under Harris County Clerk's File Nos. J963681, M278281, P959090, R049883, R049884, R049885, S326105, V045254, Z247556, 20100211242, 20100211243, 20100269060, 20100269061, 20100312113, 20110340330, 20110526732, 20110526733, 20110526734, 20110526735, 20110542359, 20120046632, 20130022225, 20130120267, 20130524516, 20140080147, 20150090147, 20150090181, and 20150117707. THE RESTRICTIONS LIMIT YOUR USE OF THE PROPERTY. THE CITY OF HOUSTON IS AUTHORIZED BY STATUTE TO ENFORCE COMPLIANCE WITH CERTAIN DEED RESTRICTIONS. You are advised that, in the absence of a declaratory judgment that the referenced restrictions are no longer enforceable, the City of Houston may sue to enjoin a violation of such restrictions. ANY PROVISIONS THAT RESTRICT THE SALE, RENTAL, OR USE OF THE REAL PROPERTY ON THE BASIS OF RACE, COLOR, RELIGION, SEX, OR NATIONAL ORIGIN ARE UNENFORCEABLE; however, the inclusion of such provisions does not render the remainder of the deed restrictions invalid. The legal description and street address of the property you are acquiring are as follows:

23106 Oxbow Trail
Spring, Texas 77373

**Property (including any improvements):**

Lot Eleven (11) in Block Two (2) of VILLAGES OF NORTHGATE CROSSING, Section Five (5), an addition in Harris County, Texas, according to the Map or Plat thereof recorded in Clerk's Film Code No. 421095, Map Records, Harris County, Texas.

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009445
SKBP_CIVIL_00000061

SKBP VENTURES, L.L.C., a Texas Limited Liability Company

_____
SUDHAKAR KALAGA, Managing Member

Date: __12/12/2018__

STATE OF TEXAS

COUNTY OF HARRIS

    This instrument was acknowledged before me on __December 12__, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said corporation.

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas
My commission expires: __09-12-2022__

    The undersigned admits receipt of the foregoing notice at or prior to closing the purchase of property above described.

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member

Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

    This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company on behalf of said corporation.

_____
Notary Public, State of Texas
My commission expires: _____

AFTER RECORDING RETURN TO:

PD RENTALS L.L.C.
P. O. BOX 79324
HOUSTON, TEXAS 77279

---

Notice to Purchasers
SKBP Ventures, L.L.C. to PD Rentals L.L.C.
Lot 11, Blk. 2, Villages of Northgate Crossing, Sec. 5
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009446
SKBP_CIVIL_00000062

# JOE ENIS
## ATTORNEY AT LAW
1524 TEASDALE
CONROE, TEXAS 77301
936-827-3959

joeenis@msn.com                                    Telephone: (936) 756-4341

November 6, 2018

Mr. Pablo H. Dagostino
PD Rentals LLC
2207 Bancroft St. #1201
Houston, Texas 77027

Re: 734 Beckets Crossing Lane, Spring

Dear Mr. Dagostino:

In connection with the above referenced property we are enclosing the following:

1. General Warranty Deed from SKBP Ventures, L.L.C. to PD Rentals LLC
2. Notice to Purchaser Regarding MUD Notice
3. Notice to Purchaser Regarding RD UD District
4. Notice of Restrictions

Please review both documents carefully and advise of any changes, additions or corrections that should be made. If no changes are necessary please have Mr. Kalaga sign (as Managing Member) both the General Warranty Deed and the Statutory Notice to Purchaser before a Notary Public. You should sign the Notice to Purchaser (as Managing Member) before a Notary Public. **All documents should be signed just as your names appear** and then returned to Joe for filing with the County Clerk in Montgomery County. After recording they will be returned to your P. O. Box.

Should you have any questions or need additional information please feel free to contact me.

Yours very truly,

*Joe Enis*
Joe Enis

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009447
SKBP_CIVIL_00000063

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## GENERAL WARRANTY DEED

Date: _____, 2018

Grantor: SKBP VENTURES, L.L.C., a Texas Limited Liability Company

**Grantor's Mailing Address:**

SKBP VENTURES, L.L.C.
2000 W. SAM HOUSTON PKWY, SUITE 1400
HOUSTON, TEXAS 77042

Grantee: PD RENTALS LLC, a Texas Limited Liability Company

**Grantee's Mailing Address:**

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

Lot One (1) in Block Five (5) of VILLAGES OF NORTHGATE CROSSING, Section Two (2), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Clerk's Film Code No. 383041, of the Map Records of Harris County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations, and taxes for 2018, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009448
SKBP_CIVIL_00000064

the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title search has been made.

SKBP VENTURES, L.L.C., a Texas Limited Liability Company

_\[signature\]_

SUDHAKAR KALAGA, Managing Member

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on December 12, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.

_\[signature\]_

Notary Public, State of Texas
My commission expires: 09-12-2022

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

AFTER RECORDING RETURN TO:

PD RENTALS LLC
P. O. BOX 79324
HOUSTON, TEXAS 77279

General Warranty Deed
SKBP Ventures, L.L.C. to PD Rentals LLC
Lot 1, Blk 5, Villages of Northgate Crossing Sec. 2
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009449
SKBP_CIVIL_00000065

## NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Northgate Crossing Municipal Utility District No. 2. (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds, As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $.870 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $18,890,000.00 and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $18,450,000.00.

The District has the authority to adopt and impose a standby fee on property in the district and has water, sanitary sewer, or drainage facilities and services available but not connected and which does not have a house, building, or other improvement located thereon and does not substantially utilize the utility capacity available to the property. The district may exercise the authority without holding an election on the matter. As of this date, the most recent amount of the standby fee is $-0-.

**\*An unpaid standby fee is a personal obligation of the person who owned the property at the time of imposition and is secured by a lien on the property. Any person may request a certificate from the district stating the amount, if any, of unpaid standby fees on a tract of property in the district.**

The purpose of this District is to provide water, sewer, drainage, or flood control facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot One (1), Block Five (5) of VILLAGES AT NORTHGATE CROSSING, Section Two (2), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Film Code No. 383041 of the Map Records of Harris County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

_(signature)_

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

---

Notice to Purchaser
Lot 1, Block 5, Villages of Northgate Crossing, Section 2
Page -1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009450
SKBP_CIVIL_00000066

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 12 day of December, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said company.



Notary Public, State of Texas
My commission expires: 09-12-2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member
Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas
My commission expires: _____

Notice to Purchaser
Lot 1, Block 5, Villages of Northgate Crossing, Section 2
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009451
SKBP_CIVIL_00000067

NOTICE TO PURCHASERS

The real property, described below, that you are about to purchase is located in the Northgate RD UD. (the "District"). The District has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds, As of this date, the rate of taxes levied by the District on real property located in the District for the tax year 2017 is $.125 on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $15,675.000.00 and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the District and payable in whole or in part from property taxes is $3,525.00.

The District has the authority to adopt and impose a standby fee on property in the district and has water, sanitary sewer, or drainage facilities and services available but not connected and which does not have a house, building, or other improvement located thereon and does not substantially utilize the utility capacity available to the property. The district may exercise the authority without holding an election on the matter. As of this date, the most recent amount of the standby fee is $-0-.

**\*An unpaid standby fee is a personal obligation of the person who owned the property at the time of imposition and is secured by a lien on the property. Any person may request a certificate from the district stating the amount, if any, of unpaid standby fees on a tract of property in the district.**

The purpose of this District is to provide water, sewer, drainage, or flood control facilities and services within the District through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the District.

The legal description of the property which you are acquiring is

Lot One (1), Block Five (5) of VILLAGES AT NORTHGATE CROSSING, Section Two (2), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Film Code No. 383041of the Map Records of Harris County, Texas.

SELLER:

SKBP VENTURES, L.L.C., a Texas Limited Liability Company,

_[signature]_

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

Notice to Purchaser
Lot 1, Block 5, Villages at Northgate Crossing, Section 2
Page-1-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009452
SKBP_CIVIL_00000068

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on December 12, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said corporation.

VANESSA H RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-12-22
Notary ID # 12981917-9

Notary Public, State of Texas

My commission expires: 05-12-2022

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT, PURCHASER IIS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

**BUYER:**

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member
Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company, on behalf of said company.

_____
Notary Public, State of Texas

My commission expires: _____

Notice to Purchaser
Lot 1, Block 5, Villages at Northgate Crossing, Section 2
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009453
SKBP_CIVIL_00000069

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

<u>NOTICE TO PURCHASER</u>

STATE OF TEXAS

COUNTY OF HARRIS

The real property described below, which you are purchasing, is subject to deed restrictions recorded at Film Code No. 591267 of the Map Records of Harris County, Texas, and by instrument(s) filed for record under Harris County Clerk's File Nos. J963681, M278281, P959090, R049883, R049884, R049885, S326105, V045254, Z247556, 20100211242, 20100211243, 20100269060, 20100269061, 20100312113, 20110340330, 20110526732, 20110526733, 20110526734, 20110526735, 20110542359, 20120046632, 20130022225, 20130120267, 20130524516, 20140080147, 20150090147, 20150090181, and 20150117707. THE RESTRICTIONS LIMIT YOUR USE OF THE PROPERTY. THE CITY OF HOUSTON IS AUTHORIZED BY STATUTE TO ENFORCE COMPLIANCE WITH CERTAIN DEED RESTRICTIONS. You are advised that, in the absence of a declaratory judgment that the referenced restrictions are no longer enforceable, the City of Houston may sue to enjoin a violation of such restrictions. ANY PROVISIONS THAT RESTRICT THE SALE, RENTAL, OR USE OF THE REAL PROPERTY ON THE BASIS OF RACE, COLOR, RELIGION, SEX, OR NATIONAL ORIGIN ARE UNENFORCEABLE; however, the inclusion of such provisions does not render the remainder of the deed restrictions invalid. The legal description and street address of the property you are acquiring are as follows:

734 Beckets Crossing Ln
Spring, Texas 77373

**Property (including any improvements):**

Lot One (1) in Block Five (5) of VILLAGES OF NORTHGATE CROSSING, Section Two (2), a subdivision in Harris County, Texas, according to the Map or Plat thereof recorded in Clerk's Film Code No. 383041, Map Records, Harris County, Texas.

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009454
SKBP_CIVIL_00000070

SKBP VENTURES, L.L.C., a Texas Limited Liability Company

_[signature]_

SUDHAKAR KALAGA, Managing Member

Date: 12/12/2018

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on December 12, 2018, by SUDHAKAR KALAGA, as the Managing Member of SKBP VENTURES, L.L.C., a Texas Limited Liability Company, on behalf of said corporation.

_[Notary seal: VANESSA H RODRIGUEZ, Notary Public, STATE OF TEXAS, My Comm. Exp. 09-12-22, Notary ID # 12981917-9]_

Notary Public, State of Texas
My commission expires: 09-12-2022

The undersigned admits receipt of the foregoing notice at or prior to closing the purchase of property above described.

PD RENTALS LLC, a Texas Limited Liability Company

_____
PABLO H DAGOSTINO, Managing Member

Date: _____

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _____, 2018, by PABLO H DAGOSTINO, as the Managing Member of PD RENTALS LLC, a Texas Limited Liability Company on behalf of said corporation.

_____
Notary Public, State of Texas
My commission expires: _____

AFTER RECORDING RETURN TO:

PD RENTALS L.L.C.
P. O. BOX 79324
HOUSTON, TEXAS 77279

---

Notice to Purchasers
SKBP Ventures, L.L.C. to PD Rentals L.L.C.
Lot 1, Blk. 5, Villages of Northgate Crossing, Sec. 2
Page-2-

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00009455
SKBP_CIVIL_00000071