# Exhibit 31
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | pablodagostino <pablodagostino@mac.com> |
| **Sent:** | Thursday, January 28, 2016 9:30 AM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Fwd: Pricing on your 2016 BMW 4 Series |

My friend , This is what Nicolay send to method morning take a look

He is in the way back from Conroe 1970 and 45 let me know he alreAdy apply discount

Pablo H DAgostino

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

Begin forwarded message:

**From:** branzein@autonation.com
**Date:** January 28, 2016 at 9:26:38 AM CST
**To:** pablodagostino@mac.com
**Subject: RE: Pricing on your 2016 BMW 4 Series**



Hello pablo,

Here are few x5

| | 2016 BMW X5 SDRIVE35I | 2016 BMW X5 SDRIVE35I | 2016 BMW X5 XDRIVE35I |
|---|---|---|---|
| **Color:** | BLACK SAPPHIRE METALLIC | BLACK SAPPHIRE METALLIC | JET BLACK |
| **Interior:** | BLACK LEATHER SEATS | BLACK LEATHER SEATS | BLACK LEATHER SEATS |
| **Miles:** | 6 | 6 | 6 |
| **Engine:** | 3L STRAIGHT 6 CYLINDER ENGINE TURBOCHARGED | 3L STRAIGHT 6 CYLINDER ENGINE TURBOCHARGED | 3L STRAIGHT 6 CYLINDER ENGINE TURBOCHARGED |
| **Drivetrain:** | REAR WHEEL DRIVE | REAR WHEEL DRIVE | ALL WHEEL DRIVE |
| **Stock#:** | G0R70900 | G0R69863 | G0P31889 |
| **Options:** | --BLACK SAPPHIRE METALLIC<br>--BLACK; DAKOTA LEATHER UPHOLSTERY<br>--LUXURY LINE<br>--PREMIUM PACKAGE<br>--SATIN ALUMINUM ROOF RAILS<br>--WHEELS: 19" X 9" MULTI-SPOKE LT ALLOY (STYLE 448) | --BLACK SAPPHIRE METALLIC<br>--BLACK; DAKOTA LEATHER UPHOLSTERY<br>--HARMAN/KARDON SURROUND SOUND SYSTEM<br>--HIGH-GLOSS ROOF RAILS<br>--LUXURY LINE<br>--PREMIUM PACKAGE<br>--REAR-VIEW | --ALUMINUM RUNNING BOARDS<br>--BLACK; DAKOTA LEATHER UPHOLSTERY<br>--FINELINE OAK WOOD TRIM<br>--HARMAN/KARDON SURROUND SOUND SYSTEM<br>--JET BLACK<br>--PREMIUM PACKAGE<br>--SATIN ALUMINUM ROOF RAILS<br>--WHEELS: 19" |

CONFIDENTIAL
KIT_CIVIL_00067510

| | CAMERA<br>--WHEELS: 20" Y-SPOKE LT ALLOY (STYLE 451) | LIGHT ALLOY ORBIT GRAY (STYLE 449)<br>--XLINE |
|---|---|---|
| MSRP: $59,895<br>- Discount: $4,075<br>**AutoNation Price: $55,820** | MSRP: $61,320<br>- Discount: $4,210<br>**AutoNation Price: $57,110** | MSRP: $62,620<br>- Discount: $4,305<br>**AutoNation Price: $58,315** |

• Let me know if any intrest

Look forward to hearing from you,

Nicolae Branzei
Sales Associate
281-775-4427
BMW of Houston North
17730 North Freeway
Houston, TX 77090

Sales Hours
Sunday      Closed
Monday      9:00AM - 7:00PM
Tuesday     9:00AM - 7:00PM
Wednesday   9:00AM - 7:00PM
Thursday    9:00AM - 7:00PM
Friday      9:00AM - 7:00PM
Saturday    9:00AM - 7:00PM



We provide Worry-Free pre-owned vehicle protection.

We provide a Guaranteed Trade-In Offer from the comfort of your home.

Our vehicles include a Money-Back Guarantee. No questions asked.

Our low prices save time and give you great value.

Unless stated otherwise, all prices exclude tax, tag, government, and dealer fees. Includes applicable manufacturer incentives (must meet incentive qualification criteria). Prices and rebates subject to change without notice. Miles, if shown, are approximate. You are receiving this email because your email address was used to receive an on-line price quote or because it was provided with a vehicle request. All names, designs and related marks are registered trademarks of AutoNation Inc. Copyright AutoNation Inc. All rights reserved.

|  |  |
|---|---|
| From: | +17134436431 |
| To: | +17134436402 |

### 212 — iMessage

| | |
|---|---|
| Target result: | Pablo |
| Time stamp: | 1/30/2016 5:51:29 PM |
| Text: | Good morning sir , just whant to check with you , are planing to stop by Monday to sighn the papers for Pablo car , or if not I can have some one meet you at your office with the documents Monday ... |

**Details:**

| | |
|---|---|
| Source: | Apple Messages |
| Type: | iMessage |
| Direction: | Incoming message |
| Status: | Read |
| Remote party: | +18325786071 |
| Text: | Good morning sir , just whant to check with you , are planing to stop by Monday to sighn the papers for Pablo car , or if not I can have some one meet you at your office with the documents Monday morning at your office pls advice ? |
| Time stamp: | 01/30/2016 05:51:29 PM |
| Read: | 01/30/2016 05:51:32 PM |
| From: | +18325786071 |
| To: | +17134436431 |

### 213 — iMessage

| | |
|---|---|
| Target result: | Pablo |
| Time stamp: | 12/10/2018 6:55:27 PM |
| Text: | Hi is Nicolae with Bmw friend off Pablo I will send you a application via email and when you can please fill it out and sent it back with a copy off DL and a insurance card<br>Thanks<br><br>Nicolae |

**Details:**

| | |
|---|---|
| Source: | Apple Messages |
| Type: | iMessage |
| Direction: | Incoming message |
| Status: | Read |
| Remote party: | +18325786071 |
| Text: | Hi is Nicolae with Bmw friend off Pablo I will send you a application via email and when you can please fill it out and sent it back with a copy off DL and a insurance card<br>Thanks<br><br>Nicolae |
| Time stamp: | 12/10/2018 06:55:27 PM |
| Read: | 12/10/2018 06:55:46 PM |
| From: | +18325786071 |
| To: | +17134436431 |

### 214 — iMessage

| | |
|---|---|
| Target result: | pablo |
| Time stamp: | 4/12/2016 2:25:02 PM |
| Remote party: | pablodagostino@icloud.com |