# Exhibit 32
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Thursday, September 5, 2013 2:24 PM |
| **To:** | pablodagostino@mac.com |
| **Subject:** | Original Leopard Skin - Appraisal |
| **Attachments:** | PB_Original Family Leopard Skin_09052013.pdf |

**Importance:**          High

FYI….call me when you have a chance…NO RUSH….whenever you have a free time. I will tell you the story the appraisal guy told me…..this is unreal!!!!

Thanks,

**Sudhakar Kalaga, PE**

**KIT Professionals, Inc.**
2825 Wilcrest Drive, Suite 600, Houston TX 77042
Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
skalaga@kitprofs.com

CONFIDENTIAL

# Appraisal

## India Jewelers
**6638 Southwest Freeway**
**Houston, TX 77074**
**713-789-7575**

TO WHOM IT MAY CONCERN:

This is to Certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith Certify that we have this day carefully examined the following listed and described articles, the property of:

NAME **Mr. Pablo D'Agostino**

ADDRESS **11689 Grandview Drive, Montgomery, Texas 77356**

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 1. ONE TAXIDERMY LEOPARD SKIN IN EXCELLENT CONDITION. FELT BACKING. ALL CLAWS INTACT. | $ 85,000.00 |



The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

**GOBIND KAMNANI**
APPRAISER

**AUGUST 30, 2013**
DATE

CONFIDENTIAL