# Exhibit 33
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Tuesday, November 22, 2011 3:41 PM |
| **To:** | 'vinod vemparala' |
| **Subject:** | FW: HUBLOT - Available at Zadok |
| **Importance:** | High |

**Sudhakar Kalaga,** PE

**KIT Professionals, Inc.**
2825 Wilcrest Drive, Suite 600, Houston TX 77042
Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
skalaga@kitprofs.com

---

**From:** Sudhakar Kalaga
**Sent:** Monday, November 21, 2011 4:43 PM
**To:** 'Pablo Dagostino'
**Subject:** HUBLOT - Available at Zadok
**Importance:** High

**Brand: Hublot-Big Bang Aero Bang Black Magic 44mm-311.ci.1170.gr**
**Model:**
Big Bang Aero Bang Black Magic 44mm
**Code:**
311.ci.1170.gr
**Movement:**
Automatic Chronograph
**Gender:**
Mens
**Face Color:**
Black
**Size:**
44mm
**Band:**
Alligator & Rubber Black



**Sudhakar Kalaga,** PE

**KIT Professionals, Inc.**
2825 Wilcrest Drive, Suite 600, Houston TX 77042
Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
skalaga@kitprofs.com

CONFIDENTIAL

KIT_CIVIL_00068683