# Exhibit 34
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

**From:** pablo dagostino <pablodagostino@mac.com>
**Sent:** Tuesday, March 13, 2012 4:43 PM
**To:** Sudhakar Kalaga
**Subject:** Re: Estimate 12440 from Brown Safe Manufacturing

Perfect thanks alot

Sent from my iPhone

On Mar 13, 2012, at 5:18 PM, Sudhakar Kalaga <SKALAGA@kitprofs.com> wrote:

> I told them one each….i.e. One (1) 1418 model & One (1) 2018 model.  Is that correct?
>
> **Sudhakar Kalaga,** PE
>
> **KIT Professionals, Inc.**
> 2825 Wilcrest Drive, Suite 600, Houston TX 77042
> Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
> skalaga@kitprofs.com
>
>> **From:** pablo dagostino [mailto:pablodagostino@mac.com]
>> **Sent:** Tuesday, March 13, 2012 4:17 PM
>> **To:** Sudhakar Kalaga
>> **Subject:** Re: Estimate 12440 from Brown Safe Manufacturing
>>
>> Sudaka yes is correct.  Order two. Make sure gets delivery to my house 11689 Grandview dr Montgomery Texas 77356
>>
>> Sent from my iPhone
>>
>> On Mar 13, 2012, at 5:04 PM, Sudhakar Kalaga <SKALAGA@kitprofs.com> wrote:
>>
>>> Pablo,
>>> See if these are the right model and configurations.  If they are, I will order them right away.  Looks like, they take about 6 to 8 weeks to deliver.
>>>
>>> Thanks,
>>>
>>> **Sudhakar Kalaga,** PE
>>>
>>> **KIT Professionals, Inc.**
>>> 2825 Wilcrest Drive, Suite 600, Houston TX 77042
>>> Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
>>> skalaga@kitprofs.com
>>>
>>>> **From:** Matt Goldstein [mailto:matt@brownsafe.com]
>>>> **Sent:** Tuesday, March 13, 2012 4:00 PM
>>>> **To:** Sudhakar Kalaga
>>>> **Subject:** Estimate 12440 from Brown Safe Manufacturing
>>>>
>>>> Mr. Kalaga,

Thanks for your interest in our Man Safes, please review the attached estimate and verify everything is correct. We don't typically discount our products however since you're buying more than one unit, I was able to apply a discount for multiple safes. This is the best pricing I can offer.

We require a 50% deposit to start the order and accept all forms of payment including AMEX, MC and Visa, my CC authorization form is attached or you can call me with this information. Lead time on these safes is approximately 6 weeks.

In addition to building your safe we will coordinate the delivery and installation, ensuring a pleasant experience.  Let me know if you would like me to get an installation quote for you.

We are a third generation family owned company, it brings us great pride to provide security and steadfast service for you and your family.

I look forward to working with you on this project and would be happy to address any questions you may have.  Please feel free to contact me anytime if I can be of further assistance.

Thank you,

Matt C. Goldstein - Director of Sales
<image001.png>
Office: 760-233-2293 | Mobile: 760-807-3752
Website: www.brownsafe.com
Check out our new blog: www.brownsafe.com/blog/

<image002.png>          <image003.png>          <image004.png>
<image005.png>

<Est_12440_from_Brown_Safe_M.pdf>
<BrownSafe_Credit-Card-Authorization-Form.pdf>

CONFIDENTIAL

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Wednesday, May 16, 2012 12:06 PM |
| **To:** | 'pablo dagostino' |
| **Subject:** | FW: Installation 709902 on 5-16-12 Reminder |
| **Importance:** | High |

FYI!!!  Brown Save guys told me very clearly that they will contact me directly for payment.  They even highlighted in their email to me.

Sorry!!!!

**Sudhakar Kalaga,** PE

**KIT Professionals, Inc.**
2825 Wilcrest Drive, Suite 600, Houston TX 77042
Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
skalaga@kitprofs.com

---

**From:** Kari Shimasaki [mailto:kari@brownsafe.com]
**Sent:** Tuesday, May 15, 2012 11:24 AM
**To:** jeff Kiser; Sudhakar Kalaga
**Subject:** Installation 709902 on 5-16-12 Reminder

Mr. Kalaga,

This is a reminder that Safe Moves will be arriving to install your safe on **Wednesday May 16th between 9:30am to 10:00am.  They will contact you directly for payment**.  You will receive a call from the installer prior to their arrival.  The fee quoted is $285 for each safe, a total of $570 and is due directly to Safe moves.

**Client & Location:**
Mr. Sudhakar Kalaga
11689 Grandview Drive
Montgomery, TX 77356
713-443-6431

**Main Contact: Pablo D'Agostino at 832-524-8365 or 832-247-8493**

**Safe A:**
Man Safe 1418 - Configuration # 2
Outside dimensions 15"H x 19"W x 17"D
- Weight 200 lbs.
*Hinge location: Right Side (When facing safe, hinges are located on the right side)
*Door Clearance - 135 degrees

**Safe B:**
Man Safe 2018 - Configuration # 2
Outside dimensions 21"H x 19"W x 22"D
- Weight 285 lbs.
*Hinge location: Right Side (When facing safe, hinges are located on the right side)
*Door Clearance - 135 degrees

**Installation:**
Residential
One front door stop 3" into entrance
No steps inside
Through a hallway 3ft wide
Through a door 8ft W X 8ft H?
80ft of wood flooring
Bolted down
Hours are 10:00am to 1:00pm

**Installer:**
Safe Moves
Attn: Jeff Kiser
10502 Deval St
Cypress, TX 77429-3340
Ph: 281-734-7385
Fax: 281-477-7938
safemoves@sbcglobal.net
Received an email quote of $285 for each safe-total $570- on 5/10/12

*** Installation to be paid directly to installer at the time of service ***

Best Regards,

Kari Shimasaki
Coordinator



Brown Safe Manufacturing, Inc.
www.BrownSafe.com
kari@brownsafe.com
Office: 760-233-2293

Fax: 760-233-2297

CONFIDENTIAL

| | |
|---|---|
| **From:** | Matt Goldstein <matt@brownsafe.com> |
| **Sent:** | Friday, April 12, 2013 5:00 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Invoice 711063 from Brown Safe Manufacturing |
| **Attachments:** | Inv_711063_from_Brown_Safe_Manufacturing_Inc_15268.pdf |

Sudhakar,

Your invoice appears below.

Can you remind me again your relationship with Pablo?

Please email or call with any questions.

Thank you for your business.

Sincerely,

Brown Safe Manufacturing
760-233-2293

CONFIDENTIAL



**Brown Safe Manufacturing, Inc**
1081 Poinsettia Ave.
Vista CA 92081
Ph 760-233-2293   Fax 760-233-2297
www.BrownSafe.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2013 | 711063 |

| Bill To | Ship To |
|---|---|
| Sudhakar Kalaga<br>1111 Whisper Place Ln.<br>Sugar Land, TX 77479 | Safe Moves<br>Attn: Jeff Kiser<br>10502 Deval St<br>Cypress, TX 77429-3340<br>Ph: 281-734-7385 |

| Phone | 713-443-6431 | Fax | |
|---|---|---|---|
| Alt. Phone | | | |
| Email | skalaga@kitprofs.com | | |

| P.O. No. | Terms | Rep | Ship Via | FOB |
|---|---|---|---|---|
| | 1/2DOWN | Matt | Daylight | Factory |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Estate 7228 M CO... | Model 7228 M-COM Ballistic Estate Safe<br>Inside Dimensions 72"H x 28"W x 26"D<br>Outside Dimensions 77.5"H x 34"W x 36.5"D<br>- Cubic Foot Capacity - 30<br>- Weight - 2700 lbs<br><br>Construction:<br>- .50" thick solid steel door in addition to 2" composite fire cladding<br>- .25" thick solid steel body in addition to 2.5" composite fire cladding<br>- 1 inch hardened steel locking bolts with anti-drive resistance<br>- Five active and passive relocking devices<br>- Two 5/8" holes for anchoring<br>- Interior low profile light<br><br>*Color- Texture Matte Black<br>*Wood type - Macassar Ebony<br>*Fabric type - Black Ultrasuede<br>*Lock Finish - Oil Rubbed Bronze<br>*Hinge Location - Right Side<br>*Door Clearance - N/A<br>Lead Time - Standard 10 weeks | 1 | 23,151.00 | 23,151.00T |

Title remains with seller until invoice is fully paid.  A 20% restocking fee assessed on all returned items.  Inbound and outbound freight is buyers responsibility.
X_____

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (0.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

Page 1



**Brown Safe Manufacturing, Inc**
1081 Poinsettia Ave.
Vista CA 92081
Ph 760-233-2293   Fax 760-233-2297
www.BrownSafe.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2013 | 711063 |

| Bill To |
|---|
| Sudhakar Kalaga<br>1111 Whisper Place Ln.<br>Sugar Land, TX 77479 |

| Ship To |
|---|
| Safe Moves<br>Attn: Jeff Kiser<br>10502 Deval St<br>Cypress, TX 77429-3340<br>Ph: 281-734-7385 |

| Phone | 713-443-6431 | Fax | |
|---|---|---|---|
| Alt. Phone | | | |
| Email | skalaga@kitprofs.com | | |

| P.O. No. | Terms | Rep | Ship Via | FOB |
|---|---|---|---|---|
| | 1/2DOWN | Matt | Daylight | Factory |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Watch winder-sin... | Orbita automatic motorized watch winder<br>- Single winder assembly<br>- AC Power requirements: 120V<br>- Installed into interior jewelry drawer or custom panel<br>- Non-programmable Rotorwind units | 6 | 500.00 | 3,000.00T |
| Int. Estate 7228 P... | Model 7228 Estate Safe Package E / #3<br>*This hybrid layout easily houses eleven long guns while still providing adequate drawer and shelf space.<br><br>Specifications:<br>- Four 1.5" Drawers<br>- Two 2" Drawers<br>- Two 3" Drawers<br>- Three Adjustable Shelves<br>- Gun Rack - 9 to 11 Guns | 1 | 1,974.00 | 1,974.00T |
| Biometric | Biometric fingerprint entry<br>-High security biometric fingerprint lock with concealed keypad<br>-Safe can be opened with fingerprint only, fingerprint and keypad, or keypad only<br>-Up to 10 programmable fingerprints | 1 | 1,850.00 | 1,850.00T |

Title remains with seller until invoice is fully paid. A 20% restocking fee assessed on all returned items. Inbound and outbound freight is buyers responsibility.
X_____

**Subtotal**

**Sales Tax (0.0%)**

**Total**

**Payments/Credits**

**Balance Due**

Page 2



Brown Safe Manufacturing, Inc
1081 Poinsettia Ave.
Vista CA 92081
Ph 760-233-2293   Fax 760-233-2297
www.BrownSafe.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2013 | 711063 |

| Bill To |
|---|
| Sudhakar Kalaga |
| 1111 Whisper Place Ln. |
| Sugar Land, TX 77479 |

| Ship To |
|---|
| Safe Moves |
| Attn: Jeff Kiser |
| 10502 Deval St |
| Cypress, TX 77429-3340 |
| Ph: 281-734-7385 |

| Phone | 713-443-6431 | Fax | |
|---|---|---|---|
| Alt. Phone | | | |
| Email | skalaga@kitprofs.com | | |

| P.O. No. | Terms | Rep | Ship Via | FOB |
|---|---|---|---|---|
| | 1/2DOWN | Matt | Daylight | Factory |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Estate Safe | Optional feature<br>- Macassar Ebony wood<br>- Jewelry box, gun rack and watch panel | 1 | 750.00 | 750.00T |
| Custom Watch Pa... | Custom Watch Panel<br>- 6 Winders<br>- Macassar Ebony<br>- Below open space at top of safe, above jewelry drawer | 1 | 500.00 | 500.00T |
| Oil rubbed bronze ... | Oil rubbed bronze handle and lock finish | 1 | 325.00 | 325.00T |
| Spoke handle | Spoke Handle<br>- Oil rubbed bronze | 1 | 275.00 | 275.00T |
| Fabric Upgrade | Fabric Upgrade - UltraSuede<br>-Custom fabric to cover all adjustable shelves and lines jewelry drawers<br>-Fabric type: Ultrasuede<br>-Fabric color: Black | 1 | 0.00 | 0.00T |

Title remains with seller until invoice is fully paid.  A 20% restocking fee assessed on all returned items.  Inbound and outbound freight is buyers responsibility.
X_____

| Subtotal | |
|---|---|
| Sales Tax  (0.0%) | |
| **Total** | |
| Payments/Credits | |
| Balance Due | |

Page 3



Brown Safe Manufacturing, Inc
1081 Poinsettia Ave.
Vista CA 92081
Ph 760-233-2293   Fax 760-233-2297
www.BrownSafe.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2013 | 711063 |

| Bill To |
|---|
| Sudhakar Kalaga<br>1111 Whisper Place Ln.<br>Sugar Land, TX 77479 |

| Phone | 713-443-6431 | Fax | |
|---|---|---|---|
| Alt. Phone | | | |
| Email | skalaga@kitprofs.com | | |

| Ship To |
|---|
| Safe Moves<br>Attn: Jeff Kiser<br>10502 Deval St<br>Cypress, TX 77429-3340<br>Ph: 281-734-7385 |

| P.O. No. | Terms | Rep | Ship Via | FOB |
|---|---|---|---|---|
| | 1/2DOWN | Matt | Daylight | Factory |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Interior Light | Interior low profile light<br>- Integrated to automatically illuminate when safe door is opened<br>- Requires Standard 2 prong 120V Plug<br><br>* Cord exists back of safe on bottom of hinge side<br><br>BSM recommends standard height plug next to safe on hinge side | 1 | 0.00 | 0.00T |
| Drawer Pull | Jewelry safe drawer pulls<br>-Type: 1/ 2 Moon<br>-Finish: Oil Rubbed Bronze | 1 | 0.00 | 0.00T |
| Glass Plate | Glass plate relocking device<br>-Heat treated tempered glass protecting lock<br>-Shatters triggering multiple relocking devices upon thermal, optical, or mechanical attack of the lock | 1 | 0.00 | 0.00T |
| Three way bolt work | Three way bolt work with anti-drive<br>-Provides added burglary protection with additional retractable locking bolts in the vertical up and vertical down positions | 1 | 0.00 | 0.00T |
| Discount | Repeat customer discount | | -1,325.00 | -1,325.00 |

Title remains with seller until invoice is fully paid.  A 20% restocking fee assessed on all returned items.  Inbound and outbound freight is buyers responsibility.
X_____

| | |
|---|---|
| Subtotal | |
| Sales Tax  (0.0%) | |
| **Total** | |
| Payments/Credits | |
| Balance Due | |

Page 4



Brown Safe Manufacturing, Inc
1081 Poinsettia Ave.
Vista CA 92081
Ph 760-233-2293   Fax 760-233-2297
www.BrownSafe.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2013 | 711063 |

| Bill To |
|---|
| Sudhakar Kalaga<br>1111 Whisper Place Ln.<br>Sugar Land, TX 77479 |

| Phone | 713-443-6431 | Fax | |
| Alt. Phone | | | |
| Email | skalaga@kitprofs.com | | |

| Ship To |
|---|
| Safe Moves<br>Attn: Jeff Kiser<br>10502 Deval St<br>Cypress, TX 77429-3340<br>Ph: 281-734-7385 |

| P.O. No. | Terms | Rep | Ship Via | FOB |
|---|---|---|---|---|
| | 1/2DOWN | Matt | Daylight | Factory |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Gem Crating | Crating and preparation for shipping<br>-Full crating to prevent freight damage | 1 | 175.00 | 175.00 |
| Freight | Freight charges / Freight discount of 50% applied.<br>Liftgate - No<br>Residential - No<br>Installer Needed - Yes (*Inside installation to be billed separately at time of service)<br>24 hour notice - Yes<br><br>* Quote with Conway<br><br>Sudhakar Kalaga<br>11689 Grandview Drive<br>Montgomery, TX 77356<br><br>Installation:<br>Residential<br>No steps<br>Ground floor<br>Can unload in front of garage<br>Into garage<br>10 - 20 ft. into garage | 1 | 650.00 | 650.00 |

**Subtotal**

Title remains with seller until invoice is fully paid. A 20% restocking fee assessed on all returned items. Inbound and outbound freight is buyers responsibility.
X_____

**Sales Tax  (0.0%)**

**Total**

**Payments/Credits**

**Balance Due**

Page 5

CONFIDENTIAL                                                                                          KIT_CIVIL_00069698



Brown Safe Manufacturing, Inc
1081 Poinsettia Ave.
Vista CA 92081
Ph 760-233-2293   Fax 760-233-2297
www.BrownSafe.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2013 | 711063 |

| Bill To |
|---|
| Sudhakar Kalaga<br>1111 Whisper Place Ln.<br>Sugar Land, TX 77479 |

| Ship To |
|---|
| Safe Moves<br>Attn: Jeff Kiser<br>10502 Deval St<br>Cypress, TX 77429-3340<br>Ph: 281-734-7385 |

| Phone | 713-443-6431 | Fax | |
|---|---|---|---|
| Alt. Phone | | | |
| Email | skalaga@kitprofs.com | | |

| P.O. No. | Terms | Rep | Ship Via | FOB |
|---|---|---|---|---|
| | 1/2DOWN | Matt | Daylight | Factory |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Finished painted concrete<br>Bolted down<br><br>Emailed Installation Quote Request on 4/11/13<br><br>Safe Moves<br>Attn: Jeff Kiser<br>10502 Deval St<br>Cypress, TX 77429-3340<br>Ph: 281-734-7385<br>Fax: 281-477-7938<br>safemoves@sbcglobal.net<br>Received email quote of $485 on 4/11/13<br><br>*** Installation to be paid directly to installer at the time of service *** | | | |

Title remains with seller until invoice is fully paid.  A 20% restocking fee assessed on all returned items.  Inbound and outbound freight is buyers responsibility.
X_____

| | |
|---|---|
| **Subtotal** | $31,325.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $31,325.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $31,325.00 |

Page 6

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Monday, April 14, 2014 8:42 PM |
| **To:** | 'Matt Goldstein' |
| **Subject:** | RE: Estimate from Brown Safe Manufacturing |
| **Attachments:** | 20140414203705.pdf |

Matt,
Here is the credit card information....

Thanks,

Sudhakar Kalaga, PE

KIT Professionals, Inc.
2000 W Sam Houston Parkway S, Suite 1400 Houston, TX 77042
Main:  (713) 783-8700 | Fax: (713) 783-8747
Direct: (713) 972-6649 | Cell: (713) 443-6431
Email:  skalaga@kitprofs.com


-----Original Message-----
From: Matt Goldstein [mailto:matt@brownsafe.com]
Sent: Monday, April 14, 2014 5:28 PM
To: Sudhakar Kalaga
Subject: Estimate from Brown Safe Manufacturing

Sudhakar,

Please review the final estimate for the safe with 18 winders.

I can do 25 ft. cords on the light and dehumidifier, not going to be an option on the winders. Let me see what we can offer for this.

In the meantime, if you want to get rolling, see attached.

Sincerely,

Brown Safe Manufacturing



## Credit Card Authorization Form

Client / Company Name: **KIT PROFESSIONALS, INC.**

Estimate / Invoice Number: **1722-6**

Name on Credit Card: Sudhakar Kalaga

Email Address: skalaga@kitprofs.com

Daytime Telephone: 713-972-6649

I authorize a charge against my credit card in the following amount: $ **38,375.00**

*50% deposit required to start production

Credit Card (choose one):
- [ ] Visa
- [x] MasterCard
- [ ] Amex

Card Number: 5588213003015219

CVC Number (Last 3 digits on back of card or 4 digits from face of card): 418

Expiration Date: 07/16

Billing Address (where credit card statements are sent)

2000 W Sam Houston Parkway S

Suite 1400

Houston, Texas 77042

Cardholder Signature: *[signed]*

Date: 04/14/2014