# Exhibit 35
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | pablo dagostino <pablodagostino@mac.com> |
| **Sent:** | Wednesday, March 7, 2012 1:24 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Let me know |

Sudaka call your friend in the jewelry store let me know if she can order this for me

swarovski
1037053 soulmate bear
1092104. Soulmate lion

Llardo
01001936 iris and cherry flowers fan
01001948 Arion on a seahorse. I want to know the price of this one first please

Please let me know


Pablo H Dagostino

CONFIDENTIAL

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Thursday, March 8, 2012 3:12 PM |
| **To:** | 'pablo dagostino' |
| **Subject:** | FW: Lladro pieces |
| **Importance:** | High |

FYI..Take a look and see if you want me to get them.

**Sudhakar Kalaga, PE**

**KIT Professionals, Inc.**
2825 Wilcrest Drive, Suite 600, Houston TX 77042
Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
skalaga@kitprofs.com

---

**From:** rachna [mailto:rachna@karat22.com]
**Sent:** Thursday, March 08, 2012 2:21 PM
**To:** Sudhakar Kalaga
**Cc:** 'Rachna Patel'
**Subject:** Lladro pieces

Sudhakar!

Thanks for calling yesterday!

I have both the Lladro pieces available:
Iris and Cherry Flowers Fan is a limited edition unit and retails for $3,400:
Arion on a Sea Horse is a limited edition of only 500 units and there is only 1 left in Spain so I can have it shipped over.  It retails for $23,000:

Please let me know if I can order both pieces for you.

Thanks Sudhakar!

Rachna

CONFIDENTIAL
KIT_CIVIL_00066146

| | |
|---|---|
| **From:** | pablo dagostino <pablodagostino@mac.com> |
| **Sent:** | Wednesday, April 4, 2012 4:25 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Re: Tracking Information |

Perfect thanks Sudaka

Pablo H Dagostino

On Apr 4, 2012, at 3:10 PM, Sudhakar Kalaga <SKALAGA@kitprofs.com> wrote:

> FYI…I will tell them to keep it ready by 6:00pm.  We will meet Monday at Del Frisco's @ 6:30PM.

>> **From:** rachna [mailto:rachna@karat22.com]
>> **Sent:** Wednesday, April 04, 2012 3:55 PM
>> **To:** Sudhakar Kalaga
>> **Cc:** 'Rachna Patel'
>> **Subject:** FW: Tracking Information
>>
>> Great news… as usual from Karat 22.
>>
>> Your Lladro items will be here on Monday.  I'll call you as soon as my fedex truck gets here.
>>
>> We'll get the packages wrapped up and they will be ready by 6:45pm
>>
>> Thanks Sudhakar!
>>
>> Rachna

>>> **From:** Roberta Lowery [mailto:rlowery@us.lladro.com]
>>> **Sent:** Wednesday, April 04, 2012 3:08 PM
>>> **To:** rachna
>>> **Cc:** Ron Brown
>>> **Subject:** Tracking Information
>>>
>>> Rachna,
>>>
>>> Your package for Sudhakar is scheduled to be delivered on Monday via Federal Express and the tracking # is 161386026-4.
>>>
>>> Roberta
>>>
>>> <ATT00007.jpg>  **Roberta Lowery | Total Customer Service Representative | Lladró USA**
>>> Tel: 201-527-3143 | Fax: 201-807-0197
>>> rlowery@us.lladro.com | www.lladro.com

CONFIDENTIAL