# Exhibit 36
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Thursday, July 12, 2012 2:17 PM |
| **To:** | 'pablo dagostino' |
| **Subject:** | FW: Eric @ Zegna Houston |

FYI

**From:** Eric Rodriguez [mailto:Eric.Rodriguez@zegna.com]
**Sent:** Thursday, July 12, 2012 2:12 PM
**To:** Sudhakar Kalaga
**Subject:** Eric @ Zegna Houston

Hello Mr. Kalaga,

I just received all your merchandise and I know we spoke last week about shipping them to you. What is the address you would like your merchandise to be shipped?

**Eric Rodriguez**

Ermenegildo Zegna
Boutique Houston
5015 Westheimer Rd.
Houston, TX 77056

T 832.308.3494
F 832.308.3498
C 512.557.6179
E eric.rodriguez@zegna.com

```
-----------------------------------------------------------------------
This communication is intended solely for the use of the intended addressees.
If you have received this communication in error, please notify us immediately
by responding to this email and then delete it from your system.
Any use, disclosure, copying or distribution of the contents of this
communication by a not-intended recipient or in violation of the
purposes of this communication is strictly prohibited and may be unlawful.
```

CONFIDENTIAL

KIT_CIVIL_00066452