# Exhibit 37
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| From: | pablo dagostino <pablodagostino@mac.com> |
| Sent: | Thursday, July 31, 2014 8:37 AM |
| To: | Sudhakar Kalaga |
| Subject: | Fwd: Your Sur La Table order is confirmed (#994813205) |

Sent from my iPhone

Begin forwarded message:

> **From:** no-reply@SurLaTable.com
> **Date:** July 30, 2014 at 11:21:09 AM CDT
> **To:** pablodagostino@mac.com
> **Subject: Your Sur La Table order is confirmed (#994813205)**

Sur la table    sto    cookingClass    giftRegistr    re

cookwar    cooksTool    cutle    electric    bakew    tabletopLinens    glasswareBar    housewar    outdo

Order Number: 994813205
Order Date: 07/30/2014

Bill To:
SUDHAKAR KALAGA
2000 SAM HOUSTON PARKWAY SOUTH SUITE 1400
HOUSTON, TX 77042

**Bonjour,**

Thanks for shopping with us. We're glad you found something you liked - we hope your new purchase helps you enjoy great cooking and entertaining for years to come.

**Here are the details of your order**

Ship To:
PABLO DAGOSTINO
2323 MCCUE RD APARTMENT 3006
HOUSTON, TX 77056

| Items | Qty | Price | Gift Wrap | Total | Status |
|---|---|---|---|---|---|
| Jura® GIGA 5 Automatic Coffee Center | 1 | $5,499.95 | No | $5,499.95 | In Stock and Ready to Ship |
| Jura® Clear Water Care Filter, GIGA and ENA Machines, C9, J6, J9, Z7, Z9 | 16 | $24.00 | No | $384.00 | In Stock and Ready to Ship |
| Bodum® Glass Copenhagen Mug, 12 oz. | 6 | $5.95 | No | $35.70 | In Stock and Ready to Ship |
| Bodum® Pavina Double-Walled Insulated Glassware, 15 oz. | 12 | $29.95 | No | $359.40 | In Stock and Ready to Ship |
| Square 16-Piece Dinnerware Set | 2 | $151.96 | No | $303.92 | In Stock and Ready to Ship |
| Square Soup Bowl, 8½" | 6 | $14.95 | No | $89.70 | In Stock and Ready to Ship |
| Glass Butter Dish | 1 | $9.95 | No | $9.95 | In Stock and Ready to Ship |
| Dark Acacia Wood Tray | 1 | $39.95 | No | $39.95 | In Stock and Ready to Ship |
| Miyabi® Birchwood Steak Knives, Set of 4 | 2 | $699.95 | No | $1,399.90 | In Stock and Ready to Ship |

CONFIDENTIAL

KIT_CIVIL_00067234

| Item | Qty | Price | Gift | Total | Status |
|---|---|---|---|---|---|
| Dualit® Vario Two-Slice Toaster | 1 | $259.95 | No | $259.95 | In Stock and Ready to Ship |
| OXO SteeL Pop Containers, Set of Three | 2 | $49.95 | No | $99.90 | In Stock and Ready to Ship |
| Breville® Juice Fountain Duo | 1 | $399.95 | No | $399.95 | In Stock and Ready to Ship |
| Vitamix® Professional Series 750 Blender | 1 | $649.95 | No | $649.95 | In Stock and Ready to Ship |
| Dubost® Laguiole Cheese Set in Board, 3 pcs. | 1 | $99.95 | No | $99.95 | In Stock and Ready to Ship |
| Dubost Ivory Laguiloe Flatware, 5-Piece Set | 2 | $59.95 | No | $119.90 | In Stock and Ready to Ship |
| John Boos & Co.® Walnut End-Grain Chopping Block, 24" x 18" x 2¼" | 1 | $399.95 | No | $399.95 | In Stock and Ready to Ship |
| Miyabi Kaizen 7-Piece Block Set | 1 | $599.95 | No | $599.95 | In Stock and Ready to Ship |
| OXO Good Grips Stainless-Steel Locking Tongs | 2 | $13.00 | No | $26.00 | In Stock and Ready to Ship |
| Scanpan® Pro IQ Nonstick Skillet, 10¼" | 2 | $139.95 | No | $279.90 | Ship On - 08/12/2014 |
| Scanpan® Pro IQ Nonstick Skillet, 8" | 2 | $99.95 | No | $199.90 | Ship On - 08/03/2014 |
| Le Creuset® 3-Ply Stainless Steel Stockpot with Pasta Insert, 7½ qt. | 1 | $249.95 | No | $249.95 | Notify Me When Available |
| Mauviel® M'héritage 150c Copper Sauté Pan, 3.2 qt. | 1 | $324.96 | No | $324.96 | In Stock and Ready to Ship |
| Mauviel® M'héritage 150s Copper & Stainless Steel Sauté Pan, 3.2 qt. | 1 | $324.96 | No | $324.96 | In Stock and Ready to Ship |
| Mauviel® M'héritage 150s Covered Sauté Pan, 1.7 qt. | 1 | $274.95 | No | $274.95 | In Stock and Ready to Ship |
| Mauviel® M'héritage 150s Copper & Stainless Steel Sauté Pan, .9 qt. | 1 | $229.95 | No | $229.95 | In Stock and Ready to Ship |
| Peugeot Angulo Decanter | 1 | $750.00 | No | $750.00 | In Stock and Ready to Ship |
| Bormioli Rocco Frigoverre Pitcher | 2 | $12.95 | No | $25.90 | In Stock and Ready to Ship |
| Gray Fleur De Lys Vintage-Inspired Oven Mitt | 1 | $12.95 | No | $12.95 | In Stock and Ready to Ship |
| Gray Fleur De Lys Vintage-Inspired Pot Holder | 1 | $9.95 | No | $9.95 | In Stock and Ready to Ship |
| Organic Cotton Kitchen Towels, White | 8 | $14.95 | No | $119.60 | In Stock and Ready to Ship |
| Keep Calm Kitchen Towel | 2 | $5.99 | No | $11.98 | In Stock and Ready to Ship |
| Patisserie Jacquard Kitchen Towel | 2 | $8.95 | No | $17.90 | Ship On - 09/09/2014 |
| Whitewash Water Hyacinth Placemat | 8 | $9.95 | No | $79.60 | In Stock and Ready to Ship |

Total Merchandise: $13,690.42
Estimated Shipping: $43.45
Additional Shipping Charges: $0.00
Estimated Taxes: $1,133.04
Gift Services: $0.00
Promotions & Credits: $0.00
Adjustment: $0.00

| | |
|---|---|
| Estimated Total: | $14,866.91 |

We'll email your tracking information as soon as your order ships. Meanwhile, please feel free to contact us if we can be of any further assistance.

Cheers,

Sur La Table
customerservice@surlatable.com
800-243-0852

The Perfect Gift          Gift Registry

Stores          Cooking Classes          Gift Registry          Recipes

Sur La Table | 800-243-0852 | 6100 4th Avenue South, Suite 500 | Seattle, WA, 98108

CONFIDENTIAL

KIT_CIVIL_00067236

| | |
|---|---|
| From: | pablo dagostino <pablodagostino@mac.com> |
| Sent: | Saturday, August 2, 2014 11:05 AM |
| To: | Sudhakar Kalaga |
| Subject: | Fwd: Response to inquiry # 606764 from Sur la Table |

FYI.  I got email  a minute ago

Sent from my iPhone

Begin forwarded message:

> **From:** "customerservice@surlatable.com" <customerservice@surlatable.com>
> **Date:** August 2, 2014 at 9:37:00 AM CDT
> **To:** "pablodagostino@mac.com" <pablodagostino@mac.com>
> **Subject: Response to inquiry # 606764 from Sur la Table**
>
> To help ensure a prompt response, please click the link at the bottom of this email to refine your question.
>
> On 8/2/2014 you posed a question to Sur la Table which was noted as inquiry 606764.
>
> The question you posed and our response are listed below.
>
> Your Question, Comment or Feedback:
> CC Deny
>
> Response :
>
>
> Thank you for your recent order 3122116 with Sur la Table.  Unfortunately we are unable to process your credit card.
>
> Please call one of our customer service agents at 1-800-243-0852 so that we can help resolve this for you.
>
> Thank you again and we look forward to hearing from you soon.
>
> Sincerely,
>
> Your Sur la Table Customer Service Team
>
> ***To protect your privacy please do not email credit card information***
>
>
>
> We hope this will help resolve this inquiry. If it does not, please use the link below to

add to or clarify your question. You may need to cut and paste the entire link (it may span two lines) into the address line of your web browser.

http://www.fuzeqna.com/surlatable/consumer/clarify.asp?incidentID=%7B81fae740-6ed0-4149-ba38-37872a54885d%7D

CONFIDENTIAL

| | |
|---|---|
| **From:** | pablo dagostino <pablodagostino@mac.com> |
| **Sent:** | Friday, August 1, 2014 11:39 AM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Fwd: Response to inquiry # 606679 from Sur la Table |

I am so sorry you need to call this people

Sent from my iPhone

Begin forwarded message:

> **From:** "customerservice@surlatable.com" <customerservice@surlatable.com>
> **Date:** August 1, 2014 at 11:00:28 AM CDT
> **To:** "pablodagostino@mac.com" <pablodagostino@mac.com>
> **Subject: Response to inquiry # 606679 from Sur la Table**
>
> To help ensure a prompt response, please click the link at the bottom of this email to refine your question.
>
> On 8/1/2014 you posed a question to Sur la Table which was noted as inquiry 606679.
>
> The question you posed and our response are listed below.
>
> Your Question, Comment or Feedback:
> CC Deny
>
> Response :
>
>
> Thank you for your recent order with Sur la Table.  Unfortunately we are unable to process your credit card.
>
> Please call one of our customer service agents at 1-800-243-0852 so that we can help resolve this for you.
>
> Thank you again and we look forward to hearing from you soon.
>
> Sincerely,
>
> Your Sur la Table Customer Service Team
>
> **\*\*\*To protect your privacy please do not email credit card information\*\*\***
>
>
> We hope this will help resolve this inquiry. If it does not, please use the link below to

CONFIDENTIAL KIT_CIVIL_00067195

add to or clarify your question. You may need to cut and paste the entire link (it may span two lines) into the address line of your web browser.

http://www.fuzeqna.com/surlatable/consumer/clarify.asp?incidentID=%7B75b8e327-0f10-490a-892c-76f50748389d%7D

CONFIDENTIAL
KIT_CIVIL_00067196