# Exhibit 38
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Tuesday, February 15, 2011 10:20 AM |
| **To:** | Jaya Kalaga |
| **Subject:** | FW: Girrard Perragaux? |

Looks like he really liked the other one....which we did not get.

---

**From:** pablo [mailto:pablodagostino@mac.com]
**Sent:** Tuesday, February 15, 2011 10:11 AM
**To:** Sudhakar Kalaga
**Subject:** Re: Girrard Perragaux?

Yes. Very nice

Pablo H D'Agostino
Corporate Facilities Manager
TOSHIBA INTERNATIONAL CORPORATION
13131 West Little York Road
Houston, texas 77041
(713) 466-0277 Ext. 3640

This e-mail transmission contains information that may be confidential and/or privileged.  The information is intended for the sole use of the individual or entity named.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited.  If you have received this transmission in error, please send an e-mail or reply immediately to the sender of the e-mail and delete the document from your system.

On Feb 15, 2011, at 9:55 AM, Sudhakar Kalaga <skalaga@kitprofs.com> wrote:

<image002.gif>

<titanium-leather.jpg>

CONFIDENTIAL