# Exhibit 41
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Jaya Kalaga |
| **Sent:** | Tuesday, April 21, 2015 11:15 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | RE: TIC Emergency Repairs |
| **Attachments:** | SM15-04-001_Sermeg Proposal Letter_TIC Fire Alarm System Phase II.pdf |

Thanks,

**Jaya S. Kalaga**
Office Manager

**KIT Professionals, Inc.**
2000 West Sam Houston Parkway South, Suite 1400,
Houston, TX  77042
Main:   (713) 783-8700 I Fax: (713) 783-8747
Direct: (713)-972-6658 I Cell: (713) 443-6402
jkalaga@kitprofs.com

> **From:** Jaya Kalaga
> **Sent:** Tuesday, April 21, 2015 10:55 PM
> **To:** skalaga@kitprofs.com
> **Subject:** TIC Emergency Repairs

Thanks,

**Jaya S. Kalaga**
Office Manager

**KIT Professionals, Inc.**
2000 West Sam Houston Parkway South, Suite 1400,
Houston, TX  77042
Main:   (713) 783-8700 I Fax: (713) 783-8747
Direct: (713)-972-6658 I Cell: (713) 443-6402
jkalaga@kitprofs.com

CONFIDENTIAL
CONFIDENTIAL

 # Sermeg Industrial Inc.

| Quotation Date | Quotation # | RFQ # |
|---|---|---|
| 04/22/2015 | SM15-04-001 | TIC Fire Alarm PHASE II |

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject: **Proposal for Installation Fire Alarm Notification System – PHASE II
Control Plant Administrative Office Areas at Toshiba Facility, Houston Texas**

Sermeg Industrial, Inc. is an engineering and design firm that provides comprehensive manufacturing design layouts, process evaluations, cost containment studies, and supports in the implementation of all the above. Based in Ohio, we have assisted several large scale manufacturing outfits with our know-how and have demonstrated to several companies internationally, value-added benefits of using our knowledge-base. We are primarily in the manufacturing, design, and construction segments.

Trained and experienced personnel with expertise in various engineering disciplines such as mechanical, electrical, chemical, and in the manufacturing of industrial and commercial products ensure that our customers receive the highest degree of professionalism and service. Inter-personal and relationship-building skills exhibited by our team strongly complement the core strengths of our company and are the secret to successful completion of projects.

We work with our customers and on their behalf to assess their design needs and ultimately create value by generating long term efficiencies. We have reviewed the TIC fire alarm needs / NFPA Code & Specifications and submit this construction price proposal for your consideration. Our understanding of the proposed project is summarized as:

- Review the facility layout and zone Fire Alarm System locations.
- Review TIC existing "KELTRON" data acquisition system and design the Fire Alarm system to work with the "KELTRON" system
- Furnish, install, connect and test the complete Alarm System to provide required coverage for two levels of office building per NFPA code and TIC requirements.
- Alarm initiating devices, alarm notification appliances, Fire Alarm Control Panel (FACP), auxiliary control devices, annunciators, and wiring as specified in NFPA Code and TIC requirements. Shall be compatible with existing "KELTRON" data acquisition system.
- Water Flow Sensors shall be connected to the FACP to trigger the Alarm conditions.
- Audio/Video signaling devices (Horn-Strobe type) shall be installed to provide audio and visual notifications.

335 Stedford Lane, Johns Creek, GA 30097
Phone: (404)428-6096

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00041428
KIT_CIVIL_00038321

# Sermeg Industrial Inc.

- All Pull Stations will be equipped with protective cover and shall be installed at each building exit door.
- Smoke Detectors shall be installed as needed for the areas
- Dust Detectors and relay modules for HVAC air handling units shall be installed
- The fire alarm control panel shall be capable of providing backup power
- All equipment and devices shall be UL listed and in compliance with NFPA fire code.
- TIC is responsible all electrical connection as needed to the Fire Alarm panels.
- All work to be performed by licensed professionals registered in the State of Texas and shall be performed during normal business hours.
- Inspection & Material Testing, Permits, Code Compliance & Inspections

Construction Estimate:

Our estimate in the amount of **$575,000.00** is based on the information provided and may need to be revised once the final contract documents are received.

Schedule Duration:

After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 8 to 9 months pending inclement weather or other delays beyond our control.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity. We look forward to working with you on this project.

Respectfully submitted,

*V. N. Murthy*

V.N. Murthy
Construction Manager

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00041429
KIT_CIVIL_00038322