# Exhibit 50
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| From: | Abraham Joseph <ajoseph@onepointinc.com> |
| Sent: | Wednesday, November 3, 2010 9:51 AM |
| To: | Sudhakar Kalaga |
| Subject: | RE: FW: Predominant Use Study Proposal |

OK all is good.

--- On **Wed, 11/3/10, Sudhakar Kalaga** *<skalaga@kitprofs.com>* wrote:

From: Sudhakar Kalaga <skalaga@kitprofs.com>
Subject: RE: FW: Predominant Use Study Proposal
To: "Abraham Joseph" <ajoseph@onepointinc.com>
Date: Wednesday, November 3, 2010, 9:44 AM

The guy is in Ohio…he sent an email to him.  Did I mess up?


Thanks,


Sudhakar Kalaga, P.E.

**KIT Professionals, Inc.**

TBPE Firm Registration No.: F - 4991

2825 Wilcrest Drive, Suite 600

Houston, Texas 77042

Phone:  (713)783-8700, Ext. 222

Fax:     (713)783-8747

Cell:    (713)443-6431

Email:   skalaga@kitprofs.com

> From: Abraham Joseph [mailto:ajoseph@onepointinc.com]
> Sent: Wednesday, November 03, 2010 9:43 AM
> To: Sudhakar Kalaga
> Subject: Re: FW: Predominant Use Study Proposal

CONFIDENTIAL    KIT_CIVIL_00066003

Great. Hand deliver to him.

--- On **Wed, 11/3/10, Sudhakar Kalaga** <*skalaga@kitprofs.com*> wrote:

> From: Sudhakar Kalaga <skalaga@kitprofs.com>
> Subject: FW: Predominant Use Study Proposal
> To: "Abraham Joseph" <ajoseph@onepointinc.com>
> Date: Wednesday, November 3, 2010, 9:29 AM

FYI….second proposal….

Thanks,

Sudhakar Kalaga, P.E.

### KIT Professionals, Inc.

TBPE Firm Registration No.: F - 4991

2825 Wilcrest Drive, Suite 600

Houston, Texas 77042

Phone:  (713)783-8700, Ext. 222

Fax:     (713)783-8747

Cell:    (713)443-6431

Email:   skalaga@kitprofs.com

---

> **From:** Vinod Vemparala [mailto:vvemparala@gmail.com]
> **Sent:** Wednesday, November 03, 2010 4:51 AM
> **To:** pablo.dagostino@tic.toshiba.com
> **Subject:** Predominant Use Study Proposal
>
>
> Dear Mr. Dagostino

Please see attached my proposal and scope of work.  Let me know if you have any questions or concerns.

I can be reached on my cell phone at (440) 669 8203.

I am looking forward to your favorable response.

Thank you for the opportunity to quote and best regards,

Vinod

CONFIDENTIAL                                                                                                          KIT_CIVIL_00066005