# Exhibit 51
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Thursday, May 3, 2012 3:58 PM |
| **To:** | 'Dagostino, Pablo' |
| **Subject:** | TIC Control Plant CCI Analysis |
| **Attachments:** | TIC CCI Analysis.pptx |

Here it is!!!


**Sudhakar Kalaga, PE**

**KIT Professionals, Inc.**
2825 Wilcrest Drive, Suite 600, Houston TX 77042
Ph: (713) 783-8700, Ext 222 | Fax: (713) 783-8747 | Cell: (713) 443-6431
skalaga@kitprofs.com

CONFIDENTIAL
CONFIDENTIAL



TOSHIBA
Leading Innovation>>>
CONFIDENTIAL

1

KALAGA_GJ_00038106
KIT_CIVIL_00034999



**TOSHIBA**
Leading Innovation>>>
CONFIDENTIAL

2

CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038108
KIT_CIVIL_00035001



4

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038109
KIT_CIVIL_00035002



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038110
KIT_CIVIL_00035003



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038111
KIT_CIVIL_00035004



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038112
KIT_CIVIL_00035005



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038113
KIT_CIVIL_00035006



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038114
KIT_CIVIL_00035007



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038115
KIT_CIVIL_00035008



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038116
KIT_CIVIL_00035009



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038117
KIT_CIVIL_00035010



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038118
KIT_CIVIL_00035011



14

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038119
KIT_CIVIL_00035012



CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00038120
KIT_CIVIL_00035013