# Exhibit 52
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Abraham Joseph <ajoseph@onepointinc.com> |
| **Sent:** | Monday, January 26, 2009 12:34 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Re: Proposal for Structural Engineering Report |

Sudhakar:

Resend e-mail. Ask him to delete earlier e-mail.
Remove "met representative from OnePoint, Inc.
Do this ASAP

--- On **Mon, 1/26/09, Sudhakar Kalaga *<skalaga@kitprofs.com>*** wrote:

From: Sudhakar Kalaga <skalaga@kitprofs.com>
Subject: Proposal for Structural Engineering Report
To: "Pablo Dagostino" <Pablo.Dagostino@tic.toshiba.com>
Cc: ajoseph@onepointinc.com
Date: Monday, January 26, 2009, 12:40 PM

Dear Mr. D'Agostino,

Please find the attached proposal to provide professional Structural Engineering services for the evaluation of existing cracks in the Precast Concrete Panel at Stair Well of the office building & cracks in the Concrete Drainage Channel at Toshiba International Corporation's (TIC) Industrial Division facility.


If I can be of any, further service or answer any additional questions, please feel free to call me at below numbers.


Thanks,


Sudhakar Kalaga, P.E.

## KIT Professionals, Inc.

2825 Wilcrest Drive, Suite 600

Houston, Texas 77042

Phone:  (713)783-8700, Ext. 222

CONFIDENTIAL

Fax:      (713)783-8747

Cell:     (713)443-6431

Email:    skalaga@kitprofs.com

CONFIDENTIAL

KIT_CIVIL_00065821

| | |
|---|---|
| **From:** | Abraham Joseph <ajoseph@onepointinc.com> |
| **Sent:** | Monday, January 26, 2009 12:35 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Re: Proposal for Structural Engineering Report |

DO not CC me but BCC me instead

**--- On Mon, 1/26/09, Sudhakar Kalaga <*skalaga@kitprofs.com*> wrote:**

From: Sudhakar Kalaga <skalaga@kitprofs.com>
Subject: Proposal for Structural Engineering Report
To: "Pablo Dagostino" <Pablo.Dagostino@tic.toshiba.com>
Cc: ajoseph@onepointinc.com
Date: Monday, January 26, 2009, 12:40 PM

Dear Mr. D'Agostino,

Please find the attached proposal to provide professional Structural Engineering services for the evaluation of existing cracks in the Precast Concrete Panel at Stair Well of the office building & cracks in the Concrete Drainage Channel at Toshiba International Corporation's (TIC) Industrial Division facility.

If I can be of any, further service or answer any additional questions, please feel free to call me at below numbers.

Thanks,

Sudhakar Kalaga, P.E.

# KIT Professionals, Inc.

2825 Wilcrest Drive, Suite 600

Houston, Texas 77042

Phone:  (713)783-8700, Ext. 222

Fax:    (713)783-8747

Cell:   (713)443-6431

CONFIDENTIAL

KIT_CIVIL_00065818

Email:   skalaga@kitprofs.com

CONFIDENTIAL