# Exhibit 53
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Vinod Vemparala <vvemparala@gmail.com> |
| **Sent:** | Wednesday, January 13, 2016 6:59 AM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | Re: Old proposals resubmitted today with revised dates and numbers |

Got it Mama.  Thanks.
Good luck!!

Sent from my iPhone

On Jan 11, 2016, at 9:02 PM, Sudhakar Kalaga <SKALAGA@kitprofs.com> wrote:

> <SM16-01-001_Sermeg Proposal Letter_TIC Shipping Road Repairs and New Concrete Pavement.pdf>
>
> <SM16-01-002_Sermeg Proposal Letter_TIC Facility Lightning Protection System Installation.pdf>
>
> <2016 TIC Facility Lightning Protection System Installation - TIC 01-11-16.pdf>
>
> <2016 Shipping Area Concrete Pavement Repairs and Replacement - TIC 01-11-16.pdf>

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00039354
KIT_CIVIL_00036247

| | |
|---|---|
| **From:** | Sudhakar Kalaga |
| **Sent:** | Monday, January 11, 2016 8:03 PM |
| **To:** | Vinod Vemparala (vinod@v2vsolution.com); Vinod Gmail <vvemparala@gmail.com> |
| **Subject:** | Old proposals resubmitted today with revised dates and numbers |
| **Attachments:** | SM16-01-001_Sermeg Proposal Letter_TIC Shipping Road Repairs and New Concrete Pavement.pdf; SM16-01-002_Sermeg Proposal Letter_TIC Facility Lightning Protection System Installation.pdf; 2016 TIC Facility Lightning Protection System Installation - TIC 01-11-16.pdf; 2016 Shipping Area Concrete Pavement Repairs and Replacement - TIC 01-11-16.pdf |
| **Importance:** | High |

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00040294
KIT_CIVIL_00037187