# Exhibit 54
# to TIC's Motion for a Preliminary Injunction
# (FILED UNDER SEAL)

| | |
|---|---|
| **From:** | Chetan Vyas |
| **Sent:** | Friday, June 29, 2012 3:37 PM |
| **To:** | Sudhakar Kalaga |
| **Subject:** | SER_TIC Proposal |
| **Attachments:** | SER_TIC Proposal.docx |

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00037341
KIT_CIVIL_00034234

July 02, 2012

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject:  **New Control Plant Building with Parking lot and facility drainage improvements at Toshiba Facility, Houston Texas**

Based on the project documents provided we have derived at following construction scope, price and duration.

General Scope:
Approximate 110,000 SF Building with Concrete tilt-up walls and metal cladding walls. Composite roofing system, plumbing, electrical, mechanical (HVAC system with Chiller units & piping system), carpet and tile flooring, partition walls, lighting, fire sprinkler system, fire alarm system, elevator, electrically powered roll-up doors, and other items included in the plans. Gas powered generator with new service line.

General civil works items required are borrow and select fill for the building pad, domestic and fire water lines, drainage improvements, sewage lift station and force main, paving for fire lane, sidewalks, new south parking lot, detention pond excavation and fence relocation.

The plans show additional 20,000 SF of metal building as an optional work. Also there is an alternate for concrete tilt-up walls for the entire building.

Construction Estimate:
The Harris County review is ongoing and there may be some changes required based on final permit. Our estimate in the amount of $18,702,801.00 is based on the provided documents and may need to be revised once the final contract documents are received.

Schedule Duration:
After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 50 weeks pending inclement weather or other delays beyond our control.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity.

We look forward to working with you on this project.

Sincerely,


Eddie Ramos
President

CONFIDENTIAL
CONFIDENTIAL

## Construction Cost Estimate Items

| Scope Item | Bid Amount |
|---|---|

**Site Work Items (Civil Works)**

| Scope Item | Bid Amount |
|---|---|
| Demolition, Clearing & Haul-off | $ 148,983 |
| Detention Pond Enlargement | $ 122,012 |
| Sotrm Sewer System | $ 430,047 |
| South Parking Lot extension | $ 633,948 |
| Site Utilities Installation with Lift Station | $ 500,891 |
| Paving Items for New Control Plant Building | $ 539,421 |

**Building Related Work Items**

| Scope Item | Bid Amount |
|---|---|
| Earthwork & Foundation | $ 1,798,070 |
| Steel Frame & Metal Wall System | $ 1,530,928 |
| Concrete tilt-up walls | $ 636,003 |
| Built-up Roof | $ 770,601 |
| Architectural Items & Office Space Built-out | $ 2,311,804 |
| Restroom & Plumbing Items | $ 426,399 |
| Fire Sprinkler & Alarm System | $ 338,037 |
| Electrical Work | $ 2,825,538 |
| HVAC & Chiller Plant | $ 4,490,036 |
| Back-up Power Generator & Accessories | $ 397,630 |
| Special Equipments & Elevator | $ 141,791 |
| Optional Connector Building enclosure | $ 660,662 |

| | |
|---|---|
| Total Construction Cost Estimate | $ 18,702,801 |

| | |
|---|---|
| From: | Ravi Raj Yanamandala <ravi@geotesteng.com> |
| Sent: | Friday, June 29, 2012 5:13 PM |
| To: | Sudhakar Kalaga |
| Subject: | Fwd: Message from KMBT_C220 |
| Attachments: | SKMBT_C22012062915510.pdf; ATT00001.htm |

Please let me know if this looks good.

Thank you,

Ravi Raj Yanamandala
Geotest Engineering, Inc.

Sent from my iPhone

Begin forwarded message:

> **From:** Eddie Ramos <eddie@serconstruction.net>
> **Date:** June 29, 2012 4:53:33 PM CDT
> **To:** ravi@geotesteng.com
> **Subject: Fw: Message from KMBT_C220**
>
>
> Ravi
>
> How does this look
>
> thanks eddie
> **Eddie Ramos**
> President
>
> **SER Construction Partners, LLC.**
> Direct (832) 473-4271
> Office (713) 473-7900
> Fax (713) 473-7919
> eddie@serconstruction.net
> www.serconstruction.net
>
>
> --- On **Fri, 6/29/12, scanner@serconstruction.net** <*scanner@serconstruction.net*> wrote:
>
>> From: scanner@serconstruction.net <scanner@serconstruction.net>
>> Subject: Message from KMBT_C220
>> To: eddie@serconstruction.net
>> Date: Friday, June 29, 2012, 3:51 PM

CONFIDENTIAL                                                                          KALAGA_GJ_00037337
CONFIDENTIAL                                                                          KIT_CIVIL_00034230



**Eddie Ramos**
President

Office (713) 473-7900
Fax (713) 473-7919
eddie@serconstruction.net

July 2, 2012

Mr. Pablo D'Agostino
Corporate Facilities Manager
**Toshiba International Corporation (TIC)**
13131 West Little York Rd
Houston, Texas 77041

Subject: **New Control Plant Building with Parking lot and facility drainage improvements at Toshiba Facility, Houston Texas**

Based on the project documents provided we have derived at following construction scope, price and duration.

General Scope:
Approximate 110,000 SF Building with Concrete tilt-up walls and metal cladding walls. Composite roofing system, plumbing, electrical, mechanical (HVAC system with Chiller units & piping system), carpet and tile flooring, partition walls, lighting, fire sprinkler system, fire alarm system, elevator, electrically powered roll-up doors, and other items included in the plans. Gas powered generator with new service line.

General civil works items required are borrow and select fill for the building pad, domestic and fire water lines, drainage improvements, sewage lift station and force main, paving for fire lane, sidewalks, new south parking lot, detention pond excavation and fence relocation.

The plans show additional 20,000 SF of metal building as an optional work. Also there is an alternate for concrete tilt-up walls for the entire building.

Construction Estimate:
The Harris County review is ongoing and there may be some changes required based on final permit. Our estimate in the amount of $18,702,801.00 is based on the provided documents and may need to be revised once the final contract documents are received.

Schedule Duration:
After mutually agreeing to the Notice to Proceed date, we will mobilize to the jobsite and provide a detailed construction schedule. We feel that the Work can be completed within 50 weeks pending inclement weather or other delays beyond our control.

We are a fully insured and bonded construction company and have completed numerous projects of this size and complexity.

We look forward to working with you on this project.

Sincerely,

Eddie Ramos
President

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00037338
KIT_CIVIL_00034231

# Construction Cost Estimate Items

| Scope Item | Bid Amount |
|---|---|
| **Site Work Items (Civil Works)** | |
| Demolition, Clearing & Haul-off | $ 148,983 |
| Detention Pond Enlargement | $ 122,012 |
| Sotrm Sewer System | $ 430,047 |
| South Parking Lot extension | $ 633,948 |
| Site Utilities Installation with Lift Station | $ 500,891 |
| Paving Items for New Control Plant Building | $ 539,421 |
| **Building Related Work Items** | |
| Earthwork & Foundation | $ 1,798,070 |
| Steel Frame & Metal Wall System | $ 1,530,928 |
| Concrete tilt-up walls | $ 636,003 |
| Built-up Roof | $ 770,601 |
| Architectural Items & Office Space Built-out | $ 2,311,804 |
| Restroom & Plumbing Items | $ 426,399 |
| Fire Sprinkler & Alarm System | $ 338,037 |
| Electrical Work | $ 2,825,538 |
| HVAC & Chiller Plant | $ 4,490,036 |
| Back-up Power Generator & Accessories | $ 397,630 |
| Special Equipments & Elevator | $ 141,791 |
| Optional Connector Building enclosure | $ 660,662 |
| Total Construction Cost Estimate | $ 18,702,801 |

3636 PASADENA BLVD • PASADENA, TX 77503 • PO BOX 891145 • HOUSTON, TX 77289-1145
PHONE (713) 473-7900 • FAX (713) 473-7919 • WWW.SERCONSTRUCTION.NET

CONFIDENTIAL
CONFIDENTIAL

KALAGA_GJ_00037339
KIT_CIVIL_00034232