United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, <br><br> *Plaintiff,* <br><br> v. <br><br> SUDHAKAR KALAGA, an individual, KIT CONSTRUCTION SERVICES, INC., KIT PROFESSIONALS, INC., SKBP VENTURES, LLC, SVSRK ENTERPRISES, LLC, RUDOLPH CULP, as independent administrator of the ESTATE OF PABLO D'AGOSTINO, and PD RENTALS, LLC, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § <br><br> Case No.: 4:19-cv-04274 |

## ORDER

Before the Court is Defendants Rudolph Culp, PD Rentals, LLC, and January 22, 1992, LLC's motion to extend all Defendants' expert deadline and modify the existing scheduling order. The Court GRANTS Defendants' motion.

It is hereby ORDERED that the following deadlines shall now apply in this action:

- Deadline for Plaintiff Expert Reports: October 23, 2020
- Deadline for Defendants' Expert Reports: November 25, 2020
- Discovery Deadline: January 15, 2021
- Last Day to File Motions Without Leave: January 15, 2021

SIGNED this **19** day of **Oct**, 2020.

THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE