UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, <br><br> PLAINTIFF, <br> v. <br><br> ABRAHAM JOSEPH, an individual, <br> ONEPOINT, INC., <br> RUDOLPH CULP, as independent administrator of the ESTATE OF PABLO D'AGOSTINO, <br> PD RENTALS, LLC, <br> JANUARY 22 1992, LLC, <br> VINOD VEMPARALA, an individual, <br> V2V SOLUTIONS, LLC, and <br> CHETAN VYAS, an individual, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § <br><br> No. 4:19-cv-04274 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S OPPOSITION TO
D'AGOSTINO DEFENDANTS' MOTION TO COMPEL AS MOOT**

On November 9, 2020, Defendants Rudolph Culp, independent administrator of the Estate of Pablo D'Agostino, PD Rentals, LLC, and January 22 1992, LLC (collectively the "D'Agostino Defendants") filed a Motion to Compel Toshiba International Corporation ("TIC") to produce an updated privilege log and a copy of the settlement agreement between the Kalaga Defendants and TIC. ECF No. 335. On November 12, 2020, following an agreement with counsel for all Parties, the

D'Agostino Defendants filed a supplemental proposed order on November 12, 2020, permitting production of the settlement agreement between TIC and the Kalaga Defendants. ECF No. 338. Magistrate Judge Bray held a status conference on this Motion and supplemental proposed order on November 17, 2020. Minute Entry, ECF No. 343. Following the status conference, Magistrate Judge Bray issued the supplemental proposed order regarding the settlement agreement (ECF No. 344), and TIC produced the agreement on November 19, 2020.

On November 30, 2020, TIC produced to the D'Agostino Defendants a supplemental privilege log. Following these two productions, the D'Agostino Defendants confirmed that their Motion to Compel is now moot. *See* Ex. A (e-mail between Samuel J. Sharp and Sanford L. Dow). For the foregoing reasons, TIC respectfully requests that the Motion to Compel be denied as moot.

Dated: November 30, 2020

WHITE & CASE LLP

By: /s/ Michael Rodgers
Michael Rodgers
Texas State Bar No. 24095114
S.D. Tex. Bar No. 2638667
michael.rodgers@whitecase.com
609 Main Street, Suite 2900
Houston, TX 77002
tel.: (713) 496-9700
fax: (713) 496-9701
*Attorney-in-Charge for Toshiba International Corporation*

OF COUNSEL

2

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Samuel J. Sharp (*pro hac vice*)
samuel.sharp@whitecase.com
**WHITE & CASE** LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

Daniel Fridman (*pro hac vice*)
dfridman@ffslawfirm.com
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Boulevard
Suite 750
Coral Gables, FL 33134
tel.: (305) 569-7720
fax: (786) 627-4145

*Counsel to Toshiba International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, I caused to be electronically filed Plaintiff's Opposition to D'Agostino Defendants' Motion to Compel as Moot with the Clerk of the Court using the CM/ECF system, which will send notifications of filings to all counsel of record, and will be sent via e-mail to Vinod Vemparala.

Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ *Michael Rodgers*
Michael Rodgers
michael.rodgers@whitecase.com
609 Main Street, Suite 2900
Houston, TX 77002
tel.: (713) 496-9700
fax: (713) 496-9701