UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Toshiba International Corporation

v.  Case Number: 4:19−cv−04274

Pablo D'Agostino, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/2/2021

**TIME:** 02:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Quash − #354

Date:   January 21, 2021

Nathan Ochsner, Clerk