UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Toshiba International Corporation

v.     Case Number: 4:19–cv–04274

Pablo D'Agostino, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/2/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Quash – #354

Date:   January 21, 2021

Nathan Ochsner, Clerk