# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **TOSHIBA INTERNATIONAL** | § | |
| **CORPORATION,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| **v.** | § | |
| | § | |
| | § | **No. 4:19-cv-04274** |
| **ABRAHAM JOSEPH, an individual,** | § | |
| **ONEPOINT, INC.,** | § | |
| **RUDOLPH CULP, as independent** | § | |
| **administrator of the ESTATE** | § | |
| **OF PABLO D'AGOSTINO,** | § | |
| **PD RENTALS, LLC,** | § | **JURY TRIAL DEMANDED** |
| **JANUARY 22 1992, LLC,** | § | |
| **VINOD VEMPARALA, an individual,** | § | |
| **and V2V SOLUTIONS, LLC,** | § | |
| | § | |
| | § | |
| **DEFENDANTS.** | § | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM DEFENDANTS ABRAHAM JOSEPH AND ONEPOINT, INC.

Pending before the Court is Plaintiff Toshiba International Corporation's Motion to Compel Deposition Testimony from Abraham Joseph and OnePoint, Inc. (ECF No. 361).  Upon consideration, the Court finds that the Motion should be **GRANTED**.

It is further **ORDERED** that the Joseph Defendants must provide deposition testimony on Topics 12, 13–18, 36, 38, 48, and 49 of Plaintiff's Notice of Rule 30(b)(6) Deposition of Defendant OnePoint, Inc.

It is further **ORDERED** that the Joseph Defendants must pay Plaintiff's attorneys fees and costs related to this Motion and the re-deposition of the relevant deponents.

SIGNED at Houston, Texas on this _____ day of _____, 2021.

DAVID HITTNER
United States District Judge