UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, | § § § | |
| PLAINTIFF, | § | |
| v. | § § § | No. 4:19-cv-04274 |
| ABRAHAM JOSEPH, an individual, ONEPOINT, INC., RUDOLPH CULP, as independent administrator of the ESTATE OF PABLO D'AGOSTINO, PD RENTALS, LLC, JANUARY 22 1992, LLC, VINOD VEMPARALA, an individual, and V2V SOLUTIONS, LLC, | § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § | |

**[PROPOSED] ORDER DENYING
ABRAHAM JOSEPH AND ONEPOINT INC.'S MOTION TO COMPEL**

Pending before the Court is Abraham Joseph and OnePoint, Inc.'s Motion to Compel (ECF No. 356). Upon consideration, the Court finds that the Motion should be **DENIED**.

2

SIGNED at Houston, Texas on this ____ day of _____, 2021.

                                                                                    _____
                                                                                       PETER BRAY
                                                                        United States Magistrate Judge