United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Toshiba International Corporation | § § | |
| v. | § § | Civil Action 4:19–cv–04274 |
| Pablo D'Agostino, et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Peter Bray:

Sealed Motion – #371

Date: February 8, 2021.

Nathan Ochsner, Clerk

By: E. Alexander, Deputy Clerk