United States District Court
Southern District of Texas
**ENTERED**
August 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOSHIBA INTERNATIONAL CORPORATION, <br><br> PLAINTIFF, <br><br> v. <br><br> VINOD VEMPARALA, an individual, V2V SOLUTIONS, LLC, RUDOLPH CULP, as independent administrator of the ESTATE OF PABLO D'AGOSTINO, PD RENTALS, LLC, and JANUARY 22 1992, LLC, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § <br><br> No. 4:19-cv-04274 <br><br> JURY TRIAL DEMANDED |

**ORDER ENTERING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF TOSHIBA INTERNATIONAL CORPORATION'S CLAIMS AGAINST THE D'AGOSTINO DEFENDANTS**

Pending before the Court is Toshiba International Corporation ("TIC") and Defendants Rudolph Culp as Independent Administrator of the Estate of Pablo D'Agostino, PD Rentals, LLC, and January 22 1992, LLC's (collectively, the "D'Agostino Defendants") Stipulation of Dismissal Without Prejudice of Toshiba International Corporation's Claims Against the D'Agostino Defendants ("the Stipulation") (ECF No. 399).

Upon consideration, the Court, having considered the stipulation of TIC and the D'Agostino Defendants, and good cause appearing therefore, orders as follows:

1. Subject to the Tolling Agreement executed by TIC and the D'Agostino Defendants and attached as Exhibit 1 to the Stipulation, all claims asserted by TIC against the D'Agostino Defendants are dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

3. This Order does not affect the rights or claims of TIC against any defendant or alleged co-conspirator in this litigation other than the D'Agostino Defendants, and this case will continue as to Defendants Vinod Vemparala and V2V Solutions, LLC.

SIGNED at Houston, Texas on this 18 day of Aug, 2021.

DAVID HITTNER
United States District Judge