# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TOSHIBA INTERNATIONAL CORPORATION,** § § § § | |
| *Plaintiff* § § | NO. 4:19-CV-04274 |
| V. § § | |
| **SUDHAKAR KALAGA, ET AL.** § § | |
| *Defendants.* § § § | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pending before the Court is Defendants Vinod Vemparala and V2V Solutions, LLC's Unopposed Motion for Leave to file an Amended Answer. Upon consideration, the Court finds that the Motion should be GRANTED. It is therefore,

**ORDERED** that Defendants Vinod Vemparala and V2V Solutions, LLC may file an Amended Answer.

**ORDERED** that Defendants Vinod Vemparala and V2V Solutions, LLC's Amended Answer is deemed filed on August 26, 2021.

SIGNED at Houston, Texas on this ___ day of _____, 2021.

_____
DAVID HITTNER
United States District Judge