United States District Court
Southern District of Texas

**ENTERED**

August 27, 2021

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TOSHIBA INTERNATIONAL CORPORATION,** | § § § | |
| **PLAINTIFF,** | § | |
| **v.** | § | **No. 4:19-cv-04274** |
| | § | |
| **PABLO D'AGOSTINO, ET AL.,** | § § | **JURY TRIAL DEMANDED** |
| | § | |
| **DEFENDANTS.** | § | |

### ORDER ENTERING PLAINTIFF TOSHIBA INTERNATIONAL CORPORATION AND DEFENDANTS VINOD VEMPARALA AND V2V SOLUTIONS, LLC'S JOINT MOTION TO SUSPEND DEADLINES PENDING MEDIATION

Pending before the Court is Toshiba International Corporation ("TIC") and Defendants Vinod Vemparala and V2V Solutions, LLC's (the "Vemparala Defendants") (collectively, "the Parties") Joint Motion to Suspend Deadlines Pending Mediation (ECF No. 403).

Upon consideration, the Court orders that the Joint Motion should be **GRANTED**.

It is **ORDERED**:

1.     All deadlines in this case, including the trial term, discovery deadlines, and deadlines set forth in ECF No. 396, are suspended until the conclusion of the

mediation between the Parties scheduled for October 6, 2021.

2.      If mediation between the Parties does not resolve TIC's claims against the Vemparala Defendants, the Parties will submit a revised scheduling order and proposed trial term to this Court.

SIGNED at Houston, Texas on this **27** day of _Aug_, 2021.

DAVID HITTNER
United States District Judge